# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/11/2025 |
| Case: 8−25−73481−ast | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Charles Wertman      charles@cwertmanlaw.com

                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Metered Appliances Inc.      1017 Merrick Road      Baldwin, NY 11510
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722−4437

                                          TOTAL: 2