UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

**Metered Appliances Inc.**                                 CASE NO. **8-25-73481-ast**
                         Debtor(s).                                 CHAPTER 11
-------------------------------------------------------------x

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Salvatore LaMonica, Esq.**
Subchapter V Trustee
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793
516-826-6500
Email: sl@lhmlawfirm.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: Central Islip, New York          WILLIAM K. HARRINGTON
       September 11, 2025               UNITED STATES TRUSTEE, REGION 2

                                         By: ***/s/ Christine H. Black***
                                                Christine H. Black
                                                Assistant United States Trustee
                                                Long Island Federal Courthouse
                                                560 Federal Plaza
                                                Central Islip, NY 11722
                                                (631) 715 7800