# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/26/2025 |
| Case: 8−25−73481−ast | Form ID: pdfall | Total: 8 |

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPRegion02.LI.ECF@usdoj.gov
UST TrAt    William J. Birmingham         william.birmingham@usdoj.gov
tr          Salvatore LaMonica, Esq.      sl@lhmlawfirm.com
aty         Charles Wertman               charles@cwertmanlaw.com

                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Metered Appliances Inc.       1017 Merrick Road       Baldwin, NY 11510
cr          Ally Capital, c/o AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
10566913    Ally Capital       AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
10568291    NEW YORK STATE DEPARTMENT OF LABOR    1220 WASHINGTON AVE BLDG 12, RM 256    ALBNY, NY 12226

                                                                        TOTAL: 4