UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                          Case No. 25-73481
Metered Appliances Inc.                                              Chapter 11
     Debtor.
----------------------------------------------------------x

## AFFIDAVIT OF NORMAN ORNER
## IN COMPLIANCE WITH LOCAL RULE 1007-4

Norman Orner, affirms under penalty of perjury:

1. **Introduction**:
I am the Secretary of Metered Appliances Inc. (the "Debtor"), and I submit this affidavit in compliance with the Local Rules of the Bankruptcy Court for the Eastern District of New York. I am fully familiar with the facts set forth herein.

2. **Debtor's Status**:
The Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code on September 9, 2025, and I have been actively involved in overseeing and managing the Debtor's financial and operational affairs since the filing.Code on September 9, 2025, and I have been actively involved in overseeing and managing the Debtor's financial and operational affairs.

3. **Compliance with Local Rule 1007-4**:
In compliance with Local Rule 1007-4 of the Bankruptcy Court for the Eastern District of New York, I submit the following information regarding the Debtor:

   a. **Debtor's Name and Address**:
      Metered Appliances Inc.
      1017 Merrick Road
      Baldwin, NY 11510

   b. **Nature of the Debtor's Business**:
      The Debtor leases designated spaces within residential buildings for use as laundry facilities, installs washers and dryers, and derives its revenue from the payments generated by their operation..

   d. **Pending Litigation**:
      The Debtor is involved in the following lawsuits:

| Arverne Limited-Profit Housing Corp. v. Metered Appliances, Inc | Sup Ct Queens County | contract | Pending | 715360/2023 |
| --- | --- | --- | --- | --- |
| Whitman Village Housing Development Fund Corporation v. Metered Appliances, Inc. | Sup Ct Suffolk County | Contract | Pending | 629451/2024 |
| Linden Towers Cooperative No. 4, Inc. v. METERED APPLIANCES, INC. | Sup Ct Queens County | Contract | Pending | 704402/2024 |
| UNITED VETERANS MUTUAL HOUSING COMPANY INC. v. METERED APPLIANCES, INC. | Sup Ct Queens County | Contract | Pending | 706053/2024 |

e. **Secured Debt**:
   The amount owed to secured creditors as of the petition date is unliquidated.

4.   **30-Day Cash Flow Projection**:
The Debtor is in the process of changing bookkeepers and reconciling its financial records, and therefore is unable to provide reliable projections at this time.

5.   **Factors Leading Up to the Bankruptcy Filing**:
   The Debtor's financial performance was adversely affected by the economic impact of the COVID-19 pandemic and by several lease agreements that proved unprofitable, resulting in a significant decline in revenue and a corresponding increase in operating expenses.

6.   **Prior Efforts to Restructure**:
   None.

7. **Payroll Information**:

    The Debtor is currently reviewing its employee structure and expects to finalize an accurate payroll projection in the near future.

    Based on the information provided, the Debtor is in full compliance with all applicable provisions of the Local Rules of the Bankruptcy Court for the Eastern District of New York and is prepared to provide any additional information required by the Court or any interested party.

Dated: November 3, 2024
    Rockville Centre, New York

*/s/ Norman Orner*
_____

Norman Orner
Metered Appliances Inc.