## CERTIFIED COPY OF CORPORATE RESOLUTION PURSUANT to LBR 1074-1(a)

The undersigned, being the duly elected Secretary of Metered Appliances Inc. (the "Corporation"), hereby certifies that the following resolutions were duly adopted by the Board of Directors on the 9th day of September, 2025:

**RESOLVED**, that the Corporation is hereby authorized to file a voluntary petition for relief under Subchapter V of Chapter 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York.

**RESOLVED FURTHER**, that Norman Orner, as Secretary of the Corporation, is authorized and directed to execute and deliver all documents necessary to commence and prosecute the Chapter 11 case on behalf of the Corporation.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of September, 2025.

Norman Orner
_____
Norman Orner
Secretary
Metered Appliances Inc.