CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1073-3, Metered Appliances Inc. ("Debtor") hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 3, 2025

Metered Appliances Inc.
By: _____*Norman Orner*_____
      Norman Orner
      Secretary