

November 14, 2025

**Via ECF**
Honorable Alan S. Trust
Chief Judge United States Bankruptcy Court
United States Bankruptcy Court Eastern District of New York

        Re: **Metered Appliances, Inc.**
        Case No. **25-73481(AST)**

Dear Judge Trust:

    I respectfully write to advise the Court of the circumstances that resulted in the filing of the Debtor's schedules and statements two days beyond the original deadline and to request that the Court accept the filings nunc pro tunc.

    The late filing was not due to neglect, but rather to the complexity of the Debtor's disordered records and my efforts to ensure the schedules were correct before submitting them. In preparing the schedules, I was required to undertake an extensive and time-consuming review of a significant volume of documents and financial records. The materials provided by the Debtor were not organized in any coherent or chronological order. I was unable to rely on the spreadsheets and other materials provided by the principals, as they were incomplete and inconsistent, which required me to review the underlying documents in a very hands on and detailed manner. This in turn required repeated cross-referencing, reconciliation, and correction of draft schedules to ensure that the information submitted to the Court would be complete and accurate. Each round of review revealed additional discrepancies that needed to be addressed, prolonging the preparation process despite diligent effort.

    In addition, the Debtor has determined that professional accounting assistance is necessary to bring the books and records up to date. The Debtor intends to retain a qualified accountant, subject to Court approval. The accountant has already met with the principal, reviewed the state of the records, and is prepared to begin the process of organizing and reconciling the financial information so that future reporting to the Court will be timely, accurate, and reliable.

    For these reasons, I respectfully request that the Court accept the Debtor's schedules and statements nunc pro tunc to the original deadline.

    Thank you for the Court's consideration.

                                  Respectfully submitted,

                                  Charles Wertman, Esq.

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com