**Fill in this information to identify the case:**

Debtor Name __**Metered Appliances Inc.**__

United States Bankruptcy Court for the: __**Eastern**__ District of __**New York**__
(State)

Case number (If known): __**1-25-44316**__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Chase #5289** | **Checking account** | 5 2 8 9 | $3,875.00 |
| 3.2. **Flagstar #0569** | **Checking account** | 0 5 6 9 | $1,937.30 |
| 3.3. **Chase #6302** | **Checking account** | 6 3 0 2 | $874.00 |
| 3.4. **Chase #8165** | **Checking account** | 8 1 6 5 | $99.43 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $6,785.73 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor   **Metered Appliances Inc.**

Name

Case number *(if known)* **1-25-44316**

---

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____   _____

7.2 _____   _____

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   _____

---

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |

**11.** **Accounts receivable**

11a. 90 days old or less:   _____ - _____ =..... ➡   _____

face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   _____ - _____ =..... ➡   _____

face amount      doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   _____

---

**Part 4:** Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

Debtor    **Metered Appliances Inc.**

Name

Case number *(if known)* **1-25-44316**

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1    _____    _____    _____

    16.2    _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    _____

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    _____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____    Valuation method _____    Current value _____

Debtor   **Metered Appliances Inc.**
Name

Case number *(if known)* **1-25-44316**

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ❏ No
   ❏ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.
   ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest <br><br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ❏ No
   ❏ Yes. Is any of the debtor's property stored at the cooperative?

   ❏ No
   ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ❏ No
   ❏ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ❏ No
   ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ❏ No
   ❏ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

Debtor    **Metered Appliances Inc.**                                        Case number *(if known)* **1-25-44316**
          Name

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | unknown | | $3,500.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 1760 THIRD AVENUE, NEW YORK NY 10029. 32 washers 32 dryers | unknown | | $63,297.00 |
| 25-11 UNION STREET, FLUSHING NY 11354. 10 washers 10 dryers | unknown | | $41,918.00 |
| 50 BROMPTON RD, GREAT NECK NY 11021 28 washers 10 dryers | unknown | | $30,660.00 |
| 140 CADMAN PLAZA WEST, BROOKLYN NY 11201 13 washers 9 dryers | unknown | | $74,000.00 |
| 203 E 72ND ST, NEW YORK NY 10021. 13 washers 13 dryers | unknown | | $41,750.00 |
| 53 HAMPTON PLACE, FREEPORT NY 11520. 9 washers 6 dryers | unknown | | $33,585.00 |
| 560 W. BROADWAY LONG BEACH NY 6 washers 6 dryers | unknown | | $21,465.00 |
| 301 E 79TH ST, NEW YORK NY 10075. 28 washers 23 dryers | unknown | | $120,254.00 |
| 150 DUNCAN ELDER DRIVE, GREENLAWN NY 11740. 7 washers 7 dryers | unknown | | $17,953.00 |
| 221-22 MANOR ROAD, BELLEROSE NY 11427. 30 washers 27 dryers | unknown | | $124,000.00 |
| 300 EAST 85TH STREET, NEW YORK NY 10028 35 washers 35 dryers | unknown | | $125,600.00 |
| 2909 137TH STREET, QUEENS NY 11354. 14 washers 11 dryers | unknown | | $75,000.00 |
| 345 BALDWIN AVE, JERSEY CITY NJ 07306. 2 ushers 2 dryers | unknown | | $9,950.00 |
| 2620 E 13th Street, Brooklyn, NY 11235. 12 washers 10 dryers | unknown | | $67,000.00 |
| 475 Armstrong Ave. Staten Island, NY 4 washers 4 dryers | unknown | | $23,225.00 |

| Debtor | **Metered Appliances Inc.** | Case number *(if known)* **1-25-44316** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **666 Shore Rd. Long Beach NY 6 washers 6 dryers** | **unknown** | **$12,585.00** |
| **222 7th St. Garden City, NY. 3 washes 3 dryers** | **unknown** | **$9,300.00** |
| **251-38 71st Rd Bellerose, NY 34 washers 35 dryers** | **unknown** | **$100,000.00** |
| **145 E 76th Street NY, NY 2 washers 2 dryers** | **unknown** | **$6,500.00** |
| **320 E Shore, Gret Neck, NY 12 wqshrs 6 dryers** | **unknown** | **$36,135.00** |
| **333 E. Broadway, Long Beach, NY 6 washers 6 dryers** | **unknown** | **$13,200.00** |
| **1631 Eastern Pkwy, Brooklyn, NY 5 washers 4 dryers** | **unknown** | **$24,000.00** |
| **1620 E. 2nd Street, Brooklyn, NY 4 washes 3 dryers** | **unknown** | **$18,800.00** |
| **145 Hicks Street, Brooklyn, NY 6 washers 6 dryers** | **unknown** | **$14,665.00** |
| **83 Hamilton Ave. NY, NY 2 washers 2 dryers** | **unknown** | **$6,355.00** |
| **93 Hamilton Avenue, NY, NY 2 washers, 2 dryers** | **unknown** | **$5,970.00** |
| **501 Hicks Street, Bklyn, NY 3 washers 3 dryers** | **unknown** | **$15,234.00** |
| **2360 Fredrick Douglas Blvd., NY, NY 10 washers 9 dryers** | **unknown** | **$3,240.00** |
| **210 W. 146th Street, NY, NY** | **unknown** | **$21,800.00** |
| **425 Summit Ave., Jersey City, NJ 4 washers 4 dryers** | **unknown** | **$16,204.00** |
| **35 Prospect Park, Brooklyn, NY 3 washers 3 dryers** | **unknown** | **$15,000.00** |
| **Lido Towers, 23 washers 23 dryers** | **unknown** | **$48,500.00** |
| **2020 E. 41st Street, Brooklyn, NY 4 ushers 4 dryers** | **unknown** | **$10,500.00** |
| **999 Willoughby Ave., NY, NY 2 washers 2 dryers** | **unknown** | **$6,454.00** |
| **161 Remsen Ave., Brooklyn, NY 3 washers 3 dryers** | **unknown** | **$6,232.00** |
| **99-10 60th Avenue, Queens, NY 4 washers 4 dryers** | **unknown** | **$18,425.00** |
| **4720 Street, Queens, NY 4 washers 4 dryers** | **unknown** | **$20,765.00** |
| **468 17th Street, Brooklyn, NY 7 washers 7 dryers** | **unknown** | **$13,335.00** |
| **12 W. 72nd Street, NY, NY 10 washers 8 dryers** | **unknown** | **$40,416.00** |
| **911 Park Avenue, NY, NY 3 washers 2 dryers** | **unknown** | **$6,454.00** |
| **62 Pierrepont, Brooklyn, NY 3 washers 2 dryers** | **unknown** | **$9,774.00** |
| **50 Plaza Street, Brooklyn, NY 4 washers 4 dryers** | **unknown** | **$10,509.00** |
| **195 N Village Road, Rockville Centre, NY 5 washers 4 dryers** | **unknown** | **$24,981.00** |
| **6907 43rd Avenue, Queens, NY 5 washers 4 dryers** | **unknown** | **$11,000.00** |
| **641 5th Avenue, NY, NY 3 washers 3 dryers** | **unknown** | **$13,800.00** |
| **1080 5th Ave, NY, NY. 4 washers 4 dryers** | **unknown** | **$13,000.00** |
| **8616 21st Ave. Bklyn, NY 2 washers 2 dryers** | **unknown** | **$6,565.00** |
| **137-49 45th Ave., Queens, NY 7 washers 7 dryers** | **unknown** | **$17,000.00** |

Debtor    **Metered Appliances Inc.**                                    Case number *(if known)* **1-25-44316**
Name

| | | |
|---|---|---|
| **346 Bergen St, Bklyn, NY 2 washers 1 dryer** | unknown | $3,810.00 |
| **316 Bergen Street, Bklyn, NY 4 washers 4 dryers** | unknown | $10,509.00 |
| **101 Central Park West, NY, NY 4 washers 3 dryers** | unknown | $24,800.00 |
| **100-26 67 Road, Flushing, NY 3 washers 4 dryers** | unknown | $10,550.00 |
| **8620 Shore Pkwy., Bklyn, NY 3 washers 4 dryers** | unknown | $4,500.00 |
| **8615 Shore Pkwy, Bklyn, NY 3 washers 4 dryers** | unknown | $4,500.00 |
| **300 E. 77 Street, NY, NY 4 washers, 4 dryers** | unknown | $10,000.00 |
| **140 E. 81st Street, Ny, NY 7 washers 8 dryers** | unknown | $22,400.00 |
| **16 E. 96 Street, NY, NY 5 washers 5 dryers** | unknown | $22,000.00 |
| **73 E. 3rd Street, NY, NY 2 washers 2 dryers** | unknown | $2,500.00 |
| **92 E. 7th Street, NY, NY 2 washers 2 dryers** | unknown | $5,100.00 |
| **1855 E. 12th Street, Bklyn, NY 5 washers 4 dryers** | unknown | $21,734.00 |
| **142 E. 49th Street, Ny, NY 4 washers 4 dryers** | unknown | $10,509.00 |
| **385 E. 16th Street, Bklyn, NY 4 washers 4 dryers** | unknown | $16,250.00 |
| **242 E. 19th Street, NY, NY 9 washers 8 dryers** | unknown | $33,949.00 |
| **139 E. 63rd Street, NY, NY 5 washers, 3 dryers** | unknown | $21,574.00 |
| **29 E. 64th Street, NY, NY 4 washers, 2 dryers** | unknown | $7,000.00 |
| **46 Grace Ave. Great Neck, NY 5 washers 5 dryers** | unknown | $12,813.00 |
| **33-47 Floral Blvd., Floral Park, NY 4 washers 4 dryers** | unknown | $14,165.00 |
| **67 Hilton Ave., Garden City, NY 8 washers 8 dryers** | unknown | $20,500.00 |
| **180 Hilton Ave., Garden City, NY 3 washers 2 dryers** | unknown | $12,100.00 |
| **84-35 Landers Street, Queens, NY 5 washers 5 dryers** | unknown | $27,600.00 |
| **1-11 Marble Hill Ave., NY, NY 6 washers 6 dryers** | unknown | $24,210.00 |
| **30 Stoner Ave., Great Neck, NY 6 washers 6 dryers** | unknown | $13,185.00 |
| **468 18th Street, Brooklyn, NY 4 washers 4 dryers** | unknown | $7,620.00 |
| **109-15 172nd Street, Queens, NY 8 washers 6 dryers** | unknown | $38,332.00 |
| **84-39 134th Street, Queens, NY 6 washers 6 dryers** | unknown | $21,000.00 |
| **19 Schenck Ave., Great Neck, NY 6 washers 6 dryers** | unknown | $14,000.00 |
| **730 West Broadway, Long Beach, NY 16 washers 16 dryers** | unknown | $68,800.00 |
| **317 W. 87th Stret, NY, NY 4 washers 4 dryers** | unknown | $0.00 |
| **144-80 Sandford Avenue, Flushing, NY 4 washers 3 dryers** | unknown | $11,200.00 |
| **1 Maple Dr., Great Neck, NY 4 washers 4 dryers** | unknown | $12,084.00 |

Debtor    **Metered Appliances Inc.**                                  Case number *(if known)* __1-25-44316__
Name

| | | |
|---|---|---|
| 951 Oceanfront Ave., Long Beach, NY 6 washers 4 dryers | unknown | $11,000.00 |
| 29 E. 64th, Street, NY, NY 4 washers 2 dryers | unknown | $7,000.00 |
| 75 S. Middle Neck Road, Great Neck, NY 5 washers 4 dryers | unknown | $17,760.00 |
| 1086 Lynne Plce, Woodmere, NY 10598 1 washer 1 dryer | unknown | $2,700.00 |
| 429 Clinton Ave., Bklyn, NY 2 washers 2 dryers | unknown | $5,300.00 |
| 465 Merrick Road, Rockville Centre, NY 6 washers 6 dryers | unknown | $31,635.00 |
| 15 Canterbury Road, Great Neck, NY 7 washers, 5 dryers | unknown | $27,500.00 |
| 91 Clifton Place, Bklyn, NY 5 washers, 5 dryers | unknown | $3,000.00 |
| 138-10 Beach Channel Drive, Belle Harbor, NY 3 washers 3 dryers | unknown | $8,100.00 |
| 25-20 Batchelder Street, Bklyn, NY 24 Washers 24 dryers | unknown | $75,400.00 |
| 1001 5th Ave. , NY, NY 7 washers 6 dryers | unknown | $29,900.00 |
| 825 5th Ave. 3 washers 3 dryers | unknown | $8,100.00 |
| 6 Ivy Street, Farmingdale, NY 12 washers, 12 dryers | unknown | $27,928.00 |
| 120 Morris Ave., Rockville Centre. 4 washers 4 dryers | unknown | $10,225.00 |
| 65 Montaque Street, Brooklyn, NY 3 washers 3 dryers | unknown | $8,050.00 |
| 4 Millbrook Ct., Great Neck, NY 6 washers, 4 dryers | unknown | $11,200.00 |
| 215 Middleneck Road, Great Neck, NY 3 washers 3 dryers | unknown | $8,650.00 |
| 147-15 75th Rd. Flushing, 4 washers 5 dryers | unknown | $9,700.00 |
| 215 W. 91st Street, NY, NY 6 washers 6 dryers | unknown | $21,885.00 |
| 270 W. 11th Street, NY, NY 3 washers 4 dryers | unknown | $9,380.00 |
| 334 W. 86st Street, NY, NY 5 washers 4 dryers | unknown | $18,079.00 |
| 201 W. 89th Street, NY, NY 8 washers 7 dryers | unknown | $24,550.00 |
| 142 W 143rd Street, NY, NY 6 washers 6 dryers | unknown | $7,465.00 |
| 190 Merrick Road, Freeport, NY. 3 washers 6 dryers | unknown | $13,784.00 |
| 577 Fulton Street, Hempstead, NY 4 washers 3 dryers | unknown | $10,215.00 |
| 50 W. Gunhill Road, Bronx, NY 5 washers 5 dryers | unknown | $12,815.00 |
| 290 E. 56st Street, Bklyn, NY 2 washers 2 dryers | unknown | $3,700.00 |
| 31 Washington Street., Bklyn, NY 1 washer 1 dryer | unknown | $3,000.00 |
| 48 Forest Drive, Bloomindale, NJ 9 washers 6 dryers | unknown | $24,207.00 |
| 160 A Lowndes Ave., Huntington. Station, NY 11746 | unknown | $8,349.06 |

| Debtor | **Metered Appliances Inc.** | | Case number *(if known)* **1-25-44316** |
| --- | --- | --- | --- |
| | Name | | |

| | | |
| --- | --- | --- |
| 1525 E. 26th Street, Bklyn, New York; 4 washers 3 dryers | unknown | $13,000.00 |
| 170 W. 81st Street, NY, NY 4 washers 4 dryers | unknown | $11,014.00 |
| 1871 7th Avenue, NY, NY 7 washers 7 dryers | unknown | $19,429.00 |
| 230 Atlantic Avenue, Bklyn, NY 4 washers 3 dryers | unknown | $19,260.00 |
| 320 W, 96th Street, NY, NY 3 washers 2 dryers | unknown | $11,889.00 |
| 429 Clinton Ave., Bklyn, NY 2 washers 2 dryers | unknown | $5,300.00 |
| 92-31 57th Ave., Astoria, NY 5 washers 4 dryers | unknown | unknown |
| 2730 Frederick Douglas Blvd. , NY, NY | unknown | $32,585.00 |
| 577 Fulton Street, Street, Bklyn, NY 3 Washers 2 dryers | unknown | $10,215.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**
    Add lines 39 through 42. Copy the total to line 86.

    $2,582,418.06

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| **General description** <br><br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** <br><br> (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2014 Toyota Tundra** | unknown | | $10,000.00 |
| 47.2 **2012 Toyota Camry** | unknown | | $1,800.00 |
| 47.3 **2019 GMC Acadia** | unknown | | $12,000.00 |

Debtor **Metered Appliances Inc.**
Name

Case number *(if known)* **1-25-44316**

| | | | |
|---|---|---|---|
| 47.4 **2002 Lexus RX300** | unknown | | $3,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$26,800.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:** Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

Debtor    **Metered Appliances Inc.**                           Case number *(if known)* __1-25-44316__
_____
Name

56.    **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No
❑ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No
❑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.    **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No
❑ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No
❑ Yes

| Debtor | **Metered Appliances Inc.** | Case number *(if known)* | **1-25-44316** |
|---|---|---|---|
| | Name | | |

---

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ❑ No

   ❑ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.

   ❑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____    _____ – _____ = ➡    _____
   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    _____

   _____    Tax year _____    _____

   _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

   _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____    _____

   **Nature of claim**    _____

   **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____    _____

   **Nature of claim**    _____

   **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

   _____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____    _____

| Debtor | Metered Appliances Inc. | | Case number *(if known)* | 1-25-44316 |
|---|---|---|---|---|
| | Name | | | |

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,785.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,582,418.06 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................... ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $2,616,003.79 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................... $2,616,003.79

Fill in this information to identify the case:

Debtor name  **Metered Appliances Inc.**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of ___ **New York** _____
(State)

Case number (if known): **1-25-44316**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1** **Creditor's name**

**Alliance Laundry Systems LLC**

**Creditor's mailing address**

**Shepard Street**

**P.O. Box 990**

**Ripon, WI 54971**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** | **1** | **0** | **5** | **3**
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

30 Stoner Ave., Great Neck, NY 6 washers 6 dryers

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | Amount of claim | Value of collateral |
|---|---|---|
| | $9,812.34 | $13,185.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — **$498,836.06**

Debtor  **Metered Appliances Inc.**
Name

Case number (if known) **1-25-44316**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name

**Alliance Laundry Systems LLC**

Creditor's mailing address

**Shepard Street**

**P.O. Box 990**

**Ripon, WI 54971**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

| | |
|---|---|
| **$10,627.46** | **unknown** |

Debtor    **Metered Appliances Inc.**
　　　　　Name

Case number (if known) **1-25-44316**

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**Alliance Laundry Systems LLC**

Creditor's mailing address

**Shepard Street**

**P.O. Box 990**

**Ripon, WI 54971**

Creditor's email address, if known

_____

Date debt was incurred　_____

Last 4 digits of account　__ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
　　　relative priority?

　　☐ No.　Specify each creditor, including
　　　　　　this creditor, and its relative
　　　　　　priority.

　　　　　_____

　　　　　_____

　　☐ Yes. The relative priority of creditors
　　　　　is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

| | |
|---|---|
| | **$7,242.79** |

**unknown**

Debtor  **Metered Appliances Inc.**
_____
Name

Case number (if known) **1-25-44316**
_____

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**Part 1:**  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**Clean Laundry Funding**

**Creditor's mailing address**

**P.O. Box 01375**

**Springfield, OH 45501**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account**  __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

   ☐ Yes. The relative priority of creditors
is specified on lines _____

**Remarks:** Maturity Date 9/15/2027

**Describe debtor's property that is subject to a lien**

475 Armstrong Ave, Staten Island, NY 4 washers 4
dryers. 666 Shore Rd, Long Beach NY 6 washers 6
dryers. 222 7th St, Garden City, NY. 3 washes 3 dryers.
251-38 71st Rd Bellerose, NY 34 washers 35 dryers

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

| | | |
|---|---|---|
| | **$33,609.67** | **$145,110.00** |

| Debtor | **Metered Appliances Inc.** | | Case number (if known) | 1-25-44316 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 5/21/2026

**Describe debtor's property that is subject to a lien**

1760 THIRD AVENUE, NEW YORK NY 10029, 32 washers 32 dryers

**$14,552.78**       **$63,297.00**

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Metered Appliances Inc.**
Name

Case number (if known)  **1-25-44316**

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 8/23/2026

**Describe debtor's property that is subject to a lien**

160 A Lowndes Ave., Huntington, Station, NY 11746

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$8,349.06**

Column B: **$8,349.06**

Debtor   **Metered Appliances Inc.**

Name

Case number (if known)   **1-25-44316**

---

| **Part 1:** | Additional Page | *Column A* | *Column B* |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7**  **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

25-11 UNION STREET, FLUSHING NY 11354, 10 washers 10 dryers

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $12,197.34 | $41,918.00 |

| Debtor | **Metered Appliances Inc.** | | Case number (if known) | **1-25-44316** |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

Eastern Funding

**Creditor's mailing address**

213 West 35th Street 2E

New York, NY 10001

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Eastern Funding** ; 2) Eastern Funding

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 10/8/2026

**Describe debtor's property that is subject to a lien**

301 E 79TH ST, NEW YORK NY 10075, 28 washers 23 dryers

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$45,068.49**

**$120,254.00**

| Debtor | **Metered Appliances Inc.** | | Case number (if known) **1-25-44316** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

50 BROMPTON RD. GREAT NECK NY 11021 28 washers 10 dryers

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $16,842.38 | $30,660.00 |
|---|---|

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.10 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

140 CADMAN PLAZA WEST, BROOKLYN NY 11201
13 washers 9 dryers

**Amount of claim:** $30,791.23

**Value of collateral:** $74,000.00

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Debtor **Metered Appliances Inc.**
_____
Name

Case number (if known) **1-25-44316**
_____

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** Creditor's name

**Eastern Funding**
_____

Creditor's mailing address

**213 West 35th Street 2E**
_____

**New York, NY 10001**
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

        _____
        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 9/15/2027

Describe debtor's property that is subject to a lien

203 E 72ND ST, NEW YORK NY 10021, 13 washers 13 dryers

Describe the lien

**UCC**
_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$31,339.74**        **$41,750.00**

Debtor    **Metered Appliances Inc.**
_____    Case number (if known) **1-25-44316**
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.12** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

53 HAMPTON PLACE, FREEPORT NY 11520, 9 washers 6 dryers

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Column A | Column B |
|---|---|
| **$17,083.58** | **$33,585.00** |

Debtor **Metered Appliances Inc.**
Name

Case number (if known) **1-25-44316**

---

| **Part 1:** Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** Creditor's name

**Eastern Funding**

Describe debtor's property that is subject to a lien

560 W. BROADWAY LONG BEACH NY 6 washers 6 dryers

**$18,453.99** | **$21,465.00**

Creditor's mailing address

**213 West 35th Street 2E**

**New York, NY 10001**

Describe the lien

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Maturity Date - 1/30/2028

---

Debtor   **Metered Appliances Inc.**                                   Case number (if known) **1-25-44316**

Name

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.14** Creditor's name

**Eastern Funding**

Creditor's mailing address

**213 West 35th Street 2E**

**New York, NY 10001**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account     ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.8**

**Remarks:** Maturity Date -2/15/2026

Describe debtor's property that is subject to a lien

301 E 79TH ST. NEW YORK NY 10075, 28 washers 23 dryers

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$3,143.59**          **$120,254.00**

---

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page **14** of **21**

Debtor **Metered Appliances Inc.**

Name

Case number (if known) **1-25-44316**

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 6/23/2026

**Describe debtor's property that is subject to a lien**

150 DUNCAN ELDER DRIVE, GREENLAWN NY 11740, 7 washers 7 dryers

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$14,677.74

$17,953.00

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 6/27/2028

**Describe debtor's property that is subject to a lien**

221-22 MANOR ROAD, BELLEROSE NY 11427, 30 washers 27 dryers

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$109,267.06**

**$124,000.00**

Debtor **Metered Appliances Inc.**
Name

Case number (if known) **1-25-44316**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.17** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____
       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 6/9/2028

**Describe debtor's property that is subject to a lien**

300 EAST 85TH STREET, NEW YORK NY 10028 35 washers 35 dryers

**$77,735.10**

**$125,600.00**

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor  **Metered Appliances Inc.**
_____    Case number (if known) **1-25-44316**
Name

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |

**2.18  Creditor's name**

**Eastern Funding**
_____

**Creditor's mailing address**

**213 West 35th Street 2E**
_____

**New York, NY 10001**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Maturity Date - 8/7/2026

**Describe debtor's property that is subject to a lien**

2909 137TH STREET, QUEENS NY 11354, 14 washers 11 dryers

**Describe the lien**

UCC
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Column A: $11,153.74**

**Column B: $75,000.00**

Debtor   **Metered Appliances Inc.**                                    Case number (if known) **1-25-44316**
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

345 BALDWIN AVE, JERSEY CITY NJ 07306, 2 ushers 2 dryers

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$19,934.95**

Column B: **$9,950.00**

| Debtor | **Metered Appliances Inc.** | | Case number (if known) | **1-25-44316** |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.20** **Creditor's name**

**Eastern Funding**

**Creditor's mailing address**

**213 West 35th Street 2E**

**New York, NY 10001**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MATURITY DATE 11/22/2026

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$6,953.03**

Column B: **unknown**

Debtor    **Metered Appliances Inc.**
_____
Name

Case number (if known)  **1-25-44316**

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | Additional Page | *Amount of claim* | *Value of collateral that supports this claim* |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — *Amount of claim*  Do not deduct the value of collateral.

Column B — *Value of collateral that supports this claim*

**2.21** **Creditor's name**

**Western Equipment Finance inc.**
_____

**Creditor's mailing address**

**420 College Drive South**
_____

**Devils Lake, ND 58301**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2620 E 13th Street, Brooklyn, NY 11235, 12 washers 10 dryers

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**unknown**                    **$67,000.00**

Fill in this information to identify the case:

Debtor name      **Metered Appliances Inc.**

United States Bankruptcy Court for the:

     **Eastern District of New York**

Case number (if known):      **1-25-44316**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

**2.**    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| | | |

**2.1**   **Priority creditor's name and mailing address**

     **IRS Dept of Bankruptcy**

     **PO Box 7346**

     **Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2**   **Priority creditor's name and mailing address**

     **NYS Dept of Finance**

     **BANKRUPTCY SECTION**

     **PO Box 5300**

     **Albany, NY 12205**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

| Debtor | **Metered Appliances Inc.** | Case number *(if known)* | **1-25-44316** |
|---|---|---|---|
| | Name | | |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

50 Brompton Owners, Inc.

Schneider Buchel LLP

60 Crossways Park Sr. Ste 340

11797

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$58,500.00**

**3.2** Nonpriority creditor's name and mailing address

67-30 Dartmouth Street Owners Corp.

Robert E. Judge, P.C.

365 Bridge St Ste 3pro

Brooklyn, NY 11201-0803

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**unknown**

**3.3** Nonpriority creditor's name and mailing address

84 Drive Homes Inc.

JARED P. TURMAN, ESQ.

330 WEST 38TH STREET STE 701

New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**unknown**

**3.4** Nonpriority creditor's name and mailing address

Aces Laundry Service II LLC

ACES LAUNDRY SERVICE II, LLC

111 North Central Park Avenue Ste 400

Hartsdale, NY 10530

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**unknown**

Debtor    **Metered Appliances Inc.**
          Name                                             Case number *(if known)*    **1-25-44316**

---

**Part 2:**  Additional Page

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |

**Alexander Wolf & Company**

**One Dupont Street**

**Plainview, NY 11803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: 320 E. Shore Road, Great Neck, NY

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**Arverne Limited Profit Housing Corp.**

**℅ Herrick Feinstein LLP**

**2 Park Avenue**

**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**Autarkic Holdings, Inc.**

**Laundrylux**
**Kramer & Shapiro P.C.**

**8002 Kew Gardens Rd Ste 302**

**Kew Gardens, NY 11415-3613**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**Barbizon Owners**

**HANKIN & MAZEL PLLC**

**60 Cuttermill Rd Ste 505**

**Great Neck, NY 11021-3104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Metered Appliances Inc.**                              Case number *(if known)*    **1-25-44316**
　　　　　　Name

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Brown Harris Stevens**

**770 Lexington Ave 4th Flr**

**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred　　＿＿＿＿＿＿

Basis for the claim: ＿＿＿＿＿＿＿＿＿＿

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

Remarks: 1080 Fifth Ave., NY, NY

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Concerned Management**

**251-38 71st Road**

**Bellerose, NY 11426**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred　　＿＿＿＿＿＿

Basis for the claim: ＿＿＿＿＿＿＿＿＿＿

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

Remarks: Floral Park Owners, Inc.

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**Einsidler Management Inc.**

**533 Broadhollow Road**

**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred　　＿＿＿＿＿＿

Basis for the claim: ＿＿＿＿＿＿＿＿＿＿

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

Remarks: 120 Morris Ave., Rockville Centre, NY

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,020.80 |
|---|---|---|---|

**Einsidler Management Inc.**

**533 Broadhollow Road**

**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred　　＿＿＿＿＿＿

Basis for the claim: ＿＿＿＿＿＿＿＿＿＿

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

Remarks: 150 Duncan, Garden City, NY

Debtor  **Metered Appliances Inc.**                          Case number *(if known)*    **1-25-44316**
Name

---

**Part 2:**  Additional Page

---

**3.13**  Nonpriority creditor's name and mailing address

**First Services Residential**

**575 5th Ave Fl 9**

**New York, NY 10017**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: 300 E. 85th, NY, NY

As of the petition filing date, the claim is:          **$11,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

**Foster Garvey P.C.**

**Alan A. Heller**

**199 Water Street**

**New York, NY 10016**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:          **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

**Grant Management Services**

**142 Mineola Ave Ste 3b**

**Roslyn Hts, NY 11577-2022**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Armstrong Gardens Owners Corp.

As of the petition filing date, the claim is:          **$2,416.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

**Gunhill Realty Group**

**P.O. Box 117 Woodlawn Station**

**Bronx, NY 10470**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: 50 Gunhill Road, Bronx, NY

As of the petition filing date, the claim is:          **$1,875.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Metered Appliances Inc.** | Case number *(if known)* | **1-25-44316** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address

**Herman Slepoy Corporation**

**230 Atlantic Ave. Ste 1R**

**Lynbrook, NY 11563**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 280 Atlantic Ave., Bklyn, NY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,858.33

---

**3.18** | Nonpriority creditor's name and mailing address

**Kings Bay Housing Co. Inc.**

**2520 Batchelder Street**

**Brooklyn, NY 11235**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,400.00

---

**3.19** | Nonpriority creditor's name and mailing address

**Metro Management Development, Inc.**

**42-25 21st Street**

**Long Island City, NY 11101**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,310.00

---

**3.20** | Nonpriority creditor's name and mailing address

**Midboro Management Inc.**

**333 7th Ave. Room 500**

**New York, NY 10001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 270 W. 11th Street, NY, NY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,750.00

---

| Debtor | **Metered Appliances Inc.** | Case number *(if known)* | **1-25-44316** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Queens Quality Management**

**25-83 Francis Lewis Blvd.**

**Flushing, NY 11358**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Linden Hill 1 Cooperative Corp. , 25-11 Union Street, Queens, NY

As of the petition filing date, the claim is: **$11,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Richland Management**

**P.O. Box 222120**

**Great Neck, NY 11022**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 1 Maple Drive, Great Neck

As of the petition filing date, the claim is: **$200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Richland Management**

**P.O. Box 222120**

**Great Neck, NY 11022**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 19 Schenk Ave., Great Neck, NY

As of the petition filing date, the claim is: **$300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Richland Management**

**P.O. Box 222120**

**Great Neck, NY 11022**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 30 Stoner Road, Great Neck, NY

As of the petition filing date, the claim is: **$1,050.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Metered Appliances Inc.** | Case number *(if known)* | **1-25-44316** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address

**Richland Management**

**P.O. Box 222120**

**Great Neck, NY 11022**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 50 Brompton Road, Great Neck, NY

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$50,000.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**RLH Management**

**404 Main Street**

**Port Washington, NY 11050**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 195 Village Avenue, Great Neck, NY

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,680.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**TRC Property Management**

**284 East Park Ave.**

**Long Beach, NY 11561**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 333 E. Broadway, Long Beach, NY

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,700.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Verrazano Owners, Inc.**

**Firstservice Residential New York, Inc.**

**622 Third Avenue 14th Floor**

**New York, NY 10017**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

| Debtor | **Metered Appliances Inc.** | Case number *(if known)* | **1-25-44316** |
|---|---|---|---|
| | Name | | |

**3.29** Nonpriority creditor's name and mailing address

**Vintage Realty Services**

**3000 Marcus Ave. Ste 2E06**

**New Hyde Park, NY 11042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: 1855 E. 12th Street, NY, NY

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.30** Nonpriority creditor's name and mailing address

**Vintage Realty Services**

**3000 Marcus Ave. Ste 2E06**

**New Hyde Park, NY 11042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: 334 W. 86th Street, NY, NY

**As of the petition filing date, the claim is:** $4,550.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    **Metered Appliances Inc.**                                              Case number *(if known)*    **1-25-44316**
_____                                    _____
Name

<div style="background:black;color:white;">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | + $189,560.83 |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $189,560.83 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Fill in this information to identify the case:

Debtor name    **Metered Appliances Inc.**

United States Bankruptcy Court for the:    **Eastern**    District of    **New York**
(State)

Case number (If known):    **1-25-44316**    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **1-11 Marble Hill Realty Corp.** | **1-11 Marble Hill Corp.** |
| | | **1-11 Marble Hill, NY, NY** | **LANGSAM PROPERTY SERVICES CORP.** |
| | | **Contract to be ASSUMED** | **1601 Bronxdale Avenue** |
| | State the term remaining | **0 months** | **Bronx, NY 10462** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **221-22 Manor Road, Bellerose, NY** | **221-22 Manor Road** |
| | | **Contract to be ASSUMED** | **Queens Village, NY 11427** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **290 E56th Street Holdings LLC** | **290 E56th Street Holdings LLC** |
| | | **290 E. 56th Street, Bklyn, NY** | **1800 Lanes Mill Road** |
| | | **Contract to be ASSUMED** | **Brick, NJ 08724** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **1760 Third Ave Property Owner LLC** | **60G Mgmt LLC** |
| | | **1760 Third Ave., NY, NY** | **407 Broome Street 3rd Flr** |
| | | **Contract to be ASSUMED** | **New York, NY 10013** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **825 5th Ave., NY, NY** | **825 5th Ave., Corp.** |
| | | **Contract to be ASSUMED** | **825 5th Ave.** |
| | State the term remaining | **0 months** | **New York, NY 10021** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **35 Prospect Park, Bklyn, NY** | **Aargo Real Estate** |
| | | **Contract to be ASSUMED** | **26 Court Street Ste 804** |
| | State the term remaining | **0 months** | **Brooklyn, NY 11242** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **138-11 Beach Channel Drive, Belle Harbor** | **Aargo Real Estate** |
| | | | **26 Court Street Ste 804** |
| | | | **Brooklyn, NY 11242** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **73 East 3rd Street, NY, NY** | **ABC Realty** |
| | | **Contract to be ASSUMED** | **152 West 57th Street** |
| | State the term remaining | **0 months** | **New York, NY 10019** |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Lido Beach Towers** | **Accredited Property Management** |
| | | **Contract to be ASSUMED** | **136 Woodbury Road Ste 101** |
| | State the term remaining | **0 months** | **Woodbury, NY 11797** |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **WHRF Bergen Street LLC** | **Advanced Management Services** |
| | | **346 Bergen Street, Bklyn,NY** | **26 Court Street Ste. 804** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11242** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Brooklyn Heights Owners Corp.** | **Advanced Management Services** |
| | | **65 Montague Street, Bklyn, NY** | **26 Court Street Ste. 804** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11242** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **429 Clinton Avenue Inc.** | **Advanced Management Services** |
| | | **429 Clinton Ave., Brooklyn, NY** | **26 Court Street Ste. 804** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11242** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **222 Seventh Street Condominium** | **Alexander Wolf & Company** |
| | | **222 7th Street, Garden City, NY** | **One Dupont Street** |
| | | **Contract to be ASSUMED** | **Plainview, NY 11803** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Kings Point Tenants Corp.** | **Alexander Wolf & Company** |
| | | **320 E. Shore Road, Great Neck, NY** | **One Dupont Street** |
| | | **Contract to be ASSUMED** | **Plainview, NY 11803** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Horizon Shores Condominium** | **Alexander Wolf & Company** |
| | | **666 Shore Road, Long Beach, NY** | **One Dupont Street** |
| | | **Contract to be ASSUMED** | **Plainview, NY 11803** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Floral Apartment Owners Corp.** | **Alexander Wolf & Company** |
| | | **33-47 Floral Blvd, Floral Park, NY** | **One Dupont Street** |
| | | **Contract to be ASSUMED** | **Plainview, NY 11803** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Linden Towers Cooperative Section #2** | **All Area Realty Service, Inc.** |
| | | **138-25 31st Drive, Flushing, NY** | **138-25 31st Drive** |
| | | **Contract to be ASSUMED** | **Flushing, NY 11354** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **The Sandcastle Condominium** | **All Shore Management Services, INc.** |
| | | **730 West Broadway, Long Beach, NY** | **772 W Beech St** |
| | | **750 West Broadway, Long Beach, NY** | **Long Beach, NY 11561-2806** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **Continental Towers Condominium** | **Allied Partners** |
| | | **301 E. 79th Street, NY, NY** | **301 E. 79th Street** |
| | | **Contract to be REJECTED** | **New York, NY 10075** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **Clifton Place LLC** | **Andrew Gerstein** |
| | | **91 Clifton Place, Brooklyn, NY** | **P.O.Box 74036** |
| | | **Contract to be ASSUMED** | **Rego Park, NY 11374** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | | Case number (if known) | **1-25-44316** |
|---|---|---|---|---|
| | Name | | | |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Mansion House Owners Corp** | **BPC Management** |
| | | **145 Hicks Street, Bklyn, NY** | **80 Livingston Street** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11201** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **Pierrepont Apartment Corp.** | **BPC Management** |
| | | **62 Pierrepoint Ave., Bklyn,NY** | **80 Livingston Street** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11201** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **1080 Fifth Ave, NY, NY** | **Brown Harris Stevens** |
| | | **Contract to be ASSUMED** | **1080 Fifth Ave., NY, NY** |
| | State the term remaining | **0 months** | **770 Lexington Ave 4th Flr** |
| | List the contract number of any government contract | | **New York, NY 10065** |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **29 East 64th Street Corp** | **Brown Harris Stevens** |
| | | **29 East 64th Street , NY, NY** | **1080 Fifth Ave., NY, NY** |
| | | **Contract to be ASSUMED** | **770 Lexington Ave 4th Flr** |
| | State the term remaining | **0 months** | **New York, NY 10065** |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **139 East 63rd Street, Inc.** | **Brown Harris Stevens** |
| | | **139 East 63rd Street, NY, NY** | **1080 Fifth Ave., NY, NY** |
| | | **Contract to be ASSUMED** | **770 Lexington Ave 4th Flr** |
| | State the term remaining | **0 months** | **New York, NY 10065** |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

███ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **Floral Park Owners, Inc.** | **Concerned Management** |
| | | **251-38 71st Road, Bellerose, NY 11426** | **251-38 71st Road** |
| | | | **Bellerose, NY 11426** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **Carden Hall Cooperative** | **DependableProperty Management** |
|---|---|---|---|
| | | **2650 East 13th, NY, NY** | |
| | | **2620 East 13th, NY, NY** | **Brooklyn, NY 11234** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | **103 Central Park West Corporation** | **Douglas Elliman Property Management** |
|---|---|---|---|
| | | **101 Central Park West, NY, NY** | **909 3rd Ave. 11th Flr** |
| | | **Contract to be ASSUMED** | **New York, NY 10022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | **215 West 91st Street Corp.** | **Douglas Elliman Property Management** |
|---|---|---|---|
| | | **215 West 91st Street, NY, NY** | **909 3rd Ave. 11th Flr** |
| | | **Contract to be ASSUMED** | **New York, NY 10022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | **Bayard House** | **Douglas Elliman Property Management** |
|---|---|---|---|
| | | **203 E. 72nd Street, NY, NY** | **909 3rd Ave. 11th Flr** |
| | | **Contract to be ASSUMED** | **New York, NY 10022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | **Selfhelp (KVII) Associates, LLC** | **Douglas Elliman Property Management** |
| | | **137-49 45th Avenue, Flushing, NY** | **909 3rd Ave. 11th Flr** |
| | | **Contract to be REJECTED** | **New York, NY 10022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | **Nine Eleven Park Inc.** | **Douglas Elliman Property Management** |
| | | **911 Park Ave., NY, NY** | **909 3rd Ave. 11th Flr** |
| | | **Contract to be ASSUMED** | **New York, NY 10022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | **1001 Fifth Owners Inc.** | **Douglas Elliman Property Management** |
| | | **1001 Fifth Ave, NY, NY** | **909 3rd Ave. 11th Flr** |
| | | **Contract to be ASSUMED** | **New York, NY 10022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | **829 Park Avenue - Service Contract and Agreement** | **Douglas Elliman Property Management** |
| | | **909 Third Avenue, 11th floor** | **909 3rd Ave. 11th Flr** |
| | | **New York, NY 10022** | **New York, NY 10022** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | **Hampton House Tenants Corp.** | **Einsidler Management Inc.** |
| | | **120 Morris Ave, Rockville Centre, NY** | **533 Broadhollow Road** |
| | | **Contract to be REJECTED** | **Melville, NY 11747** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | 150 Duncan Elder Drive, Greenlawn, NY | Einsidler Management Inc. |
| | | Contract to be ASSUMED | 533 Broadhollow Road |
| | State the term remaining | 0 months | Melville, NY 11747 |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | 1086 Lynne Place, Woodmere, NY | Fairfield 1086 Lynn Place |
| | | Contract to be ASSUMED | 538 Broadhollow Road |
| | State the term remaining | 0 months | Melville, NY 11747 |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | 951 Oceanfront, Long Beach, NY | Fairfield 985 Oceanfront LLC |
| | | 985 Oceanfront, Long Beach, N | Fairfield 951 Oceanfront LLC |
| | | Contract to be ASSUMED | 536 Broadhollow Road 3rd Floor |
| | State the term remaining | 0 months | Melville, NY 11747 |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | Town 'N Harbor Owners' Corp | Fairfield Properties |
| | | 53 Hampton Place, Freeport NY | 535 Broadhollow Road 3rd Floor |
| | | Contract to be ASSUMED | Melville, NY 11747 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | 300 East 85th Housing Corp. | First Services Residential |
| | | 300 E. 85th Street, NY, NY | 575 5th Ave Fl 9 |
| | | Contract to be ASSUMED | New York, NY 10017 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | **501 Hicks Street, Bklyn, NY** | **Goldin Management** |
| | | **Cobble Hill School Condo** | **25 8th Avenue** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11217** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | **31 Washington Condominium** | **Goldin Management** |
| | | **31 Washington Street, Bklyn, NY** | **25 8th Avenue** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11217** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | **Armstrong Gardens Owners Corp.** | **Grant Management Services** |
| | | **475 Armstrong Ave., Staten Island, NY** | **142 Mineola Ave Ste 3b** |
| | | | **Roslyn Hts, NY 11577-2022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | **50 West Gunhill Associates LLC** | **Gunhill Realty Group** |
| | | **50 West Gunhill Road, Bronx, NY** | **P.O. Box 117 Woodlawn Station** |
| | | **Contract to be ASSUMED** | **Bronx, NY 10470** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | **201 W. 89 Owners, Inc.** | **Halstead Management Company, LLC** |
| | | **201 West 89th Street, NY, NY** | **770 Lexington Ave. 8th Floor** |
| | | **Contract to be ASSUMED** | **New York, NY 10065** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | **Rockford Associates LLC -357 East 201 Street - service contract and agreement-** | **Hawthorne Ventures LLC** |
| | | | **235 Seaman Avenue** |
| | | | **P.O Box 57** |
| | | | **Tallman, NY 10982** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | **North & South Lewis Place Owners Corp.** | **Herman Slepoy Corporation** |
| | | | **230 Atlantic Ave. Ste 1R** |
| | | **4 N. Lewis Place, Rockville Centre, NY** | **Lynbrook, NY 11563** |
| | | **465 Merrick Road, Rockville Centre, NY** | |
| | | **Contract to be REJECTED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | **75 S. Middleneck Road, Great Neck, NY** | **Hillpark Owners Inc.** |
| | | **Contract to be ASSUMED** | **75 South Middleneck Road** |
| | State the term remaining | **0 months** | **Great Neck, NY 11021** |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | **Eastern Parkway Portfolio LLC** | **Inception Investors LLC** |
| | | **1631 Eastern Parkway, Bklyn, NY** | **P.O. Box 4438** |
| | | **Contract to be ASSUMED** | **New York, NY 10163** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | **The 1620 Condominium** | **Jalen Management Company** |
| | | **1620 E. 2nd Street, Brooklyn, NY** | **7018 Fort Hamilton Pkwy** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11228** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | **2520 Batchelder Street, Brooklyn, NY** | **Kings Bay Housing Co. Inc.** |
| | | **2965 Avenue Z, Brooklyn, NY** | **2520 Batchelder Street** |
| | | **2540 Batchelder Street, Brooklyn, NY** | **Brooklyn, NY 11235** |
| | | **2560 Batchelder Street, Brooklyn, NY** | |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | **190 Merrick Road, Freeport NY** | **Lanai House Inc.** |
| | | | **190 Merrick Road** |
| | State the term remaining | **0 months** | **Freeport, NY 11520** |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | **144-15 75th Road, Flushing, NY** | **Lazarus Management** |
| | | **Contract to be ASSUMED** | **20F Robert Pitt Drive** |
| | State the term remaining | **0 months** | **Mountainville, NY 10953** |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | **LCL Mountaintop LLC** | **LCL Mountaintop LLC** |
| | | **48 Forest Drive, Bloomingdale, NJ** | **199 Baldwin Road** |
| | | **Contract to be ASSUMED** | **Ringwood, NJ 07456** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

Debtor   **Metered Appliances Inc.**                                    Case number (if known) **1-25-44316**
         Name

| ████ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | **Prospect 17th Development Owners Corp.** | **Leiter Property Management** |
| | | **468 & 471 18th Street, Bklyn, NY** | **750 Grand Street Ste 55** |
| | State the term remaining | **0 months** | **Brooklyn, NY 11211** |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | **50 Plaza Tenants Corp.** | **Leiter Property Management** |
| | | **50 Plaza Street, Brooklyn, NY** | **750 Grand Street Ste 55** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11211** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | **2909 137th Street, Flushing, NY 11354** | **Linden Towers Cooperative No. 4, Inc.** |
| | | **Contract to be ASSUMED** | **29-09 137th Street** |
| | State the term remaining | **0 months** | **Flushing, NY 11354** |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | **2020 Owners Corp.** | **Macon Property Management LLC** |
| | | **2020 E. 41st Street, NY, NY** | **371 Utica Ave.** |
| | | **Contract to be REJECTED** | **Brooklyn, NY 11213** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | **Horizon Mngmt Services HOA Inc.** | **Mahasset Management LLC** |
| | | **69-07 43rd Avenue, Queens, NY** | **37-36 75th Street** |
| | | **Contract to be ASSUMED** | **Jackson Heights, NY 11372** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | **Sherwood Village Cooperative A, Inc.** | **Metro Management Development, Inc.** |
| | | **99-10 60th Ave, Queens, NY** | **42-25 21st Street** |
| | | **Contract to be ASSUMED** | **Long Island City, NY 11101** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | **Dartmouth Cooperative Corp.** | **Metro Management Development, Inc.** |
| | | **86-15 Shore Pkwy, Bklyn, NY** | **42-25 21st Street** |
| | | **86-20 Shore Pkwy, Bklyn, NY** | **Long Island City, NY 11101** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | **170 West 81st Street** | **Metropolitan Propertjes** |
| | | **Contract to be ASSUMED** | **141-50 85th Road** |
| | State the term remaining | **0 months** | **Jamaica, NY 11435** |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | **Hilton Hall Apartments Co. LLC** | **Michael Ogazon Managenet Co.** |
| | | **67 Hilton Avenue, Garden City, NY** | **67 Hilton Avenue,** |
| | | **Contract to be ASSUMED** | **Garden City, NY 11530** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | **140 East Tenants Corp.** | **Midboro Management Inc.** |
| | | **140 E. 81st Street, NY, NY** | **333 7th Ave. Room 500** |
| | | **Contract to be ASSUMED** | **New York, NY 10001** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | **270 West 11th Street Owners Corp.** | **Midboro Management Inc.** |
| | | **270 West 11th Street , NY, NY** | **333 7th Ave. Room 500** |
| | | **Contract to be REJECTED** | **New York, NY 10001** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | **8616 Tower Condominium** | **Newkey Realty LLC** |
| | | **8616 21st Ave.,Bklyn, NY** | **6410 8th Ave. Apt. C6** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11220** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | **142 East 49th Owners Corp.** | **NYC Apartment Management Inc.** |
| | | **142 E. 49th Street, NY, NY** | **477 Madison Ave. 6th Flr** |
| | | **Contract to be ASSUMED** | **New York, NY 10001** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | **641 Fifth Avenue, NY, NY** | **Olympic Tower Condominium** |
| | | **Contract to be ASSUMED** | **641 Fifth Avenue** |
| | State the term remaining | **0 months** | **New York, NY 10022** |
| | List the contract number of any government contract | | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | **16 East 96th Apartment Corp.** | **Orsid Realty Corp.** |
| | | **16 E. 96th Street, NY, NY** | **156 W. 56th Street 6th Floor** |
| | | **Contract to be ASSUMED** | **New York, NY 10019** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

████  Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | **Merrick Park Gardens** | **Precision Asset Management** |
| | | **109-14 172 Street, Jamaica, NY** | **131-42 234th Street** |
| | | **Contract to be ASSUMED** | **Rosedale, NY 11422** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | **North Shore Millbrook** | **Principal Management** |
| | | **4 Millbrook Court, Great Neck, NY** | **40 Randall Avenue** |
| | | **Contract to be ASSUMED** | **Freeport, NY 11520** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | **100-26 67th Road Owners** | **Queens Quality Management** |
| | | **100-26 67th Road, Flushing, NY** | **25-83 Francis Lewis Blvd.** |
| | | **Contract to be REJECTED** | **Flushing, NY 11358** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | **Linden Hill 1 Cooperative Corp.** | **Queens Quality Management** |
| | | **25-11 Union Street, Flushing, NY** | **25-83 Francis Lewis Blvd.** |
| | | **Contract to be REJECTED** | **Flushing, NY 11358** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | **15 Canterbury Owners Corp.** | **Richland Management** |
| | | **15 Canterbury Road, Great Neck, NY** | **P.O. Box 222120** |
| | | **Contract to be ASSUMED** | **Great Neck, NY 11022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3">■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</td></tr>
<tr><td colspan="3" align="center">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td colspan="2">List all contracts and unexpired leases</td><td>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</td></tr>
<tr>
<td>2.75</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract</td>
<td>Village Gardens Owners Corp.<br><br>19 Schenk Ave., Great Neck, NY<br><br>Contract to be ASSUMED<br><br>0 months</td>
<td>Richland Management<br><br>P.O. Box 222120<br><br>Great Neck, NY 11022</td>
</tr>
<tr>
<td>2.76</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract</td>
<td>Tuscany Court Inc.<br><br>215 Middleneck Road, Great Neck, NY<br><br>Contract to be ASSUMED<br><br>0 months</td>
<td>Richland Management<br><br>P.O. Box 222120<br><br>Great Neck, NY 11022</td>
</tr>
<tr>
<td>2.77</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract</td>
<td>Stoner Owners Corp<br><br>30 Stoner Road<br><br>Contract to be ASSUMED<br><br>0 months</td>
<td>Richland Management<br><br>P.O. Box 222120<br><br>Great Neck, NY 11022</td>
</tr>
<tr>
<td>2.78</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract</td>
<td>50 Brompton Owners Inc.<br><br>50 Brompton Ave, Great Neck, NY<br><br>Contract to be ASSUMED<br><br>0 months</td>
<td>Richland Management<br><br>P.O. Box 222120<br><br>Great Neck, NY 11022</td>
</tr>
<tr>
<td>2.79</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract</td>
<td>Cambridge House Tenants Corp.<br><br>1 Maple Drive Great Neck, N.Y<br><br>Contract to be ASSUMED<br><br>0 months</td>
<td>Richland Management<br><br>P.O. Box 222120<br><br>Great Neck, NY 11022</td>
</tr>
</table>

Debtor **Metered Appliances Inc.**                    Case number (if known) **1-25-44316**
          Name

▮     Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|---|
| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | **46 Grace Avenue Owners Corp.** | **Richland Management** |
| | | **46 Grace Avenue, Great Neck, NY** | **P.O. Box 222120** |
| | | **Contract to be ASSUMED** | **Great Neck, NY 11022** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | **195 Apartments Inc.** | **RLH Management** |
| | | **195 North Village,Rockville Centre, NY** | **404 Main Street** |
| | | **Contract to be ASSUMED** | **Port Washington, NY 11050** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | **Fleetwood Tenants Inc.** | **Rokowsky Management** |
| | | **385 E. 16th Street, Bklyn, NY** | **P.O. Box 1023** |
| | | **Contract to be ASSUMED** | **Brooklyn, NY 11219** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | **Florida Gardens Owners Corp.** | **Rokowsky Management** |
| | | **8235 134th Street, Briarwood, NY** | **P.O. Box 1023** |
| | | **8239 134th Street, Briarwood, NY** | **Brooklyn, NY 11219** |
| | | **Contract to be ASSUMED** | |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | **North East Remsen Corp.** | **Sandberg Management Corp** |
| | | **161 Remsen Street, Bklyn, NY** | **231 W. 29th Street Ste. 901** |
| | | **Contract to be ASSUMED** | **New York, NY 10001** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.85** State what the contract or lease is for and the nature of the debtor's interest

**Seaview Terrace Cooperative**

**560 West Broadway, Long Beach, NY 11561**

**Contract to be ASSUMED**

State the term remaining **0 months**

List the contract number of any government contract

**Seaview Terrace Cooperative**

**560 West Broadway Apt. L2**

**Long Beach, NY 11561**

---

**2.86** State what the contract or lease is for and the nature of the debtor's interest

**The Brentwood Group**

**317 W. 87th Street, NY, NY**

**Contract to be ASSUMED**

State the term remaining **0 months**

List the contract number of any government contract

**Solstice Residential Group**

**120 Broadway Ste 22C**

**New York, NY 10271**

---

**2.87** State what the contract or lease is for and the nature of the debtor's interest

**Seville Condominium**

**300 E. 77th Street, NY, NY**

**Contract to be ASSUMED**

State the term remaining **0 months**

List the contract number of any government contract

**Solstice Residential Group**

**120 Broadway Ste 22C**

**New York, NY 10271**

---

**2.88** State what the contract or lease is for and the nature of the debtor's interest

**257 Park Avenue South, Suite 303**

**New York, NY 10010**

**Contract to be ASSUMED**

State the term remaining **0 months**

List the contract number of any government contract

**Solstice Residential Group**

**120 Broadway Ste 22C**

**New York, NY 10271**

---

**2.89** State what the contract or lease is for and the nature of the debtor's interest

**425 Summit Avenue, Jersey City, NJ**

**Contract to be REJECTED**

State the term remaining **0 months**

List the contract number of any government contract

**Summit & Sip LLC**

**425 Summit Ave**

**Jersey City, NJ 07306**

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

███ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | 145 E. 76th Street, NY, NY | The 145 East 76th Street Condominium |
|---|---|---|---|
| | | Contract to be ASSUMED | 145 E 76th St |
| | State the term remaining | 0 months | New York, NY 10021-2818 |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | 345 Baldwin Avenue LLC | The Spitzer Group |
|---|---|---|---|
| | | 3435 Baldwin Avenue, Jersey City., NJ | 345 Baldwin Ave |
| | | Contract to be REJECTED | Jersey City, NJ 07306 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | 316 Bergen Owner LLC | Ther Dermot Company |
|---|---|---|---|
| | | 316 Bergen Street, Bklyn, NY | 729 7th Avenue 15th Flr |
| | | Contract to be REJECTED | New York, NY 10019 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | 333 East Broadway Owners Corp | TRC Property Management |
|---|---|---|---|
| | | 333 E. Broadway, Long Beach, NY | 284 East Park Ave. |
| | | Contract to be REJECTED | Long Beach, NY 11561 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | 12 West 72nd Street Cooperative Corp. | Tudor Realty Services Corp. |
|---|---|---|---|
| | | 12 West 72nd Street , NY, NY | 250 Park Ave. South 4th Flr |
| | | Contract to be ASSUMED | New York, NY 10003 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) | **1-25-44316** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | **999 Willoughby Avenue LLC** | **Tumbles LLC** |
| | | **999 Willoughby Avenue, NY, NY** | **8 Mountainside Drive** |
| | | **Contract to be ASSUMED** | **Ringwood, NJ 07456** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | **92 E. 7th Street, NY, NY** | **Vanguard Investors Ltd.** |
| | | | **501 5th Ave. Ste. 704** |
| | State the term remaining | **0 months** | **New York, NY 10017** |
| | List the contract number of any government contract | | |
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | **47-20 Owners Corp.** | **Venture NY Property Management LLC** |
| | | **47-20 42nd Street, Queens, NY** | **43-10 11th Street** |
| | | **Contract to be ASSUMED** | **Long Island City, NY 11101** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | **1855 East Owners Corp.** | **Vintage Realty Services** |
| | | **1855 E. 12th Street, Bklyn, NY** | **3000 Marcus Ave. Ste 2E06** |
| | | **Contract to be ASSUMED** | **New Hyde Park, NY 11042** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | **334 West 86th Street Apt. Corp.** | **Vintage Realty Services** |
| | | **334 West 86th Street , NY, NY** | **3000 Marcus Ave. Ste 2E06** |
| | State the term remaining | **0 months** | **New Hyde Park, NY 11042** |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | **242 East 19th Street Apt. Corp.** | **Vintage Realty Services** |
| | | **242 East 19th Street, NY, NY** | **3000 Marcus Ave. Ste 2E06** |
| | | **Contract to be ASSUMED** | **New Hyde Park, NY 11042** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **Metered Appliances Inc.** | | Case number (if known) **1-25-44316** |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest — **140 Cadman Plaza, Bklyn, NY** | **Vintage Realty Services** |
| | | **3000 Marcus Ave. Ste 2E06** |
| | State the term remaining — **0 months** | **New Hyde Park, NY 11042** |
| | List the contract number of any government contract | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest — **Fardale Owners Inc.** | **Vintage Realty Services** |
| | **6 Ivy Street, Farmingdale, NY** | **3000 Marcus Ave. Ste 2E06** |
| | **Contract to be ASSUMED** | **New Hyde Park, NY 11042** |
| | State the term remaining — **0 months** | |
| | List the contract number of any government contract | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest — **WHGA Harriet Tubman Apts. LP** | **West Harlem Group Assistance Inc.** |
| | **142 W. 143rd Street, NY, NY** | **1652 Amsterdam Ave.** |
| | **Contract to be REJECTED** | **New York, NY 10031** |
| | State the term remaining — **0 months** | |
| | List the contract number of any government contract | |
| **2.104** | State what the contract or lease is for and the nature of the debtor's interest — **2360 Fredrick Douglas Blvd, NY, NY** | **West Harlem Group Assistance Inc.** |
| | **Contract to be ASSUMED** | **1652 Amsterdam Ave.** |
| | State the term remaining — **0 months** | **New York, NY 10031** |
| | List the contract number of any government contract | |
| **2.105** | State what the contract or lease is for and the nature of the debtor's interest — **83 Hamilton Pl Housing Development Fund** | **West Harlem Group Assistance Inc.** |
| | **83 Hamilton Place, NY, NY** | **1652 Amsterdam Ave.** |
| | **Contract to be ASSUMED** | **New York, NY 10031** |
| | State the term remaining — **0 months** | |
| | List the contract number of any government contract | |

| Debtor | **Metered Appliances Inc.** | Case number (if known) **1-25-44316** |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.106** | State what the contract or lease is for and the nature of the debtor's interest | **Willim Andreson HDFC** | **West Harlem Group Assistance Inc.** |
| | | **93 Hamilton Place, NY, NY** | **1652 Amsterdam Ave.** |
| | | **Contract to be ASSUMED** | **New York, NY 10031** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | **Kensington Court LLC** | **WRK Management Group, Corp.** |
| | | **180 Hilton Ave. ,Garden City, NY** | **P.O.Box 1086** |
| | | **Contract to be ASSUMED** | **Syosset, NY 11791** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____ **Metered Appliances Inc.** _____

United States Bankruptcy Court for the:

_____ **Eastern District of New York** _____

Case number (if known): _____ **1-25-44316** _____    Chapter ___ **11** ___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................................................    **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.................................................................................................................    **$2,616,003.79**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................................    **$2,616,003.79**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$498,836.06**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................    **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................    **+  $189,560.83**

4. **Total liabilities**.................................................................................................................................................    **$688,396.89**

   Lines 2 + 3a + 3b