1-11 Marble Hill Corp.
LANGSAM PROPERTY SERVICES CORP.
1601 Bronxdale Avenue
Bronx, NY 10462

221-22 Manor Road
Queens Village, NY 11427

290 E56th Street Holdings LLC
1800 Lanes Mill Road
Brick, NJ 08724

50 Brompton Owners, Inc.
Schneider Buchel LLP
60 Crossways Park Sr. Ste 340
11797

60G Mgmt LLC
407 Broome Street 3rd Flr
New York, NY 10013

67-30 Dartmouth Street Owners Corp.
Robert E. Judge, P.C.
365 Bridge St Ste 3pro
Brooklyn, NY 11201-0803

825 5th Ave., Corp.
825 5th Ave.
New York, NY 10021

84 Drive Homes Inc.
JARED P. TURMAN, ESQ.
330 WEST 38TH STREET STE 701
New York, NY 10018

Aargo Real Estate
26 Court Street Ste 804
Brooklyn, NY 11242

ABC Realty
152 West 57th Street
New York, NY 10019

Accredited Property
Management
136 Woodbury Road Ste 101
Woodbury, NY 11797

Aces Laundry Service II LLC
ACES LAUNDRY SERVICE II, LLC
111 North Central Park Avenue Ste 400
Hartsdale, NY 10530

Advanced Management
Services
26 Court Street Ste. 804
Brooklyn, NY 11242

Alexander Wolf & Company
One Dupont Street
Plainview, NY 11803

All Area Realty Service, Inc.
138-25 31st Drive
Flushing, NY 11354

All Shore Management
Services, INc.
772 W Beech St
Long Beach, NY 11561-2806

Alliance Laundry Systems LLC
Shepard Street
P.O. Box 990
Ripon, WI 54971

Allied Partners
301 E. 79th Street
New York, NY 10075

Andrew Gerstein
P.O.Box 74036
Rego Park, NY 11374

Arverne Limited Profit
Housing Corp.
℅ Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

Autarkic Holdings, Inc.
Laundrylux
Kramer & Shapiro P.C.
8002 Kew Gardens Rd Ste 302
Kew Gardens, NY 11415-3613

Barbizon Owners
HANKIN & MAZEL PLLC
60 Cuttermill Rd Ste 505
Great Neck, NY 11021-3104

BPC Management
80 Livingston Street
Brooklyn, NY 11201

Brown Harris Stevens
770 Lexington Ave 4th Flr
New York, NY 10065

Brown Harris Stevens
1080 Fifth Ave., NY, NY
770 Lexington Ave 4th Flr
New York, NY 10065

Clean Laundry Funding
P.O. Box 01375
Springfield, OH 45501

Concerned Management
251-38 71st Road
Bellerose, NY 11426

DependableProperty
Management
Brooklyn, NY 11234

Douglas Elliman Property
Management
909 3rd Ave. 11th Flr
New York, NY 10022

Eastern Funding
213 West 35th Street 2E
New York, NY 10001

Einsidler Management Inc.
533 Broadhollow Road
Melville, NY 11747

Fairfield 1086 Lynn Place
538 Broadhollow Road
Melville, NY 11747

Fairfield 985 Oceanfront LLC
Fairfield 951 Oceanfront LLC
536 Broadhollow Road 3rd Floor
Melville, NY 11747

Fairfield Properties
535 Broadhollow Road 3rd Floor
Melville, NY 11747

First Services Residential
575 5th Ave Fl 9
New York, NY 10017

Foster Garvey P.C.
Alan A. Heller
199 Water Street
New York, NY 10016

Goldin Management
25 8th Avenue
Brooklyn, NY 11217

Grant Management Services
142 Mineola Ave Ste 3b
Roslyn Hts, NY 11577-2022

Gunhill Realty Group
P.O. Box 117 Woodlawn Station
Bronx, NY 10470

Halstead Management
Company, LLC
770 Lexington Ave. 8th Floor
New York, NY 10065

Hawthorne Ventures LLC
235 Seaman Avenue
P.O Box 57
Tallman, NY 10982

Herman Slepoy Corporation
230 Atlantic Ave. Ste 1R
Lynbrook, NY 11563

Hillpark Owners Inc.
75 South Middleneck Road
Great Neck, NY 11021

Inception Investors LLC
P.O. Box 4438
New York, NY 10163

IRS Dept of Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

Jalen Management Company
7018 Fort Hamilton Pkwy
Brooklyn, NY 11228

Kings Bay Housing Co. Inc.
2520 Batchelder Street
Brooklyn, NY 11235

Lanai House Inc.
190 Merrick Road
Freeport, NY 11520

Lazarus Management
20F Robert Pitt Drive
Mountainville, NY 10953


LCL Mountaintop LLC
199 Baldwin Road
Ringwood, NJ 07456


Leiter Property Management
750 Grand Street Ste 55
Brooklyn, NY 11211


Linden Towers Cooperative
No. 4, Inc.
29-09 137th Street
Flushing, NY 11354


Macon Property Management
LLC
371 Utica Ave.
Brooklyn, NY 11213


Mahasset Management LLC
37-36 75th Street
Jackson Heights, NY 11372


Metro Management
Development, Inc.
42-25 21st Street
Long Island City, NY 11101


Metropolitan Propertjes
141-50 85th Road
Jamaica, NY 11435

Michael Ogazon Managenet
Co.
67 Hilton Avenue,
Garden City, NY 11530


Midboro Management Inc.
333 7th Ave. Room 500
New York, NY 10001


Newkey Realty LLC
6410 8th Ave. Apt. C6
Brooklyn, NY 11220


NYC Apartment Management
Inc.
477 Madison Ave. 6th Flr
New York, NY 10001


NYS Dept of Finance
BANKRUPTCY SECTION
PO Box 5300
Albany, NY 12205


Olympic Tower Condominium
641 Fifth Avenue
New York, NY 10022


Orsid Realty Corp.
156 W. 56th Street 6th Floor
New York, NY 10019


Precision Asset Management
131-42 234th Street
Rosedale, NY 11422

Principal Management
40 Randall Avenue
Freeport, NY 11520

Queens Quality Management
25-83 Francis Lewis Blvd.
Flushing, NY 11358

Richland Management
P.O. Box 222120
Great Neck, NY 11022

Richland Management
P.O. Box 222120
Great Neck, NY 11022

RLH Management
404 Main Street
Port Washington, NY 11050

Rokowsky Management
P.O. Box 1023
Brooklyn, NY 11219

Sandberg Management Corp
231 W. 29th Street Ste. 901
New York, NY 10001

Seaview Terrace Cooperative
560 West Broadway Apt. L2
Long Beach, NY 11561

Solstice Residential Group
120 Broadway Ste 22C
New York, NY 10271

Summit & Sip LLC
425 Summit Ave
Jersey City, NJ 07306

The 145 East 76th Street
Condominium
145 E 76th St
New York, NY 10021-2818

The Spitzer Group
345 Baldwin Ave
Jersey City, NJ 07306

Ther Dermot Company
729 7th Avenue 15th Flr
New York, NY 10019

TRC Property Management
284 East Park Ave.
Long Beach, NY 11561

Tudor Realty Services Corp.
250 Park Ave. South 4th Flr
New York, NY 10003

Tumbles LLC
8 Mountainside Drive
Ringwood, NJ 07456

Vanguard Investors Ltd.
501 5th Ave. Ste. 704
New York, NY 10017

Venture NY Property
Management LLC
43-10 11th Street
Long Island City, NY 11101

Verrazano Owners, Inc.
Firstservice Residential New York, Inc.
622 Third Avenue 14th Floor
New York, NY 10017

Vintage Realty Services
3000 Marcus Ave. Ste 2E06
New Hyde Park, NY 11042

West Harlem Group
Assistance Inc.
1652 Amsterdam Ave.
New York, NY 10031

Western Equipment Finance
inc.
420 College Drive South
Devils Lake, ND 58301

WRK Management Group,
Corp.
P.O.Box 1086
Syosset, NY 11791

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

IN RE: **Metered Appliances Inc.**  CASE NO 1-25-44316

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **11/14/2025**   Signature   **/s/ Norman Orner**
                                    Norman Orner, Secretary