Fill in this information to identify the case:

Debtor name __**Metered Appliances Inc.**__

United States Bankruptcy Court for the:
__**Eastern District of New York**__

Case number (if known): __**1-25-44316**__

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 50 Brompton Owners, Inc.<br>Schneider Buchel LLP<br>60 Crossways Park Sr. Ste 340<br>, 11797 | | | Disputed<br>Unliquidated | | | $58,500.00 |
| 2 | Richland Management<br>P.O. Box 222120<br>Great Neck, NY 11022 | | | Disputed | | | $50,000.00 |
| 3 | Kings Bay Housing Co. Inc.<br>2520 Batchelder Street<br>Brooklyn, NY 11235 | | | Disputed | | | $15,400.00 |
| 4 | Queens Quality Management<br>25-83 Francis Lewis Blvd.<br>Flushing, NY 11358 | | | Disputed | | | $11,800.00 |
| 5 | First Services Residential<br>575 5th Ave Fl 9<br>New York, NY 10017 | | | Disputed | | | $11,250.00 |
| 6 | Alliance Laundry Systems LLC<br>Shepard Street<br>P.O. Box 990<br>Ripon, WI 54971 | | | Disputed<br>Unliquidated | | | $10,627.46 |
| 7 | Eastern Funding<br>213 West 35th Street 2E<br>New York, NY 10001 | | UCC | Disputed | $19,934.95 | $9,950.00 | $9,984.95 |
| 8 | Eastern Funding<br>213 West 35th Street 2E<br>New York, NY 10001 | | UCC | Disputed | $8,349.06 | $8,349.06 | $8,349.06 |

| Debtor | **Metered Appliances Inc.** | | Case number *(if known)* | **1-25-44316** |
|---|---|---|---|---|
| | Name | | | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Alliance Laundry Systems LLC<br>Shepard Street<br>P.O. Box 990<br>Ripon, WI 54971 | | | Disputed<br>Unliquidated | | | $7,242.79 |
| 10 | Eastern Funding<br>213 West 35th Street 2E<br>New York, NY 10001 | | UCC | Disputed | | | $6,953.03 |
| 11 | Midboro Management Inc.<br>333 7th Ave. Room 500<br>New York, NY 10001 | | | Disputed | | | $5,750.00 |
| 12 | Metro Management Development, Inc.<br>42-25 21st Street<br>Long Island City, NY 11101 | | | Disputed | | | $5,310.00 |
| 13 | Herman Slepoy Corporation<br>230 Atlantic Ave. Ste 1R<br>Lynbrook, NY 11563 | | | Disputed | | | $4,858.33 |
| 14 | Vintage Realty Services<br>3000 Marcus Ave. Ste 2E06<br>New Hyde Park, NY 11042 | | | Disputed | | | $4,550.00 |
| 15 | Einsidler Management Inc.<br>533 Broadhollow Road<br>Melville, NY 11747 | | | Disputed | | | $3,020.80 |
| 16 | Vintage Realty Services<br>3000 Marcus Ave. Ste 2E06<br>New Hyde Park, NY 11042 | | | Disputed | | | $3,000.00 |
| 17 | Einsidler Management Inc.<br>533 Broadhollow Road<br>Melville, NY 11747 | | | Disputed | | | $2,700.00 |
| 18 | TRC Property Management<br>284 East Park Ave.<br>Long Beach, NY 11561 | | | Disputed | | | $2,700.00 |
| 19 | Grant Management Services<br>142 Mineola Ave Ste 3b<br>Roslyn Hts, NY 11577-2022 | | | Disputed | | | $2,416.70 |
| 20 | Concerned Management<br>251-38 71st Road<br>Bellerose, NY 11426 | | | Disputed | | | $2,000.00 |