# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 11/18/2025 |
| Case: 8−25−73481−ast | Form ID: pdfall | Total: 98 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov
UST TrAt      William J. Birmingham      william.birmingham@usdoj.gov
tr      Salvatore LaMonica, Esq.      sl@lhmlawfirm.com
aty      Charles Wertman      charles@cwertmanlaw.com

                                                                 TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Metered Appliances Inc.      1017 Merrick Road      Baldwin, NY 11510
cr      Ally Capital, c/o AIS Portfolio Services, LLC      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
10601007      1−11 Marble Hill Corp.      LANGSAM PROPERTY SERVICES CORP.      1601 Bronxdale Avenue      Bronx, NY 10462
10601009      1800 Lanes Mill Road      Brick, NJ 08724      50 Brompton Owners, Inc.
10601008      221−22 Manor Road      Queens Village, NY 11427      290 E56th Street Holdings      LLC
10601011      60G Mgmt LLC      407 Broome Street 3rd Flr      New York, NY 10013
10601012      67−30 Dartmouth Street      Owners Corp.      Robert E. Judge, P.C.      365 Bridge St Ste 3pro      Brooklyn, NY 11201−0803
10601013      825 5th Ave., Corp.      825 5th Ave.      New York, NY 10021
10601014      84 Drive Homes Inc.      JARED P. TURMAN, ESQ.      330 WEST 38TH STREET STE 701      New York, NY 10018
10601016      ABC Realty      152 West 57th Street      New York, NY 10019
10601015      Aargo Real Estate      26 Court Street Ste 804      Brooklyn, NY 11242
10601017      Accredited Property      Management      136 Woodbury Road Ste 101      Woodbury, NY 11797
10601018      Aces Laundry Service II LLC      ACES LAUNDRY SERVICE II, LLC      111 North Central Park Avenue Ste 400      Hartsdale, NY 10530
10601019      Advanced Management      Services      26 Court Street Ste. 804      Brooklyn, NY 11242
10601020      Alexander Wolf & Company      One Dupont Street      Plainview, NY 11803
10601021      All Area Realty Service, Inc.      138−25 31st Drive      Flushing, NY 11354
10601022      All Shore Management      Services, INc.      772 W Beech St      Long Beach, NY 11561−2806
10601023      Alliance Laundry Systems LLC      Shepard Street      P.O. Box 990      Ripon, WI 54971
10601024      Allied Partners      301 E. 79th Street      New York, NY 10075
10566913      Ally Capital      AIS Portfolio Services, LLC      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
10595535      American Express National Bank      c/o Becket and Lee LLP      PO Box 3001      Malvern PA 19355−0701
10601025      Andrew Gerstein      P.O.Box 74036      Rego Park, NY 11374
10601026      Arverne Limited Profit      Housing Corp.      Herrick Feinstein LLP      2 Park Avenue      New York, NY 10016
10601027      Autarkic Holdings, Inc.      Laundrylux      Kramer & Shapiro P.C.      8002 Kew Gardens Rd Ste 302      Kew Gardens, NY 11415−3613
10601029      BPC Management      80 Livingston Street      Brooklyn, NY 11201
10601028      Barbizon Owners      HANKIN & MAZEL PLLC      60 Cuttermill Rd Ste 505      Great Neck, NY 11021−3104
10601035      Brown Harris Stevens      1080 Fifth Ave., NY, NY      770 Lexington Ave 4th Flr      New York, NY 10065
10601030      Brown Harris Stevens      770 Lexington Ave 4th      New York, NY 10065
10599738      Cellco Partnership d/b/a Verizon Wireless      William M Vermette      22001 Loudoun County PKWY      Ashburn, VA 20147
10601036      Clean Laundry Funding      P.O. Box 01375      Springfield, OH 45501
10601037      Concerned Management      251−38 71st Road      Bellerose, NY 11426
10601038      DependableProperty      Management      Brooklyn, NY 11234
10601039      Douglas Elliman Property      Management      909 3rd Ave. 11th Flr      New York, NY 10022
10601040      Eastern Funding      213 West 35th Street 2E      New York, NY 10001
10601041      Einsidler Management Inc.      533 Broadhollow Road      Melville, NY 11747
10601042      Fairfield 1086 Lynn Place      538 Broadhollow Road      Melville, NY 11747
10601043      Fairfield 985 Oceanfront LLC      Fairfield 951 Oceanfront LLC      536 Broadhollow Road 3rd Floor      Melville, NY 11747
10601044      Fairfield Properties      535 Broadhollow Road 3rd Floor      Melville, NY 11747
10601045      First Services Residential      575 5th Ave Fl 9      New York, NY 10017
10601046      Foster Garvey P.C.      Alan A. Heller      199 Water Street      New York, NY 10016
10601047      Goldin Management      25 8th Avenue      Brooklyn, NY 11217
10601048      Grant Management Services      142 Mineola Ave Ste 3b      Roslyn Hts, NY 11577−2022
10601049      Gunhill Realty Group      P.O. Box 117 Woodlawn Station      Bronx, NY 10470
10601050      Halstead Management      Company, LLC      770 Lexington Ave. 8th Floor      New York, NY 10065
10601051      Hawthorne Ventures LLC      235 Seaman Avenue      P.O Box 57      Tallman, NY 10982
10601052      Herman Slepoy Corporation      230 Atlantic Ave. Ste 1R      Lynbrook, NY 11563
10601053      Hillpark Owners Inc.      75 South Middleneck Road      Great Neck, NY 11021

| | | | |
|---|---|---|---|
| 10601055 | IRS Dept of Bankruptcy | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 10601054 | Inception Investors LLC | P.O. Box 4438 | New York, NY 10163 |
| 10601056 | Jalen Management Company | 7018 Fort Hamilton Pkwy | Brooklyn, NY 11228 |
| 10601057 | Kings Bay Housing Co. Inc. | 2520 Batchelder Street | Brooklyn, NY 11235 |
| 10601060 | LCL Mountaintop LLC | 199 Baldwin Road | Ringwood, NJ 07456 |
| 10601058 | Lanai House Inc. | 190 Merrick Road | Freeport, NY 11520 |
| 10601059 | Lazarus Management | 20F Robert Pitt Drive | Mountainville, NY 10953 |
| 10601061 | Leiter Property Management | 750 Grand Street Ste 55 | Brooklyn, NY 11211 |
| 10601062 | Linden Towers Cooperative | No. 4, Inc.   29–09 137th Street | Flushing, NY 11354 |
| 10601063 | Macon Property Management | LLC   371 Utica Ave. | Brooklyn, NY 11213 |
| 10601064 | Mahasset Management LLC | 37–36 75th Street | Jackson Heights, NY 11372 |
| 10601065 | Metro Management | Development, Inc.   42–25 21st Street | Long Island City, NY 11101 |
| 10601066 | Metropolitan Propertjes | 141–50 85th Road | Jamaica, NY 11435 |
| 10601067 | Michael Ogazon Managenet | Co.   67 Hilton Avenue, | Garden City, NY 11530 |
| 10601068 | Midboro Management Inc. | 333 7th Ave. Room 500 | New York, NY 10001 |
| 10568291 | NEW YORK STATE DEPARTMENT OF LABOR | 1220 WASHINGTON AVE BLDG 12, RM 256 | ALBNY, NY 12226 |
| 10601070 | NYC Apartment Management | Inc.   477 Madison Ave. 6th Flr | New York, NY 10001 |
| 10601071 | NYS Dept of Finance | BANKRUPTCY SECTION   PO Box 5300 | Albany, NY 12205 |
| 10591287 | New York State Department of Taxation & Finance | Bankruptcy Section   P O Box 5300 | Albany New York 12205–0300 |
| 10601069 | Newkey Realty LLC | 6410 8th Ave. Apt. C6 | Brooklyn, NY 11220 |
| 10601072 | Olympic Tower Condominium | 641 Fifth Avenue | New York, NY 10022 |
| 10601073 | Orsid Realty Corp. | 156 W. 56th Street 6th Floor | New York, NY 10019 |
| 10601074 | Precision Asset Management | 131–42 234th Street | Rosedale, NY 11422 |
| 10601075 | Principal Management | 40 Randall Avenue | Freeport, NY 11520 |
| 10601076 | Queens Quality Management | 25–83 Francis Lewis Blvd. | Flushing, NY 11358 |
| 10601079 | RLH Management | 404 Main Street | Port Washington, NY 11050 |
| 10601077 | Richland Management | P.O. Box 222120 | Great Neck, NY 11022 |
| 10601078 | Richland Management | P.O. Box 222120 | Great Neck, NY 11022 |
| 10601080 | Rokowsky Management | P.O. Box 1023 | Brooklyn, NY 11219 |
| 10601081 | Sandberg Management Corp | 231 W. 29th Street Ste. 901 | New York, NY 10001 |
| 10601010 | Schneider Buchel LLP | 60 Crossways Park Sr. Ste 340 | 11797 |
| 10601082 | Seaview Terrace Cooperative | 560 West Broadway Apt. L2 | Long Beach, NY 11561 |
| 10601083 | Solstice Residential Group | 120 Broadway Ste 22C | New York, NY 10271 |
| 10601084 | Summit & Sip LLC | 425 Summit Ave | Jersey City, NJ 07306 |
| 10601088 | TRC Property Management | 284 East Park Ave. | Long Beach, NY 11561 |
| 10601085 | The 145 East 76th Street | Condominium   145 E 76th St | New York, NY 10021–2818 |
| 10601086 | The Spitzer Group | 345 Baldwin Ave | Jersey City, NJ 07306 |
| 10601087 | Ther Dermot Company | 729 7th Avenue 15th Flr | New York, NY 10019 |
| 10601089 | Tudor Realty Services Corp. | 250 Park Ave. South 4th Flr | New York, NY 10003 |
| 10601090 | Tumbles LLC | 8 Mountainside Drive | Ringwood, NJ 07456 |
| 10601091 | Vanguard Investors Ltd. | 501 5th Ave. Ste. 704 | New York, NY 10017 |
| 10601092 | Venture NY Property | Management LLC   43–10 11th Street | Long Island City, NY 11101 |
| 10601093 | Verrazano Owners, Inc. | Firstservice Residential New York, Inc.   622 Third Avenue 14th Floor | New York, NY 10017 |
| 10601094 | Vintage Realty Services | 3000 Marcus Ave. Ste 2E06 | New Hyde Park, NY 11042 |
| 10601097 | WRK Management Group, | Corp.   P.O.Box 1086 | Syosset, NY 11791 |
| 10601095 | West Harlem Group | Assistance Inc.   1652 Amsterdam Ave. | New York, NY 10031 |
| 10601096 | Western Equipment Finance | inc.   420 College Drive South | Devils Lake, ND 58301 |

TOTAL: 94