Law Offices of Charles Wertman P.C.
Charles Wertman, Esq.
100 Merrick Road, Suite 304W
Rockville Centre, New York 11570
(516) 284-0900
*charles@cwertmanlaw.com*
*Proposed Counsel for Debtor and Debtor-in-Possession*

Presentment Date:   December 2, 2025
Objection Deadline   December 1, 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

    Metered Appliances Inc.
        Debtor.
-----------------------------------------------------------x

Chapter 11
Case No. 25-73481 (ast)

### NOTICE OF PRESENTMENT OF THE CHAPTER 11 DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF LAW OFFICES OF CHARLES WERTMAN P.C. COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

**PLEASE TAKE NOTICE** that Metered Appliances Inc. the above-captioned Chapter 11 Debtor and Debtor-in-Possession ("Debtor"), through its proposed counsel, Law Offices of Charles Wertman P.C. ("LOCW"), will present the annexed proposed Order, Application, and Declaration (collectively, "Application"), approving the employment of LOCW as counsel to the Debtor, for signature and approval on December 2, 2025 at 10:00 a.m. to the Honorable Alan S. Trust, Chief Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Central Islip Division, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received by the Court and counsel to the undersigned no later than December 1, 2025 at 4:00 p.m. (Eastern Time). Objections must be filed with the Court on the

ECF docket, and a copy must be served upon the undersigned counsel at the address set forth below. (i) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's website at www.nyeb.uscourts.gov and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a portable drive in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the Application is not filed by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter the Order approving the relief sought in the Application without further notice.

**PLEASE TAKE FURTHER NOTICE**, that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the movant.

Dated: November 16, 2025
Rockville Centre, New York

>Law Offices of Charles Wertman, P.C
>*Proposed Counsel to the Chapter 11 Debtor and Debtor-in-Possession*
>By:     /s/ Charles Wertman, Esq.
>        Charles Wertman, Esq.
>100 Merrick Road, Suite 304W
>Rockville Centre, New York 11570
>(516) 284-0900
>charles@cwertmanlaw.com