United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                       Case No. 25-73481-ast
Metered Appliances Inc.                                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                      User: admin                      Page 1 of 3
Date Rcvd: Nov 18, 2025              Form ID: pdfall                  Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Metered Appliances Inc., 1017 Merrick Road, Baldwin, NY 11510-3316 |
| 10601007 | + | 1-11 Marble Hill Corp., LANGSAM PROPERTY SERVICES CORP., 1601 Bronxdale Avenue, Bronx, NY 10462-3367 |
| 10601009 | + | 1800 Lanes Mill Road, Brick, NJ 08724, 50 Brompton Owners, Inc. 08724-5204 |
| 10601008 | + | 221-22 Manor Road, Queens Village, NY 11427, 290 E56th Street Holdings, LLC 11427-2028 |
| 10601011 | + | 60G Mgmt LLC, 407 Broome Street 3rd Flr, New York, NY 10013-3213 |
| 10601012 | | 67-30 Dartmouth Street, Owners Corp., Robert E. Judge, P.C., 365 Bridge St Ste 3pro, Brooklyn, NY 11201-0803 |
| 10601013 | + | 825 5th Ave., Corp., 825 5th Ave., New York, NY 10065-7268 |
| 10601014 | + | 84 Drive Homes Inc., JARED P. TURMAN, ESQ., 330 WEST 38TH STREET STE 701, New York, NY 10018-8551 |
| 10601016 | + | ABC Realty, 152 West 57th Street, New York, NY 10019-3383 |
| 10601015 | + | Aargo Real Estate, 26 Court Street Ste 804, Brooklyn, NY 11242-1108 |
| 10601017 | + | Accredited Property, Management, 136 Woodbury Road Ste 101, Woodbury, NY 11797-1411 |
| 10601018 | | Aces Laundry Service II LLC, ACES LAUNDRY SERVICE II, LLC, 111 North Central Park Avenue Ste 400, Hartsdale, NY 10530 |
| 10601020 | + | Alexander Wolf & Company, One Dupont Street, Plainview, NY 11803-1604 |
| 10601021 | + | All Area Realty Service, Inc., 138-25 31st Drive, Flushing, NY 11354-2664 |
| 10601022 | | All Shore Management, Services, INc., 772 W Beech St, Long Beach, NY 11561-2806 |
| 10601023 | + | Alliance Laundry Systems LLC, Shepard Street, P.O. Box 990, Ripon, WI 54971-0990 |
| 10601024 | + | Allied Partners, 301 E. 79th Street, New York, NY 10075-0951 |
| 10601025 | | Andrew Gerstein, P.O.Box 74036, Rego Park, NY 11374 |
| 10601026 | + | Arverne Limited Profit, Housing Corp., Herrick Feinstein LLP, 2 Park Avenue, New York, NY 10016-9302 |
| 10601027 | + | Autarkic Holdings, Inc., Laundrylux, Kramer & Shapiro P.C., 8002 Kew Gardens Rd Ste 302, Kew Gardens, NY 11415-3611 |
| 10601029 | + | BPC Management, 80 Livingston Street, Brooklyn, NY 11201-5009 |
| 10601028 | | Barbizon Owners, HANKIN & MAZEL PLLC, 60 Cuttermill Rd Ste 505, Great Neck, NY 11021-3104 |
| 10601035 | + | Brown Harris Stevens, 1080 Fifth Ave., NY, NY, 770 Lexington Ave 4th Flr, New York, NY 10065-8165 |
| 10601030 | + | Brown Harris Stevens, 770 Lexington Ave 4th, New York, NY 10065-8165 |
| 10601036 | + | Clean Laundry Funding, P.O. Box 01375, Springfield, OH 45501-1375 |
| 10601037 | + | Concerned Management, 251-38 71st Road, Bellerose, NY 11426-2726 |
| 10601038 | | DependableProperty, Management, Brooklyn, NY 11234 |
| 10601039 | + | Douglas Elliman Property, Management, 909 3rd Ave. 11th Flr, New York, NY 10022-4731 |
| 10601041 | | Einsidler Management Inc., 533 Broadhollow Road, Melville, NY 11747 |
| 10601042 | + | Fairfield 1086 Lynn Place, 538 Broadhollow Road, Melville, NY 11747-3676 |
| 10601043 | + | Fairfield 985 Oceanfront LLC, Fairfield 951 Oceanfront LLC, 536 Broadhollow Road 3rd Floor, Melville, NY 11747-3647 |
| 10601044 | + | Fairfield Properties, 535 Broadhollow Road 3rd Floor, Melville, NY 11747-3713 |
| 10601045 | + | First Services Residential, 575 5th Ave Fl 9, New York, NY 10017-2429 |
| 10601046 | #+ | Foster Garvey P.C., Alan A. Heller, 199 Water Street, New York, NY 10038-3584 |
| 10601047 | + | Goldin Management, 25 8th Avenue, Brooklyn, NY 11217-3767 |
| 10601048 | | Grant Management Services, 142 Mineola Ave Ste 3b, Roslyn Hts, NY 11577-2022 |
| 10601049 | + | Gunhill Realty Group, P.O. Box 117 Woodlawn Station, Bronx, NY 10470-0118 |
| 10601050 | + | Halstead Management, Company, LLC, 770 Lexington Ave. 8th Floor, New York, NY 10065-8165 |
| 10601051 | + | Hawthorne Ventures LLC, 235 Seaman Avenue, P.O Box 57, Tallman, NY 10982-0057 |
| 10601052 | #+ | Herman Slepoy Corporation, 230 Atlantic Ave. Ste 1R, Lynbrook, NY 11563-3518 |

Case 8-25-73481-ast    Doc 17    Filed 11/20/25    Entered 11/21/25 00:08:25

| District/off: 0207-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdfall | Total Noticed: 90 |

| | | |
|---|---|---|
| 10601053 | + | Hillpark Owners Inc., 75 South Middleneck Road, Great Neck, NY 11021-3469 |
| 10601055 | | IRS Dept of Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10601054 | + | Inception Investors LLC, P.O. Box 4438, New York, NY 10163-4438 |
| 10601056 | + | Jalen Management Company, 7018 Fort Hamilton Pkwy, Brooklyn, NY 11228-1104 |
| 10601057 | + | Kings Bay Housing Co. Inc., 2520 Batchelder Street, Brooklyn, NY 11235-1553 |
| 10601060 | | LCL Mountaintop LLC, 199 Baldwin Road, Ringwood, NJ 07456 |
| 10601058 | + | Lanai House Inc., 190 Merrick Road, Freeport, NY 11520-3754 |
| 10601059 | | Lazarus Management, 20F Robert Pitt Drive, Mountainville, NY 10953 |
| 10601061 | + | Leiter Property Management, 750 Grand Street Ste 55, Brooklyn, NY 11211-4936 |
| 10601062 | + | Linden Towers Cooperative, No. 4, Inc., 29-09 137th Street, Flushing, NY 11354-2053 |
| 10601063 | + | Macon Property Management, LLC, 371 Utica Ave., Brooklyn, NY 11213-5552 |
| 10601064 | + | Mahasset Management LLC, 37-36 75th Street, Jackson Heights, NY 11372-6447 |
| 10601065 | + | Metro Management, Development, Inc., 42-25 21st Street, Long Island City, NY 11101-4906 |
| 10601066 | + | Metropolitan Propertjes, 141-50 85th Road, Jamaica, NY 11435-2599 |
| 10601067 | + | Michael Ogazon Managenet, Co., 67 Hilton Avenue,, Garden City, NY 11530-2822 |
| 10601068 | + | Midboro Management Inc., 333 7th Ave. Room 500, New York, NY 10001-5122 |
| 10601070 | + | NYC Apartment Management, Inc., 477 Madison Ave. 6th Flr, New York, NY 10022-5827 |
| 10601069 | + | Newkey Realty LLC, 6410 8th Ave. Apt. C6, Brooklyn, NY 11220-5484 |
| 10601072 | + | Olympic Tower Condominium, 641 Fifth Avenue, New York, NY 10022-5908 |
| 10601073 | + | Orsid Realty Corp., 156 W. 56th Street 6th Floor, New York, NY 10019-3911 |
| 10601074 | + | Precision Asset Management, 131-42 234th Street, Rosedale, NY 11422-1312 |
| 10601075 | + | Principal Management, 40 Randall Avenue, Freeport, NY 11520-2764 |
| 10601076 | + | Queens Quality Management, 25-83 Francis Lewis Blvd., Flushing, NY 11358-1155 |
| 10601079 | + | RLH Management, 404 Main Street, Port Washington, NY 11050-3122 |
| 10601080 | ++++ | ROKOWSKY MANAGEMENT, PO BOX 191023, BROOKLYN NY 11219-7023 address filed with court:, Rokowsky Management, P.O. Box 1023, Brooklyn, NY 11219 |
| 10601077 | + | Richland Management, P.O. Box 222120, Great Neck, NY 11022-2120 |
| 10601081 | + | Sandberg Management Corp, 231 W. 29th Street Ste. 901, New York, NY 10001-5470 |
| 10601010 | + | Schneider Buchel LLP, 60 Crossways Park Sr. Ste 11797-2018 |
| 10601082 | + | Seaview Terrace Cooperative, 560 West Broadway Apt. L2, Long Beach, NY 11561-3036 |
| 10601083 | + | Solstice Residential Group, 120 Broadway Ste 22C, New York, NY 10271-0002 |
| 10601084 | + | Summit & Sip LLC, 425 Summit Ave, Jersey City, NJ 07306-3361 |
| 10601088 | | TRC Property Management, 284 East Park Ave., Long Beach, NY 11561 |
| 10601085 | | The 145 East 76th Street, Condominium, 145 E 76th St, New York, NY 10021-2818 |
| 10601086 | + | The Spitzer Group, 345 Baldwin Ave, Jersey City, NJ 07306-2096 |
| 10601087 | + | Ther Dermot Company, 729 7th Avenue 15th Flr, New York, NY 10019-6888 |
| 10601090 | + | Tumbles LLC, 8 Mountainside Drive, Ringwood, NJ 07456-2811 |
| 10601092 | + | Venture NY Property, Management LLC, 43-10 11th Street, Long Island City, NY 11101-6802 |
| 10601093 | + | Verrazano Owners, Inc., Firstservice Residential New York, Inc., 622 Third Avenue 14th Floor, New York, NY 10017-6934 |
| 10601094 | + | Vintage Realty Services, 3000 Marcus Ave. Ste 2E06, New Hyde Park, NY 11042-1005 |
| 10601097 | + | WRK Management Group,, Corp., P.O.Box 1086, Syosset, NY 11791-0902 |
| 10601095 | + | West Harlem Group, Assistance Inc., 1652 Amsterdam Ave., New York, NY 10031-6133 |

TOTAL: 81

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2025 18:12:29 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10566913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2025 18:12:29 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10595535 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 18:12:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10599738 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2025 18:10:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 10601040 | + | Email/Text: legal@easternfunding.com | Nov 18 2025 18:10:00 | Eastern Funding, 213 West 35th Street 2E, New York, NY 10001-0217 |

Case 8-25-73481-ast    Doc 17    Filed 11/20/25    Entered 11/21/25 00:08:25

| District/off: 0207-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdfall | Total Noticed: 90 |

| 10568291 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | | |
|---|---|---|---|---|
| | | | Nov 18 2025 18:10:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE BLDG 12, RM 256, ALBNY, NY 12226-1799 |
| 10601071 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Nov 18 2025 18:10:00 | NYS Dept of Finance, BANKRUPTCY SECTION, PO Box 5300, Albany, NY 12205-0300 |
| 10591287 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Nov 18 2025 18:10:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10601096 | + | Email/Text: wefsag@westernequipmentfinance.com | | |
| | | | Nov 18 2025 18:10:00 | Western Equipment Finance, inc., 420 College Drive South, Devils Lake, ND 58301-3502 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10601078 | *+ | Richland Management, P.O. Box 222120, Great Neck, NY 11022-2120 |
| 10601019 | ##+ | Advanced Management, Services, 26 Court Street Ste. 804, Brooklyn, NY 11242-1108 |
| 10601089 | ##+ | Tudor Realty Services Corp., 250 Park Ave. South 4th Flr, New York, NY 10003-1402 |
| 10601091 | ##+ | Vanguard Investors Ltd., 501 5th Ave. Ste. 704, New York, NY 10017-7845 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2025                 Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Wertman | on behalf of Debtor Metered Appliances Inc. charles@cwertmanlaw.com g67417@notify.cincompass.com;adina@cwertmanlaw.com;wertman.charlesr105938@notify.bestcase.com |
| Salvatore LaMonica, Esq. | sl@lhmlawfirm.com slamonica-nyeSCV@ecf.axosfs.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William J. Birmingham | william.birmingham@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                  Chapter 11 (Subchapter V)

Metered Appliances Inc.,                                                 Case No. 25-73481-ast

                                  Debtor.
-----------------------------------------------------------x

**SUBCHAPTER V OF CHAPTER 11 AMENDED ORDER SETTING: (A) INITIAL CASE MANAGEMENT CONFERENCE; (B) CLAIMS BAR DATE; (C) 11 U.S.C. § 1188 CONFERENCE; (D) DEADLINE FOR ELECTION UNDER 11 U.S.C. § 1111(b)(2); AND (E) OTHER DEADLINES**

        Metered Appliances Inc. ("Debtor") having filed a petition for reorganization under subchapter V of chapter 11 of the Bankruptcy Code on September 9, 2025, and the Court having determined that (i) an Initial Case Management Conference will aid in the efficient conduct and proper administration of the case and (i) an Order setting forth the date on which the 11 U.S.C. §1188 Conference shall be held and setting other deadlines required to be met under subchapter V of chapter 11 should be entered, it is hereby

        **ORDERED**, that pursuant to 11 U.S.C. §§ 105(d) and 1188, to further the expeditious and economical resolution of this case, an Adjourned Initial Case Management Conference and the § 1188 Status Conference (the "Conference") will be held by the undersigned Bankruptcy Judge at United States Bankruptcy Court via the Court's virtual platform on **January 7, 2026, at 11:30 a.m.** Instructions for participating in virtual hearings is located on the Court's website at www.nyeb.uscourts.gov. All attorneys and unrepresented parties are required to register for hearings at least two (2) business days in advance of scheduled hearings by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. Debtor, Debtor's counsel and the subchapter V case trustee (the "SubV Trustee") shall appear; and it is further

        **ORDERED**, that Debtor shall be prepared to address each of the following matters at the Conference:

1. Debtor's eligibility to be a debtor under subchapter V of Chapter 11;
2. the nature of Debtor's commercial or business activity and the reason for the subchapter V Chapter 11 filing;
3. compliance with 11 U.S.C. §§ 1116(2),(3),(4),(5),(6) and (7);

4. compliance with 11 U.S.C. §308;
5. Debtor's financial condition, including post-petition operations and revenue;
6. debtor-in-possession financing;
7. the use of cash collateral;
8. any significant motions which Debtor anticipates bringing before the Court including, but not limited to, sale motions;
9. matters relating to the retention of professionals (including any brokers or appraisers);
10. the status of any litigation involving Debtor;
11. the status of Debtor's insurance;
12. the status of opening debtor-in-possession bank account(s) and closing pre-petition bank account(s);
13. deadlines for the filing of a plan;
14. the use of alternative dispute resolution, if appropriate;
15. the scheduling of additional Case Management Conferences; and
16. any other case administrative matters, and it is further

**ORDERED**, that the SubV Trustee may attend the Conference and any adjourned Conference by phone; and it is further

**ORDERED**, that Debtor shall file with the Court, and serve upon the Office of the United States Trustee, and the SubV Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the twenty-first (21st) day of the month following the reporting period, and in the case of the initial operating report if the order for relief is within the first fifteen (15) days of a calendar month, the report shall be filed for the portion of the month that follows the order for relief, and if the order for relief is after the fifteenth (15th) day of a calendar month, the period for the remainder of the month shall be included in the report for the next calendar month; and it is further

**ORDERED**, that within seven (7) days following entry of the order for relief, Debtor shall serve notice of the commencement of this case to any entity known to be holding money or property subject to withdrawal or order of Debtor, (Fed. R. Bankr. P. 2015(a)(4); and it is further

**ORDERED,** that pursuant to 11 U.S.C. §§ 1187(a), 1116(1)(A), and 1116(1)(B), Debtor shall file and serve the following documents with the petition for relief:

a. Debtor's most recent balance sheet;

      b.      Debtor's most recent statement of operations;
      c.      Debtor's cash-flow statement; and
      d.      Debtor's most recent federal income tax return; and

Debtor shall file and serve any such documents not filed with the petition within seven (7) days following entry of the order for relief; and if Debtor has not prepared one or more of the foregoing documents or, in the case of a federal income tax return, has not filed such a return, then in lieu of such document(s) and/or return, Debtor shall within seven (7) days following entry of the order for relief file a declaration attesting to that fact under penalty of perjury; and it is further

**ORDERED**, that if this case was commenced with the filing of an involuntary petition, then Debtor shall:

    a.    comply with Fed. R. Bankr. P. 1007(d) within two (2) days following entry of the order for relief;

    b.    comply with Fed. R. Bankr. P. 1007(a)(2) within seven (7) days following entry of the order for relief;

    c.    comply with 11 U.S.C. §§ 1187(a), 1116(1)(A), and 1116(1)(B) within seven (7) days following entry of the order for relief by filing the following documents:

      i.      Debtor's most recent balance sheet;
      ii.     Debtor's statement of operations;
      iii.    Debtor's cash-flow statement; and
      iv.    Debtor's most recent federal income tax return, and

if Debtor has not prepared one or more of the foregoing documents or, in the case of a federal income tax return, has not filed such a return, then in lieu of such document(s) and/or return, Debtor shall file and serve within seven (7) days following entry of the order for relief a declaration attesting to that fact under penalty of perjury; and

    d.    comply with Fed. R. Bankr. P. 1020(a) and 1007(c) within fourteen (14) days following entry of the order for relief; and it is further

**ORDERED**, except as provided in Fed. R. Bankr. P. 3002(c), creditors other than governmental units shall file proof of their claim or interest not later than seventy (70) days following entry of the order for relief, which in this case is **December 31, 2025,** and 11 U.S.C. § 502(b)(9) and Fed. R. Bankr. P. 3002(c)(1) shall govern the timing of the filing of proof of claims by governmental units; and it is further

**ORDERED**, that at least fourteen (14) days prior to the date of the foregoing § 1188 Conference, or on or before **December 24, 2025**, Debtor shall file the report required by 11 U.S.C. § 1188(c) which "details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization," and Debtor shall serve said report on the subchapter V case trustee, the United States Trustee, and all parties in interest; and it is further

**ORDERED**, that not later than ninety (90) days following entry of the order for relief, or on or before **December 8, 2025**, Debtor shall file and serve a plan, (11 U.S.C. § 1189(b)) and such plan shall conform to the requirements of 11 U.S.C. §§ 1190 and 1191, along with the applicable provisions of 11 U.S.C. §§ 1123 and 1129 and, unless otherwise ordered, Debtor shall use Official Form 425; and it is further

**ORDERED**, that any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2), shall do so no later than ten (10) days following the filing of the plan; and it is further

**ORDERED,** that failure to comply with this Order may result in the imposition of sanctions against Debtor or Debtor's counsel, and in the Court's discretion, these sanctions might include, but are not limited to, conversion or dismissal of this case, and/or monetary sanctions and, in addition, any unexcused failure to attend any Conferences or to otherwise comply with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to Debtor, its counsel, the United States Trustee, the SubV Trustee and all creditors and parties in interest.



Dated: November 17, 2025
       Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge