2:31 PM
11/22/25
Cash Basis

**Metered Appliances, Inc.**
**Profit & Loss**
October 2025

| | Oct 25 | projections nov | dec | Jan | Feb | march | April |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Sales - Parts | $ 1,645 | 1,694 | 1,762 | 1,797 | 1,851 | 1,925 | 1,964 |
| COLLECTION | 108,469 | 108,469 | 108,469 | 108,469 | 108,469 | 108,469 | 108,469 |
| SERVICE | 6,742 | 6,944 | 6,966 | 7,001 | 7,001 | 7,003 | 7,143 |
| **Total Income** | 116,855 | 117,107 | 117,197 | 117,267 | 117,321 | 117,397 | 117,576 |
| **Expense** | | | | | | | |
| **Automobile Expense** | | | | | | | |
| Gas | 3,351 | 3,351 | 3,375 | 3,401 | 3,455 | 3,478 | 3,489 |
| N.Y.S. Inspection | 37 | 38 | 40 | 40 | 42 | 43 | 44 |
| Oil Change | 438 | 451 | 469 | 479 | 493 | 513 | 523 |
| Parking | 3,526 | 3,632 | 3,777 | 3,853 | 3,968 | 4,127 | 4,209 |
| Parts & Fluids | 280 | 288 | 300 | 306 | 315 | 328 | 334 |
| Repair | 1,163 | 1,198 | 1,246 | 1,270 | 1,309 | 1,361 | 1,388 |
| **Total Automobile Expense** | 8,795 | 9,059 | 9,421 | 9,609 | 9,898 | 10,294 | 10,499 |
| Avomobile Lease | 381 | 393 | 408 | 417 | 429 | 446 | 455 |
| Equipment Lease | 1,139 | 1,173 | 1,220 | 1,244 | 1,282 | 1,333 | 1,360 |
| Equipment Rental | 500 | 515 | 536 | 546 | 563 | 585 | 597 |
| Equipment operations | 2,750 | 2,833 | 2,946 | 3,005 | 3,095 | 3,219 | 3,283 |
| Gas | 3,440 | 3,543 | 3,685 | 3,759 | 3,871 | 3,875 | 3,875 |
| **Insurance** | | | | | | | |
| Health | 9,676 | 9,966 | 10,365 | 10,572 | 10,889 | 11,325 | 11,551 |
| Liability | 2,311 | 2,381 | 2,476 | 2,525 | 2,601 | 2,705 | 2,759 |
| **Total Insurance** | 11,987 | 12,347 | 12,841 | 13,097 | 13,490 | 14,030 | 14,311 |
| **Laundry Room Decoration** | | | | | | | |
| Installation Materials | 789 | 813 | 845 | 862 | 888 | 923 | 942 |
| **Total Laundry Room Decoration** | 789 | 813 | 845 | 862 | 888 | 923 | 942 |
| Office Supply | 427 | 440 | 458 | 467 | 481 | 500 | 510 |
| **Parts & Equipment** | | | | | | | |
| Repair | 3,309 | 3,408 | 3,545 | 3,615 | 3,724 | 3,873 | 3,950 |
| Supplies | 6,304 | 6,493 | 6,753 | 6,888 | 7,095 | 7,378 | 7,526 |
| Tools | 360 | 371 | 386 | 393 | 405 | 421 | 430 |
| Parts & Equipment - Other | 2,200 | 2,266 | 2,357 | 2,404 | 2,476 | 2,575 | 2,626 |
| **Total Parts & Equipment** | 12,173 | 12,538 | 13,040 | 13,301 | 13,700 | 14,248 | 14,532 |
| Payroll Wages | 15,550 | 16,016 | 16,657 | 16,990 | 17,500 | 18,200 | 18,564 |
| Payroll taxes | 3,393 | 3,495 | 3,635 | 3,708 | 3,819 | 3,972 | 4,051 |
| Payroll Expenses | 1,023 | 1,053 | 1,096 | 1,117 | 1,151 | 1,197 | 1,221 |
| Petty Cash | 220 | 227 | 236 | 240 | 248 | 257 | 263 |
| **Rent** | | | | | | | |
| Balance | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Income Share | 371 | 371 | 371 | 378 | 390 | 390 | 395 |
| Rent - Other | 32,689 | 32,689 | 32,689 | 32,689 | 32,689 | 32,689 | 32,689 |
| **Total Rent** | 34,260 | 35,288 | 36,699 | 37,433 | 38,556 | 40,098 | 40,900 |

2:31 PM
11/22/25
Cash Basis

**Metered Appliances, Inc.**
**Profit & Loss**
October 2025

| | Oct 25 | nov | dec | Jan | Feb | march | April |
|---|---|---|---|---|---|---|---|
| Shipping & Delivery | 124 | | | | | | |
| Taxes | | | | | | | |
|   General Corporation Tax | 900 | 927 | 964 | 983 | 1,013 | 1,053 | 1,074 |
| Total Taxes | 900 | 927 | 964 | 983 | 1,013 | 1,053 | 1,074 |
| Telephone | 825 | 849 | 883 | 901 | 928 | 965 | 984 |
| Tolls | 170 | 175 | 182 | 186 | 191 | 199 | 203 |
| Trucking & Delivery | | | | | | | |
|   Equipment Storage | 985 | 1,015 | 1,055 | 1,076 | 1,109 | 1,153 | 1,176 |
|   Trucking & Delivery - Other | 1,500 | 1,545 | 1,607 | 1,639 | 1,688 | 1,756 | 1,791 |
| Total Trucking & Delivery | 2,485 | 2,560 | 2,662 | 2,715 | 2,797 | 2,908 | 2,967 |
| Uncategorized Expenses | 175 | 180 | 187 | 191 | 197 | 205 | 209 |
| Utilities | | | | | | | |
|   Water | 63 | 65 | 67 | 69 | 71 | 74 | 75 |
| Total Utilities | 63 | 65 | 67 | 69 | 71 | 74 | 75 |
| Total Expense | 101,567 | 104,614 | 108,799 | 110,975 | 114,304 | 118,876 | 121,253 |
| Net Income | $ 15,288 | $ 15,747 | $ 16,377 | $ 16,704 | $ 17,206 | $ 17,894 | $ 18,252 |