# Notice Recipients

District/Off: 0207−8  User: admin  Date Created: 1/2/2026
Case: 8−25−73481−ast  Form ID: 226  Total: 108

**Recipients of Notice of Electronic Filing:**
tr    Salvatore LaMonica, Esq.    sl@lhmlawfirm.com
aty   Charles Wertman    charles@cwertmanlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            Metered Appliances Inc.    1017 Merrick Road    Baldwin, NY 11510
smg           United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220
smg           NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12201
smg           NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
smg           Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
smg           United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437
10601007      1−11 Marble Hill Corp.    LANGSAM PROPERTY SERVICES CORP.    1601 Bronxdale Avenue    Bronx, NY 10462
10601009      1800 Lanes Mill Road    Brick, NJ 08724    50 Brompton Owners, Inc.
10601008      221−22 Manor Road    Queens Village, NY 11427    290 E56th Street Holdings    LLC
10601011      60G Mgmt LLC    407 Broome Street 3rd Flr    New York, NY 10013
10601012      67−30 Dartmouth Street    Owners Corp.    Robert E. Judge, P.C.    365 Bridge St Ste 3pro    Brooklyn, NY 11201−0803
10601013      825 5th Ave., Corp.    825 5th Ave.    New York, NY 10021
10631420      8300 Talbot St. Owners Corp.    2584 Steinway Street    Astoria, New York 11103
10601014      84 Drive Homes Inc.    JARED P. TURMAN, ESQ.    330 WEST 38TH STREET STE 701    New York, NY 10018
10601016      ABC Realty    152 West 57th Street    New York, NY 10019
10601015      Aargo Real Estate    26 Court Street Ste 804    Brooklyn, NY 11242
10601017      Accredited Property    Management    136 Woodbury Road Ste 101    Woodbury, NY 11797
10601018      Aces Laundry Service II LLC    ACES LAUNDRY SERVICE II, LLC    111 North Central Park Avenue Ste 400    Hartsdale, NY 10530
10601019      Advanced Management    Services    26 Court Street Ste. 804    Brooklyn, NY 11242
10601020      Alexander Wolf & Company    One Dupont Street    Plainview, NY 11803
10601021      All Area Realty Service, Inc.    138−25 31st Drive    Flushing, NY 11354
10601022      All Shore Management    Services, INc.    772 W Beech St    Long Beach, NY 11561−2806
10601023      Alliance Laundry Systems LLC    Shepard Street    P.O. Box 990    Ripon, WI 54971
10601024      Allied Partners    301 E. 79th Street    New York, NY 10075
10566913      Ally Capital    AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
10595535      American Express National Bank    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701
10601025      Andrew Gerstein    P.O.Box 74036    Rego Park, NY 11374
10601026      Arverne Limited Profit    Housing Corp.    Herrick Feinstein LLP    2 Park Avenue    New York, NY 10016
10602821      Arverne Limited−Profit Housing Corp.    Herrick, Feinstein, LLP    Two Park Avenue    New York, NY 10016
10601027      Autarkic Holdings, Inc.    Laundrylux    Kramer & Shapiro P.C.    8002 Kew Gardens Rd Ste 302    Kew Gardens, NY 11415−3613
10601029      BPC Management    80 Livingston Street    Brooklyn, NY 11201
10601028      Barbizon Owners    HANKIN & MAZEL PLLC    60 Cuttermill Rd Ste 505    Great Neck, NY 11021−3104
10629746      Barbizon Owners, Inc.    c/o Bodner Law PLLC    55 Cherry Lane, Suite 101    Carle Place, NY 11514
10601035      Brown Harris Stevens    1080 Fifth Ave., NY, NY    770 Lexington Ave 4th Flr    New York, NY 10065
10601030      Brown Harris Stevens    770 Lexington Ave 4th    New York, NY 10065
10599738      Cellco Partnership d/b/a Verizon Wireless    William M Vermette    22001 Loudoun County PKWY    Ashburn, VA 20147
10601036      Clean Laundry Funding    P.O. Box 01375    Springfield, OH 45501
10623657      Clean Laundry Funding    PO Box 908    Devils Lake, ND 58301−58301
10601037      Concerned Management    251−38 71st Road    Bellerose, NY 11426
10601038      DependableProperty    Management    Brooklyn, NY 11234
10601039      Douglas Elliman Property    Management    909 3rd Ave. 11th Flr    New York, NY 10022
10601040      Eastern Funding    213 West 35th Street 2E    New York, NY 10001
10601041      Einsidler Management Inc.    533 Broadhollow Road    Melville, NY 11747
10601042      Fairfield 1086 Lynn Place    538 Broadhollow Road    Melville, NY 11747
10601043      Fairfield 985 Oceanfront LLC    Fairfield 951 Oceanfront LLC    536 Broadhollow Road 3rd Floor    Melville, NY 11747
10601044      Fairfield Properties    535 Broadhollow Road 3rd Floor    Melville, NY 11747

```
10601045    First Services Residential      575 5th Ave Fl 9        New York, NY 10017
10601046    Foster Garvey P.C.      Alan A. Heller      199 Water Street        New York, NY 10016
10634240    Foster Garvey, P.C.     199 Water Street, Suite 901     New York, NY 10038
10601047    Goldin Management       25 8th Avenue       Brooklyn, NY 11217
10601048    Grant Management Services       142 Mineola Ave Ste 3b      Roslyn Hts, NY 11577–2022
10601049    Gunhill Realty Group        P.O. Box 117 Woodlawn Station        Bronx, NY 10470
10601050    Halstead Management     Company, LLC        770 Lexington Ave. 8th Floor        New York, NY 10065
10601051    Hawthorne Ventures LLC      235 Seaman Avenue       P.O Box 57      Tallman, NY 10982
10601052    Herman Slepoy Corporation       230 Atlantic Ave. Ste 1R        Lynbrook, NY 11563
10601053    Hillpark Owners Inc.    75 South Middleneck Road        Great Neck, NY 11021
10601055    IRS Dept of Bankruptcy      PO Box 7346     Philadelphia, PA 19101–7346
10601054    Inception Investors LLC     P.O. Box 4438       New York, NY 10163
10623650    Internal Revenue Service        PO Box 7346     Philadelphia, PA 19101–7346
10601056    Jalen Management Company        7018 Fort Hamilton Pkwy     Brooklyn, NY 11228
10601057    Kings Bay Housing Co. Inc.      2520 Batchelder Street      Brooklyn, NY 11235
10601060    LCL Mountaintop LLC     199 Baldwin Road        Ringwood, NJ 07456
10601058    Lanai House Inc.    190 Merrick Road        Freeport, NY 11520
10601059    Lazarus Management      20F Robert Pitt Drive       Mountainville, NY 10953
10601061    Leiter Property Management      750 Grand Street Ste 55     Brooklyn, NY 11211
10601062    Linden Towers Cooperative       No. 4, Inc.     29–09 137th Street      Flushing, NY 11354
10601063    Macon Property Management       LLC     371 Utica Ave.      Brooklyn, NY 11213
10601064    Mahasset Management LLC     37–36 75th Street       Jackson Heights, NY 11372
10601065    Metro Management        Development, Inc.       42–25 21st Street       Long Island City, NY 11101
10601066    Metropolitan Propertjes     141–50 85th Road        Jamaica, NY 11435
10601067    Michael Ogazon Managenet        Co.     67 Hilton Avenue,       Garden City, NY 11530
10601068    Midboro Management Inc.     333 7th Ave. Room 500       New York, NY 10001
10568291    NEW YORK STATE DEPARTMENT OF LABOR      1220 WASHINGTON AVE BLDG 12, RM
            256     ALBNY, NY 12226
10601070    NYC Apartment Management        Inc.        477 Madison Ave. 6th Flr        New York, NY 10001
10601071    NYS Dept of Finance     BANKRUPTCY SECTION      PO Box 5300     Albany, NY 12205
10591287    New York State Department of Taxation & Finance        Bankruptcy Section      P O Box 5300        Albany New
            York 12205–0300
10601069    Newkey Realty LLC       6410 8th Ave. Apt. C6       Brooklyn, NY 11220
10601072    Olympic Tower Condominium       641 Fifth Avenue        New York, NY 10022
10601073    Orsid Realty Corp.      156 W. 56th Street 6th Floor        New York, NY 10019
10601074    Precision Asset Management      131–42 234th Street     Rosedale, NY 11422
10601075    Principal Management        40 Randall Avenue       Freeport, NY 11520
10601076    Queens Quality Management       25–83 Francis Lewis Blvd.       Flushing, NY 11358
10601079    RLH Management      404 Main Street     Port Washington, NY 11050
10601077    Richland Management     P.O. Box 222120     Great Neck, NY 11022
10601078    Richland Management     P.O. Box 222120     Great Neck, NY 11022
10601080    Rokowsky Management     P.O. Box 1023       Brooklyn, NY 11219
10601081    Sandberg Management Corp        231 W. 29th Street Ste. 901     New York, NY 10001
10601010    Schneider Buchel LLP        60 Crossways Park Sr. Ste 340       11797
10601082    Seaview Terrace Cooperative     560 West Broadway Apt. L2       Long Beach, NY 11561
10601083    Solstice Residential Group      120 Broadway Ste 22C        New York, NY 10271
10601084    Summit & Sip LLC        425 Summit Ave      Jersey City, NJ 07306
10601088    TRC Property Management     284 East Park Ave.      Long Beach, NY 11561
10601085    The 145 East 76th Street        Condominium     145 E 76th St       New York, NY 10021–2818
10601086    The Spitzer Group       345 Baldwin Ave     Jersey City, NJ 07306
10601087    Ther Dermot Company     729 7th Avenue 15th Flr     New York, NY 10019
10601089    Tudor Realty Services Corp.     250 Park Ave. South 4th Flr     New York, NY 10003
10601090    Tumbles LLC     8 Mountainside Drive        Ringwood, NJ 07456
10601091    Vanguard Investors Ltd.     501 5th Ave. Ste. 704       New York, NY 10017
10601092    Venture NY Property     Management LLC      43–10 11th Street       Long Island City, NY 11101
10601093    Verrazano Owners, Inc.      Firstservice Residential New York, Inc.     622 Third Avenue 14th Floor     New
            York, NY 10017
10601094    Vintage Realty Services     3000 Marcus Ave. Ste 2E06       New Hyde Park, NY 11042
10603116    WEX Bank        Attn: Legal / Bankruptcy        1 Hancock Street        Portland, ME 04101
10601097    WRK Management Group,       Corp.       P.O.Box 1086        Syosset, NY 11791
10601095    West Harlem Group       Assistance Inc.     1652 Amsterdam Ave.     New York, NY 10031
10601096    Western Equipment Finance        inc.       420 College Drive South     Devils Lake, ND 58301
10601762    Whitman Village Housing Development Fund Corp.     Vitale and Levitt, P.C.     534 Broadhollow Rd.
            Melville,, NY 11747

                                                                                            TOTAL: 106
```