| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | Hearing date: February 25, 2026 at 10:30am<br>Objections by: February 18, 2026 |

---------------------------------------------------------x

In re:

    METERED APPLIANCES INC.,

                        Debtor.

---------------------------------------------------------x

Chapter 11

Case No. 25-73481-ast

CERTIFICATE OF SERVICE

      I, Joann C. Lomangino, am employed by the Office of the United States Trustee for the Eastern District of New York, and hereby certify that on January 7, 2026, I served a true copy of the Notice of Motion and United States Trustee's Application in Support of Motion Under Bankruptcy Code section 1112(b) Seeking Entry of an Order Converting the Within Case to a Case Under Chapter 7 of the Bankruptcy Code; or in the Alternative, Dismissing the Within Case, to be served by regular first class mail to the persons and entities whose names and addresses appear on the annexed service list.

Dated: Central Islip, New York                                  ***/s/ William J. Birmingham***
       January 7, 2026                                              William Birmingham

Case 8-25-73481-ast    Doc 23    Filed 01/07/26    Entered 01/07/26 08:33:19

## Service List

**Metered Appliances Inc.**
1017 Merrick Road
Baldwin, NY 11510

**Charles Wertman**
Law Offices of Charles Wertman P.C.
100 Merrick Road
Suite 304W
Rockville Centre, NY 11570

**Salvatore LaMonica, Esq.**
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793

**Ally Capital**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118