Fill in this information to identify the case:

Debtor Name: METERED APPLIANCES

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11         12/17

Month: OCTOBER 2025

Date report filed: 01/01/2026
MM / DD / YYYY

Line of business: LAUNDRY ROUTE ORG

NAISC code: 812310

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: NORMAN ORNER

Original signature of responsible party: /s/ Norman Orner

Printed name of responsible party: NORMAN ORNER

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  METERED APPLIANCES                              Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?          ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                $ 2,430.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                  $ 42,449.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                                  – $ 42,091.00

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                                        + $ 1.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                           = $ 3,855.00

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                       $ 38,400.00

    (Exhibit E)

Debtor Name  METERED APPLIANCES                    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                         $ __21,100.00__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                            __4__
27. What is the number of employees as of the date of this monthly report?                               __4__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?             $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ __0.00__
30. How much have you paid this month in other professional fees?                                       $ __0.00__
31. How much have you paid in total other professional fees since filing the case?                      $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | *Column A* **Projected** | − | *Column B* **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
|   | Copy lines 35-37 from the previous month's report. |   | Copy lines 20-22 of this report. |   | Subtract Column B from Column A. |
| 32. Cash receipts | $ _____ | − | $ 88,322.00 | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ 86,898.00 | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ 4,212.00 | = | $ _____ |

35. Total projected cash receipts for the next month:                                                   $ __78,000.00__
36. Total projected cash disbursements for the next month:                                           − $ __72,000.00__
37. Total projected net cash flow for the next month:                                                 = $ __6,000.00__

Debtor Name  METERED APPLIANCES                    Case number _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 13, 2025 through October 31, 2025
Account Number: **0000050081910251**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls



00051832 DRE 802 144 30525 NNNNNNNNNNN T 1 000000000 69 0000
METERED APPLIANCES, INC.
DEBTOR IN POSSESSION CASE # 25-73481
1017 MERRICK RD
BALDWIN NY 11510-3316

## SAVINGS SUMMARY

Chase Business Premier Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 2 | 4,128.02 |
| Electronic Withdrawals | 2 | -4,000.00 |
| Ending Balance | 4 | $128.02 |

Annual Percentage Yield Earned This Period        0.00%

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 10/14 | Transfer From Sav Xxxxxx8165 | 128.02 | 128.02 |
| 10/22 | Online Transfer From Mma ...0269 Transaction#: 26680399731 | 4,000.00 | 4,128.02 |
| 10/23 | Orig CO Name:United Healthcar    Orig ID:1411289245 Desc Date: CO Entry Descr:EDI Paymtssec:CTX    Trace#:043000262647278 Eed:251023   Ind ID:142858240629        Ind Name:0007Metered Applianc Trn: 2962647278Tc | -3,500.00 | 628.02 |
| 10/23 | Orig CO Name:United Healthcar    Orig ID:1411289245 Desc Date: CO Entry Descr:EDI Paymtssec:CTX    Trace#:043000262647270 Eed:251023   Ind ID:142866339915        Ind Name:0007Metered Applianc Trn: 2962647270Tc | -500.00 | 128.02 |
| | Ending Balance | | $128.02 |

30 deposited items are provided with your account each month. There is a $0.40 fee for each additional deposited item.



October 13, 2025 through October 31, 2025

Account Number: **000005081910251**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 13, 2025 through October 31, 2025
Account Number: 000005081910269

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls



01004236 DRE 802 149 30525 NNNNNNNNNN 1 1 000000000 64 0000
METERED APPLIANCES, INC.
DEBTOR IN POSSESSION CASE # 25-73481
1017 MERRICK RD
BALDWIN NY 11510-3316

## SAVINGS SUMMARY

Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| Deposits and Additions | 2 | 4,455.14 |
| Electronic Withdrawals | 1 | -4,000.00 |
| **Ending Balance** | 3 | $455.14 |

Annual Percentage Yield Earned This Period        0.00%

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 10/14 | Transfer From Sav Xxxxxx6302 | 455.14 | 455.14 |
| 10/22 | Online Transfer From Chk ...0511 Transaction#: 26680373043 | 4,000.00 | 4,455.14 |
| 10/22 | 10/22 Online Transfer To Mma ...0251 Transaction#: 26680399731 | -4,000.00 | 455.14 |
| | **Ending Balance** | | **$455.14** |

15 deposited items are provided with your account each month. There is a $0.40 fee for each additional deposited item.



October 13, 2025 through October 31, 2025

Account Number: **000005081910269**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**





JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 13 2025 through October 31, 2025
Account Number: 000002905330511

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002630 DRE 802 142 30925 NNNNNNNNNNN T 1 000000000 D7 0000
METERED APPLIANCES, INC.
DEBTOR IN POSSESSION CASE # 25-73481
1017 MERRICK RD
BALDWIN NY 11510-3316

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| Deposits and Additions | 66 | 45,873.85 |
| Checks Paid | 12 | -8,585.62 |
| Electronic Withdrawals | 34 | -33,433.56 |
| **Ending Balance** | 112 | **$3,854.67** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/14 | Deposit    2154918835 | $2,700.00 |
| 10/14 | Deposit    2162955384 | 2,600.00 |
| 10/14 | Transfer From Chk Xxxxx5289 | 2,695.26 |
| 10/15 | Deposit    1836138679 | 2,606.00 |
| 10/16 | Deposit    1836138690 | 552.00 |
| 10/16 | Remote Online Deposit    1 | 130.65 |
| 10/17 | Deposit    1836138682 | 1,400.00 |
| 10/17 | Orig CO Name:257 West 86 St T    Orig ID:1132742521 Desc Date:251016 CO Entry Descr:L347117  Sec:CCD   Trace#:267090591833912 Eed:251017   Ind ID:X558965 Ind Name:Metered Appliances Inc Trn: 2901833912Tc | 111.05 |
| 10/20 | Deposit    1836138683 | 3,700.00 |
| 10/21 | Deposit    2162955381 | 700.00 |
| 10/21 | Deposit    2154918804 | 500.00 |
| 10/21 | Deposit    2154918805 | 500.00 |
| 10/22 | Deposit    2162955380 | 2,800.00 |
| 10/23 | Remote Online Deposit    1 | 1,469.81 |
| 10/23 | Deposit    2162955378 | 600.00 |
| 10/23 | Remote Online Deposit    1 | 435.50 |
| 10/23 | Remote Online Deposit    1 | 228.64 |
| 10/24 | Remote Online Deposit    1 | 1,725.67 |
| 10/24 | Orig CO Name:Murray House Own    Orig ID:1133071168 Desc Date:251023 CO Entry Descr:L348864  Sec:CCD   Trace#:267090592008028 Eed:251024   Ind ID:X566501 Ind Name:Metered Appliances Inc Trn: 2972008028Tc | 314.65 |
| 10/24 | Orig CO Name:Murray House Own    Orig ID:1133071168 Desc Date:251023 CO Entry Descr:L348867  Sec:CCD   Trace#:267090592008034 Eed:251024   Ind ID:X566502 Ind Name:Metered Appliances Inc Trn: 2972008034Tc | 314.65 |



October 13, 2025 through October 31, 2025

Account Number: **000002905330511**

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/24 | Orig CO Name:Murray House Own    Orig ID:1133071168 Desc Date:251023 CO Entry Descr:L348866  Sec:CCD   Trace#:267090592008036 Eed:251024  Ind ID:X566499 Ind Name:Metered Appliances Inc Trn: 2972008036Tc | 314.65 |
| 10/24 | Orig CO Name:Murray House Own    Orig ID:1133071168 Desc Date:251023 CO Entry Descr:L348865  Sec:CCD   Trace#:267090592008013 Eed:251024  Ind ID:X566500 Ind Name:Metered Appliances Inc Trn: 2972008013Tc | 255.86 |
| 10/27 | Deposit    2137781075 | 2,700.00 |
| 10/27 | Remote Online Deposit    1 | 631.48 |
| 10/27 | Deposit    2162955377 | 500.00 |
| 10/27 | Deposit    2162955375 | 500.00 |
| 10/27 | Deposit    2162955376 | 500.00 |
| 10/27 | Deposit    2137781076 | 500.00 |
| 10/27 | Deposit    2137781077 | 500.00 |
| 10/27 | Online Transfer From Chk ...5289 Transaction#: 26736584073 | 1,500.00 |
| 10/28 | Deposit    2137781079 | 3,600.00 |
| 10/28 | Deposit    1274968033 | 1,400.00 |
| 10/28 | Remote Online Deposit    1 | 358.20 |
| 10/28 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102725 CO Entry Descr:Comb. Dep.Sec:CCD   Trace#:242071758234097 Eed:251028   Ind ID:4445062087556          Ind Name:Ops*221-22 Manor Road      5/3 Bankcard   Comb. Dep.  444 5062087556   Ops*221-22 Manor Road D   BC   Ops*221-22 Manor Roa Trn: 3018234097Tc | 150.00 |
| 10/28 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102725 CO Entry Descr:Comb. Dep.Sec:CCD   Trace#:242071758233915 Eed:251028   Ind ID:4445046420873          Ind Name:Ops*140 Cadman          5/3 Bankcard    Comb. Dep.  444 5046420873    Ops*140 Cadman         BC   Ops*140 Cadman Trn: 3018233915Tc | 60.00 |
| 10/28 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102825 CO Entry Descr:Comb. Dep.Sec:CCD   Trace#:242272187989320 Eed:251028   Ind ID:4445064073109          Ind Name:Ops*35 Prospect Park       5/3 Bankcard    Comb. Dep.  444 5064073109    Ops*35 Prospect Park    BC   Ops*35 Prospect Park Trn: 3017989320Tc | 46.00 |
| 10/28 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102825 CO Entry Descr:Comb. Dep.Sec:CCD   Trace#:242272187987971 Eed:251028   Ind ID:4445046420873          Ind Name:Ops*140 Cadman           5/3 Bankcard    Comb. Dep.  444 5046420873    Ops*140 Cadman         BC   Ops*140 Cadman Trn: 3017987971Tc | 20.00 |
| 10/28 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102825 CO Entry Descr:Comb. Dep.Sec:CCD   Trace#:242272187989361 Eed:251028   Ind ID:4445066990870          Ind Name:Ops*92 E 7th St Cp        5/3 Bankcard    Comb. Dep.  444 5066990870    Ops*92 E 7th St Cp       BC   Ops*92 E 7th St Cp Trn: 3017989361Tc | 15.00 |
| 10/28 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102825 CO Entry Descr:Comb. Dep.Sec:CCD   Trace#:242272187988074 Eed:251028   Ind ID:4445056651441          Ind Name:Ops*2 Richmond Rd         5/3 Bankcard    Comb. Dep.  444 5056651441    Ops*2 Richmond Rd       BC   Ops*2 Richmond Rd Trn: 3017988074Tc | 10.00 |
| 10/29 | ATM Cash Deposit       10/29 3285 Long Beach Rd Oceanside NY Card 4240 | 2,000.00 |
| 10/29 | ATM Cash Deposit       10/29 3285 Long Beach Rd Oceanside NY Card 4240 | 1,305.00 |
| 10/29 | ATM Cash Deposit       10/29 3285 Long Beach Rd Oceanside NY Card 4240 | 495.00 |
| 10/29 | Remote Online Deposit    1 | 600.21 |
| 10/29 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102825 CO Entry Descr:Comb. Dep.Sec:CCD   Trace#:242071759050732 Eed:251029   Ind ID:4445062087556          Ind Name:Ops*221-22 Manor Road      5/3 Bankcard   Comb. Dep.  444 5062087556   Ops*221-22 Manor Road D   BC   Ops*221-22 Manor Roa Trn: 3029050732Tc | 140.00 |

# CHASE

October 13, 2025 through October 31, 2025

Account Number: **000002905330511**

## DEPOSITS AND ADDITIONS _(continued)_

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/29 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272188885129 Eed:251029  Ind ID:4445056670680    Ind Name:Ops*49 West 72 Cp      5/3 Bankcard   Comb. Dep.  444 5056670680    Ops*49 West 72 Cp      BC   Ops*49 West 72 Cp Trn: 3028885129Tc | 65.00 |
| 10/29 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102825 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242071759050720 Eed:251029  Ind ID:4445056651441    Ind Name:Ops*2 Richmond Rd       5/3 Bankcard   Comb. Dep.  444 5056651441    Ops*2 Richmond Rd      BC   Ops*2 Richmond Rd Trn: 3029050720Tc | 50.00 |
| 10/29 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272188885264 Eed:251029  Ind ID:4445066990870    Ind Name:Ops*92 E 7th St Cp       5/3 Bankcard   Comb. Dep.  444 5066990870    Ops*92 E 7th St Cp      BC   Ops*92 E 7th St Cp Trn: 3028885264Tc | 15.00 |
| 10/29 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272188885162 Eed:251029  Ind ID:4445046420873    Ind Name:Ops*140 Cadman       5/3 Bankcard   Comb. Dep.  444 5046420873    Ops*140 Cadman      BC   Ops*140 Cadman Trn: 3028885162Tc | 10.00 |
| 10/29 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272188885220 Eed:251029  Ind ID:4445061348611    Ind Name:Ops*170 W 81St       5/3 Bankcard   Comb. Dep.  444 5061348611    Ops*170 W 81St      BC   Ops*170 W 81St Trn: 3028885220Tc | 10.00 |
| 10/29 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272188885250 Eed:251029  Ind ID:4445064073109    Ind Name:Ops*35 Prospect Park       5/3 Bankcard   Comb. Dep.  444 5064073109    Ops*35 Prospect Park      BC   Ops*35 Prospect Park Trn: 3028885250Tc | 4.50 |
| 10/30 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242071753229218 Eed:251030  Ind ID:4445056651441    Ind Name:Ops*2 Richmond Rd       5/3 Bankcard   Comb. Dep.  444 5056651441    Ops*2 Richmond Rd      BC   Ops*2 Richmond Rd Trn: 3033229218Tc | 120.00 |
| 10/30 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:103025 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272183074665 Eed:251030  Ind ID:4445054172143    Ind Name:Ops*Cycle Pay       5/3 Bankcard   Comb. Dep.  444 5054172143    Ops*Cycle Pay      BC   Ops*Cycle Pay Trn: 3033074665Tc | 115.00 |
| 10/30 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242071753229465 Eed:251030  Ind ID:4445046420873    Ind Name:Ops*140 Cadman       5/3 Bankcard   Comb. Dep.  444 5046420873    Ops*140 Cadman      BC   Ops*140 Cadman Trn: 3033229465Tc | 70.00 |
| 10/30 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:102925 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242071753229516 Eed:251030  Ind ID:4445062087556    Ind Name:Ops*221-22 Manor Road       5/3 Bankcard Comb. Dep.  444 5062087556    Ops*221-22 Manor Road D    BC   Ops*221-22 Manor Roa Trn: 3033229516Tc | 60.00 |
| 10/30 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:103025 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272183074659 Eed:251030  Ind ID:4445046420873    Ind Name:Ops*140 Cadman       5/3 Bankcard   Comb. Dep.  444 5046420873    Ops*140 Cadman      BC   Ops*140 Cadman Trn: 3033074659Tc | 40.00 |
| 10/30 | Orig CO Name:5/3 Bankcard Sys    Orig ID:1310281170 Desc Date:103025 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272183074708 Eed:251030  Ind ID:4445062087556    Ind Name:Ops*221-22 Manor Road       5/3 Bankcard Comb. Dep.  444 5062087556    Ops*221-22 Manor Road D    BC   Ops*221-22 Manor Roa Trn: 3033074708Tc | 10.00 |
| 10/31 | Remote Online Deposit              1 | 250.41 |
| 10/31 | Remote Online Deposit              1 | 73.16 |
| 10/31 | Online Transfer From Chk ...5289 Transaction#: 26783511351 | 611.00 |



# CHASE ◯

October 13, 2025 through October 31, 2025

Account Number: **000002905330511**

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | Orig CO Name:5/3 Bankcard Sys  Orig ID:1310281170 Desc Date:103025 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242071755567214 Eed:251031  Ind ID:4445062087556  Ind Name:Ops*221-22 Manor Road   5/3 Bankcard Comb. Dep.  444 5062087556  Ops*221-22 Manor Road D  BC  Ops*221-22 Manor Roa Trn: 3045567214Tc | 60.00 |
| 10/31 | Orig CO Name:5/3 Bankcard Sys  Orig ID:1310281170 Desc Date:103025 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242071755567310 Eed:251031  Ind ID:4445046420873  Ind Name:Ops*140 Cadman   5/3 Bankcard  Comb. Dep.  444 5046420873  Ops*140 Cadman   BC  Ops*140 Cadman Trn: 3045567310Tc | 30.00 |
| 10/31 | Orig CO Name:5/3 Bankcard Sys  Orig ID:1310281170 Desc Date:103125 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272185405680 Eed:251031  Ind ID:4445064073109  Ind Name:Ops*35 Prospect Park   5/3 Bankcard  Comb. Dep.  444 5064073109  Ops*35 Prospect Park   BC  Ops*35 Prospect Park Trn: 3045405680Tc | 29.50 |
| 10/31 | Orig CO Name:5/3 Bankcard Sys  Orig ID:1310281170 Desc Date:103125 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272185405571 Eed:251031  Ind ID:4445054172143  Ind Name:Ops*Cycle Pay   5/3 Bankcard  Comb. Dep.  444 5054172143  Ops*Cycle Pay   BC  Ops*Cycle Pay Trn: 3045405571Tc | 25.00 |
| 10/31 | Orig CO Name:5/3 Bankcard Sys  Orig ID:1310281170 Desc Date:103125 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272185405640 Eed:251031  Ind ID:4445061348611  Ind Name:Ops*170 W 81St   5/3 Bankcard  Comb. Dep.  444 5061348611  Ops*170 W 81St   BC  Ops*170 W 81St Trn: 3045405640Tc | 20.00 |
| 10/31 | Orig CO Name:5/3 Bankcard Sys  Orig ID:1310281170 Desc Date:103125 CO Entry Descr:Comb. Dep.Sec:CCD  Trace#:242272185405634 Eed:251031  Ind ID:4445062087556  Ind Name:Ops*221-22 Manor Road   5/3 Bankcard Comb. Dep.  444 5062087556  Ops*221-22 Manor Road D  BC  Ops*221-22 Manor Roa Trn: 3045405634Tc | 10.00 |
| 10/31 | Orig CO Name:Merchantservcs  Orig ID:1310281170 Desc Date:103025 CO Entry Descr:Debit Cardsec:CCD  Trace#:242071755567051 Eed:251031  Ind ID:4445010444901  Ind Name:Ops*Shore Parkway1   Merchantservcs P/Debit Dep 444 5010444901  Ops*Shore Parkway1  BC  Ops*Shore Parkway1 Trn: 3045567051Tc | 10.00 |

**Total Deposits and Additions**                                                                                                 **$45,873.85**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3282 ^ | | 10/31 | $401.43 |
| 3289 *^ | | 10/17 | 429.20 |
| 3290 ^ | | 10/20 | 434.59 |
| 3291 ^ | | 10/31 | 429.19 |
| 3293 *^ | | 10/14 | 429.19 |
| 3294 ^ | | 10/17 | 439.95 |
| 3295 ^ | | 10/20 | 145.00 |
| 3296 ^ | | 10/21 | 500.00 |
| 3298 *^ | | 10/16 | 399.58 |
| 3299 ^ | | 10/24 | 3,850.00 |
| 3300 ^ | | 10/20 | 726.06 |



October 13, 2025 through October 31, 2025

Account Number: **000002905330511**

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 50007 * ^ | | 10/27 | 401.43 |

**Total Checks Paid** $8,585.62

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | Orig CO Name:Mid Hudson Insur    Orig ID:5330903620 Desc Date:251015 CO Entry Descr:ACH    Sec:Web    Trace#:091000013648014 Eed:251016   Ind ID:845-457-5001 Ind Name:Jp Morgan Chase Trn: 2893648014Tc | $666.00 |
| 10/17 | Orig CO Name:E-Zpass Rebill     Orig ID:0000284343 Desc Date:251017 CO Entry Descr:Ezp Rebillsec:Web    Trace#:021000023901910 Eed:251017   Ind ID:4181220 Ind Name:Lenny *Orner 800-333-8655 Trn: 2903901910Tc | 25.00 |
| 10/17 | 10/17 Online Transfer To Chk ...5289 Transaction#: 26622533767 | 200.00 |
| 10/21 | Orig CO Name:Eastern Funding    Orig ID:211372226  Desc Date:       CO Entry Descr:Loan Pymt Sec:PPD    Trace#:211372220531132 Eed:251021   Ind ID:               Ind Name:102415-Metered Applian Trn: 2940531132Tc | 1,623.90 |
| 10/21 | Orig CO Name:Clf             Orig ID:0450106740 Desc Date:251017 CO Entry Descr:Clfcntrpmtsec:CCD    Trace#:091307140452589 Eed:251021   Ind ID:CT-Bund40489170 Ind Name:Metered Appliances, IN Trn: 2940452589Tc | 1,461.29 |
| 10/21 | Orig CO Name:Nordstrom       Orig ID:9044022131 Desc Date:251020 CO Entry Descr:Payment  Sec:Web   Trace#:043305135777429 Eed:251021   Ind ID:043000095046228       Ind Name:Inc Metered Telechk 800-697-9263 Trn: 2945777429Tc | 800.00 |
| 10/21 | 10/21 Online Domestic Wire Transfer A/C: ADP Client Trust San Dimas CA 91773- US Ref: Client ID: 28315591 Kj/7Lj (Kj/7Lj) Trn: 3352235294Es | 751.89 |
| 10/22 | Orig CO Name:Eastern Funding    Orig ID:211372226  Desc Date:       CO Entry Descr:Loan Pymt Sec:PPD    Trace#:211372229625020 Eed:251022   Ind ID:               Ind Name:100277-Metered App Trn: 2959625020Tc | 2,119.60 |
| 10/22 | 10/22 Online Transfer To Mma ...0269 Transaction#: 26680373043 | 4,000.00 |
| 10/23 | Orig CO Name:Eastern Funding    Orig ID:211372226  Desc Date:       CO Entry Descr:Loan Pymt Sec:PPD    Trace#:211372225050797 Eed:251023   Ind ID:               Ind Name:102420-Metered Applian Trn: 2965050797Tc | 566.42 |
| 10/23 | Orig CO Name:Deluxe Bus Sys.   Orig ID:1411877307 Desc Date:       CO Entry Descr:EDI/ACH   Sec:CCD    Trace#:042000014644152 Eed:251023   Ind ID:17082002023551 Ind Name:Metered Appliances Inc   Isa00        00    17091215 927    17021000021 251022175 50U0040100 Trn: 2964644152Tc | 107.23 |
| 10/24 | Orig CO Name:Eastern Funding    Orig ID:211372226  Desc Date:       CO Entry Descr:Loan Pymt Sec:PPD    Trace#:211372221682731 Eed:251024   Ind ID:               Ind Name:102028-Metered Applian Trn: 2971682731Tc | 1,899.66 |
| 10/24 | Orig CO Name:Eastern Funding    Orig ID:211372226  Desc Date:       CO Entry Descr:Loan Pymt Sec:PPD    Trace#:211372221682729 Eed:251024   Ind ID:               Ind Name:100421-Metered Applian Trn: 2971682729Tc | 857.67 |
| 10/24 | 10/24 Online Transfer To Chk ...5289 Transaction#: 26701153304 | 1,500.00 |
| 10/24 | 10/24 Online Transfer To Chk ...5289 Transaction#: 26706089136 | 1,250.00 |
| 10/27 | Orig CO Name:Eastern Funding    Orig ID:211372226  Desc Date:       CO Entry Descr:Loan Pymt Sec:PPD    Trace#:211372222155788 Eed:251027   Ind ID:               Ind Name:101100-Metered Applian Trn: 3002155788Tc | 1,702.38 |
| 10/27 | Orig CO Name:Clf             Orig ID:0450106740 Desc Date:251023 CO Entry Descr:Clfcntrpmtsec:CCD    Trace#:091307142308494 Eed:251027   Ind ID:CT-Bund40493904 Ind Name:Metered Appliances, IN Trn: 3002308494Tc | 1,122.81 |



October 13, 2025 through October 31, 2025

Account Number: 000002905330511

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | Orig CO Name:Eastern Funding   Orig ID:211372226  Desc Date:   CO Entry Descr:Loan Pymt Sec:PPD  Trace#:211372222153038 Eed:251027  Ind ID:   Ind Name:102648-Metered Applian Trn: 3002153038Tc | 847.16 |
| 10/27 | Orig CO Name:Eastern Funding   Orig ID:211372226  Desc Date:   CO Entry Descr:Loan Pymt Sec:PPD  Trace#:211372222153040 Eed:251027  Ind ID:   Ind Name:102636-Metered Applian Trn: 3002153040Tc | 700.82 |
| 10/27 | Orig CO Name:Nyc Finance   Orig ID:1136400434 Desc Date:   CO Entry Descr:Parking Tksec:CCD  Trace#:028000082135043 Eed:251027  Ind ID:C  476252804 Ind Name:Metered Appliances Trn: 3002135043Tc | 50.00 |
| 10/27 | Orig CO Name:Nyc Finance   Orig ID:1136400434 Desc Date:   CO Entry Descr:Parking Tksec:CCD  Trace#:028000082135046 Eed:251027  Ind ID:C  476253808 Ind Name:Metered Appliances Trn: 3002135046Tc | 50.00 |
| 10/27 | 10/27 Online Domestic Wire Transfer A/C: ADP Client Trust San Dimas CA 91773- US Ref: Reference: (Kj/7Lj) Metered Appliances Trn: 3754475300Es | 689.61 |
| 10/28 | Orig CO Name:Eastern Funding   Orig ID:211372226  Desc Date:   CO Entry Descr:Loan Pymt Sec:PPD  Trace#:211372223483583 Eed:251028  Ind ID:   Ind Name:102029-Metered Applian Trn: 3013483583Tc | 3,877.92 |
| 10/28 | Orig CO Name:Eastern Funding   Orig ID:211372226  Desc Date:   CO Entry Descr:Loan Pymt Sec:PPD  Trace#:211372223483552 Eed:251028  Ind ID:   Ind Name:14187-Metered Applianc Trn: 3013483552Tc | 572.53 |
| 10/28 | Orig CO Name:E-Zpass Rebill   Orig ID:0000284343 Desc Date:251028 CO Entry Descr:Ezp Rebillsec:Web  Trace#:021000025254985 Eed:251028  Ind ID:7925061 Ind Name:Metered Appliances *IN 800-333-8655 Trn: 3015254985Tc | 65.00 |
| 10/28 | Orig CO Name:E-Zpass Rebill   Orig ID:0000284343 Desc Date:251028 CO Entry Descr:Ezp Rebillsec:Web  Trace#:021000025238898 Eed:251028  Ind ID:7913906 Ind Name:Lenny *Orner 800-333-8655 Trn: 3015238898Tc | 25.00 |
| 10/29 | Orig CO Name:Eastern Funding   Orig ID:211372226  Desc Date:   CO Entry Descr:Loan Pymt Sec:PPD  Trace#:211372227021819 Eed:251029  Ind ID.   Ind Name:101425-Metered Applian Trn: 3027021819Tc | 723.59 |
| 10/29 | Orig CO Name:Verizon Wireless   Orig ID:6223344794 Desc Date:251029 CO Entry Descr:Payments Sec:CCD  Trace#:021000021004306 Eed:251029  Ind ID:088246199700004   Ind Name:000000088246199700004 Trn: 3021004306Tc | 477.66 |
| 10/29 | Orig CO Name:Verizon Wireless   Orig ID:6223344794 Desc Date:251029 CO Entry Descr:Payments Sec:CCD  Trace#:021000021004305 Eed:251029  Ind ID:088246199700002   Ind Name:000000088246199700002 Trn: 3021004305Tc | 346.94 |
| 10/29 | 10/29 Online Domestic Wire Transfer A/C: ADP Client Trust San Dimas CA 91773- US Ref: Metered Appliance Security Deposit Trn: 3709545302Es | 1,200.00 |
| 10/30 | Orig CO Name:Eastern Funding   Orig ID:211372226  Desc Date:   CO Entry Descr:Loan Pymt Sec:PPD  Trace#:211372222127966 Eed:251030  Ind ID:   Ind Name:100653-Metered Applian Trn: 3032127966Tc | 1,449.17 |
| 10/31 | Orig CO Name:Eastern Funding   Orig ID:211372226  Desc Date:   CO Entry Descr:Loan Pymt Sec:PPD  Trace#:211372221540979 Eed:251031  Ind ID:   Ind Name:101845-Metered Applian Trn: 3041540979Tc | 757.93 |
| 10/31 | 10/31 Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Barbizon Owners Inc Flushing NY 11354 US Ref: Metered Appliances/Time/09:13 Imad: 1031Mmqfmp2N003430 Trn: 3399545304Es | 500.00 |
| 10/31 | Orig CO Name:American Express   Orig ID:2005032111 Desc Date:251031 CO Entry Descr:ACH Pmt  Sec:CCD  Trace#:021000024420488 Eed:251031  Ind ID:W6674   Ind Name:Norman Orner   Er Am Trn: 3044420488Tc | 446.38 |
| **Total Electronic Withdrawals** | | **$33,433.56** |



October 13, 2025 through October 31, 2025
Account Number: **000002905330511**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/14 | $7,566.07 | 10/21 | 9,163.31 | 10/28 | 4,358.18 |
| 10/15 | 10,172.07 | 10/22 | 5,843.71 | 10/29 | 6,304.70 |
| 10/16 | 9,789.14 | 10/23 | 7,904.01 | 10/30 | 5,270.53 |
| 10/17 | 10,206.04 | 10/24 | 1,472.16 | 10/31 | 3,854.67 |
| 10/20 | 12,600.39 | 10/27 | 3,239.43 | | |



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $0.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $51.77 |
| **Total Service Charges** | **$51.77** Will be assessed on 11/5/25 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 42 |
| Deposits / Credits | 51 |
| Deposited Items | 11 |
| **Total Transactions** | **104** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT 000002905330511** | | | | | |
| Waived Monthly Service Fee | 0 | | | $30.00 | $0.00 |
| Transactions | 104 | 0 | 104 | $0.00 | $0.00 |
| Subtotal | | | | | $0.00 |
| **Other Fees** | | | | | |
| Electronic Items Deposited | 31 | 999,999,999 | 0 | $0.40 | $0.00 |
| Electronic Credits | 32 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 62 | 250 | 0 | $0.40 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $20,706 | $20,000 | $706 | $0.0025 | $1.77 |
| Online Domestic Wire Fee | 4 | 2 | 2 | $25.00 | $50.00 |
| **Total Service Charge (Will be assessed on 11/5/25)** | | | | | **$51.77** |
| **ACCOUNT 000002905330511** | | | | | |
| Electronic Items Deposited | 31 | | | | |
| Electronic Credits | 32 | | | | |
| Non-Electronic Transactions | 62 | | | | |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $20,706 | | | | |
| Online Domestic Wire Fee | 4 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



October 13, 2025 through October 31, 2025

Account Number: **000002905330511**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information, and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**