UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

In re:   Metered Appliances Inc.                                  Case No. 8-25-73481(ast)

           Debtor.                                                      Chapter 11

-------------------------------------------------------- X

## E.D.N.Y. LBR 1073-3 CORPORATE DISCLOSURE STATEMENT

Metered Appliances Inc. , pursuant to E.D.N.Y. LBR 1073-3, states as follows:

All corporations that directly or indirectly own 10% or more of any class of the debtor's equity

interests are listed below:

      None.

Dated: January 14, 2026
       Rockville Centre, New York


                             /s/Norman Orner
                             _____