Law Offices of Charles Wertman P.C.
Charles Wertman, Esq.　　　　　　　　Presentment Date:　January 29, 2026
100 Merrick Road, Suite 304W　　　　　Objection Deadline　January 22, 2026
Rockville Centre, New York 11570
(516) 284-0900
*charles@cwertmanlaw.com*
*Proposed Counsel for Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re　　　　　　　　　　　　　　　　　Chapter 11
　　　METERED APPLIANCES INC,　　　Case No.25-73481 (ast)
　　　　　　Debtor.
---------------------------------------------------------x

**NOTICE OF PRESENTMENT OF THE CHAPTER 11 DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF
MICHAEL P. BRONSTEIN CPA, AS ACCOUNTANT FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**PLEASE TAKE NOTICE** that Metered Appliances, Inc., the above-captioned Chapter 11 Debtor and Debtor-in-Possession ("Debtor"), through its proposed counsel, Law Offices of Charles Wertman P.C., will present the annexed proposed Order, Application, and Declaration (collectively, "Application"), approving the employment of Michael P. Bronstein CPA, as accountant for to the Debtor, for signature and approval on January 29, 2026 at 10:00 a.m. to the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, for the United States Bankruptcy Court, Eastern District of New York, Central Islip Division, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be in writing, conform with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than

January 22, 2026, at 5:00 p.m. ("Objection Deadline") as follows: (i) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's website at www.nyeb.uscourts.gov and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a portable drive in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the Application is not filed by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter the Order approving the relief sought in the Application without further notice.

**PLEASE TAKE FURTHER NOTIC**E, that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the movant.

Dated: January 14, 2026
      Rockville Centre, New York

                                  Law Offices of Charles Wertman, P.C
                                  *Proposed Counsel to the Chapter 11 Debtors*
                                  *and Debtors-in- Possession*
                                  By:    /s/ Charles Wertman, Esq.
                                          Charles Wertman, Esq.
                                  100 Merrick Road, Suite 304W
                                  Rockville Centre, New York 11570
                                  (516) 284-0900
                                  charles@cwertmanlaw.com