UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                  Chapter 11
    METERED APPLIANCES INC,                  Case No. 25-73481 (ast)
    Debtor.
----------------------------------------------------------x

## APPLICATION TO EMPLOY MICHAEL P. BRONSTEIN. AS ACCOUNTANT FOR THE DEBTOR

Norman Orner, an officer of Metered Appliances, Inc. ("Metered"), the above-captioned Chapter 11 Debtor and Debtor-in-Possession ("Debtor"), hereby submits this application for entry of an order, pursuant to section 327(a) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Michael P. Bronstein, CPA ("Bronstein") as its accountant pursuant to 11 U.S.C. § 327(a) and Bankruptcy Rule 2014 to assist with historical reconciliation, ongoing financial reporting, plan-supporting analyses, and other chapter 11 accounting needs in this Subchapter V case.:

## BACKGROUND

1.    On September 9, 2025 ("Filing Date"), the Debtor filed a voluntary petition ("Petition") for relief pursuant to Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Eastern District of New York ("Court").

2.    The Debtors remain in possession of their property and continue to operate and manage its properties and affairs as Chapter 11 Debtor pursuant to Bankruptcy Code sections 1107 and 1108.

3.    No trustee or examiner has been appointed and, upon information and belief, no official committee of unsecured creditors has been appointed by the Office of the United States Trustee

for the Eastern District of New York.

4.　The Debtor lesses designated spaces within residential buildings for use as laundry facilities, installs washers and dryers that it owns and derives its revenue from the payments generated by their operation. .

## RELIEF REQUESTED AND BASIS FOR RELIEF

5.　By this Application, pursuant to Bankruptcy Code section 327(a) and Bankruptcy Rules 2014 and 2016, the Debtors request entry of the proposed Order, substantially in the form annexed, authorizing the employment of Bronstein as accountant for the Debtor in connection with these Chapter 11 cases, effective September 9, 2025.

## JURISDICTION AND VENUE

6.　The Court has jurisdiction under 28 U.S.C. §§ 1334 and 157; this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), and venue is proper in this District.

7.　The statutory predicates for the relief requested are 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1.

## BACKGROUND

8.　The Debtor requires accounting services in connection with the proper administration of the estate. Prior to the commencement of this case, the Debtor's books and records were in disarray, requiring substantial effort to reconstruct and reconcile the Debtor's financial information. In addition, the Debtor's federal, state, and local tax returns for the 2024 tax year must be prepared and filed. The process of organizing the Debtor's financial records and obtaining an accurate and reliable picture of the Debtor's financial condition has required, and will continue to require, significant time and professional accounting expertise.

9. The Debtor selected Bronstein because it has considerable experience in matters of this nature. The Debtor believes that Bronstein is well qualified to act as their accountant and to represent them as Chapter 11 Debtors and Debtors-in-Possession in this case.

10. The services of an accountant are necessary to assist with, among other things, the preparation of federal, state, and local tax returns; the preparation and review of Monthly Operating Reports; the reconciliation and reconstruction of the Debtor's books and records; the preparation of financial statements and other financial reporting required by the Chapter 11 Trustee, the United States Trustee, creditors, or this Court; and such other accounting and financial services as may be necessary for the proper administration of the estate.

11. To the best of the Debtor's knowledge, Bronstein represents no interest adverse to the Debtors, the estates, or any other interested person in the matter in which Bronstein is being retained by the Debtor.

12. The Debtor submits that the retention of Bronstein is necessary and is in the best interests of the estate.

13. Bronstein will be compensated at an hourly rate of $250.00 per hour, and the Debtor has paid a $7,500.00 retainer to be applied against future services. The retainer shall be held pending further order of the Court, and all compensation and reimbursement of expenses shall be subject to prior Court approval pursuant to 11 U.S.C. §§ 330 and 331.

14. Any compensation paid to the Accountant shall be subject to prior Court approval in accordance with 11 U.S.C. §§ 330 and 331.

15. Bronstein is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code in that Bronstein (i) is not a creditor, an equity security holder, or an insider of

the Debtor; (ii) is not and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and (iii) does not hold or represent any interest materially adverse to the interests of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

16. A verified statement of Bronstein pursuant to Bankruptcy Rule 2014 is annexed hereto as **Exhibit "A"**.

17. Bronstein has not provided services to the Debtor prior to the petition date.

18. As a result of the foregoing, the Debtor respectfully requests that the retention and employment of Bronstein as accountant to the Debtor is approved.

19. No prior request for the relief sought herein has previously been made.

**WHEREFORE**, the Debtor respectfully requests the entry of an Order authorizing the employment of Bronstein, substantially in the form annexed, and for such other and further relief as is just and proper.

Dated**:**     January 14, 2026
            Rockville Centre, New York

                                    Norman Orner
                                    /s/ *Norman Orner*
                                    _____