UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                       Chapter 11
       METERED APPLIANCES INC,                 Case No.25-73481 (ast)
           Debtor.
-----------------------------------------------------------x

### DECLARATION OF MICHAEL P. BRONSTEIN IN SUPPORT OF THE APPLICATION TO EMPLOY MICHAEL P. BRONSTEIN, CPA, AS ACCOUNTANT FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

Michael P. Bronstein, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.    I the principal of Michael P. Bronstein, CPA, whose business address is 839 Caldwell Avenue, North Woodmere, New York 11581.

2.    To the best of my knowledge, neither I nor my firm is a creditor of the Debtor, holds or represents any interest adverse to the estate, or has any connection with the Debtor, the Debtor's creditors, the United States Trustee, or any other party in interest, except as disclosed herein.

3.    I possess the requisite experience and expertise to serve as accountant for the Debtor. I have extensive experience providing accounting services to debtors in Chapter 11 cases and am well versed in the financial, reporting, and tax requirements imposed upon debtors and debtors-in-possession under the Bankruptcy Code. I believe that my retention is essential to the Debtor's ability to comply with its fiduciary duties as a debtor and debtor-in-possession before this Court.

4.    In preparing this Declaration, I employed procedures designed to ensure compliance with Title 11 of the United States Code (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") governing the employment of professionals by a debtor. I

conducted a review of my firm's client records to determine whether I or my firm has any relationships with the Debtor. I also conducted a review to determine whether I or my firm represents, or has represented, any creditors of the Debtor. Based upon these inquiries, I have not identified any relationships, connections, or interests that would give rise to a conflict of interest or an interest adverse to the Debtor or the estate. In addition, I am not aware of any non-debtor businesses owned by any equity holder, principal, or officer of the Debtor that would give rise to a potential conflict.

5. Title 11 of the United States Code in that I (a) am not a creditor, an equity security holder, or an insider of the Debtor; (b) am not and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and (c) do not hold or represent any interest materially adverse to the interests of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

6. Based upon the foregoing, I do not believe that I am conflicted from serving as accountant for the Debtor.

7. I will be compensated at my standard hourly rate of $250.00 per hour. Prior to the Filing Date, the Debtor paid me a retainer in the amount of $7,500.00, which is being held in escrow and will not be applied against any fees or expenses unless and until my retention is approved by this Court.

8. All compensation and reimbursement of expenses shall be subject to prior Court approval pursuant to sections 330 and 331 of the Bankruptcy Code.

9. I will apply to this Court for allowance of compensation and reimbursement of expenses

in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of New York, and the Guidelines for Fees and Disbursements for Professionals in the Eastern District of New York. My current hourly rate is two hundred fifty dollars ($250.00) per hour.

10. I have not agreed to share, and do not intend to share, any compensation received in connection with this case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016.

Dated**:**	January 14, 2026
	Rockville Centre, New York


*/s/ Michael Bronstein*

Michael Bronstein