UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                               Chapter 11

Metered Appliances Inc.,                                             Case No. 1-25-73481-ast

                        Debtor.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To: The Clerk of Court and all parties of record:

      PLEASE TAKE NOTICE, that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), 50 Brompton Owners, Inc., by and through its undersigned counsel, Schneider Buchel LLP, hereby appears in the above-captioned Chapter 11 case, requests that the address below be added to all mailing matrices and demands service of all papers filed in the above-captioned Chapter 11 case to be served on:

SCHNEIDER BUCHEL LLP
60 Crossways Park Drive West, Suite 340
Woodbury, New York 11797
Telephone No.: (516) 393-5555
Facsimile No.: (516) 393-5556
Email: schoset@schneiderbuchel.com
Attn: Seth M. Choset

      PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002, such as any disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, answering or reply papers, memoranda and briefs in support of any of the foregoing, hearing dates, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated: Woodbury, New York
        February 12, 2026

                                                            SCHNEIDER BUCHEL LLP
                                                          *Attorneys for 50 Brompton Owners, Inc.*

                                By:   *Seth M. Choset*
                                              Seth M. Choset

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and accurate copy of the foregoing Notice of Appearance and Demand for Service of Papers was served today, February 12, 2026, via the Court's ECF system on those parties registered to receive notice in this case.

Dated: Woodbury, New York
       February 12, 2026

                                SCHNEIDER BUCHEL LLP
                                *Attorneys for 50 Brompton Owners, Inc.*

              By:    *Seth M. Choset*
                                Seth M. Choset