

LAW OFFICES OF
CHARLES WERTMAN P.C.

February 19, 2026

<u>Via ECF</u>
Honorable Judge Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

**Re:  Metered Appliances 25-73481**

Dear Judge Trust:

The Status Hearing that was scheduled for January 14, 2026 has been adjourned to March 11, 2026 at 12:00 p.m.

Respectfully,

Charles Wertman, Esq.

cc:    ECF to all parties

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com