**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
———————————————————————x

In re: Metered Appliances Inc.
Debtor.                                                    Case No. 25-73481-**ast**

                                                          Chapter 11


———————————————————————x

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
(Pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002 and 9010)

PLEASE TAKE NOTICE that the undersigned hereby appears in this Chapter 11 case as counsel for Unted Veterans Mutual Housing Company Inc. (the "Creditor"), a creditor and party in interest in the above-captioned case.

Pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including but not limited to notices, pleadings, motions, applications, complaints, demands, requests, and all other documents brought before this Court in this case, be served upon the following: Geoffrey Mazel, Esq., Hankin & Mazel, PLLC,60 Cutter Mill Road, suite 505,Great Neck, NY, 11021,212-349-1668, email: gmazel@hankinmazel.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, or other document or pleading whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise.

This Notice of Appearance is filed without prejudice to the rights, claims, defenses, objections, offsets, or recoupments of the Creditor in this case, all of which are hereby expressly reserved.

Dated: Great Neck, NY
February 20, 2026

Respectfully submitted,
Hankin & Mazel, PLLC

Geoffrey Mazel, Esq.
60 Cutter Mill Road, suite 505
Great Neck, NY, 11021
212-349-1668
gmazel@hankinmazel.com
Attorneys for United Veterans Mutual Housing Company, Inc.