

February 24, 2026

<u>Via ECF</u>
Honorable Judge Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:  Metered Appliances 25-73481

Dear Judge Trust:

    I write on behalf of the above-referenced matter regarding the status conference and the motion of the United States Trustee to dismiss or convert the above-captioned case (Dkt. No. 21), both of which are currently scheduled on February 25, 2026.

    At the status conference held on January 14, 2026, the Court directed the Debtor to file a notice of adjournment to March 11, 2026 at 12:00 p.m. with respect to both the status conference and the United States Trustee's motion to dismiss or convert.

    I thank you for your patience and attention to this matter.

Respectfully,<br/>Charles Wertman, Esq.

cc:    ECF to all parties

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570<br/>
Tel: (516) 284-0900 • Fax (516) 284-0901<br/>
charles@cwertmanlaw.com