KAGAN LUBIC LEPPER
FINKELSTEIN & GOLD, LLP
200 Madison Avenue, 24th Floor
New York, NY 10016
(212) 252-0300
Attorneys for Kings Bay Housing Co., Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION
---------------------------------------------------------------X
                                                :   Chapter 11
In re:                                          :   Case No.: 25-73481-ast
                                                :
    METERED APPLIANCES INC.        :
                                                :
                     Debtor.           :
---------------------------------------------------------------X

**NOTICE OF APPEARANCE OF KAGAN LUBIC LEPPER FINKELSTEIN & GOLD, LLP, AS ATTORNEYS FOR KINGS BAY HOUSING CO., INC., PURSUANT TO BANKRUPTCY RULE 9010, AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO BANKRUPTCY RULE 2002**

      **NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Procedure") that Kagan Lubic Lepper Finkelstein & Gold, LLP, 200 Madison Avenue, 24th Floor, New York, NY 10016, appears for and on behalf of KINGS BAY HOUSING CO., INC., creditor of the above-named debtor, Metered Appliances Inc. a/k/a Metered Appliances, Inc., and interested party to this bankruptcy case.

      **NOTICE IS FURTHER GIVEN**, that pursuant to the Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in in this case, including all in all adversary proceedings, and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

Kagan Lubic Lepper Finkelstein & Gold, LLP
Fran I. Lawless, Esq.
200 Madison Avenue, 24th Floor
New York, NY 10016
(212) 252-0300

{00527569;2 }

**NOTICE IS FURTHER GIVEN**, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any orders, notices, applications, motions, petitions, requests, complaints, pleadings, memoranda, briefs, or demands, formal or informal, whether written or oral, transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise that affects the above-named debtor(s) or debtor(s) in possession, or the property of such debtor(s) or the debtor's(s') estate.

Dated: New York, New York
February 25, 2026

                                         KAGAN LUBIC LEPPER
                                         FINKELSTEIN & GOLD, LLP
                                         *Attorneys for Kings Bay Housing Co., Inc.*

                                         By: /s/ Fran I. Lawless, Esq.
                                         Fran I. Lawless, Esq.
                                         200 Madison Avenue, 24th Floor
                                         New York, NY 10016
                                         (212) 252-0300
                                         (212) 779-7295 Fax
                                         flawless@kll-law.com