<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and accurate copy of the Response of 50 Brompton Owners, Inc. to the "Application of the United States Trustee for the Eastern District of New York Seeking Entry of an Order under 11 U.S.C. §1112(b) Converting this Chapter 11 Case to a Case under Chapter 7 of the Bankruptcy Code, or in the alternative, Dismissing this Case, and Such Other and Further Relief as May be Deemed Just and Proper" was served today, March 4, 2026, via the Court's ECF system on those parties registered to receive notice in this case.

Dated: Woodbury, New York
       March 4, 2026

                                      SCHNEIDER BUCHEL LLP
                                      *Attorneys for 50 Brompton Owners, Inc.*

              By:    *Seth M. Choset*
                      Seth M. Choset