# EXHIBIT "A"

The following executory contracts, laundry location agreements, and related operating arrangements are rejected pursuant to the Debtor's Motion for Entry of an Order Authorizing (A) Rejection of Certain Executory Contracts and Location Agreements and (B) Abandonment of De Minimis Property.

| | | |
|---|---|---|
| 1 | Linden Towers Cooperative Section #2 | 138-25 31st Drive, Flushing, NY |
| | Continental Towers Condominium | 301 East 79th Street, New York, NY |
| | Selfhelp Associates, LLC | 137-49th Avenue, Flushing, NY |
| | Hampton House Tenants Corp. | 120 Morris Avenue, Rockville Centre, NY |
| | 1760 Third Avenue Property Owner LLC | 1760 Third Avenue, New York, NY |
| | Armstrong Gardens Owners Corp. | 475 Armstrong Avenue, Staten Island, NY |
| | North & South Lewis Place Owners Corp | 4 North Lewis Place, Rockville Centre, NY |
| | North & South Lewis Place Owners Corp | 465 Merrick Road, Rockville Centre, NY |
| | Linden Towers Cooperative No. 4 Inc | 2909 137th Street, Flushing, NY |
| | Florida Gardens Owners Corp. | 84-35 Lander Street, Queens, NY |
| | 270 West 11th Street Owners Corp. | 70 West 11th Street, New York, NY |
| | 100-26 67th Road Owners | 100-26 67th Road, Flushing, NY |
| | Linden Hill 1 Cooperative Corp. | 25-11 Union Street, Flushing, NY |
| | 1525 E. 26 Realty Co. LLC | 1525 East 26th Street, Brooklyn, NY |
| | Fleetwood Tenants Inc. | 385 East 16th Street, Brooklyn, NY |
| | Summit and Sip LLC | 425 Summit Avenue, Jersey City, NJ |
| | 345 Baldwin Avenue LLC | 345 Baldwin Avenue, Jersey City, NJ |
| | 316 Bergen Owner LLC | 316 Bergen Street, Brooklyn, NY |
| | 242 East 19th Street Apt. Corp. | 242 East 19th Street, New York, NY |
| | WHGA Harriet Tubman Apts. LP | 142 West 143rd Street, New York, NY |

**The Debtor reserves the right to amend, supplement, or modify this schedule as additional information becomes available.**