flagstar

1400 Broadway
New York, NY 10018

**Statement Period**
From November 01, 2025
To November 30, 2025
Page 1 of 3

00000661 M2699DDA112 01 000000000 8 722
METERED APPLIANCE INC
DEBTOR IN POSSESSION
CASE # 8-25-73481-AST
1017 MERRICK RD
BALDWIN NY 11510        999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

**See Back for Important Information**

**Primary Account: 1500440569**        0

IN ORDER TO MEET BANK REGULATORY CHANGES FOR ESCHEATMENT RULES FOR THE
VARIOUS STATES WHERE FLAGSTAR BANK OPERATES IN, WE ARE CHANGING THE
QUALIFICATION FOR "CLIENT-INITIATED ACTIVITY" TO EXCLUDE ACH TRANSACTIONS.
PLEASE NOTE THAT BEGINNING FEBRUARY 2, 2026 AN ACH TRANSACTION WILL NO
LONGER CHANGE AN ACCOUNT THAT IS IN AN INACTIVE OR DORMANT STATUS.
ACCOUNTS BECOME DORMANT AFTER 24 CONSECUTIVE MONTHS OF INACTIVITY,
AND BECOME INACTIVE AFTER AN ADDITIONAL 6 MONTHS OF INACTIVITY.
CLIENT-INITIATED ACTIVITY INCLUDES DEPOSITS, WITHDRAWALS, AND ONE-TIME OR
RECURRING TRANSFERS AUTHORIZED BY THE CLIENT, (EXCLUDING ACH TRANSACTIONS),
OR THE BANK RECEIVING WRITTEN NOTICE THAT CLIENT IS AWARE OF THE ACCOUNT.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1500440569 | BANKRUPTCY CHECKING | 799.73 | 1,716.27 |
| | RELATIONSHIP TOTAL | | 1,716.27 |



## Follow these steps to balance your check register

| **1** | **2** | **3** | **4** |
|---|---|---|---|
| Update your checkbook register.<br><br>Please check to make sure you have entered all the transactions shown on the front of the statement. | In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off. | In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off. | To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement. |

| Date of Deposit or Credit | Amount | | Check Number or Date of Debit | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total A** | | | **Total B** | |

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

### Information for Personal and Reserve Line of Credit Accounts

The Finance Charge on Flagstar Bank, N.A. Personal Line of Credit Accounts and Reserve Line of Credit Accounts is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, add those Daily Balances together and divide them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, add any Advances and subtract any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

### Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the Fund Shares we are holding for you, the Fund Shares purchased and sold at your request, Dividends reinvested during the Statement Cycle Period, and fees incurred in connection with the Fund Account. For more details concerning the Monogram Money Market Funds Program, please refer to the Business Bank Account Agreement and Disclosures and/or Personal Bank Account Agreement and Disclosures, as applicable. FUND ACCOUNTS ARE NOT INSURED BY THE FDIC, NOT INSURED BY THE FEDERAL GOVERNMENT OR ANY OTHER FEDERAL GOVERNMENT AGENCY, BY THE BANK, OR BY ANY AFFILIATE OF THE BANK. FUND ACCOUNTS ARE NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, THE BANK OR AN AFFILIATE OF THE BANK, AND ARE SUBJECT TO INVESTMENT RISK, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL INVESTED.

### Information for Flagstar Advisors, Inc.

Any data provided on this statement relating to Flagstar Advisors, Inc. accounts is for informational purposes only. The only official statement for Flagstar Advisors, Inc. accounts is the periodic statement issued by National Financial Services, LLC., on behalf of Flagstar Advisors, Inc. ACCOUNTS OFFERED THROUGH FLAGSTAR ADVISORS, INC. ARE NOT INSURED BY THE FDIC, NOT INSURED BY THE FEDERAL GOVERNMENT OR ANY OTHER FEDERAL GOVERNMENT AGENCY, BY THE BANK, OR BY ANY AFFILIATE OF THE BANK. ACCOUNTS OFFERED THROUGH FLAGSTAR ADVISORS, INC. ARE NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, THE BANK OR AN AFFILIATE OF THE BANK, AND ARE SUBJECT TO INVESTMENT RISK, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL INVESTED.

### Direct Deposit Inquiries

Please call Client Services at 1-866-744-5463 to ascertain whether your direct deposit has been received.

### In Case of Errors or Questions about your Statement

If you think a statement or receipt is wrong or you need more information about a transaction, contact us at **Flagstar Bank, N.A. 1400 Broadway, New York, NY 10018.**

We will need the following information:

1) Name and account number.
2) The dollar amount of the suspected error.
3) A description of the error, transaction, or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

Electronic Funds Transfers for Personal Accounts: You must contact us within 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred. You may also call Client Services toll-free at 1-866-744-5463. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

Business Accounts and Non-Electronic Funds Transfers for Personal Accounts: You must contact us within fourteen (14) calendar days from the mailing or availability of any Account statement. You must notify us of any potential errors in writing. You may call Client Services toll-free at 1-866-744-5463, but doing so will not preserve your rights.

Personal and Reserve Line of Credit Accounts: You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call Client Services toll-free at 1-866-744-5463, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
1) We can try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. March 2024 - 800147

00000661-0001320-0000-0003-M2699DDA11292505074S-01-L



Statement Period
From November 01, 2025
To  November 30, 2025
Page 2 of 3

METERED APPLIANCE INC
DEBTOR IN POSSESSION
CASE # 8-25-73481-AST
1017 MERRICK RD
BALDWIN NY  11510          999

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

Primary Account: 1500440569          0

BANKRUPTCY CHECKING          1500440569

Summary

| | | |
|---|---|---:|
| Previous Balance as of November 01, 2025 | | 799.73 |
| 13 Credits | | 919.73 |
| 1 Debits | | 3.19 |
| Ending Balance as of   November 30, 2025 | | 1,716.27 |

Deposits and Other Credits

| Date | Description | ck/ref no. | Ref | Amount |
|---|---|---|---|---:|
| Nov 04 | ACH DEPOSIT | ck/ref no. | 380776 | 121.27 |
| | LE - USA TECHNOL    11032025EF | 8288246 | | |
| | 023 00000000002217951232679963 | | | |
| Nov 06 | ACH DEPOSIT | ck/ref no. | 656875 | 59.58 |
| | LE - USA TECHNOL    11052025EF | 8293242 | | |
| | 002 00000000000059581232679963 | | | |
| Nov 07 | ACH DEPOSIT | ck/ref no. | 774803 | 39.99 |
| | LE - USA TECHNOL    11062025EF | 8294678 | | |
| | 002 00000000000039991232679963 | | | |
| Nov 10 | ACH DEPOSIT | ck/ref no. | 927862 | 36.02 |
| | LE - USA TECHNOL    11072025EF | 8305990 | | |
| | 010 00000000019845661232679963 | | | |
| Nov 12 | ACH DEPOSIT | ck/ref no. | 1141143 | 26.23 |
| | LE - USA TECHNOL    11112025EF | 8317179 | | |
| Nov 12 | ACH DEPOSIT | ck/ref no. | 1056022 | 155.95 |
| | LE - USA TECHNOL    11102025EF | 8314193 | | |
| | 002 00000000001155951232679963 | | | |
| Nov 13 | ACH DEPOSIT | ck/ref no. | 1332594 | 56.52 |
| | CANTALOUPE, INC.    PAYMENTS | 0008931765 | | |
| | 002 00000000000056521999598372 | | | |
| Nov 17 | ACH DEPOSIT | ck/ref no. | 1491926 | 34.17 |
| | CANTALOUPE, INC.    PAYMENTS | 0008934695 | | |
| | 007 00000000021541691999598372 | | | |
| Nov 18 | ACH DEPOSIT | ck/ref no. | 1632706 | 127.48 |
| | CANTALOUPE, INC.    PAYMENTS | 0008947693 | | |

0000661-0001321-0002-0003-M2699DDA11292250507451-01-L





Statement Period
From November 01, 2025
To November 30, 2025
Page 3 of 3

METERED APPLIANCE INC
DEBTOR IN POSSESSION
CASE # 8-25-73481-AST
1017 MERRICK RD
BALDWIN NY 11510          999

**PRIVATE CLIENT GROUP 722**
**1C QUAKER RIDGE ROAD**
**NEW ROCHELLE, NY 10804**

Primary Account: 1500440569          0

| Date | Description | | |
|------|-------------|---|---|
| | 002 000000000000127481999598372 | | |
| Nov 19 | ACH DEPOSIT          ck/ref no.   1712336 | | 35.72 |
| | CANTALOUPE, INC.   PAYMENTS   0008954824 | | |
| | 002 000000000000035721999598372 | | |
| Nov 20 | ACH DEPOSIT          ck/ref no.   1799305 | | 50.18 |
| | CANTALOUPE, INC.   PAYMENTS   0008957441 | | |
| | 002 000000000000050181999598372 | | |
| Nov 25 | ACH DEPOSIT          ck/ref no.   2115604 | | 141.81 |
| | CANTALOUPE, INC.   PAYMENTS   0008959432 | | |
| | 002 000000000000141811999598372 | | |
| Nov 28 | ACH DEPOSIT          ck/ref no.   2367944 | | 34.81 |
| | CANTALOUPE, INC.   PAYMENTS   0008980940 | | |
| | 002 000000000000034811999598372 | | |

Withdrawals and Other Debits
Nov 25  ANALYSIS FEE                                                      3.19

Daily Balances

| | | | |
|------|-----------|--------|----------|
| Oct 31 | 799.73 | Nov 17 | 1,329.46 |
| Nov 04 | 921.00 | Nov 18 | 1,456.94 |
| Nov 06 | 980.58 | Nov 19 | 1,492.66 |
| Nov 07 | 1,020.57 | Nov 20 | 1,542.84 |
| Nov 10 | 1,056.59 | Nov 25 | 1,681.46 |
| Nov 12 | 1,238.77 | Nov 28 | 1,716.27 |
| Nov 13 | 1,295.29 | | |

00000661-0001321-0003-0003-M2699DDA11292505074545-01-L