

```
                                                           Statement Period
                                                        From January   01, 2026
                                                        To   January   31, 2026
                                                        Page     1 of     3

                                                        PRIVATE CLIENT GROUP 722
                                                        1C QUAKER RIDGE ROAD
                                                        NEW ROCHELLE, NY 10804




        METERED APPLIANCE INC              8-722
        DEBTOR IN POSSESSION
        CASE # 8-25-73481-AST
        1017 MERRICK RD
        BALDWIN NY   11510          999              See Back for Important Information


                                                 Primary Account: 1500440569         0



Relationship Summary                             Opening Bal.            Closing Bal.

BANK DEPOSIT ACCOUNTS
1500440569     BANKRUPTCY CHECKING                   2,736.73               3,735.75

               RELATIONSHIP TOTAL                                           3,735.75
```



```
                                                            Statement Period
                                                       From January   01, 2026
                                                       To   January   31, 2026
                                                       Page     2 of     3

                                                       PRIVATE CLIENT GROUP 722
                                                       1C QUAKER RIDGE ROAD
                                                       NEW ROCHELLE, NY 10804


        METERED APPLIANCE INC                 8-722
        DEBTOR IN POSSESSION
        CASE # 8-25-73481-AST
        1017 MERRICK RD
        BALDWIN NY  11510             999             See Back for Important Information


                                                  Primary Account: 1500440569          0


BANKRUPTCY CHECKING          1500440569




Summary

 Previous Balance as of January   01, 2026                                      2,736.73
      14 Credits                                                                1,001.36
       1 Debits                                                                     2.34
 Ending Balance as of    January   31, 2026                                     3,735.75


Deposits and Other Credits
 Jan 02  ACH DEPOSIT            ck/ref no.    5203695                              84.20
         CANTALOUPE, INC.    PAYMENTS     0009098181
         002 000000000000084201999598372
 Jan 05  ACH DEPOSIT            ck/ref no.    5366523                              62.38
         CANTALOUPE, INC.    PAYMENTS     0009102120
 Jan 06  ACH DEPOSIT            ck/ref no.    5570767                             149.55
         CANTALOUPE, INC.    PAYMENTS     0009103978
         002 000000000000149551999598372
 Jan 07  ACH DEPOSIT            ck/ref no.    5689349                              37.23
         CANTALOUPE, INC.    PAYMENTS     0009120132
         002 000000000000037231999598372
 Jan 08  ACH DEPOSIT            ck/ref no.    5792179                              40.48
         CANTALOUPE, INC.    PAYMENTS     0009123755
         002 000000000000040481999598372
 Jan 12  ACH DEPOSIT            ck/ref no.    6063896                              43.57
         CANTALOUPE, INC.    PAYMENTS     0009125471
 Jan 13  ACH DEPOSIT            ck/ref no.    6152157                              96.16
         CANTALOUPE, INC.    PAYMENTS     0009137666
         002 000000000000096161999598372
 Jan 15  ACH DEPOSIT            ck/ref no.    6375951                              67.23
         CANTALOUPE, INC.    PAYMENTS     0009144900
         002 000000000000067231999598372
 Jan 16  ACH DEPOSIT            ck/ref no.    6486379                              28.50
         CANTALOUPE, INC.    PAYMENTS     0009149943
         002 000000000000028501999598372
```



```
                                                              Statement Period
                                                           From January   01, 2026
                                                           To   January   31, 2026
                                                           Page    3 of    3

                                                           PRIVATE CLIENT GROUP 722
                                                           1C QUAKER RIDGE ROAD
                                                           NEW ROCHELLE, NY 10804


         METERED APPLIANCE INC                 8-722
         DEBTOR IN POSSESSION
         CASE # 8-25-73481-AST
         1017 MERRICK RD
         BALDWIN NY  11510            999              See Back for Important Information


                                                  Primary Account: 1500440569         0
 Jan 21  ACH DEPOSIT            ck/ref no.   6763949                             162.98
         CANTALOUPE, INC.    PAYMENTS      0009152251
         002 00000000000162981999598372
 Jan 22  ACH DEPOSIT            ck/ref no.   6906524                              27.92
         CANTALOUPE, INC.    PAYMENTS      0009170825
         002 00000000000027921999598372
 Jan 27  ACH DEPOSIT            ck/ref no.   7211760                             129.42
         CANTALOUPE, INC.    PAYMENTS      0009177487
         002 00000000000129421999598372
 Jan 29  ACH DEPOSIT            ck/ref no.   7424350                              45.66
         CANTALOUPE, INC.    PAYMENTS      0009192831
         002 00000000000045661999598372
 Jan 30  ACH DEPOSIT            ck/ref no.   7521957                              26.08
         CANTALOUPE, INC.    PAYMENTS      0009198791
         002 00000000000026081999598372

Withdrawals and Other Debits
 Jan 26  ANALYSIS FEE                                                              2.34

Daily Balances
 Dec 31          2,736.73                  Jan 15          3,317.53
 Jan 02          2,820.93                  Jan 16          3,346.03
 Jan 05          2,883.31                  Jan 21          3,509.01
 Jan 06          3,032.86                  Jan 22          3,536.93
 Jan 07          3,070.09                  Jan 26          3,534.59
 Jan 08          3,110.57                  Jan 27          3,664.01
 Jan 12          3,154.14                  Jan 29          3,709.67
 Jan 13          3,250.30                  Jan 30          3,735.75
```