

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026

Account Number: **000005081910251**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00045915 DRE 802 144 03126 NNNNNNNNNNN T  1 000000000 69 0000
METERED APPLIANCES, INC.
DEBTOR IN POSSESSION CASE # 25-73481
1017 MERRICK RD
BALDWIN NY 11510-3316

## SAVINGS SUMMARY   Chase Business Premier Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $3,517.44 |
| Deposits and Additions | 9 | 19,900.95 |
| Electronic Withdrawals | 7 | -23,418.38 |
| Fees | 1 | -0.01 |
| **Ending Balance** | **17** | **$0.00** |
| Annual Percentage Yield Earned This Period | | 0.02% |
| Interest Paid This Period | | $0.01 |
| Interest Paid Year-to-Date | | $0.01 |

Interest paid in 2025 for account 000005081910251 was $0.02.

The $0.01 monthly service fee on your Chase Business Premier Savings account can be waived by linking it to an open, active qualifying Chase business checking account and/or by keeping an average ledger balance of $25,000.00. Your average ledger balance for this period was $1,609.99.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $3,517.44 |
| 01/02 | Remote Online Deposit            1 | 489.50 | 4,006.94 |
| 01/05 | Online Transfer From Chk ...0511 Transaction#: 27590167425 | 4,000.00 | 8,006.94 |
| 01/05 | Orig CO Name:United Healthcar     Orig ID:1411289245 Desc Date: CO Entry Descr:EDI Paymtssec:CTX    Trace#:043000264207513 Eed:260105   Ind ID:142858283784         Ind Name:0007Metered Applianc Trn: 0054207513Tc | -4,000.00 | 4,006.94 |
| 01/05 | Orig CO Name:American Express     Orig ID:2005032111 Desc Date:260105 CO Entry Descr:ACH Pmt   Sec:CCD Trace#:021000024355564 Eed:260105   Ind ID:W9266              Ind Name:Norman Orner Er Am Trn: 0054355564Tc | -4,000.00 | 6.94 |
| 01/07 | Online Transfer From Chk ...0511 Transaction#: 27615462156 | 1,100.00 | 1,106.94 |
| 01/08 | Orig CO Name:United Healthcar     Orig ID:1411289245 Desc Date: CO Entry Descr:EDI Paymtssec:CTX    Trace#:043000260534316 Eed:260108   Ind ID:142858201545         Ind Name:0007Metered Applianc Trn: 0080534316Tc | -1,000.00 | 106.94 |
| 01/09 | Remote Online Deposit            1 | 2,110.11 | 2,217.05 |



January 01, 2026 through January 30, 2026

Account Number:  000005081910251

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 01/09 | Remote Online Deposit                1 | 2,110.11 | 4,327.16 |
| 01/09 | Remote Online Deposit                1 | 2,110.11 | 6,437.27 |
| 01/09 | Remote Online Deposit                1 | 2,110.11 | 8,547.38 |
| 01/12 | 01/12 Online Transfer To Chk ...0511 Transaction#: 27674562600 | -2,000.00 | 6,547.38 |
| 01/13 | 01/13 Online Transfer To Chk ...0511 Transaction#: 27684828079 | -6,337.35 | 210.03 |
| 01/16 | Online Transfer From Chk ...0511 Transaction#: 27728538729 | 5,871.00 | 6,081.03 |
| 01/16 | 01/16 Online Transfer To Chk ...0511 Transaction#: 27728547718 | -6,000.00 | 81.03 |
| 01/20 | 01/20 Online Transfer To Chk ...0511 Transaction#: 27766118304 | -81.03 | 0.00 |
| 01/30 | Interest Payment | 0.01 | 0.01 |
| 01/30 | Monthly Service Fee | -0.01 | 0.00 |
|  | **Ending Balance** |  | **$0.00** |

30 deposited items are provided with your account each month.  There is a $0.50 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**