

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026

Account Number: 000005081910269

### CUSTOMER SERVICE INFORMATION

Web site: www.Chase.com
Service Center: 1-877-425-8100
Para Espanol: 1-888-622-4273
International Calls: 1-713-262-1679
We accept operator relay calls

00993152 DRE 802 149 03126 NNNNNNNNNNN T 1 000000000 64 0000
METERED APPLIANCES, INC.
DEBTOR IN POSSESSION CASE # 25-73481
1017 MERRICK RD
BALDWIN NY 11510-3316



## SAVINGS SUMMARY   Chase Business Total Savings

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $546.05 |
| Deposits and Additions | 1 | 402.38 |
| Electronic Withdrawals | 1 | -948.43 |
| Ending Balance | 2 | $0.00 |
| Annual Percentage Yield Earned This Period |  | 0.00% |

Interest paid in 2025 for account 000005081910269 was $0.04.

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $546.05 |
| 01/06 | Remote Online Deposit        1 | 402.38 | 948.43 |
| 01/20 | 01/20 Online Transfer To Chk ...0511 Transaction#: 27766140082 | -948.43 | 0.00 |
|  | Ending Balance |  | $0.00 |

15 deposited items are provided with your account each month.  There is a $0.50 fee for each additional deposited item.



January 01, 2026 through January 30, 2026

Account Number:   **000005081910269**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**