3:49 PM
02/24/26
Accrual Basis

# Metered Appliances, Inc.
# Invoice Register for Last Month
## January 2026

| Type | Date | Num | Name | Memo | Account | Paid | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Jan 26** | | | | | | | | |
| Invoice | 01/01/2026 | 8318 | z/DOUGLAS ELLIMAN:2148 Broadway-Laureate-DOUGL | Monthly Laundry Equipment Service | SERVICE | Unpaid | 400.00 | 400.00 |
| Invoice | 01/01/2026 | 8319 | z/North Slope Vet:255 West 18th St-North Slope Veterinary | Monthly Laundry Equipment Service | SERVICE | Paid | 40.00 | |
| Invoice | 01/01/2026 | 8320 | z/KALTECH CAPITAL:z/165 Charles Street-Kaltech | Monthly Laundry Equipment Service | SERVICE | Paid | 136.00 | |
| Invoice | 01/01/2026 | 8321 | z/KALTECH CAPITAL:z/116 Central Park S\Kaltech | Monthly Laundry Equipment Service | SERVICE | Unpaid | 170.00 | 170.00 |
| Invoice | 01/01/2026 | 8322 | z/1950 Hutchinson River Pkwy-VINTAGE | Monthly Laundry Equipment Service | SERVICE | Unpaid | 1,425.00 | 1,425.00 |
| Invoice | 01/01/2026 | 8323 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-Sol | Monthly Laundry Service | SERVICE | Paid | 408.00 | |
| Invoice | 01/01/2026 | 8325 | z/210 East 73rd/ Bota | Monthly Laundry Equipment Service | SERVICE | Unpaid | 255.00 | 255.00 |
| Invoice | 01/01/2026 | 8326 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech | Monthly Laundry Equipment Service  -211 Central Park W | SERVICE | Paid | 306.00 | |
| Invoice | 01/01/2026 | 8326 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech |   Value Adder  per call charge | SERVICE | Paid | 0.00 | |
| Invoice | 01/01/2026 | 8327 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray | Monthly Laundry Equipment Service | SERVICE | Paid | 289.00 | |
| Invoice | 01/01/2026 | 8328 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech | Monthly Laundry Equipment Service | SERVICE | Paid | 102.00 | |
| Invoice | 01/01/2026 | 8328 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech | AVC Cash Card Machine additional Service Charge | SERVICE | Paid | 0.00 | |
| Invoice | 01/01/2026 | 8329 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service | Monthly Laundry Equipment Service | SERVICE | Paid | 220.00 | |
| Invoice | 01/01/2026 | 8330 | z/32 West 82nd Street-First Service | Two Stack LG Electric Dryers | SERVICE | Paid | 500.00 | |
| Invoice | 01/01/2026 | 8330 | z/32 West 82nd Street-First Service | Building Guarantees Continued Rental for a Minimum of 8 | SERVICE | Paid | 0.00 | |
| Invoice | 01/01/2026 | 8330 | z/32 West 82nd Street-First Service | Monthly Laundry Equipment Service | SERVICE | Paid | 80.00 | |
| Invoice | 01/01/2026 | 8331 | z/KALTECH CAPITAL:z/320 West 76th St/Solstice | Monthly Laundry Equipment Service | SERVICE | Paid | 120.00 | |
| Invoice | 01/01/2026 | 8332 | z/322 East 57th Street/AKAM | Monthly Laundry Equipment Service | SERVICE | Paid | 67.20 | |
| Invoice | 01/01/2026 | 8333 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv | Monthly Laundry Equipment Service | SERVICE | Paid | 240.00 | |
| Invoice | 01/01/2026 | 8334 | z/DOUGLAS ELLIMAN:z/375 RSD- DE | Monthly Laundry Equipment Service | SERVICE | Paid | 210.00 | |
| Invoice | 01/01/2026 | 8335 | z/North Slope Vet:z/38 6th Ave-HOC Dean St | Monthly Laundry Equipment Service | SERVICE | Paid | 40.00 | |
| Invoice | 01/01/2026 | 8336 | z/KALTECH CAPITAL:z/40 West 77th St | Monthly Laundry Equipment Service | SERVICE | Paid | 238.00 | |
| Invoice | 01/01/2026 | 8337 | z/KALTECH CAPITAL:z/400 East 67th St/Kaltech | Monthly Laundry Equipment Service | SERVICE | Paid | 153.00 | |
| Invoice | 01/01/2026 | 8338 | z/KALTECH CAPITALz/49 W 72 Solstice | Monthly Laundry Equipment Service | SERVICE | Paid | 170.00 | |
| Invoice | 01/01/2026 | 8339 | z/KALTECH CAPITAL:z/55 Park Avenue | Monthly Laundry Equipment Service | SERVICE | Paid | 153.00 | |
| Invoice | 01/01/2026 | 8340 | Z/59-30 108th Street Lovett | Monthly Laundry Equipment Service | SERVICE | Unpaid | 551.28 | 551.28 |
| Invoice | 01/01/2026 | 8341 | z/Michelle Twrs 75-40 Austin St.  BRG | Monthly Laundry Equipment Service | SERVICE | Unpaid | 165.00 | 165.00 |
| Invoice | 01/01/2026 | 8342 | z/829 Park Ave-  Orsid | Monthly Laundry Equipment Service | SERVICE | Paid | 200.00 | |
| Invoice | 01/01/2026 | 8343 | z/General 84-29 153rd Avenue/ BPC | Monthly Laundry Equipment Service | SERVICE | Unpaid | 364.00 | 364.00 |
| Invoice | 01/01/2026 | 8345 | z/North Slope Vet:z/207 6th Avenue | January/2026 | SERVICE | Paid | 40.00 | |
| Invoice | 01/09/2026 | 8347 | z/Optimum Properties | Mitech - Kiosoft Generic Smart Cards     200  -Shipping & | Sales - Parts | Paid | 950.00 | |
| Invoice | 01/09/2026 | 8348 | z/Optimum Properties:518 Central Ave | Service Call -  unit #7  Instructed Tenants on Operation of \ | SERVICE | Unpaid | 277.50 | 277.50 |
| Invoice | 01/09/2026 | 8349 | z/Optimum Properties:z/49 Duncan Ave Jersey | Service Washers & Dryers | SERVICE | Paid | 185.00 | |

**3:49 PM**
**02/24/26**
**Accrual Basis**

## Metered Appliances, Inc.
## Invoice Register for Last Month
### January 2026

| Type | Date | Num | Name | Memo | Account | Paid | Amount | |
|---|---|---|---|---|---|---|---|---|
| Invoice | 01/09/2026 | 8349 | z/Optimum Properties:z/49 Duncan Ave Jersey | Router Is Defective and Needs To Be Replaced | SERVICE | Paid | 0.00 | |
| Invoice | 01/12/2026 | 8350 | z/569-565 Carroll Street/Lumberyard Kaito | Service Out Of Order Washer- Run-full cycle Tested- Ok | SERVICE | Paid | 222.00 | |
| Invoice | 01/13/2026 | 8351 | z/1580 East 18th/Choice | ESD Setup Cards -Special Order | Sales - Parts | Unpaid | 180.00 | 180.00 |
| Invoice | 01/13/2026 | 8351 | z/1580 East 18th/Choice | Reprogram & Set New Vend Rates for all Washers & Dryer | SERVICE | Unpaid | 276.00 | 276.00 |
| Invoice | 01/14/2026 | 8352 | z/KALTECH CAPITALz/49 W 72 Solstice | Dryer #7 replaced motor relay | SERVICE | Paid | 0.00 | |
| Invoice | 01/14/2026 | 8353 | z/47 East 88th Street-D Elliman | Dryer #3 reset burner hilimit tested  full dry cycle ok | SERVICE | Paid | 277.50 | |
| Invoice | 01/15/2026 | 8354 | z/21 East 61 -Carlton Extell | Washer #2 replaced door insert | SERVICE | Paid | 185.00 | |
| Invoice | 01/19/2026 | 8355 | z/569-565 Carroll Street/Lumberyard Kaito | Tested the Washer -Found Clogged Hose Screens -Cleane | SERVICE | Paid | 230.00 | |
| Invoice | 01/19/2026 | 8356 | z/PARNES COMPANY:z/150 Union -Parnes | Washer #2 Tested  - needs Mdc Debitek bullnose cardread | SERVICE | Unpaid | 230.00 | 230.00 |
| Invoice | 01/19/2026 | 8356 | z/PARNES COMPANY:z/150 Union -Parnes | Washer # 4 clean drain pump | SERVICE | Unpaid | 230.00 | 230.00 |
| Invoice | 01/19/2026 | 8357 | z/PARNES COMPANY:196 Union | Washer # 2 error DF drive failure Tested & Ran through Fu | SERVICE | Unpaid | 230.00 | 230.00 |
| Invoice | 01/19/2026 | 8357 | z/PARNES COMPANY:196 Union | Washer # 3 -Tested & Ran through Full Cycle - May need | SERVICE | Unpaid | 185.00 | 185.00 |
| Invoice | 01/19/2026 | 8357 | z/PARNES COMPANY:196 Union | Maytag washer need Pay Range Elevate Cardreader and w | SERVICE | Paid | 0.00 | |
| Invoice | 01/19/2026 | 8357 | z/PARNES COMPANY:196 Union | Dryer #4 Ran & Tested | SERVICE | Unpaid | 185.00 | 185.00 |
| Invoice | 01/19/2026 | 8357 | z/PARNES COMPANY:196 Union | Dryer #5 Reset & Adjusted Computer Ran & Tested -Ok | SERVICE | Unpaid | 185.00 | 185.00 |
| Invoice | 01/19/2026 | 8358 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv | Dryer # 528 replaced gas coils | SERVICE | Paid | 0.00 | |
| Invoice | 01/19/2026 | 8358 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv | Washer #1 reset inverter output board error | SERVICE | Paid | 0.00 | |
| Invoice | 01/19/2026 | 8358 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv | Washer #2 reset inverter output board error | SERVICE | Paid | 0.00 | |
| Invoice | 01/19/2026 | 8358 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv | Washer #3 Sqw Topload replaced drain pump | SERVICE | Paid | 0.00 | |
| Invoice | 01/20/2026 | 8359 | z/Optimum Properties:47 Duncan Avenue Jersey City | ESD Equipment Setup Card | Sales - Parts | Unpaid | 90.00 | 90.00 |
| Invoice | 01/20/2026 | 8359 | z/Optimum Properties:47 Duncan Avenue Jersey City | Internet & Blue Tooth Router | Equipment Sale | Unpaid | 525.00 | 525.00 |
| Invoice | 01/20/2026 | 8359 | z/Optimum Properties:47 Duncan Avenue Jersey City | Setup Router & Setup Readers & Sync | SERVICE | Unpaid | 370.00 | 370.00 |
| Invoice | 01/01/2026 | 8360 | z/North Slope Vet:16 Dupont St., Brooklyn | Monthly Laundry Equipment Service | SERVICE | Paid | 40.00 | |
| Invoice | 01/22/2026 | 8361 | z/47 East 88th Street-D Elliman | Dryer # 3 replaced gas coils | SERVICE | Paid | 185.00 | |
| Invoice | 01/23/2026 | 8362 | z/General 84-29 153rd Avenue/ BPC | Dryer Bearing Set | Sales - Parts | Unpaid | 398.00 | 398.00 |
| Invoice | 01/23/2026 | 8362 | z/General 84-29 153rd Avenue/ BPC | 8439 Room Replace Dryer Bearing set 1 Hr | SERVICE | Paid | 0.00 | |
| Invoice | 01/23/2026 | 8362 | z/General 84-29 153rd Avenue/ BPC | 8429 Room Replace Dryer Bearing set 1 Hr | SERVICE | Paid | 0.00 | |
| Invoice | 01/23/2026 | 8363 | z/PARNES COMPANY:z/150 Union -Parnes | Washer #2 Replaced Cardreader | SERVICE | Unpaid | 230.00 | 230.00 |
| Invoice | 01/23/2026 | 8364 | z/PARNES COMPANY:196 Union | Washer #2 swapped main board intermittent inverter error | SERVICE | Unpaid | 230.00 | 230.00 |
| Invoice | 01/27/2026 | 8365 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-Sol | Replace Washer Door Boot- Run Cycle -Test -Ok | SERVICE | Paid | 0.00 | |
| Invoice | 01/28/2026 | 8366 | z/8 East 96th Street  Orsid | Washer #2 Speed Queen Top Load - replaced belt | SERVICE | Paid | 185.00 | |
| Invoice | 01/28/2026 | 8366 | z/8 East 96th Street  Orsid | Washer #1 Service- Check Belts-Ok -  Run Cycle - Ok - W | SERVICE | Paid | 185.00 | |
| Invoice | 01/29/2026 | 8367 | z/PARNES COMPANY:196 Union |  Speed Queen Horizon Rebuilt Front Load Washer | Sales | Unpaid | 2,750.00 | 2,750.00 |
| Invoice | 01/29/2026 | 8367 | z/PARNES COMPANY:196 Union | Replaced 2 Washers with 2 Horizon Rebuilts | SERVICE | Unpaid | 481.00 | 481.00 |

3:49 PM
02/24/26
Accrual Basis

# Metered Appliances, Inc.
## Invoice Register for Last Month
### January 2026

| Type | Date | Num | Name | Memo | Account | Paid | Amount | |
|---|---|---|---|---|---|---|---|---|
| Invoice | 01/29/2026 | 8367 | z/PARNES COMPANY:196 Union | Delivery | Equipment Sale | Unpaid | 325.00 | 325.00 |
| Invoice | 01/29/2026 | 8367 | z/PARNES COMPANY:196 Union | Card System wiring hardware/vault accessories & Install t | SERVICE | Paid | 0.00 | |
| Invoice | 01/30/2026 | 8368 | z/PARNES COMPANY | Kiosoft Annual Data Rate January 2016 - December 2016 | SERVICE | Unpaid | 150.00 | 150.00 |
| **Jan 26** | | | | | | | **17,214.48** | **$10,857.78 Unpaid** |

$6,356.70
Total Paid