8:44 PM
02/21/26

**Metered Appliances, Inc.**
# Deposit Detail
**January 2026**

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|-------:|------|---------|--------------|
| **Deposit** | 01/02/2026 | | **3,300.00** | Deposit | **CHASE/30511 -CHK -New** | |
| | | 190 Merrick Road Lanai House %% | -308.00 | Paid $168.00 Chk # 3913 | COLLECTION | |
| | | Kings Bay 2 | -2,970.00 | Deposit | COLLECTION | |
| | | 385 East 16th St./Rokowsky | -413.00 | Deposit | COLLECTION | |
| | | Beach Channel Drive 138-11 Adv % | -375.00 | %% Deposit | COLLECTION | |
| | | 2020 East 41st Street | -241.00 | Deposit | COLLECTION | |
| | | 8616 21st Avenue % | -225.00 | %% Deposit | COLLECTION | |
| | | 1855 East 12th Street- Vintage | -847.00 | Deposit | COLLECTION | |
| | | Parts & Equipment | 2,079.00 | Deposit | Supplies | Parts & Equipment |
| TOTAL | | | -3,300.00 | | | |
| **Deposit** | 01/02/2026 | | **884.00** | Deposit | **CHASE/30511 -CHK -New** | |
| | | Kugelman-577 Fulton/Columbia | -884.00 | Paid By Check # 1610 | COLLECTION | |
| TOTAL | | | -884.00 | | | |
| **Deposit** | 01/02/2026 | **DEPOSIT** | **2,800.00** | | **Checking at Chase Web Download** | |
| | | | -2,800.00 | | CHASE/30511 -CHK -New | |
| TOTAL | | | -2,800.00 | | | |
| **Deposit** | 01/05/2026 | | **2,700.00** | Deposit | **CHASE/30511 -CHK -New** | |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -231.00 | %% Deposit 561 | COLLECTION | |
| | | 320 West 96th St.-Lloyd Schaeffer | -135.00 | Deposit | COLLECTION | |
| | | 215 West 91st Street  DE % | -50.00 | %% Deposit 170 | COLLECTION | |
| | | 201 West 89th Street /Halstead | -574.00 | Deposit | COLLECTION | |
| | | 170 West 81st Street %% Metropolitan | -20.00 | %% Deposit 120 | COLLECTION | |
| | | 201 West 89th Street /Halstead | -574.00 | Deposit | COLLECTION | |
| | | 334 West 86th Street. Vintage | -215.00 | Deposit | COLLECTION | |
| | | 12 West 72nd St./Tudor* | -960.00 | Deposit | COLLECTION | |
| | | 101 Central Park West/DE | -150.00 | Deposit | COLLECTION | |

# Metered Appliances, Inc.
## Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| | | Bell Park 221-22 Manor Road% | -1,469.00 | Deposit | COLLECTION | |
| | | 43rd Avenue 69-07 % | -601.00 | Pd @ Collection $601.00  (1,202) | COLLECTION | |
| | | Parts & Equipment | 1,279.00 | Deposit | Repair | Parts & Equipment |
| | | Payroll | 1,000.00 | Deposit | Cash Contractor | Painting |
| TOTAL | | | -2,700.00 | | | |
| | | | | | | |
| Deposit | 01/05/2026 | | 4,000.00 | Deposit | CHASE/0251 Savings New | |
| | | Metered Appliances | -4,000.00 | Funds Transfer from 30511 | Exchange | |
| TOTAL | | | -4,000.00 | | | |
| | | | | | | |
| Deposit | 01/06/2026 | | 3,100.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 1871 Seventh Ave/ACP-124 W 114 % | -752.00 | %% Deposit 516 | COLLECTION | |
| | | Hilton Ave 67 Hilton Hall Garden City % | -319.00 | %% Deposit -Not (819) | COLLECTION | |
| | | Duncan Elder 150/ Einsidler | -535.00 | Deposit | COLLECTION | |
| | | 222 7th St/Garden City -A Wolf | -131.00 | Deposit | COLLECTION | |
| | | 195 North Village Avenue | -505.00 | Deposit | COLLECTION | |
| | | 120 Morris Ave -Einsidler | -360.00 | Deposit | COLLECTION | |
| | | Rockville Lewis 4 N Lewis Pl- Slepoy | -498.00 | Deposit | COLLECTION | |
| TOTAL | | | -3,100.00 | | | |
| | | | | | | |
| Deposit | 01/06/2026 | | 489.50 | Deposit | CHASE/0251 Savings New | |
| | | Kugelman-180 Hilton Ave | -489.50 | Kensington Chk# 1742 | COLLECTION | |
| TOTAL | | | -489.50 | | | |
| | | | | | | |
| Payment | 01/06/2026 | z/829 Park Ave- Orsid | 217.75 | PMT December/2025 # 8291 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 01/06/2026 | z/Arm Management:910 Riverside Drive | 402.38 | PMT Inv# 7217  Partial Paymenr $212.76 Balance | CHASE/0269 TX Sav | |
| TOTAL | | | 0.00 | | | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| **Deposit** | **01/07/2026** | | **2,500.00** | **Deposit** | **CHASE/30511 -CHK -New** | |
| | | 1525 East 26th Street. | -738.00 | Deposit | COLLECTION | |
| | | 139 East 63 Street BHS % | -195.00 | %% Deposit 2# | COLLECTION | |
| | | 300 East 85th Street | -595.00 | 10# | COLLECTION | |
| | | 242 East 19th Street Vintage | -183.00 | 4# | COLLECTION | |
| | | 142 East 49th Street/ % | -35.00 | %% Deposit # | COLLECTION | |
| | | 203 East 72nd Street DE  % | -264.00 | %% Deposit # | COLLECTION | |
| | | 300 East 77th St/H20/Solstice | -250.00 | %% Deposit # | COLLECTION | |
| | | 140 East 81st Street/Midboro % | -240.00 | %% Deposit 3# | COLLECTION | |
| TOTAL | | | -2,500.00 | | | |
| | | | | | | |
| **Payment** | **01/07/2026** | **z/Tilden Towers 801-Metropolitan** | **600.00** | **PMT January/2026 Towards Settlement  18K** | **CHASE/30511 -CHK -New** | |
| | | z/Tilden Towers 801-Metropolitan | -600.00 | PMT January/2026 Towards Settlement  18K | Accounts Receivable | |
| TOTAL | | | -600.00 | | | |
| | | | | | | |
| **Deposit** | **01/08/2026** | | **2,400.00** | **Deposit** | **CHASE/30511 -CHK -New** | |
| | | Hicks Street -145/ BPC-Min% | -496.00 | %% Deposit  2# | COLLECTION | |
| | | 50 Plaza-Leiter | -86.00 | # | COLLECTION | |
| | | 1631 Eastern Pkwy /% | -261.00 | %% Deposit  2# | COLLECTION | |
| | | Remsen Street 161/Sandberg Overage% | -39.00 | %% Deposit  109 | COLLECTION | |
| | | 501 Hicks % | -145.00 | %% Deposit # | COLLECTION | |
| | | Cadman Plaza/Vintage | -1,117.00 | 2# | COLLECTION | |
| | | Pierrepont 62 BPC % | -160.00 | %% Deposit  280 | COLLECTION | |
| | | 316 Bergen /Dermot  % | -92.00 | %% Deposit  192 | COLLECTION | |
| | | Parts & Equipment | -4.00 | Deposit | Credit | |
| TOTAL | | | -2,400.00 | | | |
| | | | | | | |
| **Deposit** | **01/09/2026** | | **905.00** | **Deposit** | **CHASE/30511 -CHK -New** | |
| | | 190 Merrick Road Lanai House %% | -276.00 | PD $151.00 Chk# 3914 | COLLECTION | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| | Type | Date | Name | Amount | Memo | Account | Disbursement |
|---|---|---|---|---|---|---|---|
| | | | Town' N Harbor Freeport | -304.00 | Deposit | COLLECTION | |
| | | | Clifton Place -91 | -325.00 | Deposit | COLLECTION | |
| TOTAL | | | | -905.00 | | | |
| | Payment | 01/09/2026 | z/Optimum Properties:520 Central Avenue | 804.00 | PMT Inv# 8259 & # 8306   Split | CHASE/0251 Savings New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 01/09/2026 | z/Optimum Properties:104 Booraem Avenue | 225.00 | PMT Inv # 8303 Split Check w/Central | CHASE/0251 Savings New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 01/09/2026 | z/Optimum Properties:Optimum - 153 Academy Street | 215.00 | PMT Inv # 8261  Split w/96 Highland | CHASE/30511 -CHK -New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 01/09/2026 | z/Optimum Properties:96 Highland - Optimum | 215.00 | PMT Inv# 8262   Split w/153 Academy | CHASE/30511 -CHK -New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 01/09/2026 | z/Optimum Properties:z/630 Bergen- Optimum | 1,685.00 | PMT Inv #8260 & # 8302 | CHASE/0251 Savings New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 01/09/2026 | z/PARNES COMPANY | 2,110.11 | PMT Invoice # 8266 -Split Checks | CHASE/0251 Savings New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 01/09/2026 | z/PARNES COMPANY | 2,110.11 | PMT Invoice # 8266 -Split Checks | CHASE/0251 Savings New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 01/09/2026 | z/PARNES COMPANY | 2,110.11 | PMT Invoice # 8266 -Split Checks | CHASE/0251 Savings New | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| | | | 0.00 | | | |
| **TOTAL** | | | 0.00 | | | |
| | | | | | | |
| **Payment** | 01/09/2026 | z/PARNES COMPANY | 2,110.11 | PMT Invoice # 8266 -Split Checks | CHASE/0251 Savings New | |
| | | | | | | |
| **TOTAL** | | | 0.00 | | | |
| | | | | | | |
| **Deposit** | 01/12/2026 | | 6,495.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 465 17th St/Windsor Terrace % | -668.50 | %% Deposit 2# | COLLECTION | |
| | | 18 Street-468 & 471  - Leiter% | -114.75 | %% Deposit # | COLLECTION | |
| | | 4 Milbrook Court 4-Ceebraid  %% | -227.00 | %% Deposit # | COLLECTION | |
| | | 346 Bergen St Advanced % | -106.25 | %% Deposit | COLLECTION | |
| | | 73 East 3rd Street ABC % | -10.75 | %% Deposit | COLLECTION | |
| | | 453 Washington Ave/ Max Nager % | -87.25 | %% Deposit # | COLLECTION | |
| | | Vanderbilt-Manhasset Apts % | -149.25 | %% Deposit | COLLECTION | |
| | | 239 Prospect Place /Max Nager % | -132.25 | %% Deposit | COLLECTION | |
| | | Bell Park 221-22 Manor Road% | -496.00 | %% Deposit 9# | COLLECTION | |
| | | Floral Blvd/33-47 | -250.00 | Deposit | COLLECTION | |
| | | Parkwood | -1,620.00 | 9# | COLLECTION | |
| | | 50 Brompton Road -Richland | -620.00 | Deposit | COLLECTION | |
| | | 15 Canterbury Road-Richland | -504.00 | Deposit | COLLECTION | |
| | | 215 Middleneck Tuscany Richland | -180.00 | Deposit | COLLECTION | |
| | | 1 Maple Drive-Cambridge-Richland | -225.00 | Deposit | COLLECTION | |
| | | 19 Schenk Avenue-Richland | -320.00 | Deposit | COLLECTION | |
| | | 320 East Shore Rd/Wolf | -525.00 | Deposit | COLLECTION | |
| | | 30 Stoner Road -Richland | -337.00 | Deposit | COLLECTION | |
| | | Parking | 78.00 | Deposit | Expense Reimbursement | Parking |
| **TOTAL** | | | -6,495.00 | | | |
| | | | | | | |
| **Deposit** | 01/12/2026 | | 2,000.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Metered Appliances | -2,000.00 | Funds Transfer | CHASE/0251 Savings New | |
| **TOTAL** | | | -2,000.00 | | | |

8:44 PM
02/21/26

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|-------:|------|---------|--------------|
| Payment | 01/12/2026 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech | 111.05 | PMT January/2026 #8328 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/12/2026 | z/Michelle Twrs 75-40 Austin St.  BRG | 179.64 | PMT June/2025 #7972 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/12/2026 | z/Michelle Twrs 75-40 Austin St.  BRG | 179.64 | PMT July/2025 8040# | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/12/2026 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Ser | 261.30 | PMT January/2026 #8333 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/12/2026 | z/HAWTHORNE VENTURES:z/311 Bedford Park Servi | 239.53 | PMT January/2026 #8329 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 01/13/2026 | | 3,591.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 825 Fifth Avenue % | -95.00 | %% Deposit | COLLECTION | |
| | | 1001 Fifth Avenue  DE No Pmt | -250.00 | Deposit | COLLECTION | |
| | | 300 East 85th Street | -885.00 | Deposit | COLLECTION | |
| | | 1080 Fifth Avenue. BHS | -46.00 | Deposit | COLLECTION | |
| | | 16 East 96 Street/Orsid% | -305.00 | %% Deposit | COLLECTION | |
| | | 83 Hamilton Place West Harlem % | -70.00 | %% Deposit | COLLECTION | |
| | | 142 West 143rd Street West Harlem % | -210.00 | %% Deposit | COLLECTION | |
| | | 235 Seaman Hawthorne % | -425.00 | %% Deposit | COLLECTION | |
| | | 1-11 Marble Hill/Langsam | -739.00 | Deposit | COLLECTION | |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -566.00 | %% Deposit | COLLECTION | |
| TOTAL | | | -3,591.00 | | | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| Deposit | 01/13/2026 | | 6,337.35 | Deposit | CHASE/30511 -CHK -New | |
| | | Metered Appliances | -6,337.35 | Funds Transfer | CHASE/0251 Savings New | |
| TOTAL | | | -6,337.35 | | | |
| Deposit | 01/14/2026 | | 4,800.00 | Deposit | CHASE/30511 -CHK -New | |
| | | LINDEN TOWERS. | -328.00 | 3# | COLLECTION | |
| | | Linden 4 Towers | -519.00 | 5# | COLLECTION | |
| | | 45th Avenue 137-49/SelfHelp DE | -208.00 | Deposit | COLLECTION | |
| | | 57th Avenue 92-31/Hanover-Blue Owl % | -501.00 | %% Deposit 2# | COLLECTION | |
| | | 47-20 42nd Street/Venture NY Prop | -1,320.00 | Pd@ collection $726.00  Chk # 3917 | COLLECTION | |
| | | Merrick Gardens 109-15 172 St-Precision % | -219.00 | Deposit | COLLECTION | |
| | | 75th Road 144-15 No Payment | -100.00 | Deposit | COLLECTION | |
| | | 134th St-8235 & 8239/Rokowsky | -600.00 | Deposit | COLLECTION | |
| | | 67th Road 100-26 Overage | -235.00 | %% Deposit | COLLECTION | |
| | | Sherwood Village. | -490.00 | Deposit | COLLECTION | |
| | | Linden Hill 1 % | -260.00 | %% Deposit 10# | COLLECTION | |
| | | Parts & Equipment | -20.00 | Deposit | Credit | |
| TOTAL | | | -4,800.00 | | | |
| Payment | 01/14/2026 | z/KALTECH CAPITALz/49 W 72 Solstice | 185.09 | PMT January/2026 # 8338 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/14/2026 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-S | 1,009.27 | PMT January/2026 #8323 & Inv# 8314 ($444.21& $565.06 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/14/2026 | z/KALTECH CAPITAL:z/400 East 67th St/Kaltech | 166.58 | PMT January/2026 # 8337 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/14/2026 | z/KALTECH CAPITAL:z/211 Central Park West -Kallte | 333.16 | PMT January/2026 #8326 | CHASE/30511 -CHK -New | |

8:44 PM
02/21/26

**Metered Appliances, Inc.**
## Deposit Detail
January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| TOTAL | | | 0.00 | | | |
| Payment | 01/14/2026 | z/KALTECH CAPITAL:z/55 Park Avenue | 166.58 | PMT January/2026 #8339 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/14/2026 | z/KALTECH CAPITAL:z/40 West 77th St | 259.12 | PMT January/2026 #8336 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/14/2026 | z/KALTECH CAPITAL:z/165 Charles Street-Kaltech | 148.07 | PMT January/2026 #8320 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 01/15/2026 | | 3,268.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Oceanfront/Minnesota | -114.00 | %% Deposit 2# | COLLECTION | |
| | | Oceanfront/Tennesee | -115.00 | %% Deposit 3# | COLLECTION | |
| | | Sandcastle Condominium- All Shore | -579.00 | Deposit | COLLECTION | |
| | | 560 West Broadway. | -326.00 | 2# | COLLECTION | |
| | | 333 East Broadway/Country Club | -375.00 | 7# | COLLECTION | |
| | | Lido Beach Towers. | -419.00 | 10# | COLLECTION | |
| | | 2020 East 41st Street | -227.00 | # | COLLECTION | |
| | | 8616 21st Avenue % | -51.00 | Paid @ Collection $65.00 (Total = $116.00) | COLLECTION | |
| | | 290 East 56th St Bklyn % | -60.00 | %% Deposit # | COLLECTION | |
| | | 1855 East 12th Street- Vintage | -282.00 | 4# | COLLECTION | |
| | | Kings Bay 2 | -834.00 | 20# | COLLECTION | |
| | | 385 East 16th St./Rokowsky | -96.00 | 2# | COLLECTION | |
| | | Parking | 210.00 | Deposit | Expense Reimbursement | Parking |
| TOTAL | | | -3,268.00 | | | |
| Deposit | 01/16/2026 | | 132.00 | Deposit | CHASE/30511 -CHK -New | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| | | 190 Merrick Road Lanai House %% | -323.00 | Check # 1066 $177.00 | COLLECTION | |
| | | Horizon Shores/666 Shore % | -730.00 | Pd $363.00  Chk# 3918 | COLLECTION | |
| | | Beach Channel Drive 138-11 Adv % | -79.00 | %% Deposit # | COLLECTION | |
| | | Trucking | 1,000.00 | Deposit | Trucking & Delivery | Trucking |
| TOTAL | | | -132.00 | | | |
| | | | | | | |
| Deposit | 01/16/2026 | | 1,040.00 | Deposit | CHASE/30511 -CHK -New | |
| | | UNKNOWN | -1,040.00 | Sale of Junk Car  Insurance Auto Auction -Toyota Camry | Uncategorized Income | |
| TOTAL | | | -1,040.00 | | | |
| | | | | | | |
| Deposit | 01/16/2026 | | 6,000.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Metered Appliances | -6,000.00 | Funds Transfer | CHASE/0251 Savings New | |
| TOTAL | | | -6,000.00 | | | |
| | | | | | | |
| Payment | 01/16/2026 | z/KALTECH CAPITAL:z/320 West 76th St/Solstice | 130.65 | PMT January/2026 # 8331 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 01/16/2026 | z/45-08 40 St/Queens Blvd- BRG | 1,740.91 | PMT Invoice # 8160 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 01/16/2026 | z/1580 East 18th/Choice | 1,121.41 | PMT Inv#'s 8201 & 8311 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 01/16/2026 | z/Optimum Properties:207 Webster Street | 235.00 | PMT Inv # 8011 Split Chk 425 Summit CHK Total -$46( | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 01/16/2026 | z/Optimum Properties:425 Summit Ave | 225.00 | PMT Inv # 7939 Split Chk w/207 Webster-CHK Total -$ | CHASE/30511 -CHK -New | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Deposit | 01/19/2026 | | 1,899.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 170 West 81st Street %% Metropolitan | -155.00 | %% Deposit # | COLLECTION | |
| | | 12 West 72nd St./Tudor* | -556.00 | 4# | COLLECTION | |
| | | Bell Park 221-22 Manor Road% | -366.00 | %% Deposit 4# | COLLECTION | |
| | | 215 West 91st Street  DE % | -130.00 | %% Deposit  2# | COLLECTION | |
| | | 101 Central Park West/DE | -55.00 | Deposit | COLLECTION | |
| | | 201 West 89th Street /Halstead | -207.00 | 3# | COLLECTION | |
| | | 334 West 86th Street. Vintage | -170.00 | Deposit | COLLECTION | |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -152.00 | %% Deposit  3# | COLLECTION | |
| | | 320 West 96th St.-Lloyd Schaeffer | -108.00 | Deposit | COLLECTION | |
| TOTAL | | | -1,899.00 | | | |
| | | | | | | |
| Deposit | 01/20/2026 | | 1,801.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 139 East 63 Street BHS % | -180.00 | %% Deposit # | COLLECTION | |
| | | 641 Fifth /Olympic Towers % | -675.00 | Pd @ Collection  $330.00 (Total = $675.00) | COLLECTION | |
| | | 203 East 72nd Street DE  % | -148.00 | %% Deposit 2# | COLLECTION | |
| | | 142 East 49th Street/ % | -30.00 | %% Deposit 2# | COLLECTION | |
| | | 300 East 77th St/H20/Solstice | -170.00 | 2# | COLLECTION | |
| | | 300 East 85th Street | -410.00 | 3# | COLLECTION | |
| | | 140 East 81st Street/Midboro % | -305.00 | %% Deposit 4# | COLLECTION | |
| | | Mountaintop NJ% | -245.00 | %% Deposit 4# | COLLECTION | |
| | | 641 Fifth /Olympic Towers % | 330.00 | Pd @ Collection  $330.00 (Total = $675.00) | Rent | 641 Fifth /Olympic Towers |
| | | Cash Reimbursement | 32.00 | Deposit | Parking | Cash Reimbursement |
| TOTAL | | | -1,801.00 | | | |
| | | | | | | |
| Deposit | 01/20/2026 | | 948.43 | Deposit | CHASE/30511 -CHK -New | |
| | | Metered Appliances | -948.43 | Funds Transfer | CHASE/0269  TX Sav | |
| TOTAL | | | -948.43 | | | |

## Metered Appliances, Inc.
## Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| Deposit | 01/20/2026 | | 81.03 | Deposit | CHASE/30511 -CHK -New | |
| | | Metered Appliances | -81.03 | Funds Transfer | CHASE/0251 Savings New | |
| TOTAL | | | -81.03 | | | |
| Payment | 01/20/2026 | z/322 East 57th Street/AKAM | 73.16 | PMT January/2026 # 8332 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/20/2026 | z/Optimum Properties:z/630 Bergen- Optimum | 410.00 | PMT Invoice # 8313 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 01/21/2026 | | 1,200.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 195 North Village Avenue | -260.00 | 2# | COLLECTION | |
| | | Hilton Ave 67 Hilton Hall Garden City % | -116.00 | %% Deposit 10# | COLLECTION | |
| | | Duncan Elder 150/ Einsidler | -277.00 | 3# | COLLECTION | |
| | | 120 Morris Ave -Einsidler | -250.00 | 2# | COLLECTION | |
| | | 222 7th St/Garden City -A Wolf | -93.00 | Deposit | COLLECTION | |
| | | Rockville Lewis 4 N Lewis Pl- Slepoy | -253.00 | 2# | COLLECTION | |
| | | Cash Reimbursement | 49.00 | Deposit | Parking | Cash Reimbursement |
| TOTAL | | | -1,200.00 | | | |
| Payment | 01/21/2026 | z/KALTECH CAPITALz/49 W 72 Solstice | 250.41 | PMT Invoice # 8352 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/21/2026 | z/222 East Broadway-Roundsquare Builders | 5,036.51 | PMT Invoice #7658 Wire | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/21/2026 | z/438 W 49th St  Owners Corp | 3,567.08 | PMT Invoice # 8307 By Wire Transfer | CHASE/30511 -CHK -New | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| TOTAL | | | 0.00 | | | |
| Deposit | 01/22/2026 | | 1,339.53 | Deposit | CHASE/30511 -CHK -New | |
| | | 93 Hamilton Place West Harlem % | -80.75 | %% Deposit | COLLECTION | |
| | | 29 East 64th Street BH % | -270.00 | %% Deposit # | COLLECTION | |
| | | 316 Bergen /Dermot % | -100.00 | %% Deposit # | COLLECTION | |
| | | 1631 Eastern Pkwy /% | -267.00 | %% Deposit # | COLLECTION | |
| | | 50 Plaza-Leiter | -303.00 | Deposit | COLLECTION | |
| | | 31 Washington Street-Goldin % | -131.00 | %% Deposit | COLLECTION | |
| | | Pierrepont 62 BPC % | -130.00 | %% Deposit  # | COLLECTION | |
| | | Parts & Equipment | -57.78 | Deposit | Credit | |
| TOTAL | | | -1,339.53 | | | |
| Deposit | 01/23/2026 | | 10,500.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Fair Harbor Rd-  Meridian % | -10,000.00 | Paid By Check # 6251 | COLLECTION | |
| | | 190 Merrick Road Lanai House %% | -253.00 | Paid $139.00 Check # 3915 | COLLECTION | |
| | | 346 Bergen St Advanced % | -89.00 | %% Deposit # | COLLECTION | |
| | | 629 Lincoln Place /Max Nager % | -70.00 | %% Deposit # | COLLECTION | |
| | | Town' N Harbor Freeport | -147.00 | Deposit | COLLECTION | |
| | | Cash Reimbursement | 59.00 | Deposit | Parking | Cash Reimbursement |
| TOTAL | | | -10,500.00 | | | |
| Payment | 01/23/2026 | z/HAWTHORNE VENTURES | 288.52 | PMT Inv#'s 7826-8216-7389 Partial | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 01/27/2026 | | 4,200.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Parkwood | -1,190.00 | 10# | COLLECTION | |
| | | 19 Schenk Avenue-Richland | -265.00 | Deposit | COLLECTION | |
| | | 15 Canterbury Road-Richland | -347.00 | Deposit | COLLECTION | |
| | | 30 Stoner Road -Richland | -247.00 | 2# | COLLECTION | |

**Metered Appliances, Inc.**
# Deposit Detail
**January 2026**

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| | | 320 East Shore Rd/Wolf | -295.00 | # | COLLECTION | |
| | | 50 Brompton Road -Richland | -698.00 | Deposit | COLLECTION | |
| | | Floral Blvd/33-47 | -200.00 | Deposit | COLLECTION | |
| | | 215 Middleneck Tuscany Richland | -110.00 | Deposit | COLLECTION | |
| | | 1 Maple Drive-Cambridge-Richland | -240.00 | Deposit | COLLECTION | |
| | | Bell Park 221-22 Manor Road% | -608.00 | %% Deposit 5# | COLLECTION | |
| TOTAL | | | -4,200.00 | | | |
| | | | | | | |
| Deposit | 01/27/2026 | | 64.00 | Deposit | CHASE/30511 -CHK -New | |
| | | NYS Dept Of State | -64.00 | Refund for overpayment | Credit | |
| TOTAL | | | -64.00 | | | |
| | | | | | | |
| Payment | 01/27/2026 | z/North Slope Vet:255 West 18th St-North Slope Vete | 43.55 | PMT January/2026 #8319 Split Check - Total Chk-$130. | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Deposit | 01/28/2026 | | 1,300.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Sherwood Village. | -154.00 | 2# | COLLECTION | |
| | | 134th St-8235 & 8239/Rokowsky | -100.00 | 4# | COLLECTION | |
| | | 67th Road 100-26 Overage | -120.00 | %% Deposit 2# | COLLECTION | |
| | | 45th Avenue 137-49/SelfHelp DE | -119.00 | # | COLLECTION | |
| | | Linden Hill 1 % | -159.00 | %% Deposit 6# | COLLECTION | |
| | | Linden 4 Towers | -149.00 | 8# | COLLECTION | |
| | | LINDEN TOWERS. | -175.00 | 3# | COLLECTION | |
| | | 47-20 42nd Street/Venture NY Prop | -570.00 | Paid @ Coll- $313.00 Chk#3910 | COLLECTION | |
| | | 57th Avenue 92-31/Hanover-Blue Owl % | -173.00 | %% Deposit 4# | COLLECTION | |
| | | Cash Purchases | 419.00 | Belts & Rollers | Supplies | Cash Purchases |
| TOTAL | | | -1,300.00 | | | |
| | | | | | | |
| Deposit | 01/28/2026 | | 358.50 | Deposit | CHASE/30511 -CHK -New | |
| | | CITIZENS BANK | -358.50 | Refund For Car Loan Overpayment | Credit | |

**Metered Appliances, Inc.**
## Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------:|------|---------|--------------|
| TOTAL | | | -358.50 | | | |
| Payment | 01/28/2026 | z/569-565 Carroll Street/Lumberyard Kaito | 241.70 | PMT Invoice # 8350 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/28/2026 | z/569-565 Carroll Street/Lumberyard Kaito | 250.41 | PMT Invoice # 8355 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/28/2026 | z/North Slope Vet:z/207 6th Avenue | 43.55 | PMT January/2026 #8345 Split Check  Total Chk-$130.6 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 01/28/2026 | z/North Slope Vet:z/38 6th Ave-HOC Dean St | 43.55 | PMT January/2026 #8335 Split Check - Total Chk-$130. | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 01/29/2026 | | 3,700.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 8616 21st Avenue % | -186.00 | %% Deposit | COLLECTION | |
| | | 242 East 19th Street Vintage | -170.00 | Last Collection 2# | COLLECTION | |
| | | 385 East 16th St./Rokowsky | -113.00 | Last Collection  3# | COLLECTION | |
| | | 1855 East 12th Street- Vintage | -488.00 | 3# | COLLECTION | |
| | | Merrick Gardens 109-15 172 St-Precision % | -182.00 | 2# | COLLECTION | |
| | | 2020 East 41st Street | -233.00 | Deposit | COLLECTION | |
| | | Kings Bay 2 | -2,366.00 | 8# | COLLECTION | |
| | | Cash Purchases | 38.00 | Deposit | Parking | Cash Purchases |
| TOTAL | | | -3,700.00 | | | |
| Deposit | 01/30/2026 | | 2,200.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 190 Merrick Road Lanai House %% | -345.00 | Paid $189.00 Chk# 3912 | COLLECTION | |
| | | 1-11 Marble Hill/Langsam | -1,006.00 | Deposit | COLLECTION | |

8:44 PM
02/21/26

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | Account | Disbursement |
|------|------|------|--------|------|---------|--------------|
| | | 825 Fifth Avenue % | -52.00 | %% Deposit | COLLECTION | |
| | | 235 Seaman Hawthorne % | -417.00 | %% Deposit (31) | COLLECTION | |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -380.00 | %% Deposit 3# | COLLECTION | |
| TOTAL | | | -2,200.00 | | | |
| | | | | | | |
| Payment | 01/30/2026 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Ser | 587.93 | PMT Inv# 7874 | CHASE/30511 -CHK -New | |
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 01/30/2026 | z/829 Park Ave- Orsid | 217.75 | PMT January/2026 #8342 | CHASE/30511 -CHK -New | |
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Deposit | 01/31/2026 | | 10,880.63 | Deposit | CHASE/30511 -CHK -New | |
| | | | | | | |
| | | 195 North Village Avenue | -181.62 | ESD CVA | COLLECTION | |
| | | 345 Baldwin Ave- NJ Spitzer-No PMT | -8.73 | ESD CVA | COLLECTION | |
| | | Lynn Place 1086/Farfield | -143.20 | ESD CVA | COLLECTION | |
| | | 301 East 79th Street Continental Overage | -930.81 | ESD CVA | COLLECTION | |
| | | 16 East 96 Street/Orsid% | -47.15 | ESD CVA | COLLECTION | |
| | | 215 West 91st Street  DE % | 0.88 | ESD CVA | COLLECTION | |
| | | Kings Bay 2 | -225.25 | ESD CVA | COLLECTION | |
| | | Fardale %/Vintage | -1,007.82 | ESD CVA | COLLECTION | |
| | | Cadman Plaza/Vintage | -1,757.33 | ESD Opus | COLLECTION | |
| | | 1620 East Second Street Jalen | -19.51 | ESD Opus | COLLECTION | |
| | | 170 West 81st Street %% Metropolitan | -397.16 | ESD Opus | COLLECTION | |
| | | Lido Beach Towers. | -1,153.34 | ESD Opus | COLLECTION | |
| | | Bell Park 221-22 Manor Road% | -2,166.82 | ESD Opus | COLLECTION | |
| | | 270 West 11th St -Midboro | -47.93 | ESD Opus | COLLECTION | |
| | | 35 Prospect Park Aargo-No PMT | -322.46 | ESD Opus | COLLECTION | |
| | | 425 Summit Ave Jersey City No Rent | -32.09 | ESD Opus | COLLECTION | |
| | | 92 East 7th Street-Vanguard% | -368.54 | ESD Opus | COLLECTION | |
| | | Shore Pkwy 86-15 % Quarterly | -250.39 | ESD Opus | COLLECTION | |
| | | 170 West 81st Street %% Metropolitan | -389.02 | ESD Opus  Cycle Pay | COLLECTION | |

**Metered Appliances, Inc.**
# Deposit Detail
### January 2026

| Type | Date | Name | Amount | Memo | | Account | Disbursement |
|------|------|------|-------:|------|---|---------|--------------|
| | | 92 East 7th Street-Vanguard% | -342.15 | ESD Opus | Cycle Pay | COLLECTION | |
| | | 67th Road 100-26 Overage | -332.78 | ESD Opus | Cycle Pay | COLLECTION | |
| | | Cadman Plaza/Vintage | -187.48 | ESD Opus | Cycle Pay | COLLECTION | |
| | | 15 Canterbury Road-Richland | -182.79 | ESD Opus | Cycle Pay | COLLECTION | |
| | | 270 West 11th St -Midboro | -46.87 | ESD Opus | Cycle Pay | COLLECTION | |
| | | 35 Prospect Park Aargo-No PMT | -312.85 | ESD Opus | Trident | COLLECTION | |
| | | 425 Summit Ave Jersey City No Rent | -27.42 | ESD Opus | Trident | COLLECTION | |
| TOTAL | | | -10,880.63 | | | | |
| | | | | | | | |
| **Deposit** | 01/31/2026 | | 917.16 | Deposit | | Signature-Flagstar | |
| | | | | | | | |
| | | Landers Street 84-35/Rokowsky | -938.16 | Spyderwash Cantaloupe | | COLLECTION | |
| | | Cantaloupe/SpyderWash | 21.00 | Spyderwash Cantaloupe Greenwood | | Credit Card Fees | |
| TOTAL | | | -917.16 | | | | |

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

| Undeposited Amt | Type | |
|---|---|---|
| 2,079.00 | Deposit | Supplies |

TOTAL

TOTAL

TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
January 2026

| Undeposited Amt | | Type |
|---|---|---|
| 1,279.00 | Deposit | Repair |
| 1,000.00 | Deposit | Laundry Room Deco |

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

**Metered Appliances, Inc.**
# Deposit Detail
**January 2026**

Undeposited Amt                                   Type

TOTAL

TOTAL

TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

Undeposited Amt                                    Type

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

| Undeposited Amt | Type |
| --- | --- |

TOTAL

TOTAL

| 78.00 | Deposit | Expense Reimbursement |
| --- | --- | --- |

TOTAL

TOTAL

**Metered Appliances, Inc.**
# Deposit Detail
**January 2026**

Undeposited Amt                                    Type

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

Undeposited Amt                                           Type

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
## Deposit Detail
**January 2026**

|  | Undeposited Amt | Type |
| --- | --- | --- |
| TOTAL |  |  |
| TOTAL |  |  |
| TOTAL |  |  |
| TOTAL |  |  |
|  | 210.00 | Deposit | Expense Reimbursement |
| TOTAL |  |  |

**8:44 PM**
**02/21/26**

**Metered Appliances, Inc.**
# Deposit Detail
**January 2026**

| Undeposited Amt | Type | |
|---|---|---|
| 1,000.00 | Deposit | Trucking & Delivery |

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

| Undeposited Amt | Type |
|---|---|

TOTAL

TOTAL

| | % | | | 330.00 | Pd @ Collection $330.00 (Tota Rent |
|---|---|---|---|---|---|
| | | | | 32.00 | Deposit | Parking |

TOTAL

TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

| Undeposited Amt | | Type |
|---|---|---|

TOTAL

TOTAL

TOTAL

| 49.00 | Deposit | Parking |
|---|---|---|

TOTAL

TOTAL

TOTAL

**Metered Appliances, Inc.**
## Deposit Detail
**January 2026**

| | Undeposited Amt | Type |
|---|---|---|
| TOTAL | | |
| TOTAL | | |
| | 59.00 | Deposit | Parking |
| TOTAL | | |
| TOTAL | | |

8:44 PM
02/21/26

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
January 2026

Undeposited Amt                                          Type

TOTAL

TOTAL

TOTAL

419.00          Belts & Rollers          Supplies
TOTAL

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

| | Undeposited Amt | Type | |
|---|---|---|---|
| TOTAL | | | |
| | | | |
| TOTAL | | | |
| | | | |
| TOTAL | | | |
| | | | |
| TOTAL | | | |
| | | | |
| TOTAL | | | |
| | 38.00 | Deposit | Parking |
| TOTAL | | | |

8:44 PM
02/21/26

**Metered Appliances, Inc.**
**Deposit Detail**
**January 2026**

Undeposited Amt                                          Type

TOTAL

TOTAL

TOTAL

**8:44 PM**
**02/21/26**

**Metered Appliances, Inc.**
## Deposit Detail
**January 2026**

Undeposited Amt                                    Type

TOTAL

TOTAL

      Total                          $6,573.00