**January 2026 – Explanation of Supporting Documents**

The documents submitted for **January 2026** support the Monthly Operating Report filed for that month and include bank statements, transaction reports, and related supporting documentation.

During this month, **Account Ending 0511 continued to function as the primary DIP operating account**, handling payroll payments through ADP, loan payments, and other operating expenses.

The **Flagstar account** continued to receive deposits from laundry machine operations, including credit card vending payments from Spyderwash systems.

The **sales tax account ending in 0269**, which had previously been used to hold sales tax collected from invoices, was reduced to a **zero balance by the end of January 2026**, indicating that the collected sales tax funds had been cleared.

Supporting documentation also includes **QuickBooks Transaction Detail Reports**, which identify paid and unpaid rents and loan obligations and provide transaction-level detail supporting the totals in the Monthly Operating Report.

Undeposited cash collected during operations and used for minor operational expenses is documented in the **Undeposited Cash Reports**.

These documents support the financial activity reported for January 2026.