2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---:|---|---|---:|
| **Deposit** | 02/02/2026 | | 2,600.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 4 Milbrook Court 4-Ceebraid %% | -241.25 | %% Deposit | COLLECTION | |
| | | 1871 Seventh Ave/ACP-124 W 114 % | -249.50 | %% Deposit 4# | COLLECTION | |
| | | 201 West 89th Street /Halstead | -218.00 | 4# | COLLECTION | |
| | | 215 West 91st Street  DE % | -195.00 | %% Deposit # | COLLECTION | |
| | | 320 West 96th St.-Lloyd Schaeffer | -102.00 | Deposit | COLLECTION | |
| | | 334 West 86th Street. Vintage | -105.00 | # | COLLECTION | |
| | | 101 Central Park West/DE | -69.00 | Deposit | COLLECTION | |
| | | 170 West 81st Street %% Metropolitan | -70.00 | %% Deposit # | COLLECTION | |
| | | 12 West 72nd St./Tudor* | -946.00 | Deposit | COLLECTION | |
| | | Bell Park 221-22 Manor Road% | -481.00 | %% Deposit  5# | COLLECTION | |
| | | Cash Purchases | 76.75 | Deposit | Parking | 76.75 |
| TOTAL | | | -2,600.00 | | | |
| **Payment** | 02/02/2026 | z/Michelle Twrs 75-40 Austin St.  BRG | 1,197.61 | PMT Inv#'s 8101-8129-8152-8193-8249-8290 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| **Deposit** | 02/03/2026 | | 1,721.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Hilton Ave 67 Hilton Hall Garden City % | -695.00 | %% Deposit  (180+55) | COLLECTION | |
| | | Duncan Elder 150/ Einsidler | -295.00 | 2# | COLLECTION | |
| | | Rockville Lewis 4 N Lewis Pl- Slepoy | -291.00 | # | COLLECTION | |
| | | 195 North Village Avenue | -225.00 | 3# | COLLECTION | |
| | | 120 Morris Ave -Einsidler | -155.00 | 2# | COLLECTION | |
| | | 222 7th St/Garden City -A Wolf | -60.00 | Deposit | COLLECTION | |
| TOTAL | | | -1,721.00 | | | |
| **Payment** | 02/03/2026 | z/DOUGLAS ELLIMAN:z/375 RSD- DE | 228.64 | PMT January/2026 # 8334 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|
| **Deposit** | 02/04/2026 | | 4,380.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Oceanfront/Minnesota | -141.00 | %% Deposit # | COLLECTION | |
| | | Oceanfront/Tennesee | -96.00 | %% Deposit # | COLLECTION | |
| | | 560 West Broadway. | -292.00 | 2# | COLLECTION | |
| | | Sandcastle Condominium- All Shore | -251.00 | 2# | COLLECTION | |
| | | Lido Beach Towers. | -525.00 | 5# | COLLECTION | |
| | | 333 East Broadway/Country Club | -505.00 | 5# | COLLECTION | |
| | | 140 East 81st Street/Midboro % | -540.00 | %% Deposit 3# | COLLECTION | |
| | | 300 East 85th Street | -1,030.00 | 7# | COLLECTION | |
| | | 145 East 76th Street/No Payment | -110.00 | # | COLLECTION | |
| | | 203 East 72nd Street DE  % | -388.00 | %% Deposit 4# | COLLECTION | |
| | | 142 East 49th Street/ % | -224.00 | %% Deposit # | COLLECTION | |
| | | Parkwood | -113.00 | Only One Room 5# | COLLECTION | |
| | | 300 East 77th St/H20/Solstice | -65.00 | # | COLLECTION | |
| | | 139 East 63 Street BHS % | -100.00 | %% Deposit 2# | COLLECTION | |
| TOTAL | | | -4,380.00 | | | |
| **Deposit** | 02/05/2026 | | 1,208.75 | Deposit | CHASE/30511 -CHK -New | |
| | | 1525 East 26th Street. | -238.75 | 5# | COLLECTION | |
| | | 1631 Eastern Pkwy /% | -63.00 | %% Deposit # | COLLECTION | |
| | | Remsen Street 161/Sandberg Overage% | -100.00 | %% Deposit | COLLECTION | |
| | | Hicks Street -145/ BPC-Min% | -385.00 | %% Deposit 2# | COLLECTION | |
| | | 50 Plaza-Leiter | -160.00 | # | COLLECTION | |
| | | Pierrepont 62 BPC % | -50.00 | %% Deposit # | COLLECTION | |
| | | 316 Bergen /Dermot  % | -92.00 | %% Deposit # | COLLECTION | |
| | | Clifton Place -91 | -120.00 | 4# | COLLECTION | |
| TOTAL | | | -1,208.75 | | | |
| **Payment** | 02/05/2026 | z/21 East 61 -Carlton Extell | 696.80 | PMT Invoice # 8354 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---:|---|---|---:|
| **Payment** | **02/05/2026** | **z/North Slope Vet:16 Dupont St., Brooklyn** | **43.55** | **PMT January/2026 # 8360** | **CHASE/30511 -CHK -New** | |
| TOTAL | | | 0.00 | | | |
| **Deposit** | **02/06/2026** | | **1,100.00** | **Deposit** | **CHASE/0251 Savings New** | |
| | | Metered Appliances | -1,100.00 | Funds Transfer From 30511 | Exchange | |
| TOTAL | | | -1,100.00 | | | |
| **Deposit** | **02/06/2026** | | **5,871.00** | **Deposit** | **CHASE/0251 Savings New** | |
| | | Metered Appliances | -5,871.00 | Funds Transfer From 30511 | Exchange | |
| TOTAL | | | -5,871.00 | | | |
| **Deposit** | **02/06/2026** | | **1,980.00** | **Deposit** | **CHASE/30511 -CHK -New** | |
| | | 190 Merrick Road Lanai House %% | -363.00 | PD $199.00  Check # 9765 | COLLECTION | |
| | | 65 Montague/20 Pierrepont/Advanced%% | -101.00 | %% Deposit | COLLECTION | |
| | | Cadman Plaza/Vintage | -662.00 | 5# | COLLECTION | |
| | | Horizon Shores/666 Shore % | -725.00 | Paid $362.00  Check # 9766 | COLLECTION | |
| | | Town' N Harbor Freeport | -174.00 | Deposit | COLLECTION | |
| | | 57th Avenue 92-31/Hanover-Blue Owl % | -200.00 | %% Deposit # | COLLECTION | |
| | | Cash Purchases | 100.00 | Deposit | Parking | 100.00 |
| | | Cash Purchases | 145.00 | Deposit | Supplies | 145.00 |
| TOTAL | | | -1,980.00 | | | |
| **Deposit** | **02/06/2026** | | **40.00** | **Deposit** | **CHASE/30511 -CHK -New** | |
| | | Fardale %/Vintage | -40.00 | Joseph Celentano - For Card Value | COLLECTION | |
| TOTAL | | | -40.00 | | | |
| **Payment** | **02/06/2026** | **z/45-08 40 St/Queens Blvd- BRG** | **2,724.05** | **PMT -6014-6056-6086-60956129-6317-6467-6541-5422a-7** | **CHASE/30511 -CHK -New** | |
| TOTAL | | | 0.00 | | | |

2:15 PM  
03/05/26

**Metered Appliances, Inc.**
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---:|---|---|---|
| Payment | 02/06/2026 | z/47 East 88th Street-D Elliman | 715.86 | PMT Invoice #'s 8353 & 8361 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 02/06/2026 | z/Optimum Properties | 1,185.00 | PMT Invoice #'s 8347 & 8349- 49 Duncan | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 02/06/2026 | z/32 West 82nd Street-First Service | 631.48 | PMT December/2025 # 8279 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 02/09/2026 | | 4,896.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 4 Milbrook Court 4-Ceebraid  %% | -157.50 | %% Deposit # | COLLECTION | |
| | | Vanderbilt-Manhasset Apts % | -149.00 | %% Deposit # | COLLECTION | |
| | | 346 Bergen St Advanced % | -87.00 | %% Deposit | COLLECTION | |
| | | 244 Bainbridge Place /Max Nager % | -202.00 | %% Deposit # | COLLECTION | |
| | | 30 Stoner Road -Richland | -279.00 | Deposit | COLLECTION | |
| | | 1 Maple Drive-Cambridge-Richland | -180.00 | Deposit | COLLECTION | |
| | | 215 Middleneck Tuscany Richland | -140.00 | Deposit | COLLECTION | |
| | | 15 Canterbury Road-Richland | -376.00 | Deposit | COLLECTION | |
| | | 320 East Shore Rd/Wolf | -400.00 | Deposit | COLLECTION | |
| | | 50 Brompton Road -Richland | -546.00 | Deposit | COLLECTION | |
| | | 19 Schenk Avenue-Richland | -240.00 | Deposit | COLLECTION | |
| | | Parkwood | -1,654.00 | Deposit | COLLECTION | |
| | | Bell Park 221-22 Manor Road% | -440.00 | %% Deposit 8# | COLLECTION | |
| | | CREDIT | -40.50 | Deposit | Supplies | |
| | | Floral Blvd/33-47 | -5.00 | 2# 205 | COLLECTION | |
| TOTAL | | | -4,896.00 | | | |
| Deposit | 02/10/2026 | | 50.00 | Deposit | CHASE/30511 -CHK -New | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---:|---|---|---:|
| | | Fardale %/Vintage | -50.00 | Irene Dawson Smart Card Check #1303 | Smart Cards | |
| TOTAL | | | -50.00 | | | |
| | | | | | | |
| Payment | 02/10/2026 | z/Tilden Towers 801-Metropolitan | 600.00 | PMT February/2026 Towards Settlement 18K | CHASE/30511 -CHK -New | |
| | | z/Tilden Towers 801-Metropolitan | -600.00 | PMT February/2026 Towards Settlement 18K | Accounts Receivable | |
| TOTAL | | | -600.00 | | | |
| | | | | | | |
| Deposit | 02/11/2026 | | 1,300.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 2360 Eighth Ave/Frederick doug.% | -113.00 | %% Deposit 2# | COLLECTION | |
| | | 1871 Seventh Ave/ACP-124 W 114 % | -177.00 | %% Deposit 2# | COLLECTION | |
| | | 45th Avenue 137-49/SelfHelp DE | -44.00 | # | COLLECTION | |
| | | LINDEN TOWERS. | -149.00 | 3# | COLLECTION | |
| | | Linden Hill 1 % | -475.00 | %% Deposit 5# | COLLECTION | |
| | | Linden 4 Towers | -395.00 | 6# | COLLECTION | |
| | | Sherwood Village. | -247.00 | 2# | COLLECTION | |
| | | 57th Avenue 92-31/Hanover-Blue Owl % | -124.00 | %% Deposit 2# | COLLECTION | |
| | | 67th Road 100-26 Overage | -170.00 | %% Deposit # | COLLECTION | |
| | | 134th St-8235 & 8239/Rokowsky | -140.00 | 4# | COLLECTION | |
| | | 75th Road 144-15 No Payment | -25.00 | # | COLLECTION | |
| | | Gold Coin | 90.00 | Deposit | Supplies | 90.00 |
| | | DOXON | 300.00 | Deposit | Supplies | 300.00 |
| | | Joe R Rosario | 72.00 | Deposit | Expense Reimbursement | 72.00 |
| | | Lenny Orner | 272.00 | Deposit | Expense Reimbursement | 272.00 |
| | | Collis A Chance | 25.00 | Deposit | Expense Reimbursement | 25.00 |
| TOTAL | | | -1,300.00 | | | |
| | | | | | | |
| Payment | 02/11/2026 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech | 111.05 | PMT February/2026 # 8380 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/11/2026 | z/KALTECH CAPITALz/49 W 72 Solstice | 185.09 | PMT February/2026 # 8390 | CHASE/30511 -CHK -New | |

2:15 PM
03/05/26

**Metered Appliances, Inc.**
**Deposit Detail**
**February 2026**

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---:|---|---|---|
| | | | 0.00 | | | |
| TOTAL | | | 0.00 | | | |
| Payment | 02/11/2026 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-S | 444.21 | PMT February/2026 # 8375 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 02/11/2026 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-S | 364.73 | PMT Invoice # 8365 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 02/11/2026 | z/Hampton Inn 599 Tuckahoe Rd | 217.75 | PMT January/2026 # 8344 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 02/12/2026 | | 3,500.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Merrick Gardens 109-15 172 St-Precision % | -283.00 | Deposit | COLLECTION | |
| | | 2020 East 41st Street | -188.00 | Deposit | COLLECTION | |
| | | Kings Bay 2 | -1,795.00 | 10# | COLLECTION | |
| | | Beach Channel Drive 138-11 Adv % | -477.00 | %% Deposit | COLLECTION | |
| | | 290 East 56th St Bklyn % | -105.00 | %% Deposit | COLLECTION | |
| | | 1855 East 12th Street- Vintage | -644.00 | Deposit | COLLECTION | |
| | | CASH DEPOSIT | -8.00 | Deposit | COLLECTION | |
| TOTAL | | | -3,500.00 | | | |
| Payment | 02/12/2026 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Ser | 261.30 | PMT February/20226 # 8385 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 02/12/2026 | z/HAWTHORNE VENTURES:z/311 Bedford Park Servi | 239.53 | PMT February/2026 # 8381 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Payment | 02/12/2026 | z/66 Orange St - Goldin Choice | 2,797.01 | PMT Invoice #'s 8214-8308-8315-8317 | CHASE/30511 -CHK -New | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/12/2026 | z/North Slope Vet:544 Hudson Street | 234.08 | PMT Invoice # 8400 | CHASE/30511 -CHK -New | |
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Deposit | 02/13/2026 | | 2,524.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 190 Merrick Road Lanai House %% | -306.00 | Paid $168.00 Check # 9767 | COLLECTION | |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -628.00 | %% Deposit | COLLECTION | |
| | | 1-11 Marble Hill/Langsam | -880.00 | Deposit | COLLECTION | |
| | | 142 West 143rd Street West Harlem % | -185.00 | %% Deposit | COLLECTION | |
| | | 83 Hamilton Place West Harlem % | -125.00 | %% Deposit | COLLECTION | |
| | | 235 Seaman Hawthorne % | -400.00 | %% Deposit | COLLECTION | |
| TOTAL | | | -2,524.00 | | | |
| | | | | | | |
| Payment | 02/13/2026 | z/KALTECH CAPITAL:z/320 West 76th St/Solstice | 130.65 | PMT Februaty/2026 #8383 | CHASE/30511 -CHK -New | |
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/13/2026 | z/8 East 96th Street Orsid | 532.40 | PMT Invoice # 8366 | CHASE/30511 -CHK -New | |
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/13/2026 | z/32 West 82nd Street-First Service | 631.48 | PMT January/2026 # 8330 | CHASE/30511 -CHK -New | |
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/13/2026 | z/Optimum Properties:207 Webster Street | 235.00 | PMT # 8051 Split Check W 13 Olean & 425 Summit | CHASE/30511 -CHK -New | |
| | | | | | | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/13/2026 | z/Optimum Properties:13 Olean Avenue | 415.00 | PMT # 8059 Split Check W 207 Webster & 425 Summit | CHASE/30511 -CHK -New | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| | Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|---|
| TOTAL | | | | 0.00 | | | |
| | Payment | 02/13/2026 | z/Optimum Properties:425 Summit Ave | 205.00 | PMT # 8305 Split Check W 13 Olean & 207 Webster | CHASE/30511 -CHK -New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 02/14/2026 | z/KALTECH CAPITAL:z/211 Central Park West -Kallte | 333.16 | PMT February/2026 # 8378 | CHASE/30511 -CHK -New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 02/14/2026 | z/KALTECH CAPITAL:z/165 Charles Street-Kaltech | 148.07 | PMT February/2026 # 8372 | CHASE/30511 -CHK -New | |
| TOTAL | | | | 0.00 | | | |
| | Payment | 02/14/2026 | z/KALTECH CAPITAL:z/55 Park Avenue | 166.58 | PMT February/2026 # 8391 | CHASE/30511 -CHK -New | |
| TOTAL | | | | 0.00 | | | |
| | Deposit | 02/16/2026 | | 3,412.00 | Deposit | CHASE/30511 -CHK -New | |
| | | | Central Harlem Associates -Metropolitan %:210 West 146 | -237.00 | %% Deposit | COLLECTION | |
| | | | 320 West 96th St.-Lloyd Schaeffer | -45.00 | Deposit | COLLECTION | |
| | | | 201 West 89th Street /Halstead | -522.00 | Deposit | COLLECTION | |
| | | | 215 West 91st Street  DE % | -295.00 | %% Deposit | COLLECTION | |
| | | | 334 West 86th Street. Vintage | -200.00 | Deposit | COLLECTION | |
| | | | 170 West 81st Street %% Metropolitan | -130.00 | %% Deposit | COLLECTION | |
| | | | 101 Central Park West/DE | -269.00 | Deposit | COLLECTION | |
| | | | 12 West 72nd St./Tudor* | -859.00 | Deposit | COLLECTION | |
| | | | Bell Park 221-22 Manor Road% | -803.00 | %% Deposit # | COLLECTION | |
| | | | CASH DEPOSIT | -52.00 | Leftover | COLLECTION | |
| TOTAL | | | | -3,412.00 | | | |
| | Deposit | 02/17/2026 | DEPOSIT | 2,075.00 | | Checking at Chase Web Download | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|
| | | | -2,075.00 | | CHASE/30511 -CHK -New | |
| TOTAL | | | -2,075.00 | | | |
| Deposit | 02/17/2026 | | 2,137.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Hilton Ave 67 Hilton Hall Garden City % | -717.00 | %% Deposit | COLLECTION | |
| | | Rockville Lewis 4 N Lewis Pl- Slepoy | -316.00 | Deposit | COLLECTION | |
| | | Duncan Elder 150/ Einsidler | -273.00 | Deposit | COLLECTION | |
| | | 222 7th St/Garden City -A Wolf | -151.00 | Deposit | COLLECTION | |
| | | 195 North Village Avenue | -390.00 | Deposit | COLLECTION | |
| | | 120 Morris Ave -Einsidler | -290.00 | Deposit | COLLECTION | |
| TOTAL | | | -2,137.00 | | | |
| Deposit | 02/18/2026 | | 4,540.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 140 East 81st Street/Midboro % | -445.00 | %% Deposit | COLLECTION | |
| | | 142 East 49th Street/ % | -217.00 | %% Deposit | COLLECTION | |
| | | 139 East 63 Street BHS % | -351.00 | %% Deposit | COLLECTION | |
| | | 300 East 85th Street | -1,485.00 | Deposit | COLLECTION | |
| | | 300 East 77th St/H20/Solstice | -410.00 | Deposit | COLLECTION | |
| | | 203 East 72nd Street DE  % | -567.00 | %% Deposit | COLLECTION | |
| | | 1001 Fifth Avenue  DE No Pmt | -560.00 | Deposit | COLLECTION | |
| | | 16 East 96 Street/Orsid% | -495.00 | %% Deposit | COLLECTION | |
| | | CASH DEPOSIT | -10.00 | leftover | COLLECTION | |
| TOTAL | | | -4,540.00 | | | |
| Deposit | 02/18/2026 | | 5,000.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Fair Harbor Rd-  Meridian % | -5,000.00 | Check # 6287 | COLLECTION | |
| TOTAL | | | -5,000.00 | | | |
| Payment | 02/18/2026 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray | 314.65 | PMT January/2026 # 8327 | CHASE/30511 -CHK -New | |

2:15 PM
03/05/26

**Metered Appliances, Inc.**
**Deposit Detail**
**February 2026**

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|
| TOTAL | | | 0.00 | | | |
| Payment | 02/18/2026 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray | 314.65 | PMT February/2026 # 8379 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| Deposit | 02/19/2026 | | 1,055.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Oceanfront/Minnesota | -116.00 | %% Deposit # | COLLECTION | |
| | | Oceanfront/Tennesee | -266.00 | %% Deposit 2# | COLLECTION | |
| | | Sandcastle Condominium- All Shore | -287.00 | # | COLLECTION | |
| | | 560 West Broadway. | -258.00 | 2# | COLLECTION | |
| | | 333 East Broadway/Country Club | -310.00 | 4# | COLLECTION | |
| | | Lido Beach Towers. | -325.00 | 6# | COLLECTION | |
| | | 501 Hicks % | -270.00 | %% Deposit # | COLLECTION | |
| | | 1631 Eastern Pkwy /% | -146.00 | %% Deposit # | COLLECTION | |
| | | 50 Plaza-Leiter | -189.00 | # | COLLECTION | |
| | | 316 Bergen /Dermot % | -220.00 | %% Deposit # | COLLECTION | |
| | | Hicks Street -145/ BPC-Min% | -217.00 | %% Deposit 2# | COLLECTION | |
| | | 65 Montague/20 Pierrepont/Advanced%% | -100.00 | %% Deposit | COLLECTION | |
| | | Pierrepont 62 BPC % | -95.00 | %% Deposit # | COLLECTION | |
| | | Cadman Plaza/Vintage | -215.00 | 8# | COLLECTION | |
| | | Trucking -Tony J&R Trucking | 219.00 | 438 West 49th | Trucking & Delivery | 219.00 |
| | | DOXON | 500.00 | Deposit | Supplies | 500.00 |
| | | Lenny/Visa Chase | 1,240.00 | Esd | Supplies | 1,240.00 |
| TOTAL | | | -1,055.00 | | | |
| Deposit | 02/20/2026 | | 1,394.00 | Deposit | CHASE/30511 -CHK -New | |
| | | 190 Merrick Road Lanai House %% | -175.00 | Paid $96.00 Check # 9768 | COLLECTION | |
| | | 629 Lincoln Place /Max Nager % | -159.00 | %% Deposit | COLLECTION | |
| | | 93 Hamilton Place West Harlem % | -96.00 | %% Deposit | COLLECTION | |
| | | 453 Washington Ave/ Max Nager % | -217.00 | %% Deposit | COLLECTION | |
| | | 346 Bergen St Advanced % | -159.00 | %% Deposit | COLLECTION | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|
| | | Town' N Harbor Freeport | -123.00 | Deposit | COLLECTION | |
| | | 999 Wiloughby %% | -465.00 | %% Deposit | COLLECTION | |
| TOTAL | | | -1,394.00 | | | |
| | | | | | | |
| Payment | 02/20/2026 | z/Hampton Inn 599 Tuckahoe Rd | 217.75 | PMT February/2026 # 8396 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/23/2026 | z/North Slope Vet | 174.20 | PMT Feb/2026 #'s8369-8371-8387-8397 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Deposit | 02/24/2026 | | 516.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Bell Park 221-22 Manor Road% | -416.00 | %% Deposit 2# | COLLECTION | |
| | | Floral Blvd/33-47 | -100.00 | Deposit | COLLECTION | |
| TOTAL | | | -516.00 | | | |
| | | | | | | |
| Payment | 02/24/2026 | z/1580 East 18th/Choice | 496.47 | PMT Inv# 8351 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/24/2026 | Z/59-30 108th Street Lovett | 699.83 | PMT January/2026 #8340 & Inv# 8346 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Payment | 02/24/2026 | Z/59-30 108th Street Lovett | 600.21 | PMT February/2026 # 8392 | CHASE/30511 -CHK -New | |
| TOTAL | | | 0.00 | | | |
| | | | | | | |
| Deposit | 02/25/2026 | | 2,800.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Parkwood | -1,039.00 | 10# | COLLECTION | |
| | | 19 Schenk Avenue-Richland | -395.00 | Deposit | COLLECTION | |

2:15 PM
03/05/26

# Metered Appliances, Inc.
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|
| | | 50 Brompton Road -Richland | -358.00 | 3# | COLLECTION | |
| | | 1 Maple Drive-Cambridge-Richland | -160.00 | Deposit | COLLECTION | |
| | | 320 East Shore Rd/Wolf | -265.00 | 3# | COLLECTION | |
| | | 215 Middleneck Tuscany Richland | -195.00 | Deposit | COLLECTION | |
| | | 15 Canterbury Road-Richland | -302.00 | Deposit | COLLECTION | |
| | | 30 Stoner Road -Richland | -365.00 | Deposit | COLLECTION | |
| | | 1525 East 26th Street. | -314.25 | 3# | COLLECTION | |
| | | 465 17th St/Windsor Terrace % | -117.00 | %% Deposit 10# | COLLECTION | |
| | | 18 Street-468 & 471 - Leiter% | -200.00 | %% Deposit | COLLECTION | |
| | | 4 Milbrook Court 4-Ceebraid %% | -165.00 | %% Deposit 2# | COLLECTION | |
| | | Vanderbilt-Manhasset Apts % | -141.75 | %% Deposit | COLLECTION | |
| | | 239 Prospect Place /Max Nager % | -105.00 | %% Deposit # | COLLECTION | |
| | | Jomo K McKend | 300.00 | Deposit | Automobile Insurance | 300.00 |
| | | Cash Purchases | 255.00 | Deposit | Parking | 255.00 |
| | | z/Schron:- Nautilus Apts (1230 Avenue Y) | 767.00 | Deposit | Supplies | 767.00 |
| TOTAL | | | -2,800.00 | | | |
| Deposit | 02/26/2026 | | 3,600.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Sherwood Village. | -161.00 | 3# | COLLECTION | |
| | | 57th Avenue 92-31/Hanover-Blue Owl % | -203.00 | %% Deposit 3# | COLLECTION | |
| | | Linden 4 Towers | -125.00 | 8# | COLLECTION | |
| | | LINDEN TOWERS. | -131.00 | 3# | COLLECTION | |
| | | Merrick Gardens 109-15 172 St-Precision % | -197.00 | # | COLLECTION | |
| | | 1-11 Marble Hill/Langsam | -729.00 | 40 | COLLECTION | |
| | | 47-20 42nd Street/Venture NY Prop | -1,070.00 | Paid $588.00 Check # 9769 | COLLECTION | |
| | | 235 Seaman Hawthorne % | -350.00 | %% Deposit | COLLECTION | |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -531.00 | %% Deposit | COLLECTION | |
| | | 45th Avenue 137-49/SelfHelp DE | -103.00 | # | COLLECTION | |
| TOTAL | | | -3,600.00 | | | |
| Deposit | 02/27/2026 | | 4,760.00 | Deposit | CHASE/30511 -CHK -New | |
| | | Linden Hill 1 % | -525.00 | %% Deposit 8# | COLLECTION | |

2:15 PM
03/05/26

**Metered Appliances, Inc.**
## Deposit Detail
### February 2026

| Type | Date | Name | Amount | Memo | Account | Undeposited |
|---|---|---|---|---|---|---|
| | | Kings Bay 2 | -3,100.00 | Deposit | COLLECTION | |
| | | 2020 East 41st Street | -249.00 | Deposit | COLLECTION | |
| | | 1855 East 12th Street- Vintage | -582.00 | 34 | COLLECTION | |
| | | 190 Merrick Road Lanai House %% | -304.00 | Paid $167.00 Check # 9770 | COLLECTION | |
| TOTAL | | | -4,760.00 | | | |
| | | | | | | |
| **Deposit** | **02/28/2026** | | **419.31** | **Deposit** | **Signature-Flagstar** | |
| | | Landers Street 84-35/Rokowsky | -421.20 | Cantaloupe Spyderwash | COLLECTION | |
| | | Cantaloupe/SpyderWash | 1.89 | Greenwood | Credit Card Fees | |
| TOTAL | | | -419.31 | | | |
| | | | | | | |
| **Deposit** | **02/28/2026** | | **2,512.61** | **Deposit** | **CHASE/30511 -CHK -New** | |
| | | Fardale %/Vintage | -795.99 | OPUS CVA | COLLECTION | |
| | | 31 Conselyea | -8.73 | OPUS CVA | COLLECTION | |
| | | 195 North Village Avenue | -172.01 | OPUS CVA | COLLECTION | |
| | | 345 Baldwin Ave- NJ Spitzer-No PMT | -8.73 | OPUS CVA | COLLECTION | |
| | | Lynn Place 1086/Farfield | -104.78 | OPUS CVA | COLLECTION | |
| | | 301 East 79th Street Continental Overage | -1,084.49 | OPUS CVA | COLLECTION | |
| | | 16 East 96 Street/Orsid% | -8.73 | OPUS CVA | COLLECTION | |
| | | Kings Bay 2 | -330.91 | OPUS CVA | COLLECTION | |
| | | 215 West 91st Street  DE % | 0.88 | OPUS CVA | COLLECTION | |
| | | Rockville Lewis 4 N Lewis Pl- Slepoy | 0.88 | OPUS CVA | COLLECTION | |
| TOTAL | | | -2,512.61 | | | $4,361.75 |