2:59 PM
03/05/26
Accrual Basis

# Metered Appliances, Inc.
## Invoice Register for Last Month
### February 2026

| | Type | Date | Num | Name | Memo | Account | Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| **Feb 26** | | | | | | | | |
| | Invoice | 02/01/2026 | 8369 | z/North Slope Vet:16 Dupont St., Brooklyn | Monthly Laundry Equipment Service | SERVICE | Paid | $40.00 |
| | Invoice | 02/01/2026 | 8370 | z/DOUGLAS ELLIMAN:2148 Broadway-Laureate-DOUGLAS ELLIMAN | Monthly Laundry Equipment Service | SERVICE | Unpaid | $400.00 |
| | Invoice | 02/01/2026 | 8371 | z/North Slope Vet:255 West 18th St-North Slope Veterinary | Monthly Laundry Equipment Service | SERVICE | Paid | $40.00 |
| | Invoice | 02/01/2026 | 8372 | z/KALTECH CAPITAL:z/165 Charles Street-Kaltech | Monthly Laundry Equipment Service | SERVICE | Paid | $136.00 |
| | Invoice | 02/01/2026 | 8373 | z/KALTECH CAPITAL:z/116 Central Park S\Kaltech | Monthly Laundry Equipment Service | SERVICE | Paid | $170.00 |
| | Invoice | 02/01/2026 | 8374 | z/1950 Hutchinson River Pkwy-Metro | Monthly Laundry Equipment Service | SERVICE | Unpaid | $1,425.00 |
| | Invoice | 02/01/2026 | 8375 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-Sol | Monthly Laundry Service | SERVICE | Paid | $408.00 |
| | Invoice | 02/01/2026 | 8377 | z/210 East 73rd/ Bota | Monthly Laundry Equipment Service | SERVICE | Paid | $255.00 |
| | Invoice | 02/01/2026 | 8378 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech | Monthly Laundry Equipment Service  -211 Central Park West | SERVICE | Paid | $306.00 |
| | Invoice | 02/01/2026 | 8378 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech | Value Adder  per call charge | SERVICE | Paid | $0.00 |
| | Invoice | 02/01/2026 | 8379 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray | Monthly Laundry Equipment Service | SERVICE | Paid | $289.00 |
| | Invoice | 02/01/2026 | 8380 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech | Monthly Laundry Equipment Service | SERVICE | Paid | $102.00 |
| | Invoice | 02/01/2026 | 8380 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech | AVC Cash Card Machine additional Service Charge | SERVICE | Paid | $0.00 |
| | Invoice | 02/01/2026 | 8381 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont | Monthly Laundry Equipment Service | SERVICE | Paid | $220.00 |
| | Invoice | 02/01/2026 | 8382 | z/32 West 82nd Street-First Service | Two Stack LG Electric Dryers | SERVICE | Unpaid | $500.00 |
| | Invoice | 02/01/2026 | 8382 | z/32 West 82nd Street-First Service | Building Guarantees Continued Rental for a Minimum of 8 Mont | SERVICE | Paid | $0.00 |
| | Invoice | 02/01/2026 | 8382 | z/32 West 82nd Street-First Service | Monthly Laundry Equipment Service | SERVICE | Unpaid | $80.00 |
| | Invoice | 02/01/2026 | 8383 | z/KALTECH CAPITAL:z/320 West 76th St/Solstice | Monthly Laundry Equipment Service | SERVICE | Paid | $120.00 |
| | Invoice | 02/01/2026 | 8384 | z/322 East 57th Street/AKAM | Monthly Laundry Equipment Service | SERVICE | Unpaid | $67.20 |
| | Invoice | 02/01/2026 | 8385 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Service Cont | Monthly Laundry Equipment Service | SERVICE | Paid | $240.00 |
| | Invoice | 02/01/2026 | 8386 | z/DOUGLAS ELLIMAN:z/375 RSD- DE | Monthly Laundry Equipment Service | SERVICE | Paid | $210.00 |
| | Invoice | 02/01/2026 | 8387 | z/North Slope Vet:z/38 6th Ave-HOC Dean St | Monthly Laundry Equipment Service | SERVICE | Paid | $40.00 |
| | Invoice | 02/01/2026 | 8388 | z/KALTECH CAPITAL:z/40 West 77th St | Monthly Laundry Equipment Service | SERVICE | Paid | $238.00 |
| | Invoice | 02/01/2026 | 8389 | z/KALTECH CAPITAL:z/400 East 67th St/Kaltech | Monthly Laundry Equipment Service | SERVICE | Paid | $153.00 |
| | Invoice | 02/01/2026 | 8390 | z/KALTECH CAPITALz/49 W 72 Solstice | Monthly Laundry Equipment Service | SERVICE | Paid | $170.00 |
| | Invoice | 02/01/2026 | 8391 | z/KALTECH CAPITAL:z/55 Park Avenue | Monthly Laundry Equipment Service | SERVICE | Paid | $153.00 |
| | Invoice | 02/01/2026 | 8392 | Z/59-30 108th Street Lovett | Monthly Laundry Equipment Service | SERVICE | Paid | $551.28 |
| | Invoice | 02/01/2026 | 8393 | z/Michelle Twrs 75-40 Austin St.  BRG | Monthly Laundry Equipment Service | SERVICE | Unpaid | $165.00 |
| | Invoice | 02/01/2026 | 8394 | z/829 Park Ave-  Orsid | Monthly Laundry Equipment Service | SERVICE | Unpaid | $200.00 |
| | Invoice | 02/01/2026 | 8395 | z/General 84-29 153rd Avenue/ BPC | Monthly Laundry Equipment Service | SERVICE | Unpaid | $364.00 |
| | Invoice | 02/01/2026 | 8397 | z/North Slope Vet:z/207 6th Avenue | February/2026 | SERVICE | Paid | $40.00 |
| | Invoice | 02/02/2026 | 8398 | z/45-08 40 St/Queens Blvd- BRG | Dryer #3 Replaced Roller Set | SERVICE | Unpaid | $185.00 |
| | Invoice | 02/02/2026 | 8399 | z/Michelle Twrs 75-40 Austin St.  BRG | Washer #4 Replace Burkett Valve | SERVICE | Unpaid | $185.00 |

**Metered Appliances, Inc.**
## Invoice Register for Last Month
### February 2026

| Type | Date | Num | Name | Memo | Account | Paid | Amount |
|---|---|---|---|---|---|---|---|
| Invoice | 02/02/2026 | 8399 | z/Michelle Twrs 75-40 Austin St.  BRG | Washer Soap Box Diaphram | Sales - Parts | Unpaid | $60.00 |
| Invoice | 02/02/2026 | 8399 | z/Michelle Twrs 75-40 Austin St.  BRG | Washer Door Handle | Equipment Sale | Unpaid | $195.00 |
| Invoice | 02/02/2026 | 8399 | z/Michelle Twrs 75-40 Austin St.  BRG | Replace Soap Box Diaphram | SERVICE | Unpaid | $185.00 |
| Invoice | 02/02/2026 | 8399 | z/Michelle Twrs 75-40 Austin St.  BRG | Replace Door Handle | SERVICE | Unpaid | $185.00 |
| Invoice | 02/02/2026 | 8399 | z/Michelle Twrs 75-40 Austin St.  BRG | Dryer #1 & Dryer #4  error 15 clean vent dampers completely c | SERVICE | Unpaid | $370.00 |
| Invoice | 02/02/2026 | 8400 | z/North Slope Vet:544 Hudson Street | Service Call Combo Unit | SERVICE | Paid | $185.00 |
| Invoice | 02/11/2026 | 8401 | z/40 Pinehurst Ave - Empire State | The dryer lint condensation clogged with lint - cleaned out Lint | SERVICE | Paid | $185.00 |
| Invoice | 02/11/2026 | 8401 | z/40 Pinehurst Ave - Empire State | excess of condensation- copper tubing seems clogged. Can't ac | SERVICE | Paid | $0.00 |
| Invoice | 02/12/2026 | 8402 | z/North Slope Vet:544 Hudson Street | Fill error due to No hot water at location to washer. | SERVICE | Unpaid | $185.00 |
| Invoice | 02/12/2026 | 8402 | z/North Slope Vet:544 Hudson Street | When hot cycle is selected The fill error occurs. Went over iss | SERVICE | Paid | $0.00 |
| Invoice | 02/13/2026 | 8403 | z/Optimum Properties:American side Apts Howell NJ | Room # 4 Dryer #2 Replace Rollers Set -Run -Tested Ok | SERVICE | Unpaid | $185.00 |
| Invoice | 02/13/2026 | 8403 | z/Optimum Properties:American side Apts Howell NJ | Room # 10 Washer  Replace belts Transmission & Motor | SERVICE | Unpaid | $460.00 |
| Invoice | 02/13/2026 | 8403 | z/Optimum Properties:American side Apts Howell NJ | Room # 10 Washer  Replace Drain Pump -Run Cycle- Tested t | SERVICE | Unpaid | $185.00 |
| Invoice | 02/13/2026 | 8403 | z/Optimum Properties:American side Apts Howell NJ | Room # 2 Washer   Replace Washer Motor & Transmission & I | SERVICE | Unpaid | $370.00 |
| Invoice | 02/13/2026 | 8403 | z/Optimum Properties:American side Apts Howell NJ | Room # 2 Washer  Replace Washer Drain Pump- Run Cycle - | SERVICE | Unpaid | $185.00 |
| Invoice | 02/19/2026 | 8404 | z/58 Grace - Tom Flood | Wascomat Crossover Washer -Replace Door Gasket | SERVICE | Unpaid | $185.00 |
| Invoice | 02/19/2026 | 8405 | z/PARNES COMPANY:Glenwood& Parco 405 Park | Washer #2 reinstall Door Boot | SERVICE | Unpaid | $345.00 |
| Invoice | 02/19/2026 | 8406 | z/PARNES COMPANY:196 Union | Washer #2 Replaced Inverter, Harness and Motor from old was | SERVICE | Unpaid | $460.00 |
| Invoice | 02/19/2026 | 8406 | z/PARNES COMPANY:196 Union | Dryer # 2 Adc phase5 pending reinstall of PayRange kit -  Monta | SERVICE | Unpaid | $185.00 |
| Invoice | 02/19/2026 | 8407 | z/40 Pinehurst Ave - Empire State | Whirlpool dryer. Had to move unit. Repair loose connection con | SERVICE | Paid | $555.00 |
| Invoice | 02/19/2026 | 8408 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Service Cont | Dryer #4 upper Unit - replaced dryer rollers | SERVICE | Paid | $0.00 |
| Invoice | 02/19/2026 | 8408 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Service Cont | Washer #1 tested ok  Ran Cycles Too much soap | SERVICE | Paid | $0.00 |
| Invoice | 02/19/2026 | 8408 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Service Cont | Dryer #2 lower unit - lube roller. Clean burner | SERVICE | Paid | $0.00 |
| Invoice | 02/26/2026 | 8409 | z/KALTECH CAPITALz/17 West 71 St | Washer #1 secure front panel. Clean pump and balance switch | SERVICE | Paid | $370.00 |
| Invoice | 02/26/2026 | 8409 | z/KALTECH CAPITALz/17 West 71 St | Specialized added Reinforcement Bracket Assembly | Sales - Parts | Paid | $165.00 |
| Invoice | 02/26/2026 | 8409 | z/KALTECH CAPITALz/17 West 71 St | Washer #2 replaced door insert and added reinforcement brack | SERVICE | Paid | $370.00 |

Feb 26

$13,022.48

**2:59 PM**
**03/05/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Invoice Register for Last Month
**February 2026**

Unpaid Invoices

**Feb 26**

$400.00

$1,425.00

$500.00

$80.00

$67.20

$165.00
$200.00
$364.00

$185.00
$185.00

**2:59 PM**
**03/05/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Invoice Register for Last Month
**February 2026**

Unpaid Invoices

$60.00
$195.00
$185.00
$185.00
$370.00

$185.00

$185.00
$460.00
$185.00
$370.00
$185.00
$185.00
$345.00
$460.00
$185.00

**Feb 26**

$7,311.20  Unpaid
$5,711.28  Paid