**February 2026 – Explanation of Supporting Documents**

The documents submitted for **February 2026** support the Monthly Operating Report for that month and consist of bank statements, financial transaction reports, and supporting documentation.

During this period, **Account Ending 0511 remained the primary DIP operating account**, through which payroll, electronic withdrawals, loan payments, and operating expenses were processed.

Laundry machine revenue generated through Spyderwash credit card vending systems continued to be deposited into the **Flagstar account**, which accepts large coin deposits.

Supporting financial records also include **QuickBooks Transaction Detail Reports**, which provide detailed listings of paid rents, unpaid rents, paid loan obligations, and unpaid loan obligations supporting the totals reported in the Monthly Operating Report.

Additionally, the **Undeposited Cash Reports** document cash collections that were retained for small operational expenses such as parking meters and field purchases of service parts.

These documents collectively support the financial information reported for February 2026.