UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X
In re:

    METERED APPLIANCES INC.,           Case No. 8-25-73481 (AST)
            Debtor.                       Chapter 11

**CERTIFICATE OF SERVICE**

------------------------------------------------------ X

    I, Max Brodetsky, being duly sworn, say; I am not a party to the action, I am over 18 years of age, and reside in Cedarhurst, New York.

    That on March 9, 2026 I served the within copy of the:

1. Motion to Reject Lease or Executory Contract (Dkt. No. 40), together with Exhibit A;

2. Motion to Compromise Controversy Pursuant to FRBP 9019 (Dkt. No. 41); and

3. Motion to Compromise Controversy (Dkt. No. 46), together with Exhibit A.

    upon all entities registered to receive electronic service through the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 9, 2026
       Rockville Centre, New York

*MB*
_____
Max Brodetsky