

March 11, 2026

<u>**Via: ECF**</u>
Honorable Alan S. Trust, Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

        **Debtor - Metered Appliances Inc**
        **Bankruptcy Case # 25-73481**

Dear Judge Trust:

    The hearing for the Status Conference and the Motion to Dismiss has been adjourned to April 22, 2026, at 10:30 a.m. The Debtor must submit the Amended Reorganization Plan by April 15, 2026.

    I thank you for your consideration.

                                        Respectfully,

                                        Charles Wertman, Esq.

cc: United States Trustee - William Birmingham, Esq., via email & ECF
    All counsel of record via ECF

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com