UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:                                                        Case No. 25-73481(ast)

       Metered Appliances Inc.                          Chapter 11
           Debtor.

**CERTIFICATE OF SERVICE**

---------------------------------------------------------x

      I, Max Brodetsky, being duly sworn, say; I am not a party to the action, I am over 18

years of age, and reside in Cedarhurst, New York.

      That on April 17, 2026 I served the within copy of the:

- Amended Chapter 11 Plan Subchapter V dated 4/16/2026

upon all entities registered to receive electronic service through the Court's CM/ECF system, and
by first-class mail, postage prepaid, upon the parties set forth below:

Ally Capital, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

1-11 Marble Hill Corp.
LANGSAM PROPERTY SERVICES CORP.
1601 Bronxdale Avenue
Bronx, NY 10462

1800 Lanes Mill Road
Brick, NJ 08724
50 Brompton Owners, Inc.

221-22 Manor Road
Queens Village, NY 11427
290 E56th Street Holdings , LLC

60G Mgmt LLC
407 Broome Street 3rd Flr
New York, NY 10013

825 5th Ave., Corp.
825 5th Ave.
New York, NY 10021

Aargo Real Estate
26 Court Street Ste 804
Brooklyn, NY 11242

ABC Realty
152 West 57th Street
New York, NY 10019

Accredited Property

Management
136 Woodbury Road Ste 101
Woodbury, NY 11797

Advanced Management
Services
26 Court Street Ste. 804
Brooklyn, NY 11242

Alexander Wolf & Company
One Dupont Street
Plainview, NY 11803

All Area Realty Service, Inc.
138-25 31st Drive
Flushing, NY 11354

All Shore Management
Services, INc.
772 W Beech St
Long Beach, NY 11561-2806

Alliance Laundry Systems LLC
Shepard Street
P.O. Box 990
Ripon, WI 54971

Allied Partners
301 E. 79th Street
New York, NY 10075

Andrew Gerstein
P.O.Box 74036
Rego Park, NY 11374

Arverne Limited Profit
Housing Corp.
Herrick Feinstein LLP , 2 Park Avenue
New York, NY 10016

Autarkic Holdings, Inc.
Laundrylux
Kramer & Shapiro P.C. , 8002 Kew Gardens Rd Ste 302
Kew Gardens, NY 11415-3613

Barbizon Owners
HANKIN & MAZEL PLLC
60 Cuttermill Rd Ste 505
Great Neck, NY 11021-3104

BPC Management
80 Livingston Street
Brooklyn, NY 11201

Brown Harris Stevens
1080 Fifth Ave., NY, NY
770 Lexington Ave 4th Flr

New York, NY 10065

Brown Harris Stevens
770 Lexington Ave 4th
New York, NY 10065

Concerned Management
251-38 71st Road
Bellerose, NY 11426

DependableProperty
Management
Brooklyn, NY 11234

Douglas Elliman Property
Management
909 3rd Ave. 11th Flr
New York, NY 10022

Eastern Funding
213 West 35th Street 2E
New York, NY 10001

Einsidler Management Inc.
533 Broadhollow Road
Melville, NY 11747

Fairfield 1086 Lynn Place
538 Broadhollow Road
Melville, NY 11747

Fairfield 985 Oceanfront LLC
Fairfield 951 Oceanfront LLC
536 Broadhollow Road 3rd Floor
Melville, NY 11747

Fairfield Properties
535 Broadhollow Road 3rd Floor
Melville, NY 11747

First Services Residential
575 5th Ave Fl 9
New York, NY 10017

Foster Garvey P.C.
Alan A. Heller
199 Water Street
New York, NY 10016

Goldin Management
25 8th Avenue
Brooklyn, NY 11217

Grant Management Services
142 Mineola Ave Ste 3b
Roslyn Hts, NY 11577-2022

Gunhill Realty Group
P.O. Box 117 Woodlawn Station
Bronx, NY 10470

Halstead Management
Company, LLC
770 Lexington Ave. 8th Floor
New York, NY 10065

Hawthorne Ventures LLC
235 Seaman Avenue
P.O Box 57
Tallman, NY 10982

Herman Slepoy Corporation
230 Atlantic Ave. Ste 1R
Lynbrook, NY 11563

Hillpark Owners Inc.
75 South Middleneck Road
Great Neck, NY 11021

Inception Investors LLC
P.O. Box 4438
New York, NY 10163

IRS Dept of Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

Jalen Management Company
7018 Fort Hamilton Pkwy
Brooklyn, NY 11228

Kings Bay Housing Co. Inc.
2520 Batchelder Street
Brooklyn, NY 11235

Lanai House Inc.
190 Merrick Road
Freeport, NY 11520

Lazarus Management
20F Robert Pitt Drive
Mountainville, NY 10953

LCL Mountaintop LLC
199 Baldwin Road
Ringwood, NJ 07456

Leiter Property Management
750 Grand Street Ste 55
Brooklyn, NY 11211

Linden Towers Cooperative
No. 4, Inc.
29-09 137th Street

Flushing, NY 11354

Macon Property Management
LLC
371 Utica Ave.
Brooklyn, NY 11213

Mahasset Management LLC
37-36 75th Street
Jackson Heights, NY 11372

Metro Management
Development, Inc.
42-25 21st Street
Long Island City, NY 11101

Metropolitan Propertjes
141-50 85th Road
Jamaica, NY 11435

Michael Ogazon Managenet
Co.
67 Hilton Avenue,
Garden City, NY 11530

Midboro Management Inc.
333 7th Ave. Room 500
New York, NY 10001

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2026

      Rockville Centre, New York

_____

Max Brodetsky