

LAW OFFICES OF
CHARLES WERTMAN P.C.

May 13, 2026

**Via: ECF**
Honorable Alan S. Trust, Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Debtor - Metered Appliances Inc**
**Bankruptcy Case # 25-73481**

Dear Judge Trust:

The hearing on the Motion to Convert the Case from Chapter 11 to Chapter 7, the Motion to Dismiss the Case, and the Motion to Assume/Reject Lease of Executory Contract, previously scheduled for today May 13, 2026, at 10:00 a.m., has been adjourned to June 24, 2026, at 10:00 a.m.

I thank you for your consideration.

Respectfully,

Charles Wertman, Esq.

cc: All counsel of record via ECF

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com