UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                  Chapter 11 (Subchapter V)

Metered Appliances Inc.,                                  Case No.: 8-25-73481-ast

                                 Debtor.
-------------------------------------------------------- X

## ORDER PURSUANT TO 11 U.S.C. § 105(d)(2)(B)

On September 9, 2025 (the "Petition Date"), Metered Appliances Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code [Dkt. No. 1]. Since the Petition Date, Debtor has operated as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

On September 26, 2025, the Court entered an Order for the purpose of determining an appropriate schedule for the proper administration of this case and to consider other related matters, motions, and applications in this Chapter 11 case [Dkt. No. 8].[1] The Order scheduled an initial status conference for November 5, 2025.

The Court conducted a status conference on November 5, 2025, and adjourned status conferences on January 14, 2026, March 11, 2026, April 22, 2026, and May 13, 2026.

On the record of the May 13, 2026, status conference, the Court set a deadline of September 8, 2026, for Debtor to obtain confirmation of a plan of reorganization; in the event Debtor failed to comply with the deadline, the Court stated that it would either convert Debtor's case to one under Chapter 7 or dismiss the case.

Based on the foregoing, and in accordance with 11 U.S.C. § 105(d)(2)(B), it is hereby

---

[1] On November 17, 2025, the Court entered an Amended Scheduling Order [Dkt. No. 15] to correct, among other things, the bar filing date reflected in the Court's Order Establishing Deadline for Filing Proofs of Claim [Dkt. No. 9].

**ORDERED**, that Debtor shall obtain confirmation of a plan of reorganization by **September 8, 2026**; and it is further

**ORDERED**, that any unexcused failure to comply with the foregoing paragraph of this Order shall constitute cause for immediate conversion of the case to Chapter 7 or dismissal pursuant to 11 U.S.C. § 1112 without a further hearing or notice; and it is further

**ORDERED**, that an adjourned status conference is scheduled for **June 24, 2026**, at 10:00 a.m. in Courtroom 960, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York; and it is further

**ORDERED**, that the Clerk of Court shall serve a copy of this Order on Debtor, Debtor's counsel, the Office of the United States Trustee, and all creditors and parties in interest.



Dated: May 15, 2026
        Central Islip, New York

_____
                                                 Alan S. Trust
                                     United States Bankruptcy Judge