# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 5/18/2026 |
| Case: 8−25−73481−ast | Form ID: pdf000 | Total: 122 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr        50 Brompton Owners, Inc.
cr        Kings Bay Housing Co., Inc.
cr        Cadman Plaza North, Inc.

                                                                                    TOTAL: 3

**Recipients of Notice of Electronic Filing:**

ust        United States Trustee        USTPRegion02.LI.ECF@usdoj.gov
UST TrAt        William J. Birmingham        william.birmingham@usdoj.gov
tr        Salvatore LaMonica, Esq.        sl@lhmlawfirm.com
aty        Charles Wertman        charles@cwertmanlaw.com
aty        Fran I. Lawless        flawless@kll−law.com
aty        Matthew L Goldberg        mgoldberg@hankinmazel.com
aty        Mitchell Flachner        mflachner@schneiderbuchel.com
aty        Seth Choset        schoset@schneiderbuchel.com

                                                                                    TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Metered Appliances Inc.        1017 Merrick Road        Baldwin, NY 11510
cr        Ally Capital, c/o AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
cr        United Veterans Mutual Housing Company, Inc.        c/o Hankin & Mazel, PLLC        60 Cutter Mill Road        Suite 505        Great Neck, NY 11021
10601007        1−11 Marble Hill Corp.        LANGSAM PROPERTY SERVICES CORP.        1601 Bronxdale Avenue        Bronx, NY 10462
10601009        1800 Lanes Mill Road        Brick, NJ 08724        50 Brompton Owners, Inc.
10601008        221−22 Manor Road        Queens Village, NY 11427        290 E56th Street Holdings        LLC
10654998        50 Brompton Owners, Inc.        c/o SCHNEIDER BUCHEL LLP        60 Crossways Park Drive West, Suite 340        Woodbury, New York 11797
10601011        60G Mgmt LLC        407 Broome Street 3rd Flr        New York, NY 10013
10669618        67−30 Dartmouth Street        Owners Corp        c/o Robert E. Judge, P.C.        365 Bridge Street Suite 3pro        Brooklyn, NY 11201
10601012        67−30 Dartmouth Street        Owners Corp.        Robert E. Judge, P.C.        365 Bridge St Ste 3pro        Brooklyn, NY 11201−0803
10601013        825 5th Ave., Corp.        825 5th Ave.        New York, NY 10021
10631420        8300 Talbot St. Owners Corp.        2584 Steinway Street        Astoria, New York 11103
10601014        84 Drive Homes Inc.        JARED P. TURMAN, ESQ.        330 WEST 38TH STREET STE 701        New York, NY 10018
10601016        ABC Realty        152 West 57th Street        New York, NY 10019
10601015        Aargo Real Estate        26 Court Street Ste 804        Brooklyn, NY 11242
10601017        Accredited Property        Management        136 Woodbury Road Ste 101        Woodbury, NY 11797
10601018        Aces Laundry Service II LLC        ACES LAUNDRY SERVICE II, LLC        111 North Central Park Avenue Ste 400        Hartsdale, NY 10530
10601019        Advanced Management        Services        26 Court Street Ste. 804        Brooklyn, NY 11242
10601020        Alexander Wolf & Company        One Dupont Street        Plainview, NY 11803
10601021        All Area Realty Service, Inc.        138−25 31st Drive        Flushing, NY 11354
10601022        All Shore Management        Services, INc.        772 W Beech St        Long Beach, NY 11561−2806
10601023        Alliance Laundry Systems LLC        Shepard Street        P.O. Box 990        Ripon, WI 54971
10601024        Allied Partners        301 E. 79th Street        New York, NY 10075
10566913        Ally Capital        AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
10595535        American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
10601025        Andrew Gerstein        P.O.Box 74036        Rego Park, NY 11374
10601026        Arverne Limited Profit        Housing Corp.        Herrick Feinstein LLP        2 Park Avenue        New York, NY 10016
10602821        Arverne Limited−Profit Housing Corp.        Herrick, Feinstein, LLP        Two Park Avenue        New York, NY 10016
10601027        Autarkic Holdings, Inc.        Laundrylux        Kramer & Shapiro P.C.        8002 Kew Gardens Rd Ste 302        Kew Gardens, NY 11415−3613
10601029        BPC Management        80 Livingston Street        Brooklyn, NY 11201
10601028        Barbizon Owners        HANKIN & MAZEL PLLC        60 Cuttermill Rd Ste 505        Great Neck, NY 11021−3104
10629746        Barbizon Owners, Inc.        c/o Bodner Law PLLC        55 Cherry Lane, Suite 101        Carle Place, NY 11514
10601035        Brown Harris Stevens        1080 Fifth Ave., NY, NY        770 Lexington Ave 4th Flr        New York, NY 10065
10601030        Brown Harris Stevens        770 Lexington Ave 4th        New York, NY 10065

10662856 Cadman Plaza North, Inc    c/o Kagan Lubic Lepper    Finkelstein & Gold, LLP    200 Madison Avenue, 24th Floor    New York, NY 10016
10599738 Cellco Partnership d/b/a Verizon Wireless    William M Vermette    22001 Loudoun County PKWY    Ashburn, VA 20147
10601036 Clean Laundry Funding    P.O. Box 01375    Springfield, OH 45501
10623657 Clean Laundry Funding    PO Box 908    Devils Lake, ND 58301–58301
10601037 Concerned Management    251–38 71st Road    Bellerose, NY 11426
10601038 DependableProperty    Management    Brooklyn, NY 11234
10601039 Douglas Elliman Property    Management    909 3rd Ave. 11th Flr    New York, NY 10022
10601040 Eastern Funding    213 West 35th Street 2E    New York, NY 10001
10652642 Eastern Funding LLC    213 West 35th Street, 2nd Floor    New York, NY 10001
10601041 Einsidler Management Inc.    533 Broadhollow Road    Melville, NY 11747
10601042 Fairfield 1086 Lynn Place    538 Broadhollow Road    Melville, NY 11747
10601043 Fairfield 985 Oceanfront LLC    Fairfield 951 Oceanfront LLC    536 Broadhollow Road 3rd Floor    Melville, NY 11747
10601044 Fairfield Properties    535 Broadhollow Road 3rd Floor    Melville, NY 11747
10601045 First Services Residential    575 5th Ave Fl 9    New York, NY 10017
10601046 Foster Garvey P.C.    Alan A. Heller    199 Water Street    New York, NY 10016
10634240 Foster Garvey, P.C.    199 Water Street, Suite 901    New York, NY 10038
10601047 Goldin Management    25 8th Avenue    Brooklyn, NY 11217
10601048 Grant Management Services    142 Mineola Ave Ste 3b    Roslyn Hts, NY 11577–2022
10601049 Gunhill Realty Group    P.O. Box 117 Woodlawn Station    Bronx, NY 10470
10601050 Halstead Management    Company, LLC    770 Lexington Ave. 8th Floor    New York, NY 10065
10601051 Hawthorne Ventures LLC    235 Seaman Avenue    P.O Box 57    Tallman, NY 10982
10601052 Herman Slepoy Corporation    230 Atlantic Ave. Ste 1R    Lynbrook, NY 11563
10601053 Hillpark Owners Inc.    75 South Middleneck Road    Great Neck, NY 11021
10601055 IRS Dept of Bankruptcy    PO Box 7346    Philadelphia, PA 19101–7346
10601054 Inception Investors LLC    P.O. Box 4438    New York, NY 10163
10623650 Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346
10601056 Jalen Management Company    7018 Fort Hamilton Pkwy    Brooklyn, NY 11228
10601057 Kings Bay Housing Co. Inc.    2520 Batchelder Street    Brooklyn, NY 11235
10662845 Kings Bay Housing Co., Inc.    c/o Kagan Lubic Lepper    Finkelstein & Gold, LLP    200 Madison Avenue, 24th Floor    New York, NY 10016
10601060 LCL Mountaintop LLC    199 Baldwin Road    Ringwood, NJ 07456
10601058 Lanai House Inc.    190 Merrick Road    Freeport, NY 11520
10601059 Lazarus Management    20F Robert Pitt Drive    Mountainville, NY 10953
10601061 Leiter Property Management    750 Grand Street Ste 55    Brooklyn, NY 11211
10601062 Linden Towers Cooperative    No. 4, Inc.    29–09 137th Street    Flushing, NY 11354
10601063 Macon Property Management    LLC    371 Utica Ave.    Brooklyn, NY 11213
10601064 Mahasset Management LLC    37–36 75th Street    Jackson Heights, NY 11372
10601065 Metro Management    Development, Inc.    42–25 21st Street    Long Island City, NY 11101
10601066 Metropolitan Propertjes    141–50 85th Road    Jamaica, NY 11435
10601067 Michael Ogazon Managenet    Co.    67 Hilton Avenue,    Garden City, NY 11530
10601068 Midboro Management Inc.    333 7th Ave. Room 500    New York, NY 10001
10568291 NEW YORK STATE DEPARTMENT OF LABOR    1220 WASHINGTON AVE BLDG 12, RM 256    ALBNY, NY 12226
10601070 NYC Apartment Management    Inc.    477 Madison Ave. 6th Flr    New York, NY 10001
10601071 NYS Dept of Finance    BANKRUPTCY SECTION    PO Box 5300    Albany, NY 12205
10591287 New York State Department of Taxation & Finance    Bankruptcy Section    P O Box 5300    Albany New York 12205–0300
10601069 Newkey Realty LLC    6410 8th Ave. Apt. C6    Brooklyn, NY 11220
10601072 Olympic Tower Condominium    641 Fifth Avenue    New York, NY 10022
10601073 Orsid Realty Corp.    156 W. 56th Street 6th Floor    New York, NY 10019
10601074 Precision Asset Management    131–42 234th Street    Rosedale, NY 11422
10601075 Principal Management    40 Randall Avenue    Freeport, NY 11520
10601076 Queens Quality Management    25–83 Francis Lewis Blvd.    Flushing, NY 11358
10601079 RLH Management    404 Main Street    Port Washington, NY 11050
10601077 Richland Management    P.O. Box 222120    Great Neck, NY 11022
10601078 Richland Management    P.O. Box 222120    Great Neck, NY 11022
10601080 Rokowsky Management    P.O. Box 1023    Brooklyn, NY 11219
10601081 Sandberg Management Corp    231 W. 29th Street Ste. 901    New York, NY 10001
10601010 Schneider Buchel LLP    60 Crossways Park Sr. Ste 340    11797
10601082 Seaview Terrace Cooperative    560 West Broadway Apt. L2    Long Beach, NY 11561
10601083 Solstice Residential Group    120 Broadway Ste 22C    New York, NY 10271
10601084 Summit & Sip LLC    425 Summit Ave    Jersey City, NJ 07306
10601088 TRC Property Management    284 East Park Ave.    Long Beach, NY 11561
10601085 The 145 East 76th Street    Condominium    145 E 76th St    New York, NY 10021–2818
10601086 The Spitzer Group    345 Baldwin Ave    Jersey City, NJ 07306
10601087 Ther Dermot Company    729 7th Avenue 15th Flr    New York, NY 10019
10601089 Tudor Realty Services Corp.    250 Park Ave. South 4th Flr    New York, NY 10003
10601090 Tumbles LLC    8 Mountainside Drive    Ringwood, NJ 07456
10658927 United Veterans Mutual Housing Company, INc.    c/o Hankin & Mazel PLLC    60 Cutter Mill Road, Suite 505    Great Neck, NY 11021
10601091 Vanguard Investors Ltd.    501 5th Ave. Ste. 704    New York, NY 10017
10601092 Venture NY Property    Management LLC    43–10 11th Street    Long Island City, NY 11101
10601093 Verrazano Owners, Inc.    Firstservice Residential New York, Inc.    622 Third Avenue 14th Floor    New York, NY 10017
10601094 Vintage Realty Services    3000 Marcus Ave. Ste 2E06    New Hyde Park, NY 11042

10603116  WEX Bank      Attn: Legal / Bankruptcy      1 Hancock Street      Portland, ME 04101
10601097  WRK Management Group,      Corp.      P.O.Box 1086      Syosset, NY 11791
10601095  West Harlem Group      Assistance Inc.      1652 Amsterdam Ave.      New York, NY 10031
10601096  Western Equipment Finance      inc.      420 College Drive South      Devils Lake, ND 58301
10601762  Whitman Village Housing Development Fund Corp.      Vitale and Levitt, P.C.      534 Broadhollow Rd. Melville,, NY 11747
10662011  c/o Kagan Lubic Lepper Finkelstein et al      Att: Fran I. Lawless, Esq.      200 Madison Ave., 24th Floor      New York, NY 10016
10662017  c/o Kagan Lubic Lepper Finkelstein et al      Att: Fran I. Lawless, Esq.      200 Madison Ave., 24th Floor      New York, NY 10016

TOTAL: 111