United States Bankruptcy Court

Eastern District of New York

In re:
Metered Appliances Inc.
Debtor

Case No. 25-73481-ast

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0207-8 | User: admin | Page 1 of 4
Date Rcvd: May 18, 2026 | Form ID: pdf000 | Total Noticed: 106

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Metered Appliances Inc., 1017 Merrick Road, Baldwin, NY 11510-3316 |
| 10601007 | + | 1-11 Marble Hill Corp., LANGSAM PROPERTY SERVICES CORP., 1601 Bronxdale Avenue, Bronx, NY 10462-3367 |
| 10601009 | + | 1800 Lanes Mill Road, Brick, NJ 08724, 50 Brompton Owners, Inc. 08724-5204 |
| 10601008 | + | 221-22 Manor Road, Queens Village, NY 11427, 290 E56th Street Holdings, LLC 11427-2028 |
| 10654998 | + | 50 Brompton Owners, Inc., c/o SCHNEIDER BUCHEL LLP, 60 Crossways Park Drive West, Suite 340, Woodbury, New York 11797-2018 |
| 10601011 | + | 60G Mgmt LLC, 407 Broome Street 3rd Flr, New York, NY 10013-3213 |
| 10669618 | + | 67-30 Dartmouth Street, Owners Corp, c/o Robert E. Judge, P.C., 365 Bridge Street Suite 3pro, Brooklyn, NY 11201-0803 |
| 10601012 | | 67-30 Dartmouth Street, Owners Corp., Robert E. Judge, P.C., 365 Bridge St Ste 3pro, Brooklyn, NY 11201-0803 |
| 10601013 | + | 825 5th Ave., Corp., 825 5th Ave., New York, NY 10065-7268 |
| 10631420 | + | 8300 Talbot St. Owners Corp., 2584 Steinway Street, Astoria, New York 11103-3771 |
| 10601014 | + | 84 Drive Homes Inc., JARED P. TURMAN, ESQ., 330 WEST 38TH STREET STE 701, New York, NY 10018-8551 |
| 10601016 | + | ABC Realty, 152 West 57th Street, New York, NY 10019-3383 |
| 10601015 | + | Aargo Real Estate, 26 Court Street Ste 804, Brooklyn, NY 11242-1108 |
| 10601017 | + | Accredited Property, Management, 136 Woodbury Road Ste 101, Woodbury, NY 11797-1411 |
| 10601018 | | Aces Laundry Service II LLC, ACES LAUNDRY SERVICE II, LLC, 111 North Central Park Avenue Ste 400, Hartsdale, NY 10530 |
| 10601020 | + | Alexander Wolf & Company, One Dupont Street, Plainview, NY 11803-1604 |
| 10601021 | + | All Area Realty Service, Inc., 138-25 31st Drive, Flushing, NY 11354-2664 |
| 10601022 | | All Shore Management, Services, INc., 772 W Beech St, Long Beach, NY 11561-2806 |
| 10601023 | + | Alliance Laundry Systems LLC, Shepard Street, P.O. Box 990, Ripon, WI 54971-0990 |
| 10601024 | + | Allied Partners, 301 E. 79th Street, New York, NY 10075-0951 |
| 10601025 | | Andrew Gerstein, P.O.Box 74036, Rego Park, NY 11374 |
| 10601026 | + | Arverne Limited Profit, Housing Corp., Herrick Feinstein LLP, 2 Park Avenue, New York, NY 10016-9302 |
| 10602821 | + | Arverne Limited-Profit Housing Corp., Herrick, Feinstein, LLP, Two Park Avenue, New York, NY 10016-9302 |
| 10601027 | + | Autarkic Holdings, Inc., Laundrylux, Kramer & Shapiro P.C., 8002 Kew Gardens Rd Ste 302, Kew Gardens, NY 11415-3611 |
| 10601029 | + | BPC Management, 80 Livingston Street, Brooklyn, NY 11201-5009 |
| 10601028 | | Barbizon Owners, HANKIN & MAZEL PLLC, 60 Cuttermill Rd Ste 505, Great Neck, NY 11021-3104 |
| 10629746 | + | Barbizon Owners, Inc., c/o Bodner Law PLLC, 55 Cherry Lane, Suite 101, Carle Place, NY 11514-1770 |
| 10601035 | + | Brown Harris Stevens, 1080 Fifth Ave., NY, NY, 770 Lexington Ave 4th Flr, New York, NY 10065-8165 |
| 10601030 | + | Brown Harris Stevens, 770 Lexington Ave 4th, New York, NY 10065-8165 |
| 10662856 | + | Cadman Plaza North, Inc, c/o Kagan Lubic Lepper, Finkelstein & Gold, LLP, 200 Madison Avenue, 24th Floor, New York, NY 10016-4001 |
| 10601036 | + | Clean Laundry Funding, P.O. Box 01375, Springfield, OH 45501-1375 |
| 10623657 | + | Clean Laundry Funding, PO Box 908, Devils Lake, ND 58301-0908 |
| 10601037 | + | Concerned Management, 251-38 71st Road, Bellerose, NY 11426-2726 |
| 10601038 | | DependableProperty, Management, Brooklyn, NY 11234 |
| 10601039 | + | Douglas Elliman Property, Management, 909 3rd Ave. 11th Flr, New York, NY 10022-4731 |
| 10652642 | + | Eastern Funding LLC, 213 West 35th Street, 2nd Floor, New York, NY 10001-0313 |
| 10601041 | | Einsidler Management Inc., 533 Broadhollow Road, Melville, NY 11747 |
| 10601042 | + | Fairfield 1086 Lynn Place, 538 Broadhollow Road, Melville, NY 11747-3676 |
| 10601043 | + | Fairfield 985 Oceanfront LLC, Fairfield 951 Oceanfront LLC, 536 Broadhollow Road 3rd Floor, Melville, NY 11747-3647 |

| | | |
|---|---|---|
| 10601044 | + | Fairfield Properties, 535 Broadhollow Road 3rd Floor, Melville, NY 11747-3713 |
| 10601045 | + | First Services Residential, 575 5th Ave Fl 9, New York, NY 10017-2429 |
| 10601046 | + | Foster Garvey P.C., Alan A. Heller, 199 Water Street, New York, NY 10038-3526 |
| 10634240 | + | Foster Garvey, P.C., 199 Water Street, Suite 901, New York, NY 10038-3526 |
| 10601047 | + | Goldin Management, 25 8th Avenue, Brooklyn, NY 11217-3767 |
| 10601048 | | Grant Management Services, 142 Mineola Ave Ste 3b, Roslyn Hts, NY 11577-2022 |
| 10601049 | + | Gunhill Realty Group, P.O. Box 117 Woodlawn Station, Bronx, NY 10470-0118 |
| 10601050 | + | Halstead Management, Company, LLC, 770 Lexington Ave. 8th Floor, New York, NY 10065-8165 |
| 10601051 | + | Hawthorne Ventures LLC, 235 Seaman Avenue, P.O Box 57, Tallman, NY 10982-0057 |
| 10601052 | #+ | Herman Slepoy Corporation, 230 Atlantic Ave. Ste 1R, Lynbrook, NY 11563-3518 |
| 10601053 | + | Hillpark Owners Inc., 75 South Middleneck Road, Great Neck, NY 11021-3469 |
| 10601055 | | IRS Dept of Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10601054 | + | Inception Investors LLC, P.O. Box 4438, New York, NY 10163-4438 |
| 10601056 | + | Jalen Management Company, 7018 Fort Hamilton Pkwy, Brooklyn, NY 11228-1104 |
| 10601057 | + | Kings Bay Housing Co. Inc., 2520 Batchelder Street, Brooklyn, NY 11235-1553 |
| 10662845 | + | Kings Bay Housing Co., Inc., c/o Kagan Lubic Lepper, Finkelstein & Gold, LLP, 200 Madison Avenue, 24th Floor, New York, NY 10016-4001 |
| 10601060 | | LCL Mountaintop LLC, 199 Baldwin Road, Ringwood, NJ 07456 |
| 10601058 | + | Lanai House Inc., 190 Merrick Road, Freeport, NY 11520-3754 |
| 10601059 | | Lazarus Management, 20F Robert Pitt Drive, Mountainville, NY 10953 |
| 10601061 | #+ | Leiter Property Management, 750 Grand Street Ste 55, Brooklyn, NY 11211-6899 |
| 10601062 | + | Linden Towers Cooperative, No. 4, Inc., 29-09 137th Street, Flushing, NY 11354-2053 |
| 10601063 | + | Macon Property Management, LLC, 371 Utica Ave., Brooklyn, NY 11213-5552 |
| 10601064 | + | Mahasset Management LLC, 37-36 75th Street, Jackson Heights, NY 11372-6447 |
| 10601065 | + | Metro Management, Development, Inc., 42-25 21st Street, Long Island City, NY 11101-4906 |
| 10601066 | + | Metropolitan Propertjes, 141-50 85th Road, Jamaica, NY 11435-2599 |
| 10601067 | + | Michael Ogazon Managenet, Co., 67 Hilton Avenue,, Garden City, NY 11530-2822 |
| 10601068 | + | Midboro Management Inc., 333 7th Ave. Room 500, New York, NY 10001-5122 |
| 10601070 | + | NYC Apartment Management, Inc., 477 Madison Ave. 6th Flr, New York, NY 10022-5827 |
| 10601069 | + | Newkey Realty LLC, 6410 8th Ave. Apt. C6, Brooklyn, NY 11220-5484 |
| 10601072 | + | Olympic Tower Condominium, 641 Fifth Avenue, New York, NY 10022-5908 |
| 10601073 | + | Orsid Realty Corp., 156 W. 56th Street 6th Floor, New York, NY 10019-3911 |
| 10601074 | + | Precision Asset Management, 131-42 234th Street, Rosedale, NY 11422-1312 |
| 10601075 | + | Principal Management, 40 Randall Avenue, Freeport, NY 11520-2764 |
| 10601076 | + | Queens Quality Management, 25-83 Francis Lewis Blvd., Flushing, NY 11358-1155 |
| 10601079 | + | RLH Management, 404 Main Street, Port Washington, NY 11050-3122 |
| 10601080 | ++++ | ROKOWSKY MANAGEMENT, PO BOX 191023, BROOKLYN NY 11219-7023 address filed with court:, Rokowsky Management, P.O. Box 1023, Brooklyn, NY 11219 |
| 10601077 | + | Richland Management, P.O. Box 222120, Great Neck, NY 11022-2120 |
| 10601081 | + | Sandberg Management Corp, 231 W. 29th Street Ste. 901, New York, NY 10001-5470 |
| 10601010 | + | Schneider Buchel LLP, 60 Crossways Park Sr. Ste 11797-2018 |
| 10601082 | + | Seaview Terrace Cooperative, 560 West Broadway Apt. L2, Long Beach, NY 11561-3036 |
| 10601083 | + | Solstice Residential Group, 120 Broadway Ste 22C, New York, NY 10271-0002 |
| 10601084 | + | Summit & Sip LLC, 425 Summit Ave, Jersey City, NJ 07306-3361 |
| 10601088 | | TRC Property Management, 284 East Park Ave., Long Beach, NY 11561 |
| 10601085 | | The 145 East 76th Street, Condominium, 145 E 76th St, New York, NY 10021-2818 |
| 10601086 | + | The Spitzer Group, 345 Baldwin Ave, Jersey City, NJ 07306-2096 |
| 10601087 | + | Ther Dermot Company, 729 7th Avenue 15th Flr, New York, NY 10019-6888 |
| 10601090 | + | Tumbles LLC, 8 Mountainside Drive, Ringwood, NJ 07456-2811 |
| 10658927 | + | United Veterans Mutual Housing Company, INc., c/o Hankin & Mazel PLLC, 60 Cutter Mill Road, Suite 505, Great Neck, NY 11021-3104 |
| 10601091 | + | Vanguard Investors Ltd., 501 5th Ave. Ste. 704, New York, NY 10017-7845 |
| 10601092 | + | Venture NY Property, Management LLC, 43-10 11th Street, Long Island City, NY 11101-6802 |
| 10601093 | + | Verrazano Owners, Inc., Firstservice Residential New York, Inc., 622 Third Avenue 14th Floor, New York, NY 10017-6934 |
| 10601094 | + | Vintage Realty Services, 3000 Marcus Ave. Ste 2E06, New Hyde Park, NY 11042-1005 |
| 10601097 | + | WRK Management Group,, Corp., P.O.Box 1086, Syosset, NY 11791-0902 |
| 10601095 | + | West Harlem Group, Assistance Inc., 1652 Amsterdam Ave., New York, NY 10031-6133 |
| 10601762 | | Whitman Village Housing Development Fund Corp., Vitale and Levitt, P.C., 534 Broadhollow Rd. Melville,, NY 11747 |
| 10662011 | + | c/o Kagan Lubic Lepper Finkelstein et al, Att: Fran I. Lawless, Esq., 200 Madison Ave., 24th Floor, New York, NY 10016-4001 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 3 of 4 |
| Date Rcvd: May 18, 2026 | Form ID: pdf000 | Total Noticed: 106 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2026 18:27:53 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10566913 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2026 18:27:53 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10595535 | Email/PDF: bncnotices@becket-lee.com | May 18 2026 18:27:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10599738 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 18 2026 18:15:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 10601040 | + Email/Text: legal@easternfunding.com | May 18 2026 18:15:00 | Eastern Funding, 213 West 35th Street 2E, New York, NY 10001-0217 |
| 10623650 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2026 18:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10568291 | + Email/Text: BANKRUPTCY@LABOR.NY.GOV | May 18 2026 18:15:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE BLDG 12, RM 256, ALBNY, NY 12226-1799 |
| 10601071 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 18 2026 18:15:00 | NYS Dept of Finance, BANKRUPTCY SECTION, PO Box 5300, Albany, NY 12205-0300 |
| 10591287 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 18 2026 18:15:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10603116 | + Email/Text: legalSOP@WEXInc.com | May 18 2026 18:15:00 | WEX Bank, Attn: Legal / Bankruptcy, 1 Hancock Street, Portland, ME 04101-4217 |
| 10601096 | + Email/Text: wefsag@westernequipmentfinance.com | May 18 2026 18:15:00 | Western Equipment Finance, inc., 420 College Drive South, Devils Lake, ND 58301-3502 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 50 Brompton Owners, Inc. |
| cr | | Cadman Plaza North, Inc. |
| cr | | Kings Bay Housing Co., Inc. |
| cr | *+ | United Veterans Mutual Housing Company, Inc., c/o Hankin & Mazel, PLLC, 60 Cutter Mill Road, Suite 505, Great Neck, NY 11021-3104 |
| 10601078 | *+ | Richland Management, P.O. Box 222120, Great Neck, NY 11022-2120 |
| 10662017 | *+ | c/o Kagan Lubic Lepper Finkelstein et al, Att: Fran I. Lawless, Esq., 200 Madison Ave., 24th Floor, New York, NY 10016-4001 |
| 10601019 | ##+ | Advanced Management, Services, 26 Court Street Ste. 804, Brooklyn, NY 11242-1108 |
| 10601089 | ##+ | Tudor Realty Services Corp., 250 Park Ave. South 4th Flr, New York, NY 10003-1402 |

TOTAL: 3 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0207-8 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: pdf000 | Total Noticed: 106 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Wertman | on behalf of Debtor Metered Appliances Inc. charles@cwertmanlaw.com LawOfficesofCharlesWertmanPC@jubileebk.net;adina@cwertmanlaw.com |
| Fran I. Lawless | on behalf of Creditor Kings Bay Housing Co.  Inc. flawless@kll-law.com |
| Fran I. Lawless | on behalf of Creditor Cadman Plaza North  Inc. flawless@kll-law.com |
| Matthew L Goldberg | on behalf of Creditor United Veterans Mutual Housing Company  Inc. mgoldberg@hankinmazel.com |
| Mitchell Flachner | on behalf of Creditor 50 Brompton Owners  Inc. mflachner@schneiderbuchel.com, mflachner@verizon.net |
| Salvatore LaMonica, Esq. | sl@lhmlawfirm.com  slamonica-nyeSCV@ecf.axosfs.com |
| Seth Choset | on behalf of Creditor 50 Brompton Owners  Inc. schoset@schneiderbuchel.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William J. Birmingham | william.birmingham@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                              Chapter 11 (Subchapter V)

Metered Appliances Inc.,                                            Case No.: 8-25-73481-ast

                                          Debtor.
-------------------------------------------------------- X

## ORDER PURSUANT TO 11 U.S.C. § 105(d)(2)(B)

On September 9, 2025 (the "Petition Date"), Metered Appliances Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code [Dkt. No. 1]. Since the Petition Date, Debtor has operated as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

On September 26, 2025, the Court entered an Order for the purpose of determining an appropriate schedule for the proper administration of this case and to consider other related matters, motions, and applications in this Chapter 11 case [Dkt. No. 8].[1] The Order scheduled an initial status conference for November 5, 2025.

The Court conducted a status conference on November 5, 2025, and adjourned status conferences on January 14, 2026, March 11, 2026, April 22, 2026, and May 13, 2026.

On the record of the May 13, 2026, status conference, the Court set a deadline of September 8, 2026, for Debtor to obtain confirmation of a plan of reorganization; in the event Debtor failed to comply with the deadline, the Court stated that it would either convert Debtor's case to one under Chapter 7 or dismiss the case.

Based on the foregoing, and in accordance with 11 U.S.C. § 105(d)(2)(B), it is hereby

---

[1] On November 17, 2025, the Court entered an Amended Scheduling Order [Dkt. No. 15] to correct, among other things, the bar filing date reflected in the Court's Order Establishing Deadline for Filing Proofs of Claim [Dkt. No. 9].

**ORDERED**, that Debtor shall obtain confirmation of a plan of reorganization by **September 8, 2026**; and it is further

**ORDERED**, that any unexcused failure to comply with the foregoing paragraph of this Order shall constitute cause for immediate conversion of the case to Chapter 7 or dismissal pursuant to 11 U.S.C. § 1112 without a further hearing or notice; and it is further

**ORDERED**, that an adjourned status conference is scheduled for **June 24, 2026**, at 10:00 a.m. in Courtroom 960, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York; and it is further

**ORDERED**, that the Clerk of Court shall serve a copy of this Order on Debtor, Debtor's counsel, the Office of the United States Trustee, and all creditors and parties in interest.



Dated: May 15, 2026
    Central Islip, New York

_____
        Alan S. Trust
United States Bankruptcy Judge