**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
In re:

  METERED APPLIANCES INC.,

                            Debtor.
--------------------------------------------------------x

Chapter 11 (SubChapter V)
Case No. 25-73481 (AST)

## ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT
## TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

Upon the Motion (the "**Motion**") of Metered Appliances Inc. (the "**Debtor**"), debtor and debtor-in-possession in the above-captioned Chapter 11 case, for entry of an order approving that certain Settlement Agreement dated January 16, 2026 between the Debtor and Linden Towers Cooperative No. 4, Inc. (the "Co-op"), pursuant to Federal Rule of Bankruptcy Procedure 9019; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Settlement Agreement dated January 16, 2026 between the Debtor and Linden Towers Cooperative No. 4, Inc., annexed to the Motion as Exhibit A, is hereby approved pursuant to Federal Rule of Bankruptcy Procedure 9019; and it is further

**ORDERED**, that the Debtor is authorized and directed to take all actions necessary to

implement and perform its obligations under the Settlement Agreement, including but not limited to the removal of laundry equipment from the premises as provided therein; and it is further

**ORDERED**, that the Debtor and Linden Towers Cooperative No. 4, Inc. are authorized to consummate the Settlement Agreement and perform all obligations set forth therein; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order and the Settlement Agreement.

Dated: June 1, 2026
     Central Islip, New York



_____
        Alan S. Trust
United States Bankruptcy Judge