Information to identify the case:

Debtor    Metered Appliances Inc.                    EIN:  11–2520152

Name

United States Bankruptcy Court    Eastern District of New York

Date case filed for chapter:    11    9/9/25

Case number:    8–25–73481–jpm

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated June 5, 2026, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable John P Mastando III, United States Bankruptcy Judge effective June 8, 2026. Please take note of the new case number: **8–25–73481–jpm** .

Dated: June 8, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 06/08/26]