# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 6/8/2026 |
| Case: 8–25–73481–jpm | Form ID: 151 | Total: 112 |

**Recipients of Notice of Electronic Filing:**
tr        Salvatore LaMonica, Esq.        sl@lhmlawfirm.com
aty       Charles Wertman        charles@cwertmanlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Metered Appliances Inc.        1017 Merrick Road        Baldwin, NY 11510
smg       United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560 Federal Plaza        Central Islip, NY 11722–4437
10601007  1–11 Marble Hill Corp.        LANGSAM PROPERTY SERVICES CORP.        1601 Bronxdale Avenue        Bronx, NY 10462
10601009  1800 Lanes Mill Road        Brick, NJ 08724        50 Brompton Owners, Inc.
10601008  221–22 Manor Road        Queens Village, NY 11427        290 E56th Street Holdings        LLC
10654998  50 Brompton Owners, Inc.        c/o SCHNEIDER BUCHEL LLP        60 Crossways Park Drive West, Suite 340        Woodbury, New York 11797
10601011  60G Mgmt LLC        407 Broome Street 3rd Flr        New York, NY 10013
10669618  67–30 Dartmouth Street        Owners Corp        c/o Robert E. Judge, P.C.        365 Bridge Street Suite 3pro        Brooklyn, NY 11201
10601012  67–30 Dartmouth Street        Owners Corp.        Robert E. Judge, P.C.        365 Bridge St Ste 3pro        Brooklyn, NY 11201–0803
10601013  825 5th Ave., Corp.        825 5th Ave.        New York, NY 10021
10631420  8300 Talbot St. Owners Corp.        2584 Steinway Street        Astoria, New York 11103
10601014  84 Drive Homes Inc.        JARED P. TURMAN, ESQ.        330 WEST 38TH STREET STE 701        New York, NY 10018
10601016  ABC Realty        152 West 57th Street        New York, NY 10019
10601015  Aargo Real Estate        26 Court Street Ste 804        Brooklyn, NY 11242
10601017  Accredited Property        Management        136 Woodbury Road Ste 101        Woodbury, NY 11797
10601018  Aces Laundry Service II LLC        ACES LAUNDRY SERVICE II, LLC        111 North Central Park Avenue Ste 400        Hartsdale, NY 10530
10601019  Advanced Management        Services        26 Court Street Ste. 804        Brooklyn, NY 11242
10601020  Alexander Wolf & Company        One Dupont Street        Plainview, NY 11803
10601021  All Area Realty Service, Inc.        138–25 31st Drive        Flushing, NY 11354
10601022  All Shore Management        Services, INc.        772 W Beech St        Long Beach, NY 11561–2806
10601023  Alliance Laundry Systems LLC        Shepard Street        P.O. Box 990        Ripon, WI 54971
10601024  Allied Partners        301 E. 79th Street        New York, NY 10075
10566913  Ally Capital        AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
10595535  American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701
10601025  Andrew Gerstein        P.O.Box 74036        Rego Park, NY 11374
10601026  Arverne Limited Profit        Housing Corp.        Herrick Feinstein LLP        2 Park Avenue        New York, NY 10016
10602821  Arverne Limited–Profit Housing Corp.        Herrick, Feinstein, LLP        Two Park Avenue        New York, NY 10016
10601027  Autarkic Holdings, Inc.        Laundrylux        Kramer & Shapiro P.C.        8002 Kew Gardens Rd Ste 302        Kew Gardens, NY 11415–3613
10601029  BPC Management        80 Livingston Street        Brooklyn, NY 11201
10601028  Barbizon Owners        HANKIN & MAZEL PLLC        60 Cuttermill Rd Ste 505        Great Neck, NY 11021–3104
10629746  Barbizon Owners, Inc.        c/o Bodner Law PLLC        55 Cherry Lane, Suite 101        Carle Place, NY 11514
10601035  Brown Harris Stevens        1080 Fifth Ave., NY, NY        770 Lexington Ave 4th Flr        New York, NY 10065
10601030  Brown Harris Stevens        770 Lexington Ave 4th        New York, NY 10065
10662856  Cadman Plaza North, Inc        c/o Kagan Lubic Lepper        Finkelstein & Gold, LLP        200 Madison Avenue, 24th Floor        New York, NY 10016
10599738  Cellco Partnership d/b/a Verizon Wireless        William M Vermette        22001 Loudoun County PKWY        Ashburn, VA 20147
10601036  Clean Laundry Funding        P.O. Box 01375        Springfield, OH 45501
10623657  Clean Laundry Funding        PO Box 908        Devils Lake, ND 58301–58301
10601037  Concerned Management        251–38 71st Road        Bellerose, NY 11426
10601038  DependableProperty        Management        Brooklyn, NY 11234
10601039  Douglas Elliman Property        Management        909 3rd Ave. 11th Flr        New York, NY 10022
10601040  Eastern Funding        213 West 35th Street 2E        New York, NY 10001
10652642  Eastern Funding LLC        213 West 35th Street, 2nd Floor        New York, NY 10001
10601041  Einsidler Management Inc.        533 Broadhollow Road        Melville, NY 11747
10601042  Fairfield 1086 Lynn Place        538 Broadhollow Road        Melville, NY 11747

10601043 Fairfield 985 Oceanfront LLC    Fairfield 951 Oceanfront LLC    536 Broadhollow Road 3rd Floor    Melville, NY 11747

10601044 Fairfield Properties    535 Broadhollow Road 3rd Floor    Melville, NY 11747

10601045 First Services Residential    575 5th Ave Fl 9    New York, NY 10017

10601046 Foster Garvey P.C.    Alan A. Heller    199 Water Street    New York, NY 10016

10634240 Foster Garvey, P.C.    199 Water Street, Suite 901    New York, NY 10038

10601047 Goldin Management    25 8th Avenue    Brooklyn, NY 11217

10601048 Grant Management Services    142 Mineola Ave Ste 3b    Roslyn Hts, NY 11577–2022

10601049 Gunhill Realty Group    P.O. Box 117 Woodlawn Station    Bronx, NY 10470

10601050 Halstead Management    Company, LLC    770 Lexington Ave. 8th Floor    New York, NY 10065

10601051 Hawthorne Ventures LLC    235 Seaman Avenue    P.O Box 57    Tallman, NY 10982

10601052 Herman Slepoy Corporation    230 Atlantic Ave. Ste 1R    Lynbrook, NY 11563

10601053 Hillpark Owners Inc.    75 South Middleneck Road    Great Neck, NY 11021

10601055 IRS Dept of Bankruptcy    PO Box 7346    Philadelphia, PA 19101–7346

10601054 Inception Investors LLC    P.O. Box 4438    New York, NY 10163

10623650 Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346

10601056 Jalen Management Company    7018 Fort Hamilton Pkwy    Brooklyn, NY 11228

10601057 Kings Bay Housing Co. Inc.    2520 Batchelder Street    Brooklyn, NY 11235

10662845 Kings Bay Housing Co., Inc.    c/o Kagan Lubic Lepper    Finkelstein & Gold, LLP    200 Madison Avenue, 24th Floor    New York, NY 10016

10601060 LCL Mountaintop LLC    199 Baldwin Road    Ringwood, NJ 07456

10601058 Lanai House Inc.    190 Merrick Road    Freeport, NY 11520

10601059 Lazarus Management    20F Robert Pitt Drive    Mountainville, NY 10953

10601061 Leiter Property Management    750 Grand Street Ste 55    Brooklyn, NY 11211

10601062 Linden Towers Cooperative    No. 4, Inc.    29–09 137th Street    Flushing, NY 11354

10601063 Macon Property Management    LLC    371 Utica Ave.    Brooklyn, NY 11213

10601064 Mahasset Management LLC    37–36 75th Street    Jackson Heights, NY 11372

10601065 Metro Management    Development, Inc.    42–25 21st Street    Long Island City, NY 11101

10601066 Metropolitan Propertjes    141–50 85th Road    Jamaica, NY 11435

10601067 Michael Ogazon Managenet    Co.    67 Hilton Avenue,    Garden City, NY 11530

10601068 Midboro Management Inc.    333 7th Ave. Room 500    New York, NY 10001

10568291 NEW YORK STATE DEPARTMENT OF LABOR    1220 WASHINGTON AVE BLDG 12, RM 256    ALBNY, NY 12226

10601070 NYC Apartment Management    Inc.    477 Madison Ave. 6th Flr    New York, NY 10001

10601071 NYS Dept of Finance    BANKRUPTCY SECTION    PO Box 5300    Albany, NY 12205

10591287 New York State Department of Taxation & Finance    Bankruptcy Section    P O Box 5300    Albany New York 12205–0300

10601069 Newkey Realty LLC    6410 8th Ave. Apt. C6    Brooklyn, NY 11220

10601072 Olympic Tower Condominium    641 Fifth Avenue    New York, NY 10022

10601073 Orsid Realty Corp.    156 W. 56th Street 6th Floor    New York, NY 10019

10601074 Precision Asset Management    131–42 234th Street    Rosedale, NY 11422

10601075 Principal Management    40 Randall Avenue    Freeport, NY 11520

10601076 Queens Quality Management    25–83 Francis Lewis Blvd.    Flushing, NY 11358

10601079 RLH Management    404 Main Street    Port Washington, NY 11050

10601077 Richland Management    P.O. Box 222120    Great Neck, NY 11022

10601078 Richland Management    P.O. Box 222120    Great Neck, NY 11022

10601080 Rokowsky Management    P.O. Box 1023    Brooklyn, NY 11219

10601081 Sandberg Management Corp    231 W. 29th Street Ste. 901    New York, NY 10001

10601010 Schneider Buchel LLP    60 Crossways Park Sr. Ste 340    11797

10601082 Seaview Terrace Cooperative    560 West Broadway Apt. L2    Long Beach, NY 11561

10601083 Solstice Residential Group    120 Broadway Ste 22C    New York, NY 10271

10601084 Summit & Sip LLC    425 Summit Ave    Jersey City, NJ 07306

10601088 TRC Property Management    284 East Park Ave.    Long Beach, NY 11561

10601085 The 145 East 76th Street    Condominium    145 E 76th St    New York, NY 10021–2818

10601086 The Spitzer Group    345 Baldwin Ave    Jersey City, NJ 07306

10601087 Ther Dermot Company    729 7th Avenue 15th Flr    New York, NY 10019

10601089 Tudor Realty Services Corp.    250 Park Ave. South 4th Flr    New York, NY 10003

10601090 Tumbles LLC    8 Mountainside Drive    Ringwood, NJ 07456

10658927 United Veterans Mutual Housing Company, INc.    c/o Hankin & Mazel PLLC    60 Cutter Mill Road, Suite 505    Great Neck, NY 11021

10601091 Vanguard Investors Ltd.    501 5th Ave. Ste. 704    New York, NY 10017

10601092 Venture NY Property    Management LLC    43–10 11th Street    Long Island City, NY 11101

10601093 Verrazano Owners, Inc.    Firstservice Residential New York, Inc.    622 Third Avenue 14th Floor    New York, NY 10017

10601094 Vintage Realty Services    3000 Marcus Ave. Ste 2E06    New Hyde Park, NY 11042

10603116 WEX Bank    Attn: Legal / Bankruptcy    1 Hancock Street    Portland, ME 04101

10601097 WRK Management Group,    Corp.    P.O.Box 1086    Syosset, NY 11791

10601095 West Harlem Group    Assistance Inc.    1652 Amsterdam Ave.    New York, NY 10031

10601096 Western Equipment Finance    inc.    420 College Drive South    Devils Lake, ND 58301

10601762 Whitman Village Housing Development Fund Corp.    Vitale and Levitt, P.C.    534 Broadhollow Rd. Melville,, NY 11747

10662011 c/o Kagan Lubic Lepper Finkelstein et al    Att: Fran I. Lawless, Esq.    200 Madison Ave., 24th Floor    New York, NY 10016

10662017 c/o Kagan Lubic Lepper Finkelstein et al    Att: Fran I. Lawless, Esq.    200 Madison Ave., 24th Floor    New York, NY 10016

TOTAL: 110