| | Chase Checking | | |
|---|---|---|---|
| | | | |
| | | | |
| | **Account #** | | |
| | **9711445289** | | |
| | | January 1, 2025 | |
| | | Beginning Balance | $7,223.88 |
| | | Deposits | $122,433.77 |
| | | | |
| | | Checks Paid | $36,030.11 |
| | | Electronic Withdrawals | $84,721.92 |
| | | Fees | $641.26 |
| | | Ending Balance | $8,264.36 |
| | | | |
| | | | |
| | | February 1, 2025 | |
| | | Beginning Balance | $8,264.16 |
| | | Deposits | $106,835.29 |
| | | | |
| | | Checks Paid | $42,937.89 |
| | | Electronic Withdrawals | $71,444.27 |
| | | Fees | $144.94 |
| | | Ending Balance | $572.35 |
| | | | |
| | | | |
| | | March 1, 2025 | |
| | | Beginning Balance | $572.35 |
| | | Deposits | $96,725.08 |
| | | | |
| | | Checks Paid | $23,970.67 |
| | | Electronic Withdrawals | $71,714.62 |
| | | Fees | $197.22 |
| | | Ending Balance | $1,414.92 |
| | | | |
| | | | |
| | | April 1, 2025 | |
| | | Beginning Balance | $1,414.92 |
| | | Deposits | $110,368.85 |
| | | | |
| | | Checks Paid | $35,369.12 |
| | | Electronic Withdrawals | $68,211.45 |
| | | Other Withdrawals | $1,000.00 |
| | | Fees | $197.29 |
| | | Ending Balance | $7,005.91 |
| | | | |
| | | | |
| | | May 1, 2025 | |
| | | Beginning Balance | $7,005.91 |

| | | | |
|---|---|---|---:|
| | | Deposits | $97,591.39 |
| | | | |
| | | Checks Paid | $32,863.15 |
| | | Electronic Withdrawals | $60,546.30 |
| | | Fees | $224.65 |
| | | Ending Balance | $10,963.20 |
| | | | |
| | | | |
| | | June 1, 2025 | |
| | | Beginning Balance | $10,963.20 |
| | | Deposits | $110,798.54 |
| | | | |
| | | Checks Paid | $41,687.88 |
| | | Electronic Withdrawals | $76,597.94 |
| | | Fees | $96.53 |
| | | Ending Balance | $3,379.39 |
| | | | |
| | | | |
| | | July 1, 2025 | |
| | | Beginning Balance | $3,379.39 |
| | | Deposits | $99,847.69 |
| | | | |
| | | Checks Paid | $28,259.51 |
| | | Electronic Withdrawals | $71,013.28 |
| | | Fees | $309.32 |
| | | Ending Balance | $3,644.97 |
| | | | |
| | | | |
| | | August 1, 2025 | |
| | | Beginning Balance | $3,644.97 |
| | | Deposits | $93,456.90 |
| | | | |
| | | Checks Paid | $34,570.95 |
| | | Electronic Withdrawals | $58,460.30 |
| | | Fees | $194.96 |
| | | Ending Balance | $3,875.66 |
| | | | |
| | | | |
| Account # | | September 1, 2025 | |
| | 9711445289 | Beginning Balance | $3,875.66 |
| | | Deposits | $92,586.54 |
| | | Cash Received -Undeposited | $3,316.50 |
| | | | |
| | | | |
| | | Checks Paid | $28,214.01 |
| | | Electronic Withdrawals | $65,710.84 |
| | | Dispursements from Cash | $3,316.50 |
| | | | |

| | | | |
|---|---|---|---|
| | | Fees | $106.93 |
| | | Ending Balance | $2,430.42 |
| | | Total Deposited | **$95,903.04** |
| | | **September/2025 Beginning Balance** | **$11,945.48** |
| | | **September/2025 Ending Balance** | **$4,615.59** |
| | | | |
| | | | |
| | | October 1, 2025 | |
| | | Beginning Balance | $2,430.42 |
| | | Deposits | $42,448.59 |
| | | Cash Received -Undeposited | $6,183.50 |
| | | | |
| | | Checks Paid | $13,548.89 |
| | | Electronic Withdrawals | $28,541.79 |
| | | Other Withdrawals | $2,695.26 |
| | | Dispursements from Cash | $6,183.50 |
| | | Fees | $92.49 |
| | | Ending Balance | $0.58 |
| | | Total Deposited | **$48,632.09** |
| | | | |
| | | | |
| | | November 1, 2025 | |
| | | Beginning Balance | $0.58 |
| | | Deposits | $2,183.00 |
| | | Cash Received -Undeposited | $0.00 |
| | | | |
| | | Checks Paid | $580.00 |
| | | Electronic Withdrawals | $1,573.58 |
| | | Dispursements from Cash | $0.00 |
| | | Fees | $30.00 |
| | | Ending Balance | $0.00 |
| | | Total Deposited | $2,183.00 |
| | | | |
| | | | |
| | DIP Acct # | | |
| | 2905330511 | | |
| | | October 1, 2025 | |
| | | Beginning Balance | $0.00 |
| | | Deposits | $45,873.85 |
| | | Cash Received -Undeposited | $8,302.40 |
| | | | |
| | | Checks Paid | $8,585.62 |
| | | Electronic Withdrawals | $33,433.56 |
| | | Dispursements from Cash | $8,302.40 |
| | | Other Withdrawals | |
| | | Fees | $0.00 |
| | | Ending Balance | $3,854.67 |

| | | | |
|---|---|---|---|
| | | Total Deposited | **$54,176.25** |
| | | **October/2025 Beginning Balance** | **$4,615.59** |
| | | **October/2025 Ending Balance** | **$5,153.41** |
| | | | |
| | | November 1, 2025 | |
| | | Beginning Balance | $3,854.67 |
| | | Deposits | $74,605.01 |
| | | Cash Received -Undeposited | $1,534.99 |
| | | | |
| | | | |
| | | Checks Paid | $24,428.91 |
| | | Electronic Withdrawals | $44,846.26 |
| | | Dispursements from Cash | $1,534.99 |
| | | ATM & Debit Crd Withdrawals | $205.81 |
| | | Other Withdrawals | |
| | | Fees | $51.77 |
| | | Ending Balance | $8,926.93 |
| | | Total Deposited | **$76,140.00** |
| | | **November/2025 Beginning Balance** | **$5,153.41** |
| | | **November/2025 Ending Balance** | **$15,221.47** |
| | | | |
| | | December 1 2025 | |
| | | Beginning Balance | $8,926.93 |
| | | Deposits | $86,021.49 |
| | | Cash Received -Undeposited | $2,078.48 |
| | | | |
| | | | |
| | | Checks Paid | $36,722.75 |
| | | Electronic Withdrawals | $43,982.21 |
| | | Dispursements from Cash | $2,078.48 |
| | | ATM & Debit Crd Withdrawals | $266.40 |
| | | Fees | $77.95 |
| | | Ending Balance | $13,351.73 |
| | | Total Deposited | **$88,099.97** |
| | | **December/2025 Beginning Balance** | **$15,221.47** |
| | | **December Total Ending Balance** | **$20,151.95** |
| | | | |
| | | January 1 2026 | |
| | | Beginning Balance | $13,351.73 |
| | | Deposits | $106,400.55 |
| | | Cash Received -Undeposited | $6,573.00 |
| | | Total Cash Collected | |
| | | | |
| | | Checks Paid | $23,825.04 |
| | | Electronic Withdrawals | $76,140.54 |
| | | Dispursements from Cash | $6,573.00 |
| | | ATM & Debit Crd Withdrawals | $211.32 |

| | | | |
|---|---|---|---|
| | | Fees | $56.58 |
| | | Ending Balance | $19,518.80 |
| | | Total Deposited | **$112,973.55** |
| | | **January/2026 Beginning Balance** | **$20,151.95** |
| | | **January Total Ending Balance** | **$23,254.55** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | February 1 2026 | |
| | | Beginning Balance | $19,518.80 |
| | | Deposits | $82,276.50 |
| | | Cash Received -Undeposited | $4,361.75 |
| | | Total Cash Collected | |
| | | | |
| | | Checks Paid | $38,734.07 |
| | | Electronic Withdrawals | $40,070.83 |
| | | Dispursements from Cash | $4,361.75 |
| | | ATM & Debit Crd Withdrawals | $322.10 |
| | | Other Withdrawals | $73.16 |
| | | Fees | $117.40 |
| | | Ending Balance | $22,477.74 |
| | | Total Deposited | **$86,638.25** |
| | | **February/2026 Beginning Balance** | **$23,254.55** |
| | | **February/2026 Total Ending Balance** | **$26,631.26** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | March 1 2026 | |
| | | Beginning Balance | $22,477.74 |
| | | Deposits | $89,148.25 |
| | | Cash Received -Undeposited | $4,919.25 |
| | | Total Cash Collected | $94,067.50 |
| | | | |
| | | Checks Paid | $40,459.07 |
| | | Electronic Withdrawals | $53,009.89 |
| | | Dispursements from Cash | $4,919.25 |
| | | ATM & Debit Crd Withdrawals | $322.10 |
| | | Other Withdrawals | $0.00 |
| | | Fees | $116.99 |
| | | Ending Balance | $17,717.94 |
| | | Total Deposited | |

| | | | |
|---|---|---|---|
| | | **March/2026 Beginning Balance** | **$26,631.26** |
| | | **March/2026 Total Ending Balance** | **$21,871.46** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | April 1 2026 | |
| | | Beginning Balance | $17,717.94 |
| | | Deposits | $115,121.00 |
| | | Cash Received -Undeposited | $2,002.75 |
| | | Total Cash Collected | $117,123.75 |
| | | | |
| | | Checks Paid | $33,816.73 |
| | | Electronic Withdrawals | $62,781.85 |
| | | Dispursements from Cash | $2,002.75 |
| | | ATM & Debit Crd Withdrawals | $312.10 |
| | | Other Withdrawals | |
| | | Fees | $134.42 |
| | | Ending Balance | $35,793.84 |
| | | Total Deposited | |
| | | **April/2026 Beginning Balance** | **$21,871.46** |
| | | **April/2026 Total Ending Balance** | **$39,947.36** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | May 1 2026 | |
| | | Beginning Balance | $35,793.84 |
| | | Deposits | $78,078.52 |
| | | Cash Received -Undeposited | $2,421.00 |
| | | Total Cash Collected | $80,499.52 |
| | | | |
| | | Checks Paid | $39,056.73 |
| | | Electronic Withdrawals | $45,478.98 |
| | | Dispursements from Cash | $2,421.00 |
| | | ATM & Debit Crd Withdrawals | $311.85 |
| | | Other Withdrawals | |
| | | Fees | $151.55 |
| | | Ending Balance | $28,873.25 |
| | | Total Deposited | |
| | | **May/2026 Beginning Balance** | **$39,947.36** |
| | | **May/2026 Total Ending Balance** | **$33,026.77** |

| | 2994818165 Savings | | | 5056726302 -Tax Sav | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | Account # | | | | |
| | 2994818165 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | September 1, 2025 | | | September 1, 2025 | |
|---|---|---|---|---|---|
| | Beginning Balance | $1,000.81 | | $5,131.71 | |
| | Deposits | $11,570.31 | | $0.30 | |
| | | | | | |
| | | | | | |
| | Checks Paid | | | | |
| | Electronic Withdrawals | $12,443.10 | | $4,676.60 | |
| | | | | | |

| | Fees | | | | |
|---|---|---|---|---|---|
| | Ending Balance | $128.02 | | $455.41 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | October 1, 2025 | | | October 1, 2025 | |
| | Beginning Balance | $128.02 | | $455.41 | |
| | Deposits | | | | |
| | | | | | |
| | | | | | |
| | Checks Paid | | | | |
| | Electronic Withdrawals | $128.02 | | $85.00 | |
| | Other Withdrawals | | | $455.14 | |
| | | | | | |
| | Fees | | | | |
| | Ending Balance | $0.00 | | $0.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Difference | | | | |

| 5289 November | 5289 & 30511 Combined | Totals | | | |
|---|---|---|---|---|---|
| $0.58 | $3,855.25 | $5,238.14 | | | |
| $2,183.00 | $76,788.01 | $93,289.52 | | | |
| $0.00 | $1,534.99 | $1,534.99 | | | |
| | | | | | |
| | | | | | |
| $580.00 | $25,008.91 | $25,588.91 | | | |
| $1,573.58 | $46,419.84 | $58,009.70 | | | |
| $0.00 | $1,534.99 | $1,534.99 | | | |
| | $205.81 | $205.81 | | | |
| | | | | | |
| $30.00 | $81.77 | $81.77 | | | |
| $0.00 | $8,926.93 | $15,221.47 | | | |
| $2,183.00 | $78,323.00 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | $114,782.90 | | | | |
| | $94,083.57 | | | | |
| | $20,699.33 | | | | |
| | | | | | |
| | $547.38 | Difference | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | $26,631.26 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Flagstar DIP 1500440569 | | 425C | |
|---|---|---|---|
| | | | |
| | | | |
| Account # Flagstar | | | |
| 1500440569 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| September 1, 2025 | | | |
| Beginning Balance | $1,937.30 | | |
| Deposits | $1,049.64 | | |
| | $2,986.94 | | |
| | | | |
| | | | |
| Debits | | | |
| Electronic Withdrawals | | | |
| | | | |
| Debits | $1,385.20 | | |

| | | | |
|---|---|---|---|
| Fees | | | |
| Ending Balance | $1,601.74 | | |
| | | $120,468.77 | |
| | | $4,615.59 | |
| | | | |
| | | | |
| | | | |
| | | | |
| $1,601.74 | | | |
| | | See Below | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $51,730.09 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | See Below | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| October 1, 2025 | | | |
| Beginning Balance | $1,601.74 | | |
| Deposits | $1,080.63 | | |
| | | | |
| | | | |
| | | | |
| Checks Paid | | | |
| Electronic Withdrawals | $1,882.64 | | |
| | | | |
| Other Withdrawals | | | |
| Fees | | | |
| Ending Balance | $799.73 | | |

| | | | |
|---|---|---|---|
| $537.82 | | | |
| | | | |
| | | | |
| November 1, 2025 | | | |
| Beginning Balance | $799.73 | | |
| Deposits | $919.73 | | |
| | | | |
| | | | |
| | | | |
| Checks Paid | | | |
| Electronic Withdrawals | $3.19 | | |
| | | | |
| | | | |
| | | | |
| Fees | | | |
| Ending Balance | $1,716.27 | | |
| | | | |
| $9,983.33 | | | |
| $15,136.74 | | | |
| | | | |
| December 1 2025 | | | |
| Beginning Balance | $1,716.27 | | |
| Deposits | $1,022.58 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | $2.12 | | |
| | | | |
| | | | |
| Fees | | | |
| Ending Balance | $2,736.73 | | |
| | | | |
| $5,477.86 | | | |
| $20,699.33 | | | |
| | | | |
| January 1 2026 | | | |
| Beginning Balance | $2,736.73 | | |
| Deposits | $1,001.36 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | $2.34 | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| Fees | | | |
| Ending Balance | $3,735.75 | | |
| | | | |
| | $3,102.60 | | |
| | $23,254.55 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| February 1 2026 | | | |
| Beginning Balance | $3,735.75 | | |
| Deposits | $419.31 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | | | |
| | | | |
| | | | |
| | | | |
| Fees | $1.54 | | |
| Ending Balance | $4,153.52 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| March 1 2026 | | | |
| Beginning Balance | $4,153.52 | | |
| Deposits | $0.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | $0.00 | | |
| | | | |
| | | | |
| | | | |
| Fees | $0.00 | | |
| Ending Balance | $4,153.52 | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| April 1 2026 | | | |
| Beginning Balance | $4,153.52 | | |
| Deposits | $0.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | $0.00 | | |
| | | | |
| | | | |
| | | | |
| Fees | $0.00 | | |
| Ending Balance | $4,153.52 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| May 1 2026 | | | |
| Beginning Balance | $4,153.52 | | |
| Deposits | $0.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | $0.00 | | |
| | | | |
| | | | |
| | | | |
| Fees | $0.00 | | |
| Ending Balance | $4,153.52 | | |
| | | | |
| | | | |
| | | | |

| DIP 5081910251 Savings | | | DIP 5081910269 Tax |
|---|---|---|---|
| | | | |
| | | | |
| Account # Chase | | | Account # Chase |
| DIP 5081910251 Savings | | | DIP 5081910269 Tax |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| $11,945.48 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 10/13 -30/2025 | | | 10/13 -30/2025 |
| Beginning Balance | $0.00 | | Beginning Balance |
| Deposits | $4,128.02 | | Deposits |
| | | | |
| | | | |
| | | | |
| Checks Paid | | | Checks Paid |
| Electronic Withdrawals | $4,000.00 | | Electronic Withdrawals |
| | | | |
| Other Withdrawals | | | Other Withdrawals |
| Fees | | | Fees |
| Ending Balance | $128.02 | | Ending Balance |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| November 1, 2025 | | | November 1, 2025 |
| Beginning Balance | $128.02 | | Beginning Balance |
| Deposits | $9,500.01 | | Deposits |
| | | | |
| | | | |
| | | | |
| Checks Paid | | | Checks Paid |
| Electronic Withdrawals | $9,484.89 | | Electronic Withdrawals |
| | | | |
| | | | |
| | | | |
| Fees | | | Fees |
| Ending Balance | $143.14 | | Ending Balance |
| | | | |
| | | | |
| | | | |
| | | | |
| December 1 2025 | | | December 1 2025 |
| Beginning Balance | $143.14 | | Beginning Balance |
| Deposits | $9,365.70 | | Deposits |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | $5,971.40 | | Electronic Withdrawals |
| | | | |
| | | | |
| Fees | $20.00 | | Fees |
| Ending Balance | $3,517.44 | | Ending Balance |
| | | | |
| | | | |
| | | | |
| | | | |
| January 1 2026 | | | January 1 2026 |
| Beginning Balance | $3,517.44 | | Beginning Balance |
| Deposits | $19,900.95 | | Deposits |
| | | | |
| | | | |
| | | | |
| | | | |
| Electronic Withdrawals | $23,418.38 | | Electronic Withdrawals |
| | | | |

| | | | |
|---|---|---|---|
| Fees | $0.01 | | Fees |
| Ending Balance | $0.00 | | Ending Balance |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| $3,646.71 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | 425C |
|---|---|---|---|---|
| | | | September 1, 2025 | |
| | | | $11,945.48 | Beginning Balance |
| | | | $105,206.79 | Cash Deposited |
| | | | $3,316.50 | Cash Undeposited |
| | | | | |
| | | | $108,523.29 | Total Cash Received |
| | | | $28,214.01 | |
| | | | $82,830.54 | Total Electronic Withdrawals |
| | | | $3,316.50 | Total Dispursements From Cash |
| | | | $1,385.20 | Total Other Withdrawals |

| | | | | | |
|---|---|---|---|---|---|
| | | | | $106.93 | Total Fees |
| | | | | $115,853.18 | Total Dispursements |
| | | | | $7,329.89 | Cash Flow |
| | | | | $4,615.59 | Cash on Hand At End Of Month |
| | | | 425C | | Oct-25 |
| | | | October 1, 2025 | | |
| $0.00 | | | | $4,615.59 | Beginning Balance |
| $4,455.14 | | | | $97,986.23 | Cash Deposited |
| | | | | $14,485.90 | Cash Undeposited |
| | | | | | |
| | | | | $112,472.13 | Total Cash Received |
| | | | | $22,134.51 | |
| $4,000.00 | | | | $72,071.01 | Total Electronic Withdrawals |
| | | | | $14,485.90 | Total Dispursements From Cash |
| | | | | $3,150.40 | Total Other Withdrawals |
| | | | | $92.49 | Total Fees |
| $455.14 | | | | $111,934.31 | Total Dispursements |

| | | | | |
|---|---|---|---|---|
| | | | $537.82 | Cash Flow |
| | | | $5,153.41 | Cash on Hand At End Of Month |
| | | | | |
| | | | 425C | 425C |
| | | | November 1, 2025 | |
| $455.14 | | | $5,153.41 | Beginning Balance |
| $6,081.77 | | | $93,289.52 | Cash Deposited |
| | | | $1,534.99 | Cash Undeposited |
| | | | | |
| | | | $94,824.51 | Total Cash Received |
| | | | $25,008.91 | |
| $2,101.78 | | | $58,009.70 | Total Electronic Withdrawals |
| | | | $1,534.99 | Total Dispursements From Cash |
| | | | $205.81 | Total Other Withdrawals |
| | | | $0.00 | Total Fees |
| | | | $81.77 | Total Dispursements |
| $4,435.13 | | | $84,841.18 | Cash Flow |
| | | | $9,983.33 | Cash on Hand At End Of Month |
| | | | $15,136.74 | |
| | | | | |
| | | | 425C | 425C |
| | | | December 1 2025 | |
| $4,435.13 | | | $15,221.47 | Beginning Balance |
| $1,073.18 | | | $97,482.95 | Cash Deposited |
| | | | $2,078.48 | Cash Undeposited |
| | | | | |
| | | | $99,561.43 | Total Cash Received |
| | | | $36,722.75 | |
| $4,962.26 | | | $54,917.99 | Total Electronic Withdrawals |
| | | | $2,078.48 | Total Dispursements From Cash |
| | | | $266.40 | Total Other Withdrawals |
| | | | $97.95 | Total Fees |
| $546.05 | | | $94,083.57 | Total Dispursements |
| | | | $5,477.86 | Cash Flow |
| | | | $20,699.33 | Cash on Hand At End Of Month |
| | | | | |
| | | | 425C | 425C |
| | | | January 1 2026 | |
| $546.05 | | | $20,151.95 | Beginning Balance |
| $402.38 | | | $127,705.24 | Cash Deposited |
| | | | $6,573.00 | Cash Undeposited |
| | | | | |
| | | | $134,278.24 | Total Cash Received |
| | | | $23,825.04 | Checks Paid |
| $948.43 | | | $100,509.69 | Total Electronic Withdrawals |
| | | | $6,573.00 | Total Dispursements From Cash |
| | | | $211.32 | Total Other Withdrawals |

| | | | | |
|---|---|---|---|---|
| | | | $56.59 | Total Fees |
| $0.00 | | | $131,175.64 | Total Dispursements |
| | | | $3,102.60 | Cash Flow |
| | | | $23,254.55 | Cash on Hand At End Of Month |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 425C |
| | | February 1 2026 | | |
| | | | $23,254.55 | Beginning Balance |
| | | | $82,695.81 | Cash Deposited |
| | | | $4,631.75 | Cash Undeposited |
| | | | | |
| | | | $87,327.56 | Total Cash Received |
| | | | $38,734.07 | Checks Paid |
| | | | $40,070.83 | Total Electronic Withdrawals |
| | | | $4,361.75 | Total Dispursements From Cash |
| | | | $322.10 | ATM & Debit Card Withdrawals |
| | | | $73.16 | Total Other Withdrawals |
| | | | $118.94 | Total Fees |
| | | | $83,680.85 | Total Dispursements |
| | | | $3,646.71 | Cash Flow |
| | | | $26,901.26 | Cash on Hand At End Of Month |
| | | | $270.00 | Difference |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 425C |
| | | March 1 2026 | | |
| | | | $26,631.26 | Beginning Balance |
| | | | $89,148.25 | Cash Deposited |
| | | | $4,919.25 | Cash Undeposited |
| | | | | |
| | | | $94,067.50 | Total Cash Received |
| | | | $40,459.07 | Checks Paid |
| | | | $53,009.89 | Total Electronic Withdrawals |
| | | | $4,919.25 | Total Dispursements From Cash |
| | | | $322.10 | ATM & Debit Card Withdrawals |
| | | | $0.00 | Total Other Withdrawals |
| | | | $116.99 | Total Fees |
| | | | $98,827.30 | Total Dispursements |
| | | | $4,759.80 | Cash Flow |

| | | | | |
|---|---|---|---|---|
| | | | $21,871.46 | Cash on Hand At End Of Month |
| | | | $0.00 | Difference |
| | | | | |
| | | | | |
| | | | | |
| | | | | 425C |
| | | April 1 2026 | | |
| | | | $21,871.46 | Beginning Balance |
| | | | $115,121.00 | Cash Deposited |
| | | | $2,002.75 | Cash Undeposited |
| | | | | |
| | | | $117,123.75 | Total Cash Received |
| | | | $33,816.73 | Checks Paid |
| | | | $62,781.85 | Total Electronic Withdrawals |
| | | | $2,002.75 | Total Dispursements From Cash |
| | | | $312.10 | ATM & Debit Card Withdrawals |
| | | | $0.00 | Total Other Withdrawals |
| | | | $134.42 | Total Fees |
| | | | $99,047.85 | Total Dispursements |
| | | | $18,075.90 | Cash Flow |
| | | | $39,947.36 | Cash on Hand At End Of Month |
| | | | $0.00 | Difference |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 425C |
| | | May 1 2026 | | |
| | | | $39,947.36 | Beginning Balance |
| | | | $78,078.52 | Cash Deposited |
| | | | $2,421.00 | Cash Undeposited |
| | | | | |
| | | | $80,499.52 | Total Cash Received |
| | | | $39,056.73 | Checks Paid |
| | | | $45,478.98 | Total Electronic Withdrawals |
| | | | $2,421.00 | Total Dispursements From Cash |
| | | | $311.85 | ATM & Debit Card Withdrawals |
| | | | $0.00 | Total Other Withdrawals |
| | | | $151.55 | Total Fees |
| | | | $87,420.11 | Total Dispursements |
| | | | $6,920.59 | Cash Flow |
| | | | $33,026.77 | Cash on Hand At End Of Month |
| | | | $0.00 | Difference |

425 C

Line 19

Line 20

Line 21

Line 22

Line 23

425C

Line 19

Line 20

Line 21

Line 22

Line 23

Line 19

Line 20

Line 21

Line 22

Line 23

Line 19

Line 20

Line 21

Line 22

Line 23

Line 19

Line 20

Line 21

Line 22

Line 23

Line 19

Line 20

Line 21

Line 22

Line 23

Line 19

Line 20

Line 21

Line 22

Line 23

Line 19

Line 20

Line 21
Line 22
Line 23

Line 19

Line 20

Line 21
Line 22
Line 23