**3:20 PM**
**06/03/26**
**Accrual Basis**

# Metered Appliances, Inc.
# Invoice Register for Last Month
### May 2026

| Date | Num | Name |
|------|-----|------|
| **May 26** | | |
| 05/01/2026 | 8514 | z/North Slope Vet:16 Dupont St., Brooklyn |
| 05/01/2026 | 8515 | z/DOUGLAS ELLIMAN:2148 Broadway-Laureate-DOUGL |
| 05/01/2026 | 8516 | z/North Slope Vet:255 West 18th St-North Slope Veterinary |
| 05/01/2026 | 8517 | z/Bota Management:510 East 80th Street -Carriage House |
| 05/01/2026 | 8517 | z/Bota Management:510 East 80th Street -Carriage House |
| 05/01/2026 | 8518 | z/North Slope Vet:544 Hudson Street |
| 05/01/2026 | 8519 | z/KALTECH CAPITAL:z/165 Charles Street-Kaltech |
| 05/01/2026 | 8520 | z/KALTECH CAPITAL:z/116 Central Park S\Kaltech |
| 05/01/2026 | 8521 | z/1950 Hutchinson River Pkwy-Metro |
| 05/01/2026 | 8522 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-Sol |
| 05/01/2026 | 8524 | z/210 East 73rd/ Bota |
| 05/01/2026 | 8525 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech |
| 05/01/2026 | 8525 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech |
| 05/01/2026 | 8526 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray |
| 05/01/2026 | 8527 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech |
| 05/01/2026 | 8527 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech |
| 05/01/2026 | 8528 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service |
| 05/01/2026 | 8529 | z/32 West 82nd Street-First Service |
| 05/01/2026 | 8529 | z/32 West 82nd Street-First Service |
| 05/01/2026 | 8530 | z/KALTECH CAPITAL:z/320 West 76th St/Solstice |
| 05/01/2026 | 8531 | z/322 East 57th Street/AKAM |
| 05/01/2026 | 8532 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv |
| 05/01/2026 | 8533 | z/DOUGLAS ELLIMAN:z/375 RSD- DE |
| 05/01/2026 | 8534 | z/North Slope Vet:z/38 6th Ave-HOC Dean St |
| 05/01/2026 | 8535 | z/KALTECH CAPITAL:z/40 West 77th St |
| 05/01/2026 | 8536 | z/KALTECH CAPITAL:z/400 East 67th St/Kaltech |
| 05/01/2026 | 8537 | z/KALTECH CAPITALz/49 W 72 Solstice |
| 05/01/2026 | 8538 | z/KALTECH CAPITAL:z/55 Park Avenue |
| 05/01/2026 | 8539 | Z/59-30 108th Street Lovett |
| 05/01/2026 | 8540 | z/Michelle Twrs 75-40 Austin St.  BRG |
| 05/01/2026 | 8541 | z/829 Park Ave-  Orsid |
| 05/01/2026 | 8542 | z/General 84-29 153rd Avenue/ BPC |
| 05/01/2026 | 8544 | z/North Slope Vet:z/207 6th Avenue |
| 05/01/2026 | 8545 | 301 East 79th Street Continental Overage |
| 05/01/2026 | 8546 | z/homecrest 9205 Ridge Blvd - DiMaggio |
| 05/01/2026 | 8546 | z/homecrest 9205 Ridge Blvd - DiMaggio |
| 05/04/2026 | 8547 | z/PARNES COMPANY:Glenwood& Parco 405 Park |
| 05/04/2026 | 8548 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/04/2026 | 8549 | z/PARNES COMPANY:196 Union |
| 05/05/2026 | 8550 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv |
| 05/05/2026 | 8550 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv |
| 05/06/2026 | 8551 | z/DOUGLAS ELLIMAN:2148 Broadway-Laureate-DOUGL |
| 05/07/2026 | 8552 | z/homecrest 2261 Ocean Avenue |
| 05/07/2026 | 8552 | z/homecrest 2261 Ocean Avenue |
| 05/07/2026 | 8553 | z/30 Clinton Street - Aargo |
| 05/13/2026 | 8554 | z/PARNES COMPANY:196 Union |

**3:20 PM**
**06/03/26**
**Accrual Basis**

**Metered Appliances, Inc.**
## Invoice Register for Last Month
**May 2026**

| Date | Num | Name |
|------|-----|------|
| 05/13/2026 | 8554 | z/PARNES COMPANY:196 Union |
| 05/13/2026 | 8554 | z/PARNES COMPANY:196 Union |
| 05/13/2026 | 8555 | z/PARNES COMPANY:Glenwood& Parco 405 Park |
| 05/13/2026 | 8555 | z/PARNES COMPANY:Glenwood& Parco 405 Park |
| 05/13/2026 | 8556 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/13/2026 | 8556 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/13/2026 | 8557 | z/8 East 96th Street  Orsid |
| 05/13/2026 | 8557 | z/8 East 96th Street  Orsid |
| 05/13/2026 | 8557 | z/8 East 96th Street  Orsid |
| 05/15/2026 | 8558 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Serv |
| 05/15/2026 | 8559 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service |
| 05/15/2026 | 8559 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service |
| 05/19/2026 | 8560 | z/35-06 88 St.- Madison/Precision |
| 05/19/2026 | 8560 | z/35-06 88 St.- Madison/Precision |
| 05/20/2026 | 8561 | z/45-08 40 St/Queens Blvd- BRG |
| 05/20/2026 | 8561 | z/45-08 40 St/Queens Blvd- BRG |
| 05/20/2026 | 8562 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray |
| 05/20/2026 | 8563 | z/114 E 90 Street/Akam |
| 05/22/2026 | 8564 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/22/2026 | 8564 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/22/2026 | 8564 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/22/2026 | 8564 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/22/2026 | 8564 | z/PARNES COMPANY:z/150 Union -Parnes |
| 05/22/2026 | 8565 | z/66 Orange St - Goldin Choice |
| 05/25/2026 | 8566 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray |
| 05/25/2026 | 8566 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray |
| 05/25/2026 | 8566 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray |
| 05/25/2026 | 8566 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray |
| 05/25/2026 | 8567 | z/DOUGLAS ELLIMAN:2148 Broadway-Laureate-DOUGL |
| 05/25/2026 | 8567 | z/DOUGLAS ELLIMAN:2148 Broadway-Laureate-DOUGL |
| 05/27/2026 | 8570 | z/322 East 57th Street/AKAM |

**May 26**

3:20 PM
06/03/26
Accrual Basis

# Metered Appliances, Inc.
## Invoice Register for Last Month
### May 2026

| Memo | Paid Through | Account | Paid | Amount |
|---|---|---|---|---|
| **May 26** | | | | |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 40.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 400.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 40.00 |
| Monthly Laundry Equipment Service First Year | | SERVICE | Unpaid | 135.00 |
| Cash / Credit Kiosk Labor Covered as optional extra unit charge | | SERVICE | Paid | 0.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 40.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 136.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 170.00 |
| Monthly Laundry Equipment Service | | SERVICE | Unpaid | 1,425.00 |
| Monthly Laundry Service | | SERVICE | Paid | 408.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 255.00 |
| Monthly Laundry Equipment Service  -211 Central Park West | | SERVICE | Paid | 306.00 |
| Value Adder  per call charge | | SERVICE | Paid | 0.00 |
| Monthly Laundry Equipment Service | | SERVICE | Unpaid | 289.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 102.00 |
| AVC Cash Card Machine additional Service Charge | | SERVICE | Paid | 0.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 220.00 |
| Two Stack LG Electric Dryers | | SERVICE | Paid | 500.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 80.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 120.00 |
| Monthly Laundry Equipment Service | | SERVICE | Unpaid | 67.20 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 240.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 210.00 |
| Monthly Laundry Equipment Service | | SERVICE | Unpaid | 40.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 238.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 153.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 170.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 153.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 551.28 |
| Monthly Laundry Equipment Service | | SERVICE | Unpaid | 165.00 |
| Monthly Laundry Equipment Service | | SERVICE | Paid | 200.00 |
| Monthly Laundry Equipment Service | | SERVICE | Unpaid | 364.00 |
| May/2026 | | SERVICE | Unpaid | 40.00 |
| ESD Programmed Smart Cards | | Sales - Parts | Paid | 0.00 |
| Greenwald Kiosk Lock - Key & Assembly | | Sales - Parts | Unpaid | 650.00 |
| Drill out Fortified Greenwald Security Lock & Assembly | | SERVICE | Unpaid | 555.00 |
| Washer #4 (Err2 no pump) replaced inverter drive (Part on Site) | | SERVICE | Unpaid | 345.00 |
| Washer#3 Replaced Door Lock Unit -Ran -Tested -Ok | | SERVICE | Unpaid | 230.00 |
| Washer #1 washer doesn't completed spin cycle replaced inverter drive (had parts | | SERVICE | Unpaid | 460.00 |
| ESD $0.00 Value Pre-Programmed Smart Cards | | Sales - Parts | Paid | 153.00 |
| Delivery -Drop off to Location | | Equipment Sale | Paid | 0.00 |
| Speed Queen  Washer SC30 right washer replaced belt 3v800 | | SERVICE | Paid | 0.00 |
| ESD Smart Cards  Pre-programmed $0.00 Value | | Sales - Parts | Unpaid | 122.40 |
| Delivery -Drop Off  At Building | | Equipment Sale | Paid | 0.00 |
| Dryer - Adjust Sail Switch- Ran through cycle -Tested Ok | | SERVICE | Unpaid | 185.00 |
| Rebuilt American Dryer (AD24) | | Sales | Unpaid | 1,900.00 |

3:20 PM
06/03/26
Accrual Basis

# Metered Appliances, Inc.
## Invoice Register for Last Month
### May 2026

| Memo | Paid Through | Account | Paid | Amount |
|---|---|---|---|---|
| Installation to  existing lines & connections. | | Equipment Sale | Unpaid | 230.00 |
| Delivery | | Equipment Sale | Unpaid | 325.00 |
| Wascomat Washer Front Panel | | Sales - Parts | Unpaid | 510.00 |
| Wascomat Washers - Replace & Secure Front Panels | | SERVICE | Unpaid | 690.00 |
| American Dryer  Front Panel | | Sales - Parts | Unpaid | 270.00 |
| American Dryer - Replace & Secure Front Panels | | SERVICE | Unpaid | 230.00 |
| Speed Queen Top Load Washer -Used & Refurbished | | Sales | Paid | 1,400.00 |
| Delivery | | Equipment Sale | Paid | 350.00 |
| Installation to  existing lines & connections. Extra Installation materials /not  availabl | | Equipment Sale | Paid | 325.00 |
| Dryer #529 Replaced drum roller | | SERVICE | Paid | 0.00 |
| Washer #2 replaced drum belt | | SERVICE | Paid | 0.00 |
| Dryer#2 lower unit - replaced cardreader (moisture damage) | | SERVICE | Paid | 0.00 |
| Complete Vent Cleaning and reinstallation | | SERVICE | Unpaid | 975.00 |
| Heavy Duty Aluminum Foil Tape 4 Inch– Heat Resistant & Waterproof Silver Duct | | Sales - Parts | Unpaid | 108.00 |
| 10 ESD Smart Cards Programmed for $0.00 | | Sales - Parts | Unpaid | 61.20 |
| Delivery | | Equipment Sale | Unpaid | 25.00 |
| Washer #3 Replace Card Reader & Program | | SERVICE | Paid | 0.00 |
| Speed Queen combo old small door style Bad bearing drum collapse recommend r | | SERVICE | Unpaid | 185.00 |
| Wascomat Electrolux Crossover  Rebuilt Front Load Washer | | Sales | Unpaid | 5,500.00 |
| Steel Base For Wascomat Electrolux Crossover | | Sales - Parts | Unpaid | 1,000.00 |
| Replaced & Installed 4 Washers | | SERVICE | Unpaid | 1,480.00 |
|  Delivery | | Equipment Sale | Unpaid | 2,000.00 |
| Card System wiring hardware/vault accessories & Install to new washer. | | SERVICE | Paid | 0.00 |
| Washer #4 Drain Pump Error- Replaced Pump -Ran Cycle -ok | | SERVICE | Unpaid | 185.00 |
| ESD Card Reader | | Sales - Parts | Unpaid | 350.00 |
| Washer #2 Replaced Cardreader | | SERVICE | Paid | 0.00 |
| Washer #5 reset unbalance error | | SERVICE | Paid | 0.00 |
| Washer #8 clean cold water inlet screens | | SERVICE | Paid | 0.00 |
| Washer Drain Pump | | Sales - Parts | Unpaid | 325.00 |
| Washer # 4 replaced pump had to remove top dryer for access | | SERVICE | Paid | 0.00 |
| Washer # 3 Wascomat Crossover replaced pump-Ran Cycle -Ok | | SERVICE | Paid | 0.00 |

**May 26**                                                                                    **28,382.08**

**3:20 PM**
**06/03/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Invoice Register for Last Month
**May 2026**

| Paid | Unpaid |
|---|---|
| **May 26** | |
| 40.00 | |
| 400.00 | |
| 40.00 | |
| | 135.00 |
| 40.00 | |
| 136.00 | |
| 170.00 | |
| | 1,425.00 |
| 408.00 | |
| 255.00 | |
| 306.00 | |
| 0.00 | |
| | 289.00 |
| 102.00 | |
| 0.00 | |
| 220.00 | |
| 500.00 | |
| 80.00 | |
| 120.00 | |
| | 67.20 |
| 240.00 | |
| 210.00 | |
| | 40.00 |
| 238.00 | |
| 153.00 | |
| 170.00 | |
| 153.00 | |
| 551.28 | |
| | 165.00 |
| 200.00 | |
| | 364.00 |
| | 40.00 |
| | 650.00 |
| | 555.00 |
| | 345.00 |
| | 230.00 |
| | 460.00 |
| 153.00 | |
| | 122.40 |
| | 185.00 |
| | 1,900.00 |

**3:20 PM**
**06/03/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Invoice Register for Last Month
**May 2026**

| Paid | Unpaid |
|---|---|
| | 230.00 |
| | 325.00 |
| | 510.00 |
| | 690.00 |
| | 270.00 |
| | 230.00 |
| 1,400.00 | |
| 350.00 | |
| 325.00 | |
| | 975.00 |
| | 108.00 |
| | 61.20 |
| | 25.00 |
| | 185.00 |
| | 5,500.00 |
| | 1,000.00 |
| | 1,480.00 |
| | 2,000.00 |
| | 185.00 |
| | 350.00 |
| | 325.00 |

**May 26**

| $6,960.28 | $21,421.80 |
|---|---|