UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                                          Chapter 11 (Subchapter V)

      METERED APPLIANCES INC.,                      Case No. 8-25-73481 (AST)

            Debtor.

                                                    **AMENDED AFFIDAVIT OF SERVICE**

--------------------------------------------------------x

I, Charles Wertman, declare under penalty of perjury:

1.      I am an attorney with Law Offices of Charles Wertman, P.C., attorneys for the Debtor in the above-captioned case.

2.      On November 18, 2025, the Court entered the Subchapter V of Chapter 11 Amended Order Setting: (A) Initial Case Management Conference; (B) Claims Bar Date; (C) 11 U.S.C. § 1188 Conference; (D) Deadline for Election Under 11 U.S.C. § 1111(b)(2); and (E) Other Deadlines [Dkt. No. 15].

3.      Upon information and belief, notice of the foregoing Order was served by the Bankruptcy Noticing Center ("BNC") upon all creditors and parties in interest as reflected in the Notice Recipients pages annexed to the Order.

4.      A copy of the Notice Recipients pages generated by the BNC is annexed hereto.

Dated: Rockville Centre, New York
       July 2, 2026

*/s/Charles Wertman*
Charles Wertman