# Notice Recipients

District/Off: 0207–8                    User: admin                    Date Created: 7/21/2026

Case: 8–25–73481–jpm                   Form ID: 295                   Total: 6


**Recipients of Notice of Electronic Filing:**
tr          Salvatore LaMonica, Esq.         sl@lhmlawfirm.com
aty         Charles Wertman          charles@cwertmanlaw.com
aty         Seth Choset          schoset@schneiderbuchel.com

                                                                                TOTAL: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Metered Appliances Inc.          1017 Merrick Road          Baldwin, NY 11510
            LAW OFFICES OF CHARLES WERTMAN P.C.          Attorneys for Debtors          100 Merrick Road          Suite
            304W          Rockville Centre, NY 11570          Charles Wertman, Esq.
            OFFICE OF THE UNITED STATES TRUSTEE – REGION 2          Attorneys for United States Trustee          560
            Federal Plaza          Central Islip, NY 11722          William J. Birmingham, Esq.

                                                                                TOTAL: 3