| Chase  DIP Acct # | | | Account # Flagstar | | | | |
| 2905330511 | | | 1500440569 | | | | |
| | | | | | | | |
| June 1 2026 | | | June 1 2026 | | | June 1 2026 | |
| Beginning Balance | $28,873.25 | | Beginning Balance | $4,153.52 | | | $33,026.77 |
| Deposits | $96,486.20 | | Deposits | $0.00 | | | $96,486.20 |
| Cash Received -Undeposited | $2,199.00 | | | | | | $2,199.00 |
| Total Cash Collected | $98,685.20 | | | | | | |
| | | | | | | | $98,685.20 |
| Checks Paid | $31,934.96 | | | | | | $31,934.96 |
| Electronic Withdrawals | $43,805.37 | | Electronic Withdrawals | $0.00 | | | $43,805.37 |
| Dispursements from Cash | $2,199.00 | | | | | | $2,199.00 |
| ATM & Debit Crd Withdrawals | $311.85 | | | | | | $311.85 |
| Other Withdrawals | | | | | | | $0.00 |
| Fees | $135.66 | | Fees | $0.00 | | | $135.66 |
| Ending Balance | $49,171.61 | | Ending Balance | $4,153.52 | | | $78,386.84 |
| Total Deposited | | | | | | | $20,298.36 |
| June/2026 Beginning Balance | $33,026.77 | | | | | | $53,325.13 |
| June/2026 Total Ending Balance | $53,325.13 | | | | | | $0.00 |

| | |
|---|---|
| | |
| | |
| | |
| | |
| Beginning Balance | Line 19 |
| Cash Deposited | |
| Cash Undeposited | |
| | |
| Total Cash Received | Line 20 |
| Checks Paid | |
| Total Electronic Withdrawals | |
| Total Dispursements From Cash | |
| ATM & Debit Card Withdrawals | |
| Total Other Withdrawals | |
| Total Fees | |
| Total Dispursements | Line 21 |
| Cash Flow | Line 22 |
| Cash on Hand At End Of Month | Line 23 |
| Difference | |