| Month | Rents Paid | Rents Unpaid | Loans Paid | Loans Unpaid | 425C Payables & Receivables | Summary | |
|---|---|---|---|---|---|---|---|
| | | | | | Invoice Pmts Received | Invoice Pmts Owed | Cash Deposit |
| September 1, 2025 | $19,181.94 | $8,870.49 | $38,809.08 | $762.24 | $11,812.94 | $1,425.00 | $73,638.99 |
| | | | | | 425C September | $1,425.00 Line 25 | |
| October 1, 2025 | $18,921.48 | $11,856.33 | $39,571.32 | $0.00 | $12,657.48 | $8,587.50 | $74,272.26 |
| | | | | | 425C October | $8,587.50 Line 25 | |
| November 1, 2025 | $21,188.50 | $6,765.50 | $38,311.29 | $0.00 | $15,326.42 | $2,564.50 | $5,905.26 |
| | | | | | 425C November | $2,564.50 Line 25 | |
| December 1, 2025 | $21,939.86 | $9,791.33 | $8,356.72 | $33,949.54 | $8,090.98 | $10,854.00 | $68,055.11 |
| | | | | | 425C December | $10,854.00 Line 25 | |
| January 1, 2026 | $24,899.09 | $4,431.33 | $12,459.75 | $33,949.54 | $6,356.70 | $10,857.78 | $81,014.04 |
| | | | | | 425C January/2026 | $10,857.78 Line 25 | |
| February 1, 2026 | $23,240.68 | $3,002.08 | $9,485.07 | $26,902.92 | $5,711.28 | $7,311.20 | $82,695.81 |
| | | | | | 425C February/2026 | $7,311.20 Line 25 | |
| Month | Rents Paid | Rents Unpaid | Loans Paid | Loans Unpaid | Invoice Pmts Received | Invoice Pmts Owed | Cash Deposit |
| March 1, 2026 | $33,345.32 | $1,953.00 | $7,848.84 | $27,584.34 | $7,359.00 | $10,665.98 | $89,148.25 |
| | | | | | 425C March/2026 | $10,665.98 Line 25 | |
| April 1, 2026 | $33,538.12 | $1,188.00 | $6,076.03 | $27,584.34 | $5,206.40 | $52,216.53 | $115,121.00 |
| | | | | | 425C April/2026 | $52,216.53 Line 25 | |
| May 1, 2026 | | $0.00 | | $27,584.34 | $6,960.28 | $21,421.80 | $78,078.52 |
| | | | | | 425C May/2026 | $21,421.80 Line 25 | |

| Month | Rents Paid | Rents Unpaid | Loans Paid | Loans Unpaid | Invoice Pmts Received | Invoice Pmts Owed | Cash Deposit |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| May 1, 2026 | $23,489.51 | $0.00 | $5,399.43 | $27,584.34 | $7,054.68 | $6,246.88 | $96,486.20 |
| | | | | | | | |
| | | | | | 425C June/2026 | $6,246.88 | Line 25 |

| Total Cash&Inv | Undeposited Cash | Total Deposit+Undep+Inv | Unpaid Totals | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| $85,451.93 | $3,316.50 | $88,768.43 | $9,632.73 | | | |
| | | | | | | |
| | | 425C September | $9,632.73 | Line 24 | | |
| | | | | | | |
| $86,929.74 | $14,588.90 | $101,518.64 | $11,856.33 | | | |
| | | | | | | |
| | | 425 C October | $11,856.33 | Line 24 | | |
| | | | | | | |
| $21,231.68 | $1,534.99 | $22,766.67 | $6,765.50 | | | |
| | | | | | | |
| | | 425 C November | $6,765.50 | Line 24 | | |
| | | | | | | |
| $76,146.09 | $2,491.48 | $78,637.57 | $43,740.87 | | | |
| | | | | | | |
| | | 425C December | $43,740.87 | Line 24 | | |
| | | | | | | |
| $87,370.74 | $6,573.00 | $93,943.74 | $38,380.87 | | | |
| | | | | | | |
| | | 425C January/2026 | $38,380.87 | Line 24 | | |
| | | | | | | |
| $88,407.09 | $4,631.75 | $93,038.84 | $29,905.00 | | | |
| | | | | | | |
| | | 425 C February/2026 | $29,905.00 | Line 24 | | |
| | | | | | | |
| Total Cash&Inv | Undeposited Cash | Total Deposit+Undep+Inv | Unpaid Totals | Exhibit E | | |
| | | | | | | |
| $96,507.25 | $620.50 | $97,127.75 | $29,537.34 | | | |
| | | | | | | |
| | | 425 C March/2026 | $29,537.34 | Line 24 | Exhibit E | |
| | | | | | | |
| $120,327.40 | $2,002.75 | $122,330.15 | $28,772.34 | | | |
| | | | | | | |
| | | 425 C April/2026 | $28,722.34 | Line 24 | Exhibit E | $58,259.68 |
| | | | | | | |
| $85,038.80 | $2,421.00 | $87,459.80 | $27,584.34 | | | |
| | | | | | | |
| | | 425 C May/2026 | $27,584.34 | Line 24 | Exhibit E | $85,844.02 |

| Total Cash&Inv | Undeposited Cash | Total Deposit+Undep+Inv | Unpaid Totals | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| $103,540.88 | $2,199.00 | $105,739.88 | $27,584.34 | | | |
| | | | | | | |
| | | 425 C June/2026 | $27,584.34 | Line 24 | Exhibit E | $113,428.36 |