**2:50 PM**
**07/14/26**
**Accrual Basis**

# Metered Appliances, Inc.
# Invoice Register for Last Month
### June 2026

| Type | Date | Num | Name |
|---|---|---|---|
| **Jun 26** | | | |
| Invoice | 06/01/2026 | 8571 | z/North Slope Vet:16 Dupont St., Brooklyn |
| Invoice | 06/01/2026 | 8572 | z/DOUGLAS ELLIMAN:2148 Broadway-Laureate-DOUGLAS ELLIMAN |
| Invoice | 06/01/2026 | 8573 | z/North Slope Vet:255 West 18th St-North Slope Veterinary |
| Invoice | 06/01/2026 | 8574 | z/Bota Management:510 East 80th Street -Carriage House |
| Invoice | 06/01/2026 | 8574 | z/Bota Management:510 East 80th Street -Carriage House |
| Invoice | 06/01/2026 | 8575 | z/North Slope Vet:544 Hudson Street |
| Invoice | 06/01/2026 | 8576 | z/KALTECH CAPITAL:z/165 Charles Street-Kaltech |
| Invoice | 06/01/2026 | 8577 | z/KALTECH CAPITAL:z/116 Central Park S\Kaltech |
| Invoice | 06/01/2026 | 8578 | z/1950 Hutchinson River Pkwy-Metro |
| Invoice | 06/01/2026 | 8579 | z/KALTECH CAPITAL:z/20 West 72nd St Franconia-Sol |
| Invoice | 06/01/2026 | 8581 | z/210 East 73rd/ Bota |
| Invoice | 06/01/2026 | 8582 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech |
| Invoice | 06/01/2026 | 8582 | z/KALTECH CAPITAL:z/211 Central Park West -Kalltech |
| Invoice | 06/01/2026 | 8583 | z/KALTECH CAPITAL:z/220 Madison/Kaltech Murray |
| Invoice | 06/01/2026 | 8584 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech |
| Invoice | 06/01/2026 | 8584 | z/KALTECH CAPITAL:z/257 West 86th Street/Kaltech |
| Invoice | 06/01/2026 | 8585 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont |
| Invoice | 06/01/2026 | 8586 | z/32 West 82nd Street-First Service |
| Invoice | 06/01/2026 | 8586 | z/32 West 82nd Street-First Service |
| Invoice | 06/01/2026 | 8586 | z/32 West 82nd Street-First Service |
| Invoice | 06/01/2026 | 8587 | z/KALTECH CAPITAL:z/320 West 76th St/Solstice |
| Invoice | 06/01/2026 | 8588 | z/322 East 57th Street/AKAM |
| Invoice | 06/01/2026 | 8589 | z/HAWTHORNE VENTURES:z/357 East 201 Street-Service Cont |
| Invoice | 06/01/2026 | 8590 | z/DOUGLAS ELLIMAN:z/375 RSD- DE |
| Invoice | 06/01/2026 | 8591 | z/North Slope Vet:z/38 6th Ave-HOC Dean St |
| Invoice | 06/01/2026 | 8592 | z/KALTECH CAPITAL:z/40 West 77th St |
| Invoice | 06/01/2026 | 8593 | z/KALTECH CAPITAL:z/400 East 67th St/Kaltech |
| Invoice | 06/01/2026 | 8594 | z/KALTECH CAPITALz/49 W 72 Solstice |
| Invoice | 06/01/2026 | 8595 | z/KALTECH CAPITAL:z/55 Park Avenue |
| Invoice | 06/01/2026 | 8596 | Z/59-30 108th Street Lovett |
| Invoice | 06/01/2026 | 8597 | z/Michelle Twrs 75-40 Austin St.  BRG |
| Invoice | 06/01/2026 | 8598 | z/829 Park Ave-  Orsid |
| Invoice | 06/01/2026 | 8599 | z/General 84-29 153rd Avenue/ BPC |
| Invoice | 06/01/2026 | 8601 | z/North Slope Vet:z/207 6th Avenue |
| Invoice | 06/02/2026 | 8602 | z/114 E 90 Street/Akam |
| Invoice | 06/08/2026 | 8603 | z/1580 East 18th/Choice |
| Invoice | 06/08/2026 | 8603 | z/1580 East 18th/Choice |
| Invoice | 06/08/2026 | 8603 | z/1580 East 18th/Choice |
| Invoice | 06/08/2026 | 8603 | z/1580 East 18th/Choice |
| Invoice | 06/08/2026 | 8603 | z/1580 East 18th/Choice |
| Invoice | 06/19/2026 | 8604 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont |
| Invoice | 06/19/2026 | 8604 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont |
| Invoice | 06/19/2026 | 8604 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont |
| Invoice | 06/19/2026 | 8604 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont |
| Invoice | 06/22/2026 | 8605 | z/Cedarhurst Avenue-272-300 Worth % |
| Invoice | 06/23/2026 | 8606 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont |

**2:50 PM**
**07/14/26**
**Accrual Basis**

**Metered Appliances, Inc.**
## Invoice Register for Last Month
**June 2026**

| Type | Date | Num | Name |
|------|------|-----|------|
| Invoice | 06/23/2026 | 8606 | z/HAWTHORNE VENTURES:z/311 Bedford Park Service Cont |
| Invoice | 06/26/2026 | 8608 | z/66 Orange St - Goldin Choice |
| Invoice | 06/26/2026 | 8608 | z/66 Orange St - Goldin Choice |
| Invoice | 06/26/2026 | 8608 | z/66 Orange St - Goldin Choice |
| Invoice | 06/29/2026 | 8609 | z/30 Clinton Street - Aargo |
| Invoice | 06/29/2026 | 8610 | z/PARNES COMPANY:Glenwood& Parco 405 Park |
| Invoice | 06/29/2026 | 8610 | z/PARNES COMPANY:Glenwood& Parco 405 Park |
| Invoice | 06/29/2026 | 8611 | z/PARNES COMPANY:225 Prospect Ave., NJ |
| Invoice | 06/29/2026 | 8611 | z/PARNES COMPANY:225 Prospect Ave., NJ |
| Invoice | 06/29/2026 | 8611 | z/PARNES COMPANY:225 Prospect Ave., NJ |
| Invoice | 06/30/2026 | 8612 | z/35-06 88 St.- Madison/Precision |
| Invoice | 06/30/2026 | 8612 | z/35-06 88 St.- Madison/Precision |
| Invoice | 06/30/2026 | 8612 | z/35-06 88 St.- Madison/Precision |

**Jun 26**

**2:50 PM**
**07/14/26**
**Accrual Basis**

## Metered Appliances, Inc.
## Invoice Register for Last Month
### June 2026

| Memo | Account | Paid |
|------|---------|------|
| **Jun 26** | | |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Unpaid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service First Year | SERVICE | Unpaid |
| Cash / Credit Kiosk Labor Covered as optional extra unit charge | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Unpaid |
| Monthly Laundry Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service  -211 Central Park West | SERVICE | Paid |
| Value Adder  per call charge | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Unpaid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| AVC Cash Card Machine additional Service Charge | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Two Stack LG Electric Dryers | SERVICE | Paid |
| Building Guarantees Continued Rental for a Minimum of 8 Months | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Unpaid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Unpaid |
| Monthly Laundry Equipment Service | SERVICE | Paid |
| Monthly Laundry Equipment Service | SERVICE | Unpaid |
| June/2026 | SERVICE | Paid |
| Washer #1 Install Rebuilt Transmission | SERVICE | Unpaid |
| Dryer # 1 Install Dryer Rollers Set - Test & Run -Ok | SERVICE | Paid |
| Dryer # 1 Install Ignition Control Box  Test & Run -Ok | SERVICE | Paid |
| Dryer  Drum Shaft | Sales - Parts | Paid |
| Dryer # 1 Install Dryer  Drum Shaft  Test & Run -Ok | SERVICE | Paid |
| Dryer  Install Dryer Belt - Test & Run -Ok | SERVICE | Paid |
| Dryer #2 swapped cardreader replaced gas coils -Ran through cycle - ok | SERVICE | Paid |
| Speed Queen Dryer Motor Assembly | Sales - Parts | Paid |
| Dryer#5 replaced Speed Queen Dryer Motor Assembly | SERVICE | Paid |
| Dryer #4 Serviced - Needs additional parts  (cardreader and gas coils[only had 1 set left in Veh... | SERVICE | Paid |
| ESD Smart Cards | Sales - Parts | Paid |
| Dryer #5 Upper Unit -replaced Drum Roller Set/ Ran cycle-Tested ok | SERVICE | Paid |

**2:50 PM**
**07/14/26**
**Accrual Basis**

# Metered Appliances, Inc.
## Invoice Register for Last Month
### June 2026

| Memo | Account | Paid |
|------|---------|------|
| Dryer #2 tried setting up cardreader send err/remove will setup at shop | SERVICE | Paid |
| Laundry Lux-Wascomat Dryer Ignitor | Sales - Parts | Unpaid |
| Dryer # 11 Replaced Laundry Lux-Wascomat Dryer Ignitor -Ran through Cycle -Heat -Ok | SERVICE | Unpaid |
| Dryer #1 Remove & clean reader- Test- Ok | SERVICE | Unpaid |
| Dryer #4 Tested, Ran through cycle & made adjustment to lint door clips | SERVICE | Unpaid |
| Washer Drain Pump | Sales - Parts | Paid |
| Washer #3 replaced pump & replaced inverter output board  -Ran Through Cycles - Ok - Saturday Se... | SERVICE | Paid |
| Washer #1 Service & Test Through Cycle -Ok | SERVICE | Unpaid |
| Washer #2 Service & Test Through Cycle -Ok  - | SERVICE | Unpaid |
| Remove Washer Soap Box- Clean out caked soap- Reinstall Soap Box | SERVICE | Unpaid |
| Dryer #1 Service and Adjust Run Through Cycle - Ok | SERVICE | Unpaid |
| Dryer # 2 Service and Adjust Run Through Cycle - Ok - Adjust Lint Door Switch | SERVICE | Unpaid |
| Dryer #3 Basket Damaging Clothes - Repair and smooth out basket  Adjust Run Through Cycle - Ok | SERVICE | Unpaid |

**Jun 26**

**2:50 PM**
**07/14/26**
**Accrual Basis**

# Metered Appliances, Inc.
## Invoice Register for Last Month
### June 2026

| Amount | Paid | Unpaid | Exhibit F |
|---|---|---|---|
| **Jun 26** | | | |
| 40.00 | $40.00 | | |
| 400.00 | | $400.00 | |
| 40.00 | $40.00 | | |
| 135.00 | | $135.00 | |
| 0.00 | | | |
| 40.00 | $40.00 | | |
| 136.00 | $136.00 | | |
| 170.00 | $170.00 | | |
| 1,425.00 | | $1,425.00 | |
| 408.00 | $408.00 | | |
| 255.00 | $255.00 | | |
| 306.00 | $306.00 | | |
| 0.00 | | | |
| 289.00 | | $289.00 | |
| 102.00 | $102.00 | | |
| 0.00 | $0.00 | | |
| 220.00 | $220.00 | | |
| 500.00 | $500.00 | | |
| 0.00 | $0.00 | | |
| 80.00 | $80.00 | | |
| 120.00 | $120.00 | | |
| 67.20 | | $67.20 | |
| 240.00 | $240.00 | | |
| 210.00 | $210.00 | | |
| 40.00 | $40.00 | | |
| 238.00 | $238.00 | | |
| 153.00 | $153.00 | | |
| 170.00 | $170.00 | | |
| 153.00 | $153.00 | | |
| 551.28 | $551.28 | | |
| 165.00 | | $165.00 | |
| 200.00 | $200.00 | | |
| 364.00 | | $364.00 | |
| 40.00 | $40.00 | | |
| 1,102.18 | | $1,102.18 | |
| 185.00 | $185.00 | | |
| 185.00 | $185.00 | | |
| 330.00 | $330.00 | | |
| 185.00 | $185.00 | | |
| 185.00 | $185.00 | | |
| 0.00 | $0.00 | | |
| 775.00 | $775.00 | | |
| 0.00 | $0.00 | | |
| 0.00 | $0.00 | | |
| 122.40 | $122.40 | | |
| 0.00 | | | |

**2:50 PM**
**07/14/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Invoice Register for Last Month
### June 2026

| | Amount | Paid | Unpaid | Exhibit F |
|---|---|---|---|---|
| | 0.00 | | | |
| | 225.00 | | $225.00 | |
| | 185.00 | | $185.00 | |
| | 222.00 | | $222.00 | |
| | 277.50 | | $277.50 | |
| | 330.00 | $330.00 | | |
| | 345.00 | $345.00 | | |
| | 230.00 | | $230.00 | |
| | 230.00 | | $230.00 | |
| | 190.00 | | $190.00 | |
| | 185.00 | | $185.00 | |
| | 185.00 | | $185.00 | |
| | 370.00 | | $370.00 | |
| **Jun 26** | **13,301.56** | | | |
| | | **$7,054.68** | **$6,246.88** | |