**4:36 PM**
**07/02/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Transaction Detail by Account
**June 2026**

| Date | Num |
|---|---|
| **Rent** | |
| **Minimum Compensation** | |
| 06/04/2026 | 1233 |
| Total Minimum Compensation | |
| **Rent - Other** | |
| 06/01/2026 | 1210 |
| 06/01/2026 | 1211 |
| 06/01/2026 | 1212 |
| 06/01/2026 | 1213 |
| 06/01/2026 | 1214 |
| 06/01/2026 | 1215 |
| 06/01/2026 | 1216 |
| 06/01/2026 | 1217 |
| 06/01/2026 | 1218 |
| 06/01/2026 | 1219 |
| 06/01/2026 | 1220 |
| 06/01/2026 | 1221 |
| 06/01/2026 | 1222 |
| 06/01/2026 | 1223 |
| 06/01/2026 | 1224 |
| 06/01/2026 | 1225 |
| 06/01/2026 | 1226 |
| 06/01/2026 | 1227 |
| 06/01/2026 | 1228 |
| 06/01/2026 | 1229 |
| 06/01/2026 | 1230 |
| 06/01/2026 | 1231 |
| 06/03/2026 | ACH |
| 06/03/2026 | Online |
| 06/03/2026 | 2498 |
| 06/04/2026 | 1232 |
| 06/04/2026 | 1232 |
| 06/04/2026 | 1234 |
| 06/04/2026 | 1235 |
| 06/04/2026 | Cash |
| 06/04/2026 | |
| 06/05/2026 | ACH |
| 06/05/2026 | 1675 |
| 06/09/2026 | 1677 |
| 06/12/2026 | 1236 |
| 06/12/2026 | 1237 |
| 06/12/2026 | 1237 |
| 06/12/2026 | 1238 |
| 06/12/2026 | 1239 |
| 06/12/2026 | 1680 |
| 06/15/2026 | 1684 |
| 06/17/2026 | 1693 |

**4:36 PM**
**07/02/26**
**Accrual Basis**

**Metered Appliances, Inc.**
## Transaction Detail by Account
**June 2026**

| Date | Num |
|------|-----|
| 06/19/2026 | 2499 |
| 06/26/2026 | 1683 |
| 06/29/2026 | 1242 |
| 06/30/2026 | 1243 |

Total Rent - Other

Total Rent

# Metered Appliances, Inc.
## Transaction Detail by Account
### June 2026

**Name**

**Rent**

**Minimum Compensation**

4 Milbrook Court 4-Ceebraid  %%

Total Minimum Compensation

**Rent - Other**

101 Central Park West/DE

1080 Fifth Avenue. BHS

1525 East 26th Street.

300 East 77th St/H20/-Orsid

300 East 85th Street

Kings Bay 2

1-11 Marble Hill/ NoMa Mngmt

120 Morris Ave -Einsidler

Duncan Elder 150/ Einsidler

195 North Village Avenue

320 East Shore Rd/Wolf

333 East Broadway/Country Club

Lido Beach Towers.

Rockville Lewis 4 N Lewis Pl- Slepoy

Sherwood Village.

1 Maple Drive-Cambridge-Richland

15 Canterbury Road-Richland

215 Middleneck Tuscany Richland

30 Stoner Road -Richland

1855 East 12th Street- Narrows

334 West 86th Street. Vintage

Cadman Plaza/Vintage

134th St-8235 & 8239/Rokowsky

Parkwood

47-20 42nd Street/Venture NY Prop

Bell Park 221-22 Manor Road%

Bell Park 221-22 Manor Road%

Central Harlem Associates -Metropolitan %:210 West 146

57th Avenue 92-31/Hanover-Blue Owl %

8616 21st Avenue %

8616 21st Avenue %

2020 East 41st Street  REM

190 Merrick Road Lanai House %%

Hilton Ave 67 Hilton Hall Garden City %

316 Bergen /Dermot  %

Pierrepont 62 BPC %

Pierrepont 62 BPC %

Hicks Street -145/-Min%-First Service

50 Plaza-Excell Bradshaw %

Horizon Shores/666 Shore %

75 South Middleneck/Hillpark %

47-20 42nd Street/Venture NY Prop

**4:36 PM**
**07/02/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Transaction Detail by Account
**June 2026**

| Name |
|------|
| 190 Merrick Road Lanai House %% |
| 190 Merrick Road Lanai House %% |
| 139 East 63 Street BHS % |
| 16 East 96 Street/Orsid% |

Total Rent - Other

Total Rent

**4:36 PM**
**07/02/26**
**Accrual Basis**

# Metered Appliances, Inc.
## Transaction Detail by Account
### June 2026

| Memo | Amount |
|---|---:|
| **Rent** | |
| **Minimum Compensation** | |
| April/2026 - May/2026 Collection Total =$684.00 | 376.20 |
| Total Minimum Compensation | 376.20 |
| **Rent - Other** | |
| Monthly Laundry Room Rent | 60.00 |
| 1080 Fifth Avenue | 50.00 |
| 1525 East 26th Street | 250.00 |
| Monthly Laundry Room Rent | 300.00 |
| Monthly Laundry Room Rent | 1,500.00 |
| Monthly Laundry Room Rent | 3,850.00 |
| 1-11 Marble Hill | 400.00 |
| Monthly Laundry Room Rent | 375.00 |
| Monthly Laundry Room Rent | 604.16 |
| Monthly Laundry Room Rent | 210.00 |
| Monthly Laundry Room Rent -320 East Shore Rd. | 200.00 |
| 333 East Broadway | 675.00 |
| Monthly Laundry Rooms Rent | 1,850.00 |
| Monthly Laundry Room Rent | 350.00 |
| Sherwood Village/99-10 60th Ave. | 590.00 |
| 1 Maple Drive | 50.00 |
| Monthly Laundry Room Rent | 300.00 |
| Monthly Laundry Room Rent | 175.00 |
| Monthly Laundry Room Rent | 350.00 |
| Monthly Laundry Room rent | 500.00 |
| 334 West 86th Street | 350.00 |
| Monthly Laundry Room Rent | 1,500.00 |
| 82-35/39 134th St.   Monthly Laundry Room Rent | 650.00 |
| Parkwood Estates | 1,500.00 |
| 6/3/2026-Paid @ Collection Total Collection =$485.00 | 266.00 |
| April/2026 Collection =$1,094.00 | 547.00 |
| May/2026 Collection =$1,085.00 | 542.50 |
| May/2026 Collection =$642.00 | 321.00 |
| May/2026 Total Collection =$641.00 | 320.50 |
| 6/4/2026 Collection Total =$60.00 | 30.00 |
| Cash From Collection | 30.00 |
| 2020 East 41 St.-Monthly Laundry Room Rent | 350.00 |
| Collection Total =$305.00 Hand written | 167.00 |
| Pd @ Collection Total = $430.00 | 215.00 |
| March/2026 -May/2026 Collection =$670.00 | 335.00 |
| April/2026 Collection Total =$345.00 | 172.50 |
| May/2026 Collection Total =$185.00 | 92.50 |
| May/2026 Collection Total =$528.00 | 290.40 |
| May/2026 Collection Total = $410.00 | 205.00 |
| Collection Total =$547.00 | 547.00 |
| | 375.00 |
| Paid @ Collection Total Collection =$525.00 | 262.50 |

**4:36 PM**
**07/02/26**
**Accrual Basis**

**Metered Appliances, Inc.**
# Transaction Detail by Account
**June 2026**

| Memo | Amount |
|---|---|
| Collection Total = $299.00 Hand written | 164.00 |
| Collection Total = $271.00 Hand written | 149.00 |
| January/2026 - May/2026 Collection Total = $1,431.00 | 715.50 |
| April/2026 - June/2026  Collection Total = $685.00 | 376.75 |
| Total Rent - Other | 23,113.31 |
| Total Rent | 23,489.51 |

**4:36 PM**
**07/02/26**
**Accrual Basis**

**Metered Appliances, Inc.**
## Transaction Detail by Account
**June 2026**

Unprinted Checks        Exhibit D

**Rent**                                    $0.00

 **Minimum Compensation**

 Total Minimum Compensation

 **Rent - Other**

**4:36 PM**
**07/02/26**
**Accrual Basis**

**Metered Appliances, Inc.**
**Transaction Detail by Account**
**June 2026**
Unprinted Checks        Exhibit D

Total Rent - Other

Total Rent