**4:26 PM**
**07/02/26**

# Metered Appliances, Inc.
# Deposit Detail
### June 2026

| Type | Date | Name | Amount |
|---|---|---|---|
| **Deposit** | **06/01/2026** | | **5,400.00** |
| | | 4 Milbrook Court 4-Ceebraid  %% | -382.50 |
| | | 1525 East 26th Street. | -400.25 |
| | | 29 East 64th Street BH % | -132.25 |
| | | Floral Blvd/33-47 | -170.00 |
| | | Bell Park 221-22 Manor Road% | -604.00 |
| | | 320 East Shore Rd/Wolf | -640.00 |
| | | 30 Stoner Road -Richland | -500.00 |
| | | 215 Middleneck Tuscany Richland | -170.00 |
| | | 1 Maple Drive-Cambridge-Richland | -170.00 |
| | | 15 Canterbury Road-Richland | -385.00 |
| | | 50 Brompton Road -Richland | -577.00 |
| | | 19 Schenk Avenue-Richland | -300.00 |
| | | Parkwood | -1,106.00 |
| | | CASH DEPOSIT | -85.00 |
| | | Cash Purchases | 222.00 |
| TOTAL | | | -5,400.00 |
| **Deposit** | **06/02/2026** | | **915.00** |
| | | 235 Seaman Hawthorne % | -103.00 |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -107.00 |
| | | 1-11 Marble Hill/ NoMa Mngmt | -163.00 |
| | | 142 West 143rd Street West Harlem % | -55.00 |
| | | 83 Hamilton Place West Harlem % | -105.00 |
| | | Merrick Gardens 109-15 172 St-Precision % | -372.00 |
| | | CASH DEPOSIT | -10.00 |
| TOTAL | | | -915.00 |
| **Deposit** | **06/03/2026** | | **3,075.00** |
| | | 47-20 42nd Street/Venture NY Prop | -485.00 |
| | | 57th Avenue 92-31/Hanover-Blue Owl % | -250.00 |
| | | Sherwood Village. | -207.00 |
| | | 134th St-8235 & 8239/Rokowsky | -205.00 |
| | | Linden 4 Towers | -602.00 |
| | | 45th Avenue 137-49/SelfHelp DE | -256.00 |
| | | 67th Road 100-26 Overage | -160.00 |
| | | Linden Hill 1 % | -879.00 |
| | | CASH DEPOSIT | -31.00 |
| TOTAL | | | -3,075.00 |
| **Deposit** | **06/04/2026** | | **3,044.00** |

**4:26 PM**
**07/02/26**

# Metered Appliances, Inc.
## Deposit Detail
### June 2026

| Type | Date | Name | Amount |
|------|------|------|--------|
| | | Armstrong Gardens 475 /Marsha Grant | -585.00 |
| | | 290 East 56th St Bklyn % | -50.00 |
| | | 2020 East 41st Street  REM | -382.00 |
| | | 8616 21st Avenue % | -62.00 |
| | | 1855 East 12th Street- Narrows | -559.00 |
| | | Kings Bay 2 | -1,436.00 |
| | | 8616 21st Avenue % | 30.00 |
| TOTAL | | | -3,044.00 |
| | | | |
| **Deposit** | **06/08/2026** | | **3,800.00** |
| | | 190 Merrick Road Lanai House %% | -305.00 |
| | | Town' N Harbor Freeport | -269.00 |
| | | 101 Central Park West/DE | -201.00 |
| | | 170 West 81st Street %% Metropolitan | -125.00 |
| | | 201 West 89th Street /Halstead | -385.00 |
| | | 12 West 72nd St./Tudor* | -636.00 |
| | | 215 West 91st Street  DE % | -140.00 |
| | | 320 West 96th St.-Lloyd Schaeffer | -94.00 |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -507.00 |
| | | Bell Park 221-22 Manor Road% | -1,000.00 |
| | | CASH DEPOSIT | -138.00 |
| TOTAL | | | -3,800.00 |
| | | | |
| **Deposit** | **06/09/2026** | | **2,100.00** |
| | | Hilton Ave 67 Hilton Hall Garden City % | -430.00 |
| | | Duncan Elder 150/ Einsidler | -381.00 |
| | | 195 North Village Avenue | -475.00 |
| | | 222 7th St/Garden City -A Wolf | -134.00 |
| | | Rockville Lewis 4 N Lewis Pl- Slepoy | -429.00 |
| | | 120 Morris Ave -Einsidler | -315.00 |
| | | Cash Purchases | 64.00 |
| TOTAL | | | -2,100.00 |
| | | | |
| **Deposit** | **06/10/2026** | | **3,760.00** |
| | | 1080 Fifth Avenue. BHS | -188.00 |
| | | 300 East 85th Street | -501.00 |
| | | 142 East 49th Street/ % | -201.00 |
| | | 140 East 81st Street/Midboro % | -575.00 |
| | | 1001 Fifth Avenue  DE No Pmt | -465.00 |
| | | 16 East 96 Street/Orsid% | -325.00 |
| | | 139 East 63 Street BHS % | -509.00 |

**4:26 PM**
**07/02/26**

# Metered Appliances, Inc.
## Deposit Detail
### June 2026

| Type | Date | Name | Amount |
|------|------|------|--------|
| | | 300 East 77th St/H20/-Orsid | -345.00 |
| | | 203 East 72nd Street DE  % | -642.00 |
| | | CASH DEPOSIT | -9.00 |
| TOTAL | | | -3,760.00 |
| | | | |
| **Deposit** | **06/11/2026** | | **2,785.00** |
| | | | |
| | | Oceanfront/Minnesota | -231.00 |
| | | Oceanfront/Tennesee | -298.00 |
| | | Sandcastle Condominium- All Shore | -376.00 |
| | | 560 West Broadway. | -283.00 |
| | | 333 East Broadway/Country Club | -660.00 |
| | | Lido Beach Towers. | -937.00 |
| TOTAL | | | -2,785.00 |
| | | | |
| **Deposit** | **06/11/2026** | | **2,000.00** |
| | | | |
| | | 18 Street-468 & 471  - Leiter% | -171.25 |
| | | 465 17th St/Windsor Terrace % Argo | -243.00 |
| | | 2360 Eighth Ave/Frederick doug.% | -131.00 |
| | | 93 Hamilton Place West Harlem % | -71.00 |
| | | 1631 Eastern Pkwy /% | -166.00 |
| | | 501 Hicks % | -100.00 |
| | | Hicks Street -145/-Min%-First Service | -204.00 |
| | | Pierrepont 62 BPC % | -185.00 |
| | | 65 Montague/20 Pierrepont/Advanced%% | -54.00 |
| | | Cadman Plaza/Vintage | -220.00 |
| | | 316 Bergen /Dermot  % | -155.00 |
| | | 50 Plaza-Excell Bradshaw % | -266.00 |
| | | CASH DEPOSIT | -33.75 |
| TOTAL | | | -2,000.00 |
| | | | |
| **Payment** | **06/11/2026** | **z/30 Clinton Street - Aargo** | **921.07** |
| | | | |
| TOTAL | | | 0.00 |
| | | | |
| **Payment** | **06/11/2026** | **Z/59-30 108th Street Lovett** | **983.88** |
| | | | |
| TOTAL | | | 0.00 |
| | | | |
| **Deposit** | **06/12/2026** | | **5,084.00** |
| | | | |
| | | 190 Merrick Road Lanai House %% | -425.00 |
| | | Horizon Shores/666 Shore % | -1,095.00 |
| | | Fair Harbor Rd-  Meridian % | -3,564.00 |
| TOTAL | | | -5,084.00 |

**4:26 PM**
**07/02/26**

# Metered Appliances, Inc.
## Deposit Detail
### June 2026

| Type | Date | Name | Amount |
|------|------|------|--------|
| **Deposit** | **06/15/2026** | | **5,620.00** |
| | | 75 South Middleneck/Hillpark % | -1,500.00 |
| | | 1 Maple Drive-Cambridge-Richland | -180.00 |
| | | 215 Middleneck Tuscany Richland | -200.00 |
| | | 320 East Shore Rd/Wolf | -200.00 |
| | | 50 Brompton Road -Richland | -204.00 |
| | | 30 Stoner Road -Richland | -250.00 |
| | | 15 Canterbury Road-Richland | -199.00 |
| | | 19 Schenk Avenue-Richland | -20.00 |
| | | Floral Blvd/33-47 | -185.00 |
| | | Parkwood | -2,325.00 |
| | | 4 Milbrook Court 4-Ceebraid  %% | -173.50 |
| | | Vanderbilt-Manhasset Apts % | -160.00 |
| | | CASH DEPOSIT | -23.50 |
| TOTAL | | | -5,620.00 |
| | | | |
| **Deposit** | **06/16/2026** | | **1,162.50** |
| | | 346 Bergen St Advanced % | -208.00 |
| | | 629 Lincoln Place /Max Nager % | -121.00 |
| | | 1871 Seventh Ave/ACP-124 W 114 % | -170.50 |
| | | 235 Seaman Hawthorne % | -111.00 |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -106.00 |
| | | 1-11 Marble Hill/ NoMa Mngmt | -446.00 |
| TOTAL | | | -1,162.50 |
| **Deposit** | **06/17/2026** | | **3,237.50** |
| | | Linden 4 Towers | -603.00 |
| | | 45th Avenue 137-49/SelfHelp DE | -132.00 |
| | | 75th Road 144-15 No Payment | -155.00 |
| | | 67th Road 100-26 Overage | -235.00 |
| | | 134th St-8235 & 8239/Rokowsky | -485.00 |
| | | Merrick Gardens 109-15 172 St-Precision % | -389.00 |
| | | 57th Avenue 92-31/Hanover-Blue Owl % | -396.00 |
| | | Linden Hill 1 % | -800.00 |
| | | Sherwood Village. | -373.00 |
| | | 47-20 42nd Street/Venture NY Prop | -525.00 |
| | | CASH DEPOSIT | -10.50 |
| | | Cash Purchases | 866.00 |
| TOTAL | | | -3,237.50 |

**4:26 PM**
**07/02/26**

**Metered Appliances, Inc.**
# Deposit Detail
**June 2026**

| Type | Date | Name | Amount |
|---|---|---|---|
| **Deposit** | **06/18/2026** | | **3,100.00** |
| | | 2020 East 41st Street  REM | -243.00 |
| | | 1855 East 12th Street- Narrows | -580.00 |
| | | Beach Channel Drive 138-11 Adv % | -400.00 |
| | | 8616 21st Avenue % | -60.00 |
| | | Kings Bay 2 | -1,836.00 |
| | | CASH Purchases | 19.00 |
| TOTAL | | | -3,100.00 |
| | | | |
| **Deposit** | **06/19/2026** | | **834.00** |
| | | 190 Merrick Road Lanai House %% | -299.00 |
| | | Clifton Place -91 | -100.00 |
| | | 429 Clinton Ave -Advanced % | -160.00 |
| | | 999 Wiloughby %% | -275.00 |
| TOTAL | | | -834.00 |
| | | | |
| **Deposit** | **06/22/2026** | | **3,334.00** |
| | | 93 Hamilton Place West Harlem % | -50.50 |
| | | 453 Washington Ave/ Max Nager % | -292.50 |
| | | 239 Prospect Place /Max Nager % | -210.50 |
| | | 12 West 72nd St./Tudor* | -998.00 |
| | | 101 Central Park West/DE | -70.00 |
| | | 170 West 81st Street %% Metropolitan | -125.00 |
| | | 83 Hamilton Place West Harlem % | -70.00 |
| | | 142 West 143rd Street West Harlem % | -110.00 |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -269.00 |
| | | 215 West 91st Street  DE % | -200.00 |
| | | 201 West 89th Street /Halstead | -400.00 |
| | | 334 West 86th Street. Vintage | -225.00 |
| | | 320 West 96th St.-Lloyd Schaeffer | -62.00 |
| | | Bell Park 221-22 Manor Road% | -627.00 |
| | | CASH DEPOSIT | -24.50 |
| | | Cash Purchases | 400.00 |
| TOTAL | | | -3,334.00 |
| | | | |
| **Deposit** | **06/23/2026** | | **2,200.00** |
| | | Rockville Lewis 4 N Lewis Pl- Slepoy | -432.00 |
| | | 120 Morris Ave -Einsidler | -280.00 |
| | | 195 North Village Avenue | -305.00 |

**4:26 PM**
**07/02/26**

# Metered Appliances, Inc.
## Deposit Detail
### June 2026

| Type | Date | Name | Amount |
|------|------|------|--------|
| | | Hilton Ave 67 Hilton Hall Garden City % | -677.00 |
| | | 222 7th St/Garden City -A Wolf | -85.00 |
| | | Duncan Elder 150/ Einsidler | -405.00 |
| | | CASH DEPOSIT | -16.00 |
| TOTAL | | | -2,200.00 |
| | | | |
| | | | |
| **Deposit** | **06/24/2026** | | **2,496.00** |
| | | | |
| | | 825 Fifth Avenue % | -120.00 |
| | | 203 East 72nd Street DE  % | -144.00 |
| | | 142 East 49th Street/ % | -185.00 |
| | | 145 East 76th Street/No Payment | -120.00 |
| | | 140 East 81st Street/Midboro % | -215.00 |
| | | 300 East 77th St/H20/-Orsid | -105.00 |
| | | 139 East 63 Street BHS % | -152.00 |
| | | 300 East 85th Street | -1,675.00 |
| | | CASH DEPOSIT | -10.00 |
| | | Cash Purchases | 230.00 |
| TOTAL | | | -2,496.00 |
| | | | |
| | | | |
| **Deposit** | **06/25/2026** | | **1,582.00** |
| | | | |
| | | Oceanfront/Minnesota | -80.00 |
| | | Oceanfront/Tennesee | -48.00 |
| | | Sandcastle Condominium- All Shore | -88.00 |
| | | 560 West Broadway. | -65.00 |
| | | 333 East Broadway/Country Club | -110.00 |
| | | Lido Beach Towers. | -137.00 |
| | | 501 Hicks % | -150.00 |
| | | 1631 Eastern Pkwy /% | -104.00 |
| | | 50 Plaza-Excell Bradshaw % | -165.00 |
| | | 31 Washington Street-Goldin % | -87.00 |
| | | 316 Bergen /Dermot  % | -25.00 |
| | | Cadman Plaza/Vintage | -92.00 |
| | | Hicks Street -145/-Min%-First Service | -160.00 |
| | | 65 Montague/20 Pierrepont/Advanced%% | -75.00 |
| | | Pierrepont 62 BPC % | -45.00 |
| | | Remsen Street 161/Sandberg Overage% | -140.00 |
| | | CASH DEPOSIT | -11.00 |
| TOTAL | | | -1,582.00 |
| | | | |
| **Deposit** | **06/26/2026** | | **1,041.25** |
| | | | |
| | | 346 Bergen St Advanced % | -149.25 |
| | | 29 East 64th Street BH % | -143.25 |

**4:26 PM**
**07/02/26**

**Metered Appliances, Inc.**
## Deposit Detail
**June 2026**

| Type | Date | Name | Amount |
|------|------|------|--------|
| | | 629 Lincoln Place /Max Nager % | -61.25 |
| | | 244 Bainbridge Place /Max Nager % | -126.75 |
| | | Vanderbilt-Manhasset Apts % | -139.75 |
| | | 4 Milbrook Court 4-Ceebraid  %% | -150.00 |
| | | 190 Merrick Road Lanai House %% | -271.00 |
| TOTAL | | | -1,041.25 |
| | | | |
| TOTAL | | | 0.00 |
| | | | |
| **Deposit** | **06/29/2026** | | **1,052.00** |
| | | | |
| | | Kugelman-577 Fulton/Columbia | -1,052.00 |
| TOTAL | | | -1,052.00 |
| | | | |
| **Deposit** | **06/29/2026** | | **4,529.75** |
| | | | |
| | | Parkwood | -1,900.00 |
| | | 50 Brompton Road -Richland | -558.00 |
| | | Floral Blvd/33-47 | -140.00 |
| | | 320 East Shore Rd/Wolf | -505.00 |
| | | 215 Middleneck Tuscany Richland | -115.00 |
| | | 1 Maple Drive-Cambridge-Richland | -300.00 |
| | | 30 Stoner Road -Richland | -385.00 |
| | | 15 Canterbury Road-Richland | -265.00 |
| | | Bell Park 221-22 Manor Road% | -604.00 |
| | | Mountaintop NJ% | -330.00 |
| | | CASH DEPOSIT | -194.75 |
| | | Cash Purchases | 272.00 |
| | | Cash Reimbursement | 300.00 |
| | | Cash Purchases | 195.00 |
| TOTAL | | | -4,529.75 |
| | | | |
| **Deposit** | **06/30/2026** | | **0.00** |
| | | | |
| | | Central Harlem Associates -Metropolitan %:210 West 146 | -106.00 |
| | | 1-11 Marble Hill/ NoMa Mngmt | -120.00 |
| | | 235 Seaman Hawthorne % | -67.00 |
| | | 16 East 96 Street/Orsid% | -105.00 |
| | | Cash Purchases | 350.00 |
| | | Cash Purchases | 48.00 |
| TOTAL | | | 0.00 |

**4:26 PM**
**07/02/26**

# Metered Appliances, Inc.
## Deposit Detail
**June 2026**

| Account | Undeposited Income | Total Deposited Collection | Exhibit C |
|---|---|---|---|
| | $2,199.00 | $98,685.20 | |

**CHASE/30511 -CHK -New**

COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION

| | | | |
|---|---|---|---|
| Lenny Visa | 222.00 | | |

TOTAL

**CHASE/30511 -CHK -New**

COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION

TOTAL

**CHASE/30511 -CHK -New**

COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION

TOTAL

**CHASE/30511 -CHK -New**

**4:26 PM**
**07/02/26**

**Metered Appliances, Inc.**
**Deposit Detail**
**June 2026**

| Account | Undeposited Income | Total Deposited Collection | Exhibit C |
|---|---|---|---|
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| Rent | | | |
| **TOTAL** | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| **TOTAL** | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| Parking | 64.00 | | |
| **TOTAL** | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |

**4:26 PM**
**07/02/26**

**Metered Appliances, Inc.**

**Deposit Detail**

**June 2026**

| Account | Undeposited Income | Total Deposited Collection | Exhibit C |
|---|---|---|---|
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| TOTAL | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| TOTAL | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| TOTAL | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| TOTAL | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| TOTAL | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| TOTAL | | | |

**Metered Appliances, Inc.**
# Deposit Detail
**June 2026**

| Account | Undeposited Income | Total Deposited Collection | Exhibit C |
|---|---|---|---|

**CHASE/30511 -CHK -New**

COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION

TOTAL

**CHASE/30511 -CHK -New**

COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION

TOTAL

**CHASE/30511 -CHK -New**

COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION
COLLECTION

| Lenny Visa | 866.00 | | |

TOTAL

**4:26 PM**
**07/02/26**

## Metered Appliances, Inc.
## Deposit Detail
**June 2026**

| Account | Undeposited Income | Total Deposited Collection | Exhibit C |
|---|---|---|---|
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | 19.00 | | |
| TOTAL | | | |
| | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| TOTAL | | | |
| | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| Lenny Visa | 400.00 | | |
| TOTAL | | | |
| | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |

**4:26 PM**
**07/02/26**

# Metered Appliances, Inc.
## Deposit Detail
**June 2026**

| Account | Undeposited Income | Total Deposited Collection | Exhibit C |
|---|---|---|---|
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |

TOTAL

**CHASE/30511 -CHK -New**

| | | | |
|---|---|---|---|
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| Lenny Visa | 230.00 | | |

TOTAL

**CHASE/30511 -CHK -New**

| | | | |
|---|---|---|---|
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |

TOTAL

**CHASE/30511 -CHK -New**

| | | | |
|---|---|---|---|
| COLLECTION | | | |
| COLLECTION | | | |

**4:26 PM**
**07/02/26**

**Metered Appliances, Inc.**
## Deposit Detail
**June 2026**

| Account | Undeposited Income | Total Deposited Collection | Exhibit C |
|---|---|---|---|
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| **TOTAL** | | | |
| | | | |
| **TOTAL** | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| **TOTAL** | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| Lenny Visa | | | |
| Automobile Insurance | | | |
| Parking | | | |
| **TOTAL** | | | |
| | | | |
| **CHASE/30511 -CHK -New** | | | |
| | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| COLLECTION | | | |
| Supplies | 350.00 | | |
| Postage and Delivery | 48.00 | | |
| **TOTAL** | | | |