# EXHIBIT A

Letters of Intent of CPIL LLC

Annexed are the two letters of intent delivered by CPIL LLC to the Debtor:

1.  Letter of Intent dated **June 15, 2026**, covering one laundry room location at 2020 East 41st Street, Brooklyn, New York, at a proposed price of $17,500.00.

2.   Letter of Intent dated **July 14, 2026**, covering five additional laundry room locations at a proposed price of $100,000.00.

The letters are annexed in full. The Purchaser is identified by name in this Response and in the Debtor's motion to approve the sales, and the Debtor sees no reason to withhold the documents that set out the terms. The electronic mail messages transmitting the letters are not annexed; the letters themselves are the operative documents.

The letters are annexed because the change in the scope of the transaction between June 15, 2026 and July 14, 2026 is the reason for the delay described in the Preliminary Statement, and the Debtor would rather the Court and the United States Trustee see the documents than take counsel's word for it.

**LETTER OF INTENT TO PURCHASE INTERIOR LAUNDRY Room**

**Date:** June 15, 2026

**Seller:** Metered Appliances

**Buyer:** CPIL LLC (or Assigns)

**Re: Purchase of Interior Laundry Room**

Dear Seller,

This Letter of Intent outlines the principal terms under which Buyer proposes to purchase Seller's portfolio of interior laundry room operations.

**Proposed Purchase Price**

Buyer proposes a purchase price of:

**$17,500.00**

subject to verification of all financial information, contracts, machine ownership, utility responsibility, and operating history.

**Earnest Money Deposit**

Buyer shall provide:

**$2,500 refundable deposit**

to be held until completion of due diligence.

**Due Diligence Period**

Buyer shall have:

**60 calendar days**

to review:

- Revenue records
- Collection reports
- Machine ownership documentation
- Lease agreements
- Building agreements
- Maintenance records

**Seller Financing**

At closing:

- Down Payment: **$5,000.00**
- Seller Note: **$12,500.00**
- Term: **36 months**
- Interest Rate: **5% per annum**
- No prepayment penalty

**Assignment**

Buyer may assign this agreement to an affiliated entity.

**Closing**

Closing shall occur within ten (10) business days after successful completion of due diligence.

**Exclusivity**

Seller agrees not to market or negotiate the sale of the portfolio with any other party during the due diligence period.

This Letter of Intent is non-binding except for confidentiality and exclusivity provisions.

Accepted:

SELLER: _____

BUYER: _____

## LETTER OF INTENT TO PURCHASE INTERIOR LAUNDRY PORTFOLIO

**Date:** July 14, 2026

**Seller:** Metered Appliances

**Buyer:** CPIL LLC (or Assigns)

**Re: Purchase of Interior Laundry Room Portfolio**

Dear Seller,

This Letter of Intent outlines the principal terms under which Buyer proposes to purchase Seller's portfolio of interior laundry room operations.

**Proposed Purchase Price**

Buyer proposes a purchase price of:

**$100,000.00**

subject to verification of all financial information, contracts, machine ownership, utility responsibility, and operating history.

**Earnest Money Deposit**

Buyer shall provide:

**$2,500 refundable deposit**

to be held until completion of due diligence.

**Due Diligence Period**

Buyer shall have:

**60 calendar days**

to review:

- Revenue records
- Collection reports
- Machine ownership documentation
- Lease agreements
- Building agreements
- Maintenance records

**Seller Financing**

At closing:

- Down Payment: **$20,000.00**
- **Income Verification Payment -$5000.00 (45 Days Post Closing)**
- Seller Note: **$75,000.00**
- Term: **36 months**
- Interest Rate: **5% per annum**
- No prepayment penalty

**Assignment**

Buyer may assign this agreement to an affiliated entity.

**Closing**

Closing shall occur within ten (10) business days after successful completion of due diligence.

**Exclusivity**

Seller agrees not to market or negotiate the sale of the portfolio with any other party during the due diligence period.

This Letter of Intent is non-binding except for confidentiality and exclusivity provisions.

Accepted:

SELLER: _____

BUYER: _____