# EXHIBIT "C"

## SCHEDULE OF LOCATIONS, ASSUMED CONTRACTS, COUNTERPARTIES, AND CURE AMOUNTS

The Debtor is reconciling the legal name and notice address of each counterparty against the building agreement to which it relates, so that the cure amounts fixed by the Sale Order bind the correct parties.

The completed schedule will be filed and served upon each counterparty not later than fourteen days before the hearing on this Motion, and in any event with sufficient time to permit any counterparty to object to the cure amount proposed for its agreement.

The cure amounts the Debtor proposes are set forth in the body of this Motion and total $16,600.00.