

LAW OFFICES OF
CHARLES WERTMAN P.C.

July 29, 2026

<u>Via ECF</u>
Honorable Judge John P. Mastando
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

**Re:  Metered Appliances 25-73481**

Dear Judge Mastando:

I represent the Debtor in the above-referenced matter. The following matters, which were scheduled for today, **July 29, 2026, at 10:00 a.m.**, have been adjourned to **August 12, 2026, at 10:00 a.m.**

1. Subchapter V Initial Status Conference;

2. The Trustee's Motion to Convert the Chapter 11 Case to Chapter 7, or, in the Alternative, Motion to Dismiss;

3. Motion to Reject Lease or Executory Contract.

I thank you for your patience and attention to this matter.

Respectfully,

Charles Wertman, Esq.

cc:    ECF to all parties

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com