

LAW OFFICES OF
CHARLES WERTMAN P.C.

July 31, 2026

Honorable Judge John P. Mastando
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

**Re:  Metered Appliances 25-73481**

Dear Judge Mastando:

I represent the Debtor in the above referenced matter. I am submitting fully executed Letters of Intent to supplement (1)Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) Laundry equipment, card and payment systems, route records, and related personal property at six interior laundry room locations, together with the assumption and assignment of the building agreements at four of those locations [DKT #76] and (2)Amended Chapter 11 Plan Subchapter V dated 07/29/2026. Percentage to be paid to General Unsecured Creditors 5% [DKT #77].

I thank you for your consideration.

Respectfully,

Charles Wertman, Esq.

cc:    ECF to all parties

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com