LAW OFFICES OF
CHARLES WERTMAN P.C.

August 11, 2026

Via ECF
Honorable Judge John P. Mastando
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

**Re: Metered Appliances 25-73481**

Dear Judge Mastando:

I represent the Debtor in the above-referenced matter. I respectfully request a short adjournment of these matters, currently scheduled for August 12, 2026, at 10:00 a.m., to a date and time convenient to the Court.

1. Subchapter V Initial Status Conference;

2. The Trustee's Motion to Convert the Chapter 11 Case to Chapter 7, or, in the Alternative, Motion to Dismiss;

3. Motion to Reject Lease or Executory Contract.

This request is made on consent. The Trustee has requested that the adjourned date not be scheduled during the week of August, 2026.

I thank you for your consideration.

Respectfully,

*/s/ Charles Wertman*
Charles Wertman, Esq.

cc: ECF to all parties

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com