LAW OFFICES OF
CHARLES WERTMAN P.C.

August 11, 2026

Via ECF
Honorable Judge John P. Mastando
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

**Re: Metered Appliances 25-73481**

Dear Judge Mastando:

I represent the Debtor in the above-referenced matter. I respectfully request a short adjournment of these matters, currently scheduled for August 12, 2026, at 10:00 a.m., to a date and time convenient to the Court.

1. Subchapter V Initial Status Conference;

2. The Trustee's Motion to Convert the Chapter 11 Case to Chapter 7, or, in the Alternative, Motion to Dismiss;

3. Motion to Reject Lease or Executory Contract.

This request is made on consent. The Trustee has requested that the adjourned date not be scheduled during the week of August 24, 2026.

I thank you for your consideration.

Respectfully,

*/s/ Charles Wertman*
Charles Wertman, Esq.

cc: ECF to all parties

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com