UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
In re:

METERED APPLIANCES INC.,

Debtor.
---------------------------------------X

Chapter 11 (Subchapter V)

Case No. 8-25-73481-jpm

**ORDER CONVERTING CHAPTER 11 CASE TO ONE UNDER CHAPTER 7**

Upon the United States Trustee (the "UST") having moved by motion ("Motion") [Dkt. No. 21] dated January 2, 2026, seeking entry of an order under 11 U.S.C. § 1112(b) converting the Chapter 11 case of Metered Appliances Inc. (the "Debtor") to a case under Chapter 7 of the Bankruptcy Code, or in the alternative, dismissing this case; and the Debtor being represented by Charles Wertman, Esq., of the Law Offices of Charles Wertman, P.C. ("Debtor's Counsel"); and Salvatore LaMonica, Esq. having been appointed the Subchapter V Trustee (the "Trustee") on September 11, 2025 [Dkt. No. 5]; and the Debtor having filed opposition to the Motion on July 28, 2026 (the "Opposition") [Dkt. No. 75]; and the UST having filed a reply to the Opposition on August 7, 2026 [Dkt. No. 84]; and the Motion having come on for a hearing (the "Hearing") before the Court on August 12, 2026; and the UST having appeared at the Hearing by its counsel, William J. Birmingham, Esq.; and both the Debtor and Debtor's Counsel having failed to appear at the Hearing; and the Trustee having appeared at the Hearing; and 50 Brompton Owners, Inc. having appeared at the Hearing by its counsel, Seth Choset, Esq., of Schneider Buchel LLP; and after hearing those parties whose appearances are noted on the transcript (the "Transcript"), which Transcript is incorporated into the record herein by reference; and the Court having determined that notice was appropriate and that sufficient cause exists in support of converting

the Debtor's chapter 11 case to one under chapter 7; and after due deliberation and good cause being shown, it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein and on the record during the Hearing; and it is further

**ORDERED**, that the Debtor's case commenced under chapter 11 of the Bankruptcy Code is converted to one under chapter 7; and it is further

**ORDERED**, that the Debtor shall file with the Court the schedule of post-petition debts required by Federal Rule of Bankruptcy Procedure 1019(e) so as to be received no later than fifteen (15) days from the date hereof; and it is further

**ORDERED**, that the Debtor is directed to appear at the meeting scheduled in the converted case pursuant to 11 U.S.C. §341(a) and at any adjournments thereof; and it is further

**ORDERED**, that the Debtor shall preserve any and all books and records and make them available to the chapter 7 trustee forthwith.

**Dated: Central Islip, New York**
**August 19, 2026**

United States Bankruptcy Court
Eastern District of New York

/s/ John P. Mastando III

John P. Mastando III
United States Bankruptcy Judge