UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Metered Appliances Inc.

Debtor(s)
-------------------------------------------------------x

Case No. 25-73481-jpm
Chapter 7

**ORDER OF REASSIGNMENT**

Whereas, the above-captioned case having been initiated by the filing of a petition under Chapter 11 of Title 11 of the United States Code on September 9, 2025, and having been assigned to Bankruptcy Judge Alan S. Trust, and

Whereas, the case having been reassigned to Bankruptcy Judge John P Mastando, III on June 8, 2026, and having been converted to Chapter 7 of Title 11 of the United States Code on August 19, 2026, and

Whereas, in the interest of justice and proper case administration, this case should be reassigned to Bankruptcy Judge Louis A. Scarcella, it is

ORDERED, that this case be and is hereby reassigned to Bankruptcy Judge Louis A. Scarcella, and it is further

ORDERED, that the Clerk of Court take all necessary steps to effectuate the reassignment of this case.

Dated: Brooklyn, New York
August 19, 2026

s/Jil Mazer-Marino
Hon. Jil Mazer-Marino,
Chief U.S. Bankruptcy Judge