| | | | |
|---|---|---|---|
| Information to identify the case: | | | |
| Debtor | Metered Appliances Inc.<br>Name | EIN: | 11−2520152 |
| United States Bankruptcy Court | Eastern District of New York | Date case filed in chapter: | 11 9/9/25 |
| Case number: | 8−25−73481−las | Date case converted to chapter: | 7 8/19/26 |

# NOTICE REASSIGNING CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above captioned case has been reassigned to the Honorable Louis A. Scarcella, United States Bankruptcy Judge, pursuant to an order dated August 19, 2026.

Please take note of the new case number: 8−25−73481−las .

Dated: August 19, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnre7.jsp** [Notice of Reassignment of Chapter 7 Case rev 02/01/17]