**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York (Central Islip Division)*

*Alfonse M. D'Amato Federal Courthouse*
*560 Federal Plaza*
*Central Islip, New York 11722-4456*

*Telephone:* *(631) 715-7800*
*Fax:* *(631) 715-7777*

# ***CONVERTED CASE MEMORANDUM***

TO: Case Administration- Judge Team for Judge Louis A. Scarcella

FROM: William K. Harrington
United States Trustee

PREPARED BY: Joann Lomangino

DATE: August 19, 2026

RE: Appointment of Chapter 7 Trustee – Converted Case From Chapter **11** to Chapter **7**- And Scheduling of Section 341(a) Meeting to be noticed by Clerk's Office

---

The below listed case has been reviewed.

Allan B. Mendelsohn has been selected as interim trustee for this case. His address is Allan B. Mendelsohn, 38 New Street, Huntington, New York 11743.

The 341 (a) meeting for the case will be held on 9/23/26 at 2 PM at Zoom.us/join - Mendelsohn: Meeting ID 493 769 0566, Passcode 8937241878, Phone 1 (631) 701-5690.

## ***CONVERTED CHAPTER 11 CASE TO CHAPTER 7 ASSET CASE***

***Metered Appliances Inc.*** ***Case No.: 25-73481-las***

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In Re:**

***Metered Appliances Inc.*** ***Case No.: 25-73481-las***

**Debtor.**

---

**APPOINTMENT OF INTERIM TRUSTEE AND**
**DESIGNATION OF REQIRED BOND**

---

Allan B. Mendelsohn of Huntington, New York, is hereby appointed, pursuant to 11 U.S.C. 701(a) as interim Trustee for the estate(s) of the above named debtor(s). See 11 U.S.C. 701(c). If no trustee is elected, you shall serve as the Trustee in this case by operation of law. 11 U.S.C. 702(d).

The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on filed with the Office. See 11 U.S.C. 322(a) Federal Rules of Bankruptcy Procedure 2010(a). In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated: Central Islip, New York
August 19, 2026

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By: ***/s/ Christine H. Black***
Christine H. Black
Assistant United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
Tel. No. (631) 715-7800