UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re: Chapter 7

Metered Appliances Inc. Case No. 825-73481-845

Debtor.

------------------------------------------------------X

ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the law firm of Weinberg, Gross & Pergament LLP is counsel of record for Hercules Corp., an interested party in the above-captioned Chapter 7 case.

PLEASE TAKE FURTHER NOTICE that Hercules Corp. hereby requests that all notices given or required to be given in this Chapter 7 case and all pleadings served or required to be served in this Chapter 7 case be served upon its counsel of record at the following address:

Weinberg, Gross & Pergament LLP
400 Garden City Plaza - Suite 309
Garden City, New York 11530
(516) 877-2424 - Phone
(516) 877-2460 - Facsimile
mpergament@wgplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices and pleadings referred to in Section 1109(b) of Title 11, United States Code, and in Rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, petitions, pleadings, complaints, applications and any other documents or requests brought before this Court in the above-captioned Chapter 7 case, whether formal or informal, written or oral, or transmitted or conveyed by mail, messenger, telephone, telegraph, facsimile or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party

in interest in this case, including Hercules Corp., with respect to: (a) the Debtor; (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by the Debtor or any other party in interest.

PLEASE TAKE FURTHER NOTICE that Hercules Corp. intends that neither this Entry of Appearance and request for Service of Notices and Pleadings nor any later appearance, pleading, claim or suit shall waive (1) the right of Hercules Corp. to have final orders in non-core matters entered only after de novo review by a District Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set offs or recoupments to which Hercules Corp. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set offs and recoupments Hercules Corp. expressly reserves.

Dated: Garden City, New York
August 24, 2026

Respectfully submitted,

Weinberg, Gross & Pergament LLP
Attorneys for Hercules Corp.

By: ______________________________

Marc A. Pergament
400 Garden City Plaza, Suite 309
Garden City, New York 11530
(516) 877-2424