# EXHIBIT B

| **Laundry Acquisition** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| **Locations** | **Washer** | **Dryer** | **Mo. Inc** | **Mo. Exp** | **Mo. Net** | **Cont. Exp.** | **Remaining** |
| | | | | | | | |
| 2020 E. 41st St | 4 | 4 | $650.00 | $350.00 | $300.00 | 5/1/2029 | 3 Yrs |
| | | | | | | | |
| | | | | | | | |
| **Totals** | | | **$650.00** | **$350.00** | **$300.00** | | |