# EXHIBIT C

**LETTER OF INTENT TO PURCHASE INTERIOR LAUNDRY Room**

**Date:** June 15, 2026

**Seller:** Metered Appliances

**Buyer:** CPIL LLC (or Assigns)

**Re: Purchase of Interior Laundry Room**

Dear Seller,

This Letter of Intent outlines the principal terms under which Buyer proposes to purchase Seller's portfolio of interior laundry room operations.

**Proposed Purchase Price**

Buyer proposes a purchase price of:

**$17,500.00**

subject to verification of all financial information, contracts, machine ownership, utility responsibility, and operating history.

**Earnest Money Deposit**

Buyer shall provide:

**$2,500 refundable deposit**

to be held until completion of due diligence.

**Due Diligence Period**

Buyer shall have:

**60 calendar days**

to review:

- Revenue records
- Collection reports
- Machine ownership documentation
- Lease agreements
- Building agreements
- Maintenance records

**Seller Financing**

At closing:

- Down Payment: **$5,000.00**
- Seller Note: **$12,500.00**
- Term: **36 months**
- Interest Rate: **5% per annum**
- No prepayment penalty

**Assignment**

Buyer may assign this agreement to an affiliated entity.

**Closing**

Closing shall occur within ten (10) business days after successful completion of due diligence.

**Exclusivity**

Seller agrees not to market or negotiate the sale of the portfolio with any other party during the due diligence period.

This Letter of Intent is non-binding except for confidentiality and exclusivity provisions.

Accepted:

SELLER: ________________________

BUYER: ________________________

**ASSET PURCHASE AGREEMENT**

This Asset Purchase Agreement ("Agreement") is entered into on ______________ by and between:

## Seller

Metered Appliances Inc.

and

## Buyer

CPIL LLC, a New York Limited Liability Company

---

## 1. Assets Being Purchased

Seller agrees to sell and Buyer agrees to purchase:

**Equipment**

All washers, dryers, card systems, vending equipment, change machines, furniture, fixtures, and related equipment are located in the following laundry rooms:

1. 2020 East 41st Street, Brooklyn, NY

**Contract Rights**

- Building laundry room agreements
- License agreements
- Laundry room leases
- Customer deposits, if any
- Vendor agreements assignable to Buyer

## Intangible Assets

- Route records
- Customer information
- Access codes
- Keys
- Equipment manuals
- Service histories

**2. Purchase Price**

Total Purchase Price:

**$17,500.00**

allocated as follows:

| Description | Amount |
|---|---|
| Down Payment | $5,000.00 |
| Seller Financing | $12,500.00 |

**3. Seller Financing**

Seller shall finance:

**Up to $12,500.00**

under the terms of the Promissory Note attached as Exhibit A.

**4. Seller Representations**

Seller represents that:

**Ownership**

Seller owns all equipment free and clear of liens except those disclosed in writing.

**Financial Statements**

All revenue and expense information provided is accurate to Seller's knowledge.

**Contracts**

All building agreements are valid and in force.

## Litigation

No litigation exists that would materially affect operation of the portfolio.

## 5. Due Diligence Contingency

Buyer may terminate this Agreement and receive return of deposit if:

- Revenue differs by more than 15%
- Material contracts cannot be assigned
- Equipment materially differs from representations
- Building owners refuse assignment

## 6. Closing Deliveries

Seller shall provide:

- Bill of Sale
- Assignment Agreements
- Building Consent Letters
- Equipment Inventory
- Keys and Access Credentials
- Tax Clearance Documents if required

## 7. Non-Competition

For three (3) years following closing, Seller shall not own, operate, or manage competing interior laundry facilities within:

**15 miles from any purchased location.**

## 8. Default

If Seller defaults:

- Deposit returned
- Buyer entitled to specific performance

If Buyer defaults:

- Deposit forfeited as liquidated damages

**9. Governing Law**

This Agreement shall be governed by the laws of the State of New York.

SELLER:

BUYER:

CPIL LLC

By: ________________________

**SELLER FINANCING PROMISSORY NOTE**

**PROMISSORY NOTE**

**Principal Amount:** $12,500.00

**Date: ______________**

FOR VALUE RECEIVED, Buyer promises to pay Seller:

## Principal

$17,500.00

**Interest Rate**

5.0% per annum

**Term**

36 Months

**Monthly Payment**

Approximately $374.64 per month

(final payment adjusted for exact amortization)

**Payment Terms**

Payments shall begin 30 days after closing and continue monthly thereafter.

Payments shall be made by:

- ACH
- Wire Transfer
- Check

as designated by Seller.

**Prepayment**

Buyer may prepay all or any portion of the Note at any time without penalty.

**Security**

This Note shall be secured by:

- Laundry equipment
- Card systems
- Laundry room operating assets

purchased under the Asset Purchase Agreement.

**Default**

Default shall occur if:

- Payment is more than 30 days late
- Buyer abandons operations
- Buyer becomes insolvent

Seller shall provide 30 days written notice and opportunity to cure.

**Remedies**

Upon default Seller may:

- Accelerate the balance
- Recover collateral
- Pursue legal remedies available under New York law

---

**Personal Guarantee (Optional)**

Seller may require:

☐ **No Personal Guarantee**

☐ Limited Personal Guarantee

☐ Full Personal Guarantee

Buyer preference: **Limited Personal Guarantee only until principal balance falls below 50% of original note amount.**

---

**LETTER OF INTENT TO PURCHASE INTERIOR LAUNDRY PORTFOLIO**

**Date:** July 14, 2026

**Seller:** Metered Appliances

**Buyer:** CPIL LLC (or Assigns)

**Re: Purchase of Interior Laundry Room Portfolio**

Dear Seller,

This Letter of Intent outlines the principal terms under which Buyer proposes to purchase Seller's portfolio of interior laundry room operations.

**Proposed Purchase Price**

Buyer proposes a purchase price of:

**$100,000.00**

subject to verification of all financial information, contracts, machine ownership, utility responsibility, and operating history.

**Earnest Money Deposit**

Buyer shall provide:

**$2,500 refundable deposit**

to be held until completion of due diligence.

**Due Diligence Period**

Buyer shall have:

**60 calendar days**

to review:

- Revenue records
- Collection reports
- Machine ownership documentation
- Lease agreements
- Building agreements
- Maintenance records

**Seller Financing**

At closing:

- Down Payment: **$20,000.00**
- **Income Verification Payment -$5000.00 (45 Days Post Closing)**
- Seller Note: **$75,000.00**
- Term: **36 months**
- Interest Rate: **5% per annum**
- No prepayment penalty

**Assignment**

Buyer may assign this agreement to an affiliated entity.

**Closing**

Closing shall occur within ten (10) business days after successful completion of due diligence.

**Exclusivity**

Seller agrees not to market or negotiate the sale of the portfolio with any other party during the due diligence period.

This Letter of Intent is non-binding except for confidentiality and exclusivity provisions.

Accepted:

SELLER: ________________________

BUYER: ________________________

# ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement ("Agreement") is entered into on ______________ by and between:

## Seller

Metered Appliances Inc.

---

and

## Buyer

CPIL LLC, a New York Limited Liability Company

---

## 1. Assets Being Purchased

Seller agrees to sell and Buyer agrees to purchase:

**Equipment**

All washers, dryers, card systems, vending equipment, change machines, furniture, fixtures, and related equipment located at the following laundry rooms:

1. East 79th Street Location
2. Duncan Elder Location
3. Floral Blvd Location
4. Rockville Lewis Location
5. Sand Castle Location

**Contract Rights**

- Building laundry room agreements
- License agreements
- Laundry room leases
- Customer deposits, if any
- Vendor agreements assignable to Buyer

## Intangible Assets

- Route records
- Customer information
- Access codes
- Keys
- Equipment manuals
- Service histories

---

### 2. Purchase Price

Total Purchase Price:

**$100,000.00**

allocated as follows:

| Description | Amount |
|---|---|
| Down Payment at Closing | $20,000.00 |
| Income Verification: | $5,000.00 |
| Seller Financing | $75,000.00 |

---

### 3. Seller Financing

Seller shall finance:

**Up to $75,000.00**

under the terms of the Promissory Note attached as Exhibit A.

---

### 4. Seller Representations

Seller represents that:

**Ownership**

Seller owns all equipment free and clear of liens except those disclosed in writing.

**Financial Statements**

All revenue and expense information provided is accurate to Seller's knowledge.

**(See Attached Monthly Income List)**

**Contracts**

All building agreements are valid and in force.

## Litigation

No litigation exists that would materially affect operation of the portfolio. Clearance from Bankruptcy Court allowing purchase.

---

### 5. Due Diligence Contingency

Buyer may terminate this Agreement and receive return of deposit if:

- Revenue differs by more than 15%
- Material contracts cannot be assigned
- Equipment condition materially differs from representations
- Building owners refuse assignment

---

### 6. Closing Deliveries

Seller shall provide:

- Bill of Sale
- Assignment Agreements
- Building Consent Letters
- Equipment Inventory
- Keys and Access Credentials
- Tax Clearance Documents if required

---

### 7. Non-Competition

For three (3) years following closing, Seller shall not own, operate, or manage competing interior laundry facilities within:

**15 miles from any purchased location.**

---

### 8. Default

If Seller defaults:

- Deposit returned
- Buyer entitled to specific performance

If Buyer defaults:

- Deposit forfeited as liquidated damages

---

### 9. Governing Law

This Agreement shall be governed by the laws of the State of New York.

SELLER:

---

BUYER:

CPIL LLC

By: ________________________

---

**SELLER FINANCING PROMISSORY NOTE**

**PROMISSORY NOTE**

**Principal Amount:** $75,000.00

**Date:** ______________

FOR VALUE RECEIVED, Buyer promises to pay Seller:

## Principal

$

**Interest Rate**

5.0% per annum

**Term**

36 Months

**Monthly Payment**

Approximately $2,247.82 per month

(final payment adjusted for exact amortization)

---

**Payment Terms**

Payments shall begin 30 days after closing and continue monthly thereafter.

Payments shall be made by:

- ACH
- Wire Transfer
- Check

as designated by Seller.

---

**Prepayment**

Buyer may prepay all or any portion of the Note at any time without penalty.

---

**Security**

This Note shall be secured by:

- Laundry equipment
- Card systems
- Laundry room operating assets

purchased under the Asset Purchase Agreement.

---

**Default**

Default shall occur if:

- Payment is more than 30 days late
- Buyer abandons operations
- Buyer becomes insolvent

Seller shall provide 30 days written notice and opportunity to cure.

---

**Remedies**

Upon default Seller may:

- Accelerate the balance
- Recover collateral
- Pursue legal remedies available under New York law

---

**Personal Guarantee (Optional)**

Seller may require:

☐ **No Personal Guarantee**

☐ Limited Personal Guarantee

☐ Full Personal Guarantee

Buyer preference: **Limited Personal Guarantee only until principal balance falls below 50% of original note amount.**

---