# EXHIBIT E

**From:** **Charles Wertman** charles@cwertmanlaw.com
**Subject:** Re: Metered Appliances
**Date:** August 31, 2026 at 1:15 PM
**To:** Fred Kantrow fkantrow@thekantrowlawgroup.com
**Cc:** Charles Wertman charles@cwertmanlaw.com, Allan Mendelsohn amendelsohn@amendelsohnlaw.com, Hailey Kantrow hkantrow@thekantrowlawgroup.com, James Matias jmatias@thekantrowlawgroup.com, para legal paralegal@cwertmanlaw.com

CW

Good Afternoon:

Please see attached, thank you.

ltr....pdf

***Charles Wertman, Esq.***
*Law Offices of Charles Wertman, P.C.*
*100 Merrick Road, Suite # 304W*
*Rockville Centre, NY 11570*
*Tel: 516-284-0900*
*Email: Charles @cwertmanlaw.com*

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.