UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re: Case No. 8-25-73481-las

Metered Appliances Inc., Chapter 7

Debtor.
----------------------------------------------------------x

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE**

Upon the motion dated September 2, 2026 ("Motion") [ECF No. 101] filed by Metered Appliances Inc. (the "Debtor"), and Leonard Orner and Norman Orner, the Debtor's officers, directors and sole shareholders and the guarantors of their obligations to Eastern Funding LLC (together with the Debtor, the "Movants"), by their attorneys, Law Offices of Charles Wertman P.C., seeking entry of an order (a) altering or amending the Order Converting Chapter 11 Case to One Under Chapter 7 entered August 19, 2026 [ECF No. 88] (the "Conversion Order") pursuant to Fed. R. Bankr. P. 9023 and Fed. R. Civ. P. 59(e), and restoring this case to a case under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"); (b) in the alternative, granting relief from the Conversion Order pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b); (c) in the further alternative, converting this chapter 7 case to a case under chapter 11 pursuant to 11 U.S.C. §§ 706(b) and 706(d); (d) pending determination of this motion, directing that the chapter 7 trustee not sell, assign, transfer, abandon or otherwise dispose of the estate's laundry equipment, card and payment systems, route records or location agreements, not remove equipment from any location, and not discontinue collections, without prejudice to the performance of his duties under 11 U.S.C. § 704 or to the meeting of creditors scheduled for September 23, 2026; and (e) granting such other and further relief as is just.; and after due deliberation, it is hereby

ORDERED, that the Movants' request for a temporary restraining order pending hearing on the Motion is denied; and it is further

ORDERED, that a hearing is scheduled for September 17, 2026 at 10:00 a.m. (the "Hearing") to consider relief requested in the Motion; and it is further

ORDERED, that on or before September 8, 2026, Movants directed to serve by overnight mail for next morning delivery and email, to the extent email is available, a copy of the Motion and this Order on the Chapter 7 Trustee and his counsel, William Birmingham, Esq. of the Office of the United States Trustee, Salvatore LaMonica, Esq., the former Subchapter V Trustee, all secured creditors, and all parties that filed a notice of appearance in this bankruptcy case; and it is further

ORDERED, that Movants shall file proof of service with the Court on or before September 9, 2026; and it is further

ORDERED, that any objection to the relief sought under the Motion shall be filed with the Court and served on the Movants' counsel by no later than September 15, 2026.

**Dated: September 4, 2026**
**Central Islip, New York**

United States Bankruptcy Court Eastern District of New York

Louis A. Scarcella

Louis A. Scarcella
United States Bankruptcy Judge