UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

METERED APPLIANCES INC.

Case No. 25-73481-las
Chapter 7

Debtor.
-----------------------------------------------------------x

**ORDER APPROVING AND AUTHORIZING TRUSTEE TO ENTER INTO MANAGEMENT AGREEMENT AND FURTHER AUTHORIZING TRUSTEE TO OPERATE BUSINESS PURSUANT TO 11 U.S.C. § 721**

UPON the application (the "Application") of Allan B. Mendelsohn, seeking (i) approval and authorization for the Trustee to enter into a certain management agreement (the "Management Agreement"); and (ii) authorization for the Trustee to operate the Debtor's business pursuant to 11 U.S.C. § 721, for a limited period of time; and the matter having come on for a hearing before the Court on an expedited basis; and the Trustee having appeared before the Court, along with one of his attorneys, Fred S. Kantrow, Esq., and there being no objections to the relief sought in the Application, or said objections having been withdrawn or otherwise overruled; and the Court, having considered the arguments of counsel and the entirety of the record before it and having determined, upon due deliberation that the relief sought is appropriate and necessary under the facts and circumstances herein; it is hereby

**ORDERED** that the proposed Management Agreement is approved in both form and manner and the proposed Management Agreement represents a valid exercise of the Trustee's business judgment; and it is further

**ORDERED** that the Trustee be and hereby is authorized to enter into the Management Agreement and perform thereunder; and it is further

**ORDERED** that the Trustee be and hereby is authorized to operate the Debtor's business pursuant to section 721 of the Bankruptcy Code, and that authorization is granted for a period of 45 days with the right of the Trustee to return to the Court to seek an extension of that period if the Trustee deems such extension appropriate; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter to determine any disputes that may arise hereunder.