UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

METERED APPLIANCES INC.

Debtor.
---------------------------------------------------------x

Case No. 25-73481-las
Chapter 7

**ORDER SCHEDULING A HEARING ON AN EXPEDITED BASIS**

Upon the application (the "Application") [ECF No. 104] of Allan B. Mendelsohn, the trustee (the "Trustee"), by and through his attorneys, The Kantrow Law Group, PLLC, and upon the Local Rule 9077-1 affidavit of Fred S. Kantrow, sworn to on September 16, 2026; seeking the entry of an Order scheduling a hearing on an expedited basis to consider the Trustee's motion dated September 16, 2026 ("Motion") [ECF No. 105] seeking entry of an Order approving a certain proposed management agreement (the "Management Agreement") as well as an Order granting authority to the Trustee to operate a business pursuant to section 721 of the Bankruptcy Code; and it appearing that expedited relief is appropriate and necessary; it is hereby

**ORDERED** that a hearing will be held on September 24, 2026, at 10:00 a.m. in Courtroom 970 at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 to consider the relief requested in the Motion; and it is further

**ORDERED** that the Trustee shall serve a copy of this Order, the Application, and the Motion along with exhibits thereto, on all creditors, the proposed manager, those parties having filed a Notice of Appearance and Demand for Service, the Office of the United States Trustee, via e-mail where known, or by overnight mail, by not later than **September 16, 2026**; and it is further

**ORDERED** that the Trustee shall file an affidavit of service attesting to such service by not later than **September 16, 2026**; and it is further

**ORDERED** that objections, if any, to the relief sought shall be filed by **September 23, 2026, at 12:00 p.m.** with a copy sent to the Trustee's counsel, The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787, to the attention of Fred S. Kantrow, Esq., or by e-mail to fkantrow@thekantrowlawgroup.com.

**Dated: September 16, 2026**
**Central Islip, New York**

Louis A. Scarcella
United States Bankruptcy Judge