# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/16/2026 |
| Case: 8−25−73481−las | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| aty | Fred S Kantrow | fkantrow@thekantrowlawgroup.com |

TOTAL: 2