LAW OFFICES OF
CHARLES WERTMAN P.C.

September 18, 2026

Via ECF and las_hearings@nyeb.uscourts.gov)
Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:** ***In re Metered Appliances, Inc.***
**Chapter 7 Case No. 8-25-73481-las**

**Dear Judge Scarcella:**

This firm represents Metered Appliances, Inc., the Debtor in the above-referenced Chapter 7 case, which was converted from Chapter 11 Subchapter V by Order dated August 19, 2026 [ECF No. 88]. I write on notice to the Chapter 7 Trustee, his counsel, the Office of the United States Trustee, and all other appearing parties, concerning the Debtor's pending motion under section 706(b) of the Bankruptcy Code to reconvert this case to Chapter 11, filed by Order to Show Cause on September 16, 2026 [ECF No. 104] (the "Reconversion Motion").

In light of the Trustee's Application dated September 16, 2026, [ECF Nos. 104, 105] (the "Trustee's Management Motion"), and subject to and effective upon entry of an order granting the relief requested therein, the Debtor hereby withdraws the Reconversion Motion, without prejudice. The Trustee's Management Motion seeks authorization under section 721 of the Bankruptcy Code to operate the Debtor's business for a limited period and approval of a proposed Management Agreement between the Trustee and Metered Laundry Inc., an entity operated by Leonard Orner, a former principal of the Debtor. If granted, the relief sought by the Trustee will preserve the going-concern value of the coin- and card-operated laundry equipment routes and facilitate the orderly sale of the estate's assets, and thereby addresses the operational-continuity concerns that prompted the Reconversion Motion. Upon entry of the order approving the Trustee's Management Motion, the Debtor will file a Notice of Withdrawal of the Reconversion Motion.

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com

I respectfully advise the Court that I will not appear at the September 24, 2026, hearing on the Trustee's Management Motion, as I will be in flight en route to Israel for the holiday of Sukkot on that date. The Debtor does not seek an adjournment of the September 24 hearing and respectfully requests that the hearing proceed as scheduled. As set forth above, the Reconversion Motion is withdrawn subject to and effective upon entry of an order granting the Trustee's Management Motion, and no appearance by Debtor's counsel is required in connection with the Reconversion Motion.

Counsel to the Chapter 7 Trustee has consented to the withdrawal of the Reconversion Motion on the terms set forth above.

I thank the Court for its consideration of these requests and remain available at Chambers's convenience should any question arise.

Respectfully submitted,

Charles Wertman

**cc (via ECF and email):**
Allan B. Mendelsohn, Esq., Chapter 7 Trustee
Fred S. Kantrow, Esq., Counsel to Chapter 7 Trustee
William E. Birmingham, Esq., Office of the United States Trustee
Marc A. Pergament, Esq., counsel to Hercules Corp.
Michael J. Choset, Esq., counsel to 50 & 54 Brompton
All other parties appearing on the ECF service list