**The Kantrow Law Group**
A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

HAILEY L. KANTROW

---------------------------

JAMES M. MATIAS

September 27, 2026

VIA ECF ONLY
Hon. Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re: In re Metered Appliances Inc., Chapter 7, Case No. 25-73481-las

Dear Judge Scarcella:

The undersigned is counsel to Allan B. Mendelsohn, chapter 7 trustee. Please allow this letter to serve as the trustee's withdrawal of his pending motion seeking entry of an Order granting the trustee operating authority and authority to enter into a proposed management agreement [ECF No. 105]. Accordingly, please mark the matter off of the Court's Tuesday, September 29, 2026, calendar. The withdrawal is without prejudice.

Respectfully submitted,
S/Fred S. Kantrow
Fred S. Kantrow

Cc: Charles Wertman, Esq. (via email)
William Birmingham, Esq. (via email)
Joseph Y. Balisok, Esq. (via email)