| | | | |
|---|---|---|---|
| Information to identify the case: | | | |
| Debtor | Metered Appliances Inc.<br>Name | EIN: | 11−2520152 |
| United States Bankruptcy Court | Eastern District of New York | Date case filed in chapter: | 11 9/9/25 |
| Case number: | 8−25−73481−ajb | Date case converted to chapter: | 7 8/19/26 |

# NOTICE REASSIGNING CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above captioned case has been reassigned to the Honorable Alice J Byowitz, United States Bankruptcy Judge, pursuant to an order dated September 28, 2026.

Please take note of the new case number: 8−25−73481−ajb .

Dated: September 28, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnre7.jsp** [Notice of Reassignment of Chapter 7 Case rev 02/01/17]