UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>METERED APPLIANCES INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-73481 (AJB) |

--------------------------------------------------------x

**SUBCHAPTER V TRUSTEE'S FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO: THE HONORABLE ALICE J. BYOWITZ
UNITED STATES BANKRUPTCY JUDGE:

Salvatore LaMonica, as Subchapter V Trustee of the estate of Metered Appliances Inc. ("Debtor"), the above-captioned debtor, as and for his application ("Application"), for an order, pursuant to 11 U.S.C. § 330, granting him a first and final allowance of compensation in the amount of $13,847.50, plus the reimbursement of expenses in the amount of $111.72, respectfully sets forth and represents:

**Background and Services Rendered**

1. On September 11, 2025, the United States Trustee appointed me to serve as Subchapter V trustee in the Debtor's small business Chapter 11 case pursuant to Section 1183(a) of Title 11 of the United States Code ("Bankruptcy Code"). I qualified and have served in that capacity in this case.

2. Pursuant to Section 1183(b) of the Bankruptcy Code, I discharged my duties as Subchapter V trustee in this case by undertaking the following tasks: (i) interviewing the Debtor at the Initial Debtor Interview conducted by the Office of the United States Trustee; (ii) attending and participating at the Section 341 Meeting conducted by the Office of the United States Trustee; (iii) reviewing certain background documents relating to this case, including pleadings filed by the

Debtor and the Office of the United States Trustee; (iv) engaging in a dialogue with Debtor's counsel and the Office of the United States Trustee in an effort to help resolution of open issues relating to the Debtor's case; (v) attended the Initial Case Conference and all adjourned case management conferences in this matter; (vi) reviewed the Debtor's Plan and Amended Plan and provided comments; (vii) communicated frequently with Debtor's counsel and the Office of the United States Trustee regarding pending matters including the terms of the Debtor's Subchapter V Plan; and (viii) communicated frequently with Debtor's counsel and the Office of the United States Trustee regarding the United States Trustee's Motion to dismiss or convert.

**The Instant Application – Compensation Sought**

3. This Application is respectfully submitted for a first and final allowance of compensation incurred for services rendered by me, as Subchapter V Trustee, in this case from the date of my appointment through the hearing on this Application.

4. By this Application, I seek an award of $13,847.50 on account of 19.40 hours of my time charges incurred in this case. My contemporaneous time records are annexed as Exhibit A.

5. My hourly rate in this case is $725.00, as reflected on my time records, and is the same rate I charge in all my cases to all my clients. As noted, I have waived certain time charges for services necessarily rendered by me, or on my behalf, in this case, which will result in a reduced realization rate on account of my total time commitment to this case.

6. Finally, I certify under penalty of perjury that no agreement or understanding exists between me and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with this case.

**Notice and Procedure**

7. Notice of this Application has been served upon the Debtor, its counsel, the Office of the United States Trustee, Notice(s) of Appearances, all creditors of this case, and applicable taxing authorities. I respectfully submit that no other or further notice is required or necessary.

8. This Application includes citations to the applicable rules and statutory authorities upon which the relief requested is predicated.

**No Prior Relief**

9. Except as otherwise detailed herein, no other application for relief sought herein has been made to this or any other Court.

**WHEREFORE**, I respectfully request that this Court enter an order, substantially in the form annexed as Exhibit B, granting this application, and granting such other and further relief as is just.

Dated: Wantagh, New York
October 7, 2026

***/s/ Salvatore LaMonica***
Salvatore LaMonica
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel. (516) 826-6500
*Subchapter V Trustee of the Estate of*
*Metered Appliances Inc.*