| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor | Metered Appliances Inc. | EIN: 11−2520152 | | |
| | Name | | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed in chapter: | 11 | 9/9/25 |
| Case number: | 8−25−73481−ajb | Date case converted to chapter: | 7 | 8/19/26 |

# NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Application for Compensation has been adjourned to November 4, 2026 at 10:30 a.m. Please note that, pursuant to an Administrative Order of this court, this case has been reassigned to the Honorable Judge Alice J. Byowitz.

Dated: October 7, 2026

For the Court, Paul Dickson, Clerk of Court