# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 10/7/2026 |
| Case: 8−25−73481−ajb | Form ID: 149 | Total: 124 |

**Recipients of Notice of Electronic Filing:**

tr Allan B. Mendelsohn amendelsohn@amendelsohnlaw.com
aty Charles Wertman charles@cwertmanlaw.com
aty Fred S Kantrow fkantrow@thekantrowlawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Metered Appliances Inc. 1017 Merrick Road Baldwin, NY 11510
smg NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205
smg NYS Unemployment Insurance Attn: Isolvency Unit Bldg. #12, Room 256 Albany, NY 12240
smg United States Trustee Office of the United States Trustee Long Island Federal Courthouse 560 Federal Plaza Central Islip, NY 11722−4437
10601007 1−11 Marble Hill Corp. LANGSAM PROPERTY SERVICES CORP. 1601 Bronxdale Avenue Bronx, NY 10462
10601009 1800 Lanes Mill Road Brick, NJ 08724 50 Brompton Owners, Inc.
10766005 195 Apts. Inc. c/o SCHNEIDER BUCHEL LLP 60 Crossways Park Drive West, Suite 340 Woodbury, New York 11797 Telephone No.: (516) 393−5555 Email: mflachner@schneiderbuchel.com
10601008 221−22 Manor Road Queens Village, NY 11427 290 E56th Street Holdings LLC
10760958 280 and 290 Atlantic Avenue Owners Inc. 230 Atlantic Avenue, 4S Lynbrook, NY 11563
10654998 50 Brompton Owners, Inc. c/o SCHNEIDER BUCHEL LLP 60 Crossways Park Drive West, Suite 340 Woodbury, New York 11797
10766004 50 Brompton Owners, Inc. c/o SCHNEIDER BUCHEL LLP 60 Crossways Park Drive West, Suite 340 Woodbury, New York 11797 Telephone No.: (516) 393−5555 Email: mflachner@schneiderbuchel.com
10601011 60G Mgmt LLC 407 Broome Street 3rd Flr New York, NY 10013
10669618 67−30 Dartmouth Street Owners Corp c/o Robert E. Judge, P.C. 365 Bridge Street Suite 3pro Brooklyn, NY 11201
10601012 67−30 Dartmouth Street Owners Corp. Robert E. Judge, P.C. 365 Bridge St Ste 3pro Brooklyn, NY 11201−0803
10601013 825 5th Ave., Corp. 825 5th Ave. New York, NY 10021
10631420 8300 Talbot St. Owners Corp. 2584 Steinway Street Astoria, New York 11103
10601014 84 Drive Homes Inc. JARED P. TURMAN, ESQ. 330 WEST 38TH STREET STE 701 New York, NY 10018
10601016 ABC Realty 152 West 57th Street New York, NY 10019
10601015 Aargo Real Estate 26 Court Street Ste 804 Brooklyn, NY 11242
10601017 Accredited Property Management 136 Woodbury Road Ste 101 Woodbury, NY 11797
10601018 Aces Laundry Service II LLC ACES LAUNDRY SERVICE II, LLC 111 North Central Park Avenue Ste 400 Hartsdale, NY 10530
10601019 Advanced Management Services 26 Court Street Ste. 804 Brooklyn, NY 11242
10601020 Alexander Wolf & Company One Dupont Street Plainview, NY 11803
10601021 All Area Realty Service, Inc. 138−25 31st Drive Flushing, NY 11354
10601022 All Shore Management Services, INc. 772 W Beech St Long Beach, NY 11561−2806
10601023 Alliance Laundry Systems LLC Shepard Street P.O. Box 990 Ripon, WI 54971
10601024 Allied Partners 301 E. 79th Street New York, NY 10075
10566913 Ally Capital AIS Portfolio Services, LLC 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118
10595535 American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355−0701
10601025 Andrew Gerstein P.O.Box 74036 Rego Park, NY 11374
10754427 Argo Real Estate 50 West 17th Street New York, NY 10011
10601026 Arverne Limited Profit Housing Corp. Herrick Feinstein LLP 2 Park Avenue New York, NY 10016
10602821 Arverne Limited−Profit Housing Corp. Herrick, Feinstein, LLP Two Park Avenue New York, NY 10016
10601027 Autarkic Holdings, Inc. Laundrylux Kramer & Shapiro P.C. 8002 Kew Gardens Rd Ste 302 Kew Gardens, NY 11415−3613
10601029 BPC Management 80 Livingston Street Brooklyn, NY 11201
10601028 Barbizon Owners HANKIN & MAZEL PLLC 60 Cuttermill Rd Ste 505 Great Neck, NY 11021−3104
10629746 Barbizon Owners, Inc. c/o Bodner Law PLLC 55 Cherry Lane, Suite 101 Carle Place, NY 11514
10601035 Brown Harris Stevens 1080 Fifth Ave., NY, NY 770 Lexington Ave 4th Flr New York, NY 10065
10601030 Brown Harris Stevens 770 Lexington Ave 4th New York, NY 10065
10662856 Cadman Plaza North, Inc c/o Kagan Lubic Lepper Finkelstein & Gold, LLP 200 Madison Avenue, 24th Floor New York, NY 10016

10599738 Cellco Partnership d/b/a Verizon Wireless William M Vermette 22001 Loudoun County PKWY Ashburn, VA 20147
10601036 Clean Laundry Funding P.O. Box 01375 Springfield, OH 45501
10623657 Clean Laundry Funding PO Box 908 Devils Lake, ND 58301−58301
10601037 Concerned Management 251−38 71st Road Bellerose, NY 11426
10601038 DependableProperty Management Brooklyn, NY 11234
10601039 Douglas Elliman Property Management 909 3rd Ave. 11th Flr New York, NY 10022
10601040 Eastern Funding 213 West 35th Street 2E New York, NY 10001
10652642 Eastern Funding LLC 213 West 35th Street, 2nd Floor New York, NY 10001
10601041 Einsidler Management Inc. 533 Broadhollow Road Melville, NY 11747
10601042 Fairfield 1086 Lynn Place 538 Broadhollow Road Melville, NY 11747
10601043 Fairfield 985 Oceanfront LLC Fairfield 951 Oceanfront LLC 536 Broadhollow Road 3rd Floor Melville, NY 11747
10601044 Fairfield Properties 535 Broadhollow Road 3rd Floor Melville, NY 11747
10766006 Fardale Owners, Inc. c/o SCHNEIDER BUCHEL LLP 60 Crossways Park Drive West, Suite 340 Woodbury, New York 11797 Telephone No.: (516) 393−5555 Email: mflachner@schneiderbuchel.com
10601045 First Services Residential 575 5th Ave Fl 9 New York, NY 10017
10601046 Foster Garvey P.C. Alan A. Heller 199 Water Street New York, NY 10016
10634240 Foster Garvey, P.C. 199 Water Street, Suite 901 New York, NY 10038
10601047 Goldin Management 25 8th Avenue Brooklyn, NY 11217
10601048 Grant Management Services 142 Mineola Ave Ste 3b Roslyn Hts, NY 11577−2022
10601049 Gunhill Realty Group P.O. Box 117 Woodlawn Station Bronx, NY 10470
10601050 Halstead Management Company, LLC 770 Lexington Ave. 8th Floor New York, NY 10065
10766008 Hampton House Tenant Corp. c/o SCHNEIDER BUCHEL LLP 60 Crossways Park Drive West, Suite 340 Woodbury, New York 11797 Telephone No.: (516) 393−5555 Email: mflachner@schneiderbuchel.com
10601051 Hawthorne Ventures LLC 235 Seaman Avenue P.O Box 57 Tallman, NY 10982
10752123 Hercules Corp c/o Weinberg, Gross & Pergament LLP 400 Garden City Plaza, Suite 309 Garden City, New York 11530
10601052 Herman Slepoy Corporation 230 Atlantic Ave. Ste 1R Lynbrook, NY 11563
10601053 Hillpark Owners Inc. 75 South Middleneck Road Great Neck, NY 11021
10601055 IRS Dept of Bankruptcy PO Box 7346 Philadelphia, PA 19101−7346
10601054 Inception Investors LLC P.O. Box 4438 New York, NY 10163
10623650 Internal Revenue Service PO Box 7346 Philadelphia, PA 19101−7346
10601056 Jalen Management Company 7018 Fort Hamilton Pkwy Brooklyn, NY 11228
10601057 Kings Bay Housing Co. Inc. 2520 Batchelder Street Brooklyn, NY 11235
10662845 Kings Bay Housing Co., Inc. c/o Kagan Lubic Lepper Finkelstein & Gold, LLP 200 Madison Avenue, 24th Floor New York, NY 10016
10601060 LCL Mountaintop LLC 199 Baldwin Road Ringwood, NJ 07456
10601058 Lanai House Inc. 190 Merrick Road Freeport, NY 11520
10601059 Lazarus Management 20F Robert Pitt Drive Mountainville, NY 10953
10601061 Leiter Property Management 750 Grand Street Ste 55 Brooklyn, NY 11211
10601062 Linden Towers Cooperative No. 4, Inc. 29−09 137th Street Flushing, NY 11354
10601063 Macon Property Management LLC 371 Utica Ave. Brooklyn, NY 11213
10601064 Mahasset Management LLC 37−36 75th Street Jackson Heights, NY 11372
10601065 Metro Management Development, Inc. 42−25 21st Street Long Island City, NY 11101
10601066 Metropolitan Propertjes 141−50 85th Road Jamaica, NY 11435
10601067 Michael Ogazon Managenet Co. 67 Hilton Avenue, Garden City, NY 11530
10601068 Midboro Management Inc. 333 7th Ave. Room 500 New York, NY 10001
10568291 NEW YORK STATE DEPARTMENT OF LABOR 1220 WASHINGTON AVE BLDG 12, RM 256 ALBNY, NY 12226
10601070 NYC Apartment Management Inc. 477 Madison Ave. 6th Flr New York, NY 10001
10601071 NYS Dept of Finance BANKRUPTCY SECTION PO Box 5300 Albany, NY 12205
10591287 New York State Department of Taxation & Finance Bankruptcy Section P O Box 5300 Albany New York 12205−0300
10601069 Newkey Realty LLC 6410 8th Ave. Apt. C6 Brooklyn, NY 11220
10767408 North and South Owners Place Corp. c/o Herbert Slepoy Corp. 230 Atlantic Avenue Unit 4S Lynbrook, NY 11563
10601072 Olympic Tower Condominium 641 Fifth Avenue New York, NY 10022
10601073 Orsid Realty Corp. 156 W. 56th Street 6th Floor New York, NY 10019
10601074 Precision Asset Management 131−42 234th Street Rosedale, NY 11422
10601075 Principal Management 40 Randall Avenue Freeport, NY 11520
10601076 Queens Quality Management 25−83 Francis Lewis Blvd. Flushing, NY 11358
10601079 RLH Management 404 Main Street Port Washington, NY 11050
10601077 Richland Management P.O. Box 222120 Great Neck, NY 11022
10601078 Richland Management P.O. Box 222120 Great Neck, NY 11022
10601080 Rokowsky Management P.O. Box 1023 Brooklyn, NY 11219
10766016 SCHNEIDER BUCHEL LLP 60 Crossways Park Drive West, Suite 340 Woodbury, New York 11797
10601081 Sandberg Management Corp 231 W. 29th Street Ste. 901 New York, NY 10001
10601010 Schneider Buchel LLP 60 Crossways Park Sr. Ste 340 11797
10601082 Seaview Terrace Cooperative 560 West Broadway Apt. L2 Long Beach, NY 11561
10601083 Solstice Residential Group 120 Broadway Ste 22C New York, NY 10271
10601084 Summit & Sip LLC 425 Summit Ave Jersey City, NJ 07306
10601088 TRC Property Management 284 East Park Ave. Long Beach, NY 11561
10601085 The 145 East 76th Street Condominium 145 E 76th St New York, NY 10021−2818
10601086 The Spitzer Group 345 Baldwin Ave Jersey City, NJ 07306

10601087 Ther Dermot Company 729 7th Avenue 15th Flr New York, NY 10019
10601089 Tudor Realty Services Corp. 250 Park Ave. South 4th Flr New York, NY 10003
10601090 Tumbles LLC 8 Mountainside Drive Ringwood, NJ 07456
10658927 United Veterans Mutual Housing Company, INc. c/o Hankin & Mazel PLLC 60 Cutter Mill Road, Suite 505 Great Neck, NY 11021
10601091 Vanguard Investors Ltd. 501 5th Ave. Ste. 704 New York, NY 10017
10601092 Venture NY Property Management LLC 43−10 11th Street Long Island City, NY 11101
10601093 Verrazano Owners, Inc. Firstservice Residential New York, Inc. 622 Third Avenue 14th Floor New York, NY 10017
10601094 Vintage Realty Services 3000 Marcus Ave. Ste 2E06 New Hyde Park, NY 11042
10603116 WEX Bank Attn: Legal / Bankruptcy 1 Hancock Street Portland, ME 04101
10601097 WRK Management Group, Corp. P.O.Box 1086 Syosset, NY 11791
10601095 West Harlem Group Assistance Inc. 1652 Amsterdam Ave. New York, NY 10031
10601096 Western Equipment Finance inc. 420 College Drive South Devils Lake, ND 58301
10601762 Whitman Village Housing Development Fund Corp. Vitale and Levitt, P.C. 534 Broadhollow Rd. Melville,, NY 11747
10662011 c/o Kagan Lubic Lepper Finkelstein et al Att: Fran I. Lawless, Esq. 200 Madison Ave., 24th Floor New York, NY 10016
10662017 c/o Kagan Lubic Lepper Finkelstein et al Att: Fran I. Lawless, Esq. 200 Madison Ave., 24th Floor New York, NY 10016

TOTAL: 121