# SCHEDULE

1. The entirety of the debtor's file maintained by Charles Wertman in connection with the representation of the debtor. In the event that Charles Wertman believes that documents are subject to a privilege not owned by, or waived by, the chapter 7 trustee, Charles Wertman shall seek the entry of an Order of the Bankruptcy Court determining whether the document(s) is subject to any applicable privilege that cannot be waived by the chapter 7 trustee.
2. A copy of any and all attorney malpractice insurance maintained by Charles Wertman.