The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
Hailey L. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

RETURN DATE: **11/4/26**
TIME: **11:00 a.m.**

---------------------------------------------------------x
In re:

METERED APPLIANCES INC.

Case No. 25-73481-ajb
Chapter 7

Debtor.
---------------------------------------------------------x

**NOTICE OF TRUSTEE'S APPLICATION SEEKING ENTRY OF AN ORDER COMPELLING DEBTOR'S COMPLIANCE WITH THIS COURT'S PRIOR ORDER DATED AUGSUT 19, 2026**

**PLEASE TAKE NOTICE THAT** Allan B. Mendelsohn, the chapter 7 trustee (the "Trustee") of the Estate of Metered Appliances Inc., by and through his attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Alice J. Byowitz, United States Bankruptcy Judge, on **NOVEMEBR 4, 2026, at 11:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order compelling the Debtor's compliance with this Court's Order dated August 19, 2026, and if necessary, imposing monetary sanctions for non-compliance, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 960. Please note that this hearing shall be conducted in person.

**PLEASE TAKE FURTHER NOTICE all attorneys and unrepresented parties, whether appearing in-person or via Zoom, are required to register for the hearing(s) no later than 12:00 noon the day prior to the scheduled hearing by using the Court's eCourt Appearances platform:** https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court,

as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with the Administrative Orders of this Court, and upon: (i) counsel to the Trustee, The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, NY 11787; and (ii) Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of William Birmingham, Esq.; so as to be received by no later than 4:00 p.m. (prevailing Eastern time) on **October 28, 2026.**

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Court.

Dated: Smithtown, New York
October 8, 2026

The Kantrow Law Group, PLLC
Attorneys for Allan B. Mendelsohn

BY: S/Fred S. Kantrow
Fred S. Kantrow
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com