**SCHEDULE**

1. Copies of any and all correspondence directed at any entity, person or party, pursuant to which a request has been conveyed to provide services, similar to those services provided by the Debtor prior to the entry of the Order for Conversion of the case from one under chapter 11 of the Bankruptcy Code to one under chapter 7 of the Bankruptcy Code. Correspondence is not limited to written but also applies to electronic communications including e-mails and text messages.
2. A complete accounting of any and all funds collected from any laundry facility which existed prior to the entry of the Order for Conversion of the case from one under chapter 11 of the Bankruptcy Code to one under chapter 7 of the Bankruptcy Code.
3. Any and all documents provided to Charles Wertman, Esq. regarding the Debtor and its business after the entry of the Order for Conversion of the case from one under chapter 11 of the Bankruptcy Code to one under chapter 7 of the Bankruptcy Code.
4. A copy of any invoice for website services for the website maintained by the Debtor.
5. A copy of the telephone bills for the telephone service provided in connection with the telephone number 718 426 6717 for the period commencing with the date of the entry of the Order for Conversion.
6. A copy of any lease agreement entered into by and between the Debtor and the landlord for the space occupied by the Debtor at 1017 Merrick Road, Baldwin, New York for the period commencing with January 1, 2022 continuing up to the current date.
7. A copy of any rent checks issued by the Debtor to the landlord for the space occupied by the Debtor at 1017 Merrick Road, Baldwin, New York for the period commencing with January 1, 2022 continuing up to the current date.
8. A copy of any and all checks issued by the Debtor to Norman Orner, for any purpose, commencing with January 1, 2022 continuing up to the current date.
9. A copy of any and all checks issued by the Debtor to Lenny Orner, for any purpose, commencing with January 1, 2022 continuing up to the current date.
10. A copy of the bank statements for each and every bank account maintained in the name of the Debtor for the period commencing January 1, 2022 continuing up to the current date. Statements must include legible copies of all checks negotiated.
11. In the event that the Debtor maintained any credit card accounts, copies of the statements for each credit card account for the period commencing with January 1, 2022 continuing up to the current date.