CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092626 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071752661455 Eed:260928 Ind ID:4445056651441 Ind Name:Ops*2 Richmond Rd 5/3 Bankcard Comb. Dep. 444 5056651441 Ops*2 Richmond Rd BC Ops*2 Richmond Rd Trn: 2712661455Tc | 50.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092626 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272180187229 Eed:260928 Ind ID:4445056651441 Ind Name:Ops*2 Richmond Rd 5/3 Bankcard Comb. Dep. 444 5056651441 Ops*2 Richmond Rd BC Ops*2 Richmond Rd Trn: 2710187229Tc | 40.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182184648 Eed:260928 Ind ID:4445046420873 Ind Name:Ops*140 Cadman 5/3 Bankcard Comb. Dep. 444 5046420873 Ops*140 Cadman BC Ops*140 Cadman Trn: 2712184648Tc | 40.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182184705 Eed:260928 Ind ID:4445062087556 Ind Name:Ops*221-22 Manor Road 5/3 Bankcard Comb. Dep. 444 5062087556 Ops*221-22 Manor Road D BC Ops*221-22 Manor Roa Trn: 2712184705Tc | 40.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092726 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071752664203 Eed:260928 Ind ID:4445046420873 Ind Name:Ops*140 Cadman 5/3 Bankcard Comb. Dep. 444 5046420873 Ops*140 Cadman BC Ops*140 Cadman Trn: 2712664203Tc | 40.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182184804 Eed:260928 Ind ID:4445054172143 Ind Name:Ops*Cycle Pay 5/3 Bankcard Comb. Dep. 444 5054172143 Ops*Cycle Pay BC Ops*Cycle Pay Trn: 2712184804Tc | 35.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092526 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071759818182 Eed:260928 Ind ID:4445046420873 Ind Name:Ops*140 Cadman 5/3 Bankcard Comb. Dep. 444 5046420873 Ops*140 Cadman BC Ops*140 Cadman Trn: 2719818182Tc | 30.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092726 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071752664233 Eed:260928 Ind ID:4445062087556 Ind Name:Ops*221-22 Manor Road 5/3 Bankcard Comb. Dep. 444 5062087556 Ops*221-22 Manor Road D BC Ops*221-22 Manor Roa Trn: 2712664233Tc | 30.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092626 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272180187292 Eed:260928 Ind ID:4445066990870 Ind Name:Ops*92 E 7th St Cp 5/3 Bankcard Comb. Dep. 444 5066990870 Ops*92 E 7th St Cp BC Ops*92 E 7th St Cp Trn: 2710187292Tc | 25.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182184684 Eed:260928 Ind ID:4445061348611 Ind Name:Ops*170 W 81St 5/3 Bankcard Comb. Dep. 444 5061348611 Ops*170 W 81St BC Ops*170 W 81St Trn: 2712184684Tc | 25.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092626 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071752661641 Eed:260928 Ind ID:4445046420873 Ind Name:Ops*140 Cadman 5/3 Bankcard Comb. Dep. 444 5046420873 Ops*140 Cadman BC Ops*140 Cadman Trn: 2712661641Tc | 20.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092726 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071752664218 Eed:260928 Ind ID:4445056651441 Ind Name:Ops*2 Richmond Rd 5/3 Bankcard Comb. Dep. 444 5056651441 Ops*2 Richmond Rd BC Ops*2 Richmond Rd Trn: 2712664218Tc | 20.00 |

27552200071620001000090000000

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092726 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272180318256 Eed:260928 Ind ID:4445064074099 Ind Name:Ops*425 Summit Ave 5/3 Bankcard Comb. Dep. 444 5064074099 Ops*425 Summit Ave BC Ops*425 Summit Ave Trn: 2710318256Tc | 11.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092626 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272180187223 Eed:260928 Ind ID:4445056670680 Ind Name:Ops*49 West 72 Cp 5/3 Bankcard Comb. Dep. 444 5056670680 Ops*49 West 72 Cp BC Ops*49 West 72 Cp Trn: 2710187223Tc | 10.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092626 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272180187238 Eed:260928 Ind ID:4445062087556 Ind Name:Ops*221-22 Manor Road 5/3 Bankcard Comb. Dep. 444 5062087556 Ops*221-22 Manor Road D BC Ops*221-22 Manor Roa Trn: 2710187238Tc | 10.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092726 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272180318169 Eed:260928 Ind ID:4445054172143 Ind Name:Ops*Cycle Pay 5/3 Bankcard Comb. Dep. 444 5054172143 Ops*Cycle Pay BC Ops*Cycle Pay Trn: 2710318169Tc | 10.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092726 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272180318184 Eed:260928 Ind ID:4445061348611 Ind Name:Ops*170 W 81St 5/3 Bankcard Comb. Dep. 444 5061348611 Ops*170 W 81St BC Ops*170 W 81St Trn: 2710318184Tc | 10.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182184834 Eed:260928 Ind ID:4445066990870 Ind Name:Ops*92 E 7th St Cp 5/3 Bankcard Comb. Dep. 444 5066990870 Ops*92 E 7th St Cp BC Ops*92 E 7th St Cp Trn: 2712184834Tc | 5.00 |
| 09/28 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182184728 Eed:260928 Ind ID:4445064074099 Ind Name:Ops*425 Summit Ave 5/3 Bankcard Comb. Dep. 444 5064074099 Ops*425 Summit Ave BC Ops*425 Summit Ave Trn: 2712184728Tc | 1.75 |
| 09/29 | Deposit 1295330374 | 2,600.00 |
| 09/29 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071757303183 Eed:260929 Ind ID:4445046420873 Ind Name:Ops*140 Cadman 5/3 Bankcard Comb. Dep. 444 5046420873 Ops*140 Cadman BC Ops*140 Cadman Trn: 2727303183Tc | 60.00 |
| 09/29 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092926 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272187543404 Eed:260929 Ind ID:4445066990870 Ind Name:Ops*92 E 7th St Cp 5/3 Bankcard Comb. Dep. 444 5066990870 Ops*92 E 7th St Cp BC Ops*92 E 7th St Cp Trn: 2727543404Tc | 50.00 |
| 09/29 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092926 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272187542909 Eed:260929 Ind ID:4445056651441 Ind Name:Ops*2 Richmond Rd 5/3 Bankcard Comb. Dep. 444 5056651441 Ops*2 Richmond Rd BC Ops*2 Richmond Rd Trn: 2727542909Tc | 40.00 |
| 09/29 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092926 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272187542912 Eed:260929 Ind ID:4445056670680 Ind Name:Ops*49 West 72 Cp 5/3 Bankcard Comb. Dep. 444 5056670680 Ops*49 West 72 Cp BC Ops*49 West 72 Cp Trn: 2727542912Tc | 35.00 |
| 09/29 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071757303162 Eed:260929 Ind ID:4445056651441 Ind Name:Ops*2 Richmond Rd 5/3 Bankcard Comb. Dep. 444 5056651441 Ops*2 Richmond Rd BC Ops*2 Richmond Rd Trn: 2727303162Tc | 20.00 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/29 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092826 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071757303234 Eed:260929 Ind ID:4445062087556 Ind Name:Ops*221-22 Manor Road 5/3 Bankcard Comb. Dep. 444 5062087556 Ops*221-22 Manor Road D BC Ops*221-22 Manor Roa Trn: 2727303234Tc | 20.00 |
| 09/29 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092926 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272187543410 Eed:260929 Ind ID:4445064073109 Ind Name:Ops*35 Prospect Park 5/3 Bankcard Comb. Dep. 444 5064073109 Ops*35 Prospect Park BC Ops*35 Prospect Park Trn: 2727543410Tc | 9.00 |
| 09/29 | 09/23/2026 We Added $1.50 To Your $346.00 Transaction On 9/23/2026. Reference Number Esds260929-2173. | 1.50 |
| 09/30 | Deposit 1313599370 | 2,200.00 |
| 09/30 | Orig CO Name:Kaltech Capital Orig ID:2473320728 Desc Date:260929 CO Entry Descr:L510698 Sec:CCD Trace#:267090590877654 Eed:260930 Ind ID:X868595 Ind Name:Metered Appliances Inc Trn: 2730877654Tc | 333.16 |
| 09/30 | Orig CO Name:4077 Owners Corp Orig ID:1132973473 Desc Date:260929 CO Entry Descr:L510734 Sec:CCD Trace#:267090590877630 Eed:260930 Ind ID:X868529 Ind Name:Metered Appliances Inc Trn: 2730877630Tc | 259.12 |
| 09/30 | Orig CO Name:Kaltech Capital Orig ID:2473320728 Desc Date:260929 CO Entry Descr:L510700 Sec:CCD Trace#:267090590877646 Eed:260930 Ind ID:X868593 Ind Name:Metered Appliances Inc Trn: 2730877646Tc | 185.09 |
| 09/30 | Orig CO Name:Kaltech Capital Orig ID:2473320728 Desc Date:260929 CO Entry Descr:L510699 Sec:CCD Trace#:267090590877594 Eed:260930 Ind ID:X868597 Ind Name:Metered Appliances Inc Trn: 2730877594Tc | 166.58 |
| 09/30 | Orig CO Name:Kaltech Capital Orig ID:2473320728 Desc Date:260929 CO Entry Descr:L510702 Sec:CCD Trace#:267090590877642 Eed:260930 Ind ID:X868596 Ind Name:Metered Appliances Inc Trn: 2730877642Tc | 166.58 |
| 09/30 | Orig CO Name:Kaltech Capital Orig ID:2473320728 Desc Date:260929 CO Entry Descr:L510701 Sec:CCD Trace#:267090590877650 Eed:260930 Ind ID:X868594 Ind Name:Metered Appliances Inc Trn: 2730877650Tc | 148.07 |
| 09/30 | Orig CO Name:Kaltech Capital Orig ID:2473320728 Desc Date:260929 CO Entry Descr:L510703 Sec:CCD Trace#:267090590877640 Eed:260930 Ind ID:X868598 Ind Name:Metered Appliances Inc Trn: 2730877640Tc | 130.65 |
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:093026 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182978858 Eed:260930 Ind ID:4445066990870 Ind Name:Ops*92 E 7th St Cp 5/3 Bankcard Comb. Dep. 444 5066990870 Ops*92 E 7th St Cp BC Ops*92 E 7th St Cp Trn: 2732978858Tc | 60.00 |
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092926 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071753144833 Eed:260930 Ind ID:4445046420873 Ind Name:Ops*140 Cadman 5/3 Bankcard Comb. Dep. 444 5046420873 Ops*140 Cadman BC Ops*140 Cadman Trn: 2733144833Tc | 60.00 |
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092926 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071753144884 Eed:260930 Ind ID:4445062087556 Ind Name:Ops*221-22 Manor Road 5/3 Bankcard Comb. Dep. 444 5062087556 Ops*221-22 Manor Road D BC Ops*221-22 Manor Roa Trn: 2733144884Tc | 60.00 |
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:092926 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242071753144866 Eed:260930 Ind ID:4445056651441 Ind Name:Ops*2 Richmond Rd 5/3 Bankcard Comb. Dep. 444 5056651441 Ops*2 Richmond Rd BC Ops*2 Richmond Rd Trn: 2733144866Tc | 50.00 |
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:093026 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182978846 Eed:260930 Ind ID:4445062087556 Ind Name:Ops*221-22 Manor Road 5/3 Bankcard Comb. Dep. 444 5062087556 Ops*221-22 Manor Road D BC Ops*221-22 Manor Roa Trn: 2732978846Tc | 40.00 |

27552200071620001000100000000

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:093026 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182978894 Eed:260930 Ind ID:4445064073109 Ind Name:Ops*35 Prospect Park 5/3 Bankcard Comb. Dep. 444 5064073109 Ops*35 Prospect Park BC Ops*35 Prospect Park Trn: 2732978894Tc | 38.00 |
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:093026 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182978828 Eed:260930 Ind ID:4445061348611 Ind Name:Ops*170 W 81St 5/3 Bankcard Comb. Dep. 444 5061348611 Ops*170 W 81St BC Ops*170 W 81St Trn: 2732978828Tc | 15.00 |
| 09/30 | Orig CO Name:5/3 Bankcard Sys Orig ID:1310281170 Desc Date:093026 CO Entry Descr:Comb. Dep.Sec:CCD Trace#:242272182978897 Eed:260930 Ind ID:4445064074099 Ind Name:Ops*425 Summit Ave 5/3 Bankcard Comb. Dep. 444 5064074099 Ops*425 Summit Ave BC Ops*425 Summit Ave Trn: 2732978897Tc | 6.50 |

**Total Deposits and Additions** **$68,440.74**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1305 ^ | | 09/22 | $990.00 |
| 1308 * ^ | | 09/14 | 748.80 |
| 1310 * ^ | | 09/10 | 108.25 |
| 1311 ^ | | 09/10 | 73.50 |
| 1312 ^ | | 09/09 | 81.25 |
| 1314 * ^ | | 09/09 | 231.25 |
| 1316 * ^ | | 09/09 | 237.50 |
| 1317 ^ | | 09/09 | 53.20 |
| 1319 * ^ | | 09/10 | 191.00 |
| 1320 ^ | | 09/11 | 102.50 |
| 1323 * ^ | | 09/03 | 237.00 |
| 1324 ^ | | 09/04 | 221.70 |
| 1325 ^ | | 09/16 | 186.00 |
| 1326 ^ | | 09/04 | 145.34 |
| 1327 ^ | | 09/21 | 60.00 |
| 1328 ^ | | 09/25 | 50.00 |
| 1329 ^ | | 09/24 | 250.00 |
| 1331 * ^ | | 09/15 | 1,500.00 |
| 1332 ^ | | 09/18 | 3,850.00 |
| 1333 ^ | | 09/10 | 400.00 |
| 1336 * ^ | | 09/10 | 210.00 |
| 1337 ^ | | 09/10 | 200.00 |
| 1338 ^ | | 09/14 | 675.00 |
| 1339 ^ | | 09/15 | 1,850.00 |
| 1341 * ^ | | 09/14 | 590.00 |
| 1342 ^ | | 09/29 | 50.00 |
| 1343 ^ | | 09/29 | 300.00 |
| 1344 ^ | | 09/29 | 175.00 |
| 1345 ^ | | 09/29 | 350.00 |
| 1346 ^ | | 09/23 | 1,500.00 |
| 1347 ^ | | 09/23 | 350.00 |
| 1348 ^ | | 09/18 | 500.00 |
| 1350 * ^ | | 09/16 | 71.00 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1354 * ^ | | 09/25 | 1,286.71 |
| 2486 * ^ | | 09/08 | 136.00 |
| 2487 ^ | | 09/21 | 166.00 |
| 2495 * ^ | | 09/23 | 200.00 |
| 2496 ^ | | 09/16 | 171.91 |
| 3394 * ^ | | 09/28 | 552.00 |
| 3397 * ^ | | 09/29 | 400.00 |
| 11052231 * ^ | | 09/08 | 722.75 |
| 11052232 ^ | | 09/04 | 424.52 |
| 11052233 ^ | | 09/04 | 703.23 |
| 11052234 ^ | | 09/04 | 202.99 |
| 11052235 ^ | | 09/04 | 492.17 |
| 11052236 ^ | | 09/14 | 722.74 |
| 11052237 ^ | | 09/14 | 424.51 |
| 11052238 ^ | | 09/10 | 703.24 |
| 11052239 ^ | | 09/10 | 202.99 |
| 11052240 ^ | | 09/18 | 492.18 |
| 11052241 ^ | | 09/21 | 722.74 |
| 11052242 ^ | | 09/22 | 371.02 |
| 11052243 ^ | | 09/17 | 703.23 |
| 11052244 ^ | | 09/17 | 202.99 |
| 11052245 ^ | | 09/18 | 492.16 |
| 11052246 ^ | | 09/29 | 722.74 |
| 11052248 * ^ | | 09/24 | 703.23 |
| 11052249 ^ | | 09/24 | 202.98 |
| 11052250 ^ | | 09/25 | 492.17 |
| **Total Checks Paid** | | | **$29,155.49** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Recurring Card Purchase 09/01 Verizon*Recurring Pay 800-Verizon FL Card 4501 | $206.61 |
| 09/04 | Recurring Card Purchase 09/04 Verizon*Recurring Pay 800-Verizon FL Card 4501 | 105.99 |
| **Total ATM & Debit Card Withdrawals** | | **$312.60** |

## ATM & DEBIT CARD SUMMARY

| | |
|---|---|
| Norman Orner Card 4501 | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $312.60 |
| Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | |
| Total ATM Withdrawals & Debits | $0.00 |



27552200071620001000110000000000

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

| | |
|---|---|
| Total Card Purchases | $312.60 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | Orig CO Name:Shell Imprint Orig ID:6852512986 Desc Date:260902 CO Entry Descr:Cc Paymentsec:PPD Trace#:121140399003475 Eed:260902 Ind ID: Ind Name:Lenny Orner Trn: 2459003475Tc | $430.96 |
| 09/03 | Orig CO Name:Sunoco Orig ID:Citictp Desc Date:260902 CO Entry Descr:Online Pmtsec:Web Trace#:091409684923138 Eed:260903 Ind ID:612108525475804 Ind Name:Norman Orner Trn: 2464923138Tc | 131.81 |
| 09/03 | Orig CO Name:ADP Pay-By-Pay Orig ID:9555555505 Desc Date:260903 CO Entry Descr:Pay-By-Paysec:CCD Trace#:021000029683236 Eed:260903 Ind ID:6871076453427Lj Ind Name:Metered Appliances Inc 304287687 Trn: 2469683236Tc | 107.91 |
| 09/03 | 09/03 Online Payment 30287120934 To Floral Park Owners Inc. | 1,500.00 |
| 09/03 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:260903 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000029013384 Eed:260903 Ind ID:5980772933177Lj Ind Name:Metered Appliances Inc 323298036 Trn: 2469013384Tc | 1,134.69 |
| 09/03 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:260903 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000022242901 Eed:260903 Ind ID:Kj7Lj 090436A01 Ind Name:Metered Appliances Inc Aa Trn: 2462242901Tc | 1,126.23 |
| 09/04 | Orig CO Name:Berkshire Owners Orig ID:1112892597 Desc Date:260904 CO Entry Descr:Berkshire Sec:PPD Trace#:026013573747894 Eed:260904 Ind ID: Ind Name:Metered Lndry Trn: 2473747894Tc | 650.00 |
| 09/04 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:260904 CO Entry Descr:ADP Fees Sec:CCD Trace#:021000029632344 Eed:260904 Ind ID:632078898039 Ind Name:729800356Metered Appli 550374703 Trn: 2479632344Tc | 45.16 |
| 09/08 | Orig CO Name:Clf Orig ID:0450106740 Desc Date:260903 CO Entry Descr:Clfcntrpmtsec:CCD Trace#:091307140178633 Eed:260908 Ind ID:CT-Bund40493905 Ind Name:Metered Appliances, IN Trn: 2510178633Tc | 2,245.61 |
| 09/08 | Orig CO Name:Unitedhealthcare Orig ID:1836282001 Desc Date: CO Entry Descr:Premium Sec:Web Trace#:021000021688030 Eed:260908 Ind ID:832144656779 Ind Name:Orner I Trn: 2511688030Tc | 297.00 |
| 09/08 | Orig CO Name:Unitedhomedicare Orig ID:9000447048 Desc Date: CO Entry Descr:Medinspymtsec:Web Trace#:021001033909195 Eed:260908 Ind ID:000001428524647 Ind Name:Appliances M Trn: 2513909195Tc | 163.70 |
| 09/10 | Orig CO Name:Allstate Ins CO Orig ID:1360719665 Desc Date:SEP 26 CO Entry Descr:Ins Prem Sec:Web Trace#:021000023883870 Eed:260910 Ind ID:000000103331094 Ind Name:Hope G Orner ACH.Ezpr02010 Q Trn: 2533883870Tc | 1,681.02 |
| 09/10 | Orig CO Name:ADP Pay-By-Pay Orig ID:9555555505 Desc Date:260910 CO Entry Descr:Pay-By-Paysec:CCD Trace#:021000023695766 Eed:260910 Ind ID:4275717701657Lj Ind Name:Metered Appliances Inc 304287687 Trn: 2533695766Tc | 107.91 |
| 09/10 | Orig CO Name:Opus Sv9T Orig ID:1043575881 Desc Date:260909 CO Entry Descr:8005964811Sec:PPD Trace#:242071758053416 Eed:260910 Ind ID: Ind Name:Metered Appliances Inc Trn: 2538053416Tc | 463.31 |
| 09/10 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:260910 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000026739359 Eed:260910 Ind ID:7410695040857Lj Ind Name:Metered Appliances Inc 323298036 Trn: 2536739359Tc | 1,134.69 |
| 09/10 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:260910 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000026760484 Eed:260910 Ind ID:Kj7Lj 091137A01 Ind Name:Metered Appliances Inc Aa Trn: 2536760484Tc | 1,125.28 |
| 09/11 | Orig CO Name:Allstate Ins CO Orig ID:1360719665 Desc Date:SEP 26 CO Entry Descr:Ins Prem Sec:Web Trace#:021000021490991 Eed:260911 Ind ID:000000978890123 Ind Name:Orner ACH.Ezpr02010 Q Trn: 2541490991Tc | 2,333.85 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/11 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:260911 CO Entry Descr:ADP Fees Sec:CCD Trace#:021000021159991 Eed:260911 Ind ID:656100433363 Ind Name:730319536Metered Appli 550374703 Trn: 2541159991Tc | 45.16 |
| 09/14 | Orig CO Name:Sunoco Orig ID:Citictp Desc Date:260911 CO Entry Descr:Online Pmtsec:Web Trace#:091409680327487 Eed:260914 Ind ID:632116352019141 Ind Name:Norman Orner Trn: 2570327487Tc | 42.89 |
| 09/14 | Orig CO Name:E-Zpass Rebill Orig ID:0000284343 Desc Date:260913 CO Entry Descr:Ezp Rebillsec:Web Trace#:021000027598250 Eed:260914 Ind ID:7185707 Ind Name:Metered Appliances *IN 800-333-8655 Trn: 2577598250Tc | 500.00 |
| 09/15 | Orig CO Name:Clf Orig ID:0450106740 Desc Date:260911 CO Entry Descr:Clfcntrpmtsec:CCD Trace#:091307141064050 Eed:260915 Ind ID:CT-Bund40489170 Ind Name:Metered Appliances, IN Trn: 2581064050Tc | 1,461.29 |
| 09/15 | Orig CO Name:Opus Sv9T Orig ID:1043575881 Desc Date:260914 CO Entry Descr:8005964811Sec:PPD Trace#:242071758430915 Eed:260915 Ind ID: Ind Name:Metered Appliances Inc Trn: 2588430915Tc | 60.00 |
| 09/17 | Orig CO Name:Alliance Orig ID:1980444708 Desc Date:260916 CO Entry Descr:Achdebits Sec:CCD Trace#:041000128747656 Eed:260917 Ind ID:000100646021054 Ind Name:Orner Leonard Trn: 2608747656Tc | 388.91 |
| 09/17 | Orig CO Name:ADP Pay-By-Pay Orig ID:9555555505 Desc Date:260917 CO Entry Descr:Pay-By-Paysec:CCD Trace#:021000029360320 Eed:260917 Ind ID:0002368944077Lj Ind Name:Metered Appliances Inc 304287687 Trn: 2609360320Tc | 107.91 |
| 09/17 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:260917 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000022166907 Eed:260917 Ind ID:9368428907637Lj Ind Name:Metered Appliances Inc 323298036 Trn: 2602166907Tc | 1,134.69 |
| 09/17 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:260917 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000025669366 Eed:260917 Ind ID:Kj7Lj 091838A01 Aa Ind Name:Metered Appliances Inc Trn: 2605669366Tc | 1,125.30 |
| 09/17 | Orig CO Name:United Healthcar Orig ID:1411289245 Desc Date: CO Entry Descr:EDI Paymtssec:CTX Trace#:043000263153522 Eed:260917 Ind ID:142858246125 Ind Name:0007Metered Applianc Trn: 2603153522Tc | 9,971.40 |
| 09/18 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:260918 CO Entry Descr:ADP Fees Sec:CCD Trace#:021000023682481 Eed:260918 Ind ID:943939738748 Ind Name:730850742Metered Appli 550374703 Trn: 2613682481Tc | 45.16 |
| 09/21 | Orig CO Name:E-Zpass Rebill Orig ID:0000284343 Desc Date:260920 CO Entry Descr:Ezp Rebillsec:Web Trace#:021000029171433 Eed:260921 Ind ID:9626092 Ind Name:Lenny *Orner 800-333-8655 Trn: 2649171433Tc | 45.00 |
| 09/22 | Orig CO Name:Alliance Orig ID:1980444708 Desc Date:260921 CO Entry Descr:Achdebits Sec:CCD Trace#:041000124033268 Eed:260922 Ind ID:000100646021053 Ind Name:Orner Leonard Trn: 2654033268Tc | 857.41 |
| 09/24 | Orig CO Name:ADP Pay-By-Pay Orig ID:9555555505 Desc Date:260924 CO Entry Descr:Pay-By-Paysec:CCD Trace#:021000026918214 Eed:260924 Ind ID:9281446570937Lj Ind Name:Metered Appliances Inc 304287687 Trn: 2676918214Tc | 107.91 |
| 09/24 | Orig CO Name:E-Zpass Rebill Orig ID:0000284343 Desc Date:260924 CO Entry Descr:Ezp Rebillsec:Web Trace#:021000025705431 Eed:260924 Ind ID:0933916 Ind Name:Herbert *Orner 800-333-8655 Trn: 2675705431Tc | 25.00 |
| 09/24 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:260924 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000025092202 Eed:260924 Ind ID:9324428973007Lj Ind Name:Metered Appliances Inc 323298036 Trn: 2675092202Tc | 1,134.68 |

27552200071520001000120000000

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:260924 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000028928025 Eed:260924 Ind ID:Kj7Lj 092539A01 Ind Name:Metered Appliances Inc Aa Trn: 2678928025Tc | 1,125.33 |
| 09/25 | Orig CO Name:Clf Orig ID:0450106740 Desc Date:260923 CO Entry Descr:Clfcntrpmtsec:CCD Trace#:091307146527541 Eed:260925 Ind ID:CT-Bund40493904 Ind Name:Metered Appliances, IN Trn: 2686527541Tc | 1,122.81 |
| 09/25 | 09/25 Online Payment 30565163397 To 2020 Owners Corp. | 350.00 |
| 09/25 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:260925 CO Entry Descr:ADP Fees Sec:CCD Trace#:021000025911093 Eed:260925 Ind ID:385105921916 Ind Name:731610677Metered Appli 550374703 Trn: 2685911093Tc | 48.15 |
| 09/25 | 09/25 Online Payment 30956689154 To National Grid | 42.89 |
| 09/25 | Orig CO Name:Shell Imprint Orig ID:6852512986 Desc Date:260925 CO Entry Descr:Cc Paymentsec:PPD Trace#:121140396804945 Eed:260925 Ind ID: Ind Name:Lenny Orner Trn: 2686804945Tc | 839.36 |
| 09/28 | Orig CO Name:Mid Hudson Insur Orig ID:5330903620 Desc Date:260925 CO Entry Descr:Purchase Sec:Web Trace#:091000014507233 Eed:260928 Ind ID:845-457-5001 Ind Name:Chase Bank Trn: 2714507233Tc | 700.14 |
| 09/28 | Orig CO Name:Sunoco Orig ID:Citictp Desc Date:260925 CO Entry Descr:Online Pmtsec:Web Trace#:091409683812471 Eed:260928 Ind ID:622128440565150 Ind Name:Norman Orner Trn: 2713812471Tc | 123.61 |
| 09/28 | Orig CO Name:United Healthcar Orig ID:1411289245 Desc Date: CO Entry Descr:EDI Paymtssec:CTX Trace#:043000262708534 Eed:260928 Ind ID:142858281345 Ind Name:0007Metered Applianc Trn: 2712708534Tc | 9,971.40 |
| 09/29 | Orig CO Name:Verizon Wireless Orig ID:6223344794 Desc Date:260929 CO Entry Descr:Payments Sec:CCD Trace#:021000029189102 Eed:260929 Ind ID:088246199700002 Ind Name:000000008824619970002 Trn: 2729189102Tc | 184.75 |
| 09/29 | Orig CO Name:Verizon Wireless Orig ID:6223344794 Desc Date:260929 CO Entry Descr:Payments Sec:CCD Trace#:021000029189103 Eed:260929 Ind ID:088246199700004 Ind Name:000000008824619970004 Trn: 2729189103Tc | 177.72 |
| | **Total Electronic Withdrawals** | **$46,418.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Account Analysis Settlement Charge August | $98.49 |
| | **Total Fees** | **$98.49** |

You were charged a monthly service fee of $40.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $13,186.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/01 | $17,037.88 | 09/11 | 11,157.38 | 09/22 | 13,331.25 |
| 09/02 | 17,915.42 | 09/14 | 19,396.52 | 09/23 | 17,349.50 |
| 09/03 | 16,138.79 | 09/15 | 17,688.98 | 09/24 | 14,117.35 |
| 09/04 | 14,149.88 | 09/16 | 17,661.82 | 09/25 | 12,497.01 |
| 09/08 | 12,294.57 | 09/17 | 13,843.84 | 09/28 | 4,667.61 |
| 09/09 | 12,359.58 | 09/18 | 10,054.70 | 09/29 | 5,142.90 |
| 09/10 | 12,383.89 | 09/21 | 9,920.76 | 09/30 | 9,061.65 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

# SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $40.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $54.56 |
| **Total Service Charges** | **$94.56** Will be assessed on 10/5/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 102 |
| Deposits / Credits | 250 |
| Deposited Items | 10 |
| **Total Transactions** | **362** |

# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** 000002905330511 | | | | | |
| Monthly Service Fee | 1 | | | $40.00 | $40.00 |
| Transactions | 362 | 0 | 362 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$40.00** |
| **Other Fees** | | | | | |
| Electronic Items Deposited | 32 | 999,999,999 | 0 | $0.40 | $0.00 |
| Electronic Credits | 228 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 124 | 250 | 0 | $0.50 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $38,185 | $20,000 | $18,185 | $0.0030 | $54.56 |
| **Total Service Charge (Will be assessed on 10/5/26)** | | | | | **$94.56** |
| **ACCOUNT** 000002905330511 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Items Deposited | 32 | | | | |
| Electronic Credits | 228 | | | | |
| Non-Electronic Transactions | 124 | | | | |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $38,185 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

27552200071620001000130000000

CHASE

September 01, 2026 through September 30, 2026
Account Number: [redacted]0511

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**