LAW OFFICES OF
CHARLES WERTMAN P.C.

November 4, 2026

**Judge Alice J. Byowitz**
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

**Re: Metered Appliances 25-73481**

Dear Judge Byowitz:

The Debtor has no objection to the Motion for a 2004 Examination of Charles Wertman and the Law Offices of Charles Wertman in the above-referenced Chapter 11 Case [Dkt. No. 123].

Respectfully,

Charles Wertman, Esq.

cc: all parties via ECF

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com